# Complaint Exhibit 6

RETIRED Local Coverage Determination (LCD)

# Application of Skin Substitutes

L36466

Links in PDF documents are not guaranteed to work. To follow a web link, please use the MCD Website.

RETIRED

## Contractor Information

| Contractor Name | Contract Type | Contract Number | Jurisdiction | States |
|---|---|---|---|---|
| Palmetto GBA | A and B MAC | 10111 - MAC A | J - J | Alabama |
| Palmetto GBA | A and B MAC | 10112 - MAC B | J - J | Alabama |
| Palmetto GBA | A and B MAC | 10211 - MAC A | J - J | Georgia |
| Palmetto GBA | A and B MAC | 10212 - MAC B | J - J | Georgia |
| Palmetto GBA | A and B MAC | 10311 - MAC A | J - J | Tennessee |
| Palmetto GBA | A and B MAC | 10312 - MAC B | J - J | Tennessee |

| Contractor Name | Contract Type | Contract Number | Jurisdiction | States |
|---|---|---|---|---|
| Palmetto GBA | A and B and HHH MAC | 11201 - MAC A | J - M | South Carolina |
| Palmetto GBA | A and B and HHH MAC | 11202 - MAC B | J - M | South Carolina |
| Palmetto GBA | A and B and HHH MAC | 11301 - MAC A | J - M | Virginia |
| Palmetto GBA | A and B and HHH MAC | 11302 - MAC B | J - M | Virginia |
| Palmetto GBA | A and B and HHH MAC | 11401 - MAC A | J - M | West Virginia |
| Palmetto GBA | A and B and HHH MAC | 11402 - MAC B | J - M | West Virginia |
| Palmetto GBA | A and B and HHH MAC | 11501 - MAC A | J - M | North Carolina |
| Palmetto GBA | A and B and HHH MAC | 11502 - MAC B | J - M | North Carolina |

# LCD Information

## Document Information

### LCD ID
L36466

### LCD Title

Application of Skin Substitutes

### Source Proposed LCD

DL36466

### Original Effective Date

For services performed on or after 05/17/2016

### Revision Effective Date

For services performed on or after 03/29/2018

### Revision Ending Date

01/03/2019

### Retirement Date

01/03/2019

### Notice Period Start Date

03/31/2016

### Notice Period End Date

05/16/2016

CPT codes, descriptions, and other data only are copyright 2025 American Medical Association. All Rights Reserved. Fee schedules, relative value units, conversion factors and/or related components are not assigned by the AMA, are not part of CPT, and the AMA is not recommending their use. The AMA does not directly or indirectly practice medicine or dispense medical services. The AMA assumes no liability for data contained or not contained herein. CPT is a registered trademark of the American Medical Association.

Current Dental Terminology © 2025 American Dental Association. All rights reserved.

Copyright © 2025, the American Hospital Association, Chicago, Illinois. Reproduced with permission. No portion of the AHA copyrighted materials contained within this publication may be copied without the express written consent of the AHA. AHA copyrighted materials including the UB-04 codes and descriptions may not be removed, copied, or utilized within any software, product, service, solution, or derivative work without the written consent of the AHA. If an entity wishes to utilize any AHA materials, please contact the AHA at ub04@aha.org or 312-422-3366.

Making copies or utilizing the content of the UB-04 Manual, including the codes and/or descriptions, for internal purposes, resale and/or to be used in any product or publication; creating any modified or derivative work of the UB-04 Manual and/or codes and descriptions; and/or making any commercial use of UB-04 Manual or any portion thereof, including the codes and/or descriptions, is only authorized with an express license from the American Hospital Association. The American Hospital Association (the "AHA") has not reviewed, and is not responsible for, the completeness or accuracy of any information contained in this material, nor was the AHA or any of its affiliates, involved in the preparation of this material, or the analysis of information provided in the material. The views and/or positions presented in the material do not necessarily represent the views of the AHA. CMS and its products and services are not endorsed by the AHA or any of its affiliates.

## CMS National Coverage Policy

Title XVIII of the Social Security Act, §1862(a)(1)(A) states that no Medicare payment shall be made for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury.

Title XVIII of the Social Security Act, §1833(e) states that no payment shall be made to any provider for any claim that lacks the necessary information to process the claim.

Title XVIII of the Social Security Act, §1862(a)(7) excludes routine physical examinations.

CMS Internet-Only Manual, Pub. 100-03, Medicare National Coverage Determinations Manual, Chapter 1, Part 4, §270.3, Blood-Derived Products for Chronic Non-Healing Wounds.

CMS Internet-Only Manual, Pub. 100-04, Medicare Claims Processing Manual, Chapter 17, §40, Discarded Drugs and Biological(s) and the JW modifier used for discarded biologicals.

CMS Internet-Only Manual, Pub. 100-08, Medicare Program Integrity Manual, Chapter 13, §13.5.1. Reasonable and Necessary Provisions in LCDs.

CMS Ruling 95-1 (V) Acceptable Standards of Practice - Application

## Coverage Guidance

### Coverage Indications, Limitations, and/or Medical Necessity

CMS National Coverage Policy Language quoted from the Centers for Medicare and Medicaid Services (CMS) National Coverage Determinations (NCDs) and coverage provisions in interpretive manuals is italicized throughout the policy.

This LCD is applicable to the use of Skin Substitutes or Cellular and/or Tissue Based Products (CTPs) for treatment of Lower Extremity (lower extremity encompasses the region of the body from the hip to the toes) Non-Healing Wounds. All other use of these products are not addressed herein.

**Note: Skin Substitutes used for burns is covered.**

Compliance with the provisions in this policy may be monitored and addressed through post payment data analysis and subsequent medical review audits.

The addition of Skin Substitutes or Cellular and/or Tissue Based Products (CTPs) to certain wounds may afford a healing advantage over dressings and conservative treatments when

these options appear insufficient to affect complete healing.

There are currently a wide variety of bioengineered products available for soft tissue coverage to affect closure. These products may be derived from allogeneic, xenogeneic, synthetic sources or a combination of any or all of these types of materials. However, without the component of the recipient's own distinct epithelium and cellular skin elements, permanent skin replacement or coverage by the graft cannot be accomplished.

**Autologous skin grafts,** also referred to as autografts, are permanent covers that use skin from different parts of the individual's body. These grafts consist of the epidermis and a dermal component of variable thickness. A split-thickness skin graft (STSG) includes the entire epidermis and a portion of the dermis. A full thickness skin graft (FTSG) includes all layers of the skin. Although autografts are the optimal choice for full thickness wound coverage, areas for skin harvesting may be limited, particularly in cases of large burns or venous stasis ulceration. Harvesting procedures are painful, disfiguring and require additional wound care.

**Allografts** which use skin from another human (e.g., cadaver) and xenografts which use skin from another species (e.g., porcine or bovine) may also be employed as temporary skin replacements, but they must later be replaced by an autograft or the ingrowth of the patient's own skin.

**Bioengineered Skin/Cultured Epidermal Autografts (CEA)** are autografts derived from the patient's own skin cells grown or cultured from very small amounts of skin or hair follicle. Production time is prolonged. One such product is grown on a layer of irradiated mouse cells, bestowing some elements of a xenograft. Widespread usage has not been available due to limited availability or access to the technology.

**Bioengineered Skin Substitutes or Cellular and Tissue Based Products (CTPs), referred to as Skin Substitutes by CMS, The Current Procedural Terminology (CPT®) and The Healthcare Common Procedure Coding System Manuals (HCPCS)** have been developed in an attempt to circumvent problems inherent with autografts, allografts and xenografts. These constitute biologic covers for refractory wounds with full thickness skin loss secondary to 3rd degree burns or other disease processes such as diabetic neuropathic ulcers and the skin loss of chronic venous stasis or venous hypertension. The production of these biologic skin substitutes or CTPs varies by company and product, but generally involves the creation of immunologically inert biological products containing protein, hormones or enzymes seeded into a matrix which may provide protein or growth factors proposed to stimulate or facilitate healing or promote epithelization. A variety of biosynthetic and tissue-engineered skin substitution products marketed as **Human Skin Equivalents (HSE) or Cellular and/or Tissue-based Products (CTP)** are manufactured under an array of trade names and marketed for a

variety of indications. All are procured, produced, manufactured, processed and promoted in sufficiently different manners to preclude direct product comparison for equivalency or superiority in randomized controlled trials. Sufficient data is available to establish distinct inferiority to human skin autografts and preclude their designation as skin equivalence.

**Bioengineered skin substitutes or CTPs** are classified into the following types:

- **Human skin allografts** derived from donated human skin (cadavers)

- **Allogeneic matrices** derived from human tissue (fibroblasts or membrane)

- **Composite matrices** derived from human keratinocytes, fibroblasts and xenogeneic collagen

- **Acellular matrices** derived from xenogeneic collagen or tissue

**Human Skin Allografts** are bioengineered from human skin components and human tissue which have had intact cells removed and/or treated to avoid immunologic rejection. They are available in different forms promoted to allow scaffolding, soft tissue filling, growth factors and other bioavailable hormonal or enzymatic activity.

**Allogeneic Matrices** are usually derived from human neonatal fibroblasts of the foreskin that may contain metabolically active or regenerative components primarily used for soft tissue support, though some have been approved for the treatment of full-thickness skin and soft tissue loss. Most are biodegradable and disappear after 3-4 weeks implantation.

**Composite Matrices** are derived from human keratinocytes and fibroblasts supported by a scaffold of synthetic mesh or xenogeneic collagen. These are also referred to as human skin equivalent but are unable to be used as autografts due to immunologic rejection or degradation of the living components by the host. Active cellular components continue to generate bioactive compounds and protein that may accelerate wound healing and epithelial regrowth.

**Acellular Matrices** are derived from other than human skin and include the majority of bioengineered skin substitutes. All are composed of allogeneic or xenogeneic derived collagen, membrane, or cellular remnants proposed to simulate or exaggerate the characteristics of human skin. All propose to promote healing by the creation of localized intensification of an array of hormonal and enzymatic activity to accelerate closure by migration of native dermal and epithelial components, rather than function as distinctly incorporated tissue closing the skin defect.

For the purpose of this LCD, consideration is given to the use of dermal and/or epidermal substitute tissue of human or non-human origin, with or without bioengineered or processed elements, with or without metabolically active elements, with a designated use as coverage for a superficial skin deficit that has persisted, despite optimal wound care for a period of 4 weeks or greater. These products are those referred to as Human Cellular and/or Tissue Based Products (CTPs) or Skin Substitutes.

Though the clinical literature is evolving, evaluation of the clinical literature indicates that studies comparing the efficacy of bioengineered skin substitute to alternative wound care approaches with patients' autologous skin are limited in that most consist of case studies, case series and retrospective case studies. Moreover, they examine only a small portion of the skin substitute products available in the United States. **Therefore, all products with FDA clearance/approval or designated 361 HCT/P exemption used in accordance with that product's individualized application guidelines will be equally considered for the purpose of this LCD and may be considered reasonable and necessary.**

Regulatory Status

**US Food and Drug Administration (FDA) Governing Skin Substitute Products**

The U.S. Food and Drug Administration (FDA) does not refer to any product or class of products as "skin substitutes." However, products commonly described as "skin substitutes" are regulated by FDA under one of the four categories described below depending on the origin and composition of the product and listed as a "Skin Substitute" with a HCPCS code Q41XX.

1. **Human Cells, Tissues, and Cellular and Tissue-Based Products** Cells and tissues taken from human donors and transplanted to a recipient are regulated under PHS 361 [21 CFR 1270 & 1271]. This regulation describes the rules concerning the use of HCT/Ps for human medical purposes. The final rule, 21 CFR Part 1271, became effective on April 4, 2001, for human tissues intended for transplantation that are regulated under section 361 of the PHS Act and 21 CFR Part 1270. HCT/Ps are regulated by the Center for Biologics Evaluation and Research (CBER). CBER is responsible for regulating biological and related products including blood, vaccines, allergenics, tissues, and cellular and gene therapies. Establishments producing HCT/Ps must register with the FDA and list their HCT/Ps. HCT/Ps establishments are not required to demonstrate the safety or effectiveness of their products and FDA does not evaluate the safety or effectiveness of these products.

2. **Premarket Approval** Premarket approval (PMA) by the FDA is the required process of scientific review to ensure the safety and effectiveness of Class III devices. Before Class III devices can be marketed, they must have an approved PMA application. Therefore, wound

care products regulated under the PMA process will require evidence that they promote wound healing before they are approved for marketing.

3. **510(k) Submissions** According to FDA documents a "510(k) is a premarket submission made to FDA to demonstrate that the device to be marketed is at least as safe and effective, that is, substantially equivalent (SE), to a legally marketed device (21 CFR 807.92(a)(3)) that is not subject to PMA." Submitters must compare their device to one or more similar legally marketed devices and make and support their substantial equivalency claims. Unlike PMA, 510(k) confers reasonable assurance of safety and effectiveness via demonstration of substantial equivalence to a legally marketed device that does not require premarket approval. Therefore, wound care products regulated under the 510(k) process will not typically require clinical evidence to establish effectiveness in wound healing, as compared with products regulated under the PMA process in which substantial clinical evidence is always required.

4. **Humanitarian Device Exemption (HDE)** is "similar in both form and content to a premarket approval (PMA) application, but is exempt from the effectiveness requirements of a PMA. An HDE application is not required to contain the results of scientifically valid clinical investigations demonstrating that the device is effective for its intended purpose." "The applicant must demonstrate that no comparable devices are available to treat or diagnose the disease or condition, and that they could not otherwise bring the device to market." HDE approval is based on evidence of probable benefit in a disease population occurring at a frequency of less than 4,000 patients per year in the United States.

Updated designation and approved usage criteria

Expanded classification criteria and explanation is included in the HHS/AHRQ Final Report, December 18, 2012 entitled ***Skin Substitutes for Treating Chronic Wounds.***

Per the American Medical Association and the CPT® Manual, *"Skin Replacement Surgery"* or *"Skin Substitute Grafting"* is a conceptual model focusing on the work and services provided regardless of the product used. This removes the requirement for maintenance and education on the use of supply codes that have little impact on the "typical patient" or the provider effort for application of the product. The application of skin substitute (or CTP) is distinguished according to the wound characteristics and surface area rather than by product description. Currently, no product has demonstrated individual superiority for the treatment of diabetic foot ulcers (DFU) and venous leg ulcers (VLU) of the lower extremity, and, frequently such products are utilized inappropriately.

Non-graft wound dressings are generally included in standard wound care management; such products may provide value and, in fact, may preclude the need for skin substitute

application.

Standard treatment of chronic lower extremity ulcers or skin loss (e.g., DFU and/or VLU) primarily includes infection and edema control, mechanical offloading , mechanical compression or limb elevation, debridement of necrotic or infected tissue, and management of concomitant and inciting medical issues (blood glucose control, tobacco use). Maintenance of a therapeutic environment with appropriate dressings to preclude further trauma facilitates development of healthy granulation tissue and encourages re-epithelialization. A wound that fails to show evidence of healing by reduction in overall size and advancement of epithelial margins following 4 weeks of optimization, including all aspects of standard therapy, is considered a chronic non-healing wound and falls into the auspices of this LCD. The clinical management of conditions underlying a non-healing wound is of paramount importance and these conditions must be corrected prior to consideration of additional therapy.

The depth of skin loss is the determinant of its ability to return. Full thickness skin loss, implying the loss of all elements of the epidermis and dermis, will require re-epithelialization of the surface once a clean granular base is established. Both full and partial thickness skin loss may benefit from enhanced products referred to as Skin Substitutes. Though no skin substitutes are capable of replacing the patient's own skin, they have been demonstrated to allow scaffolding for the growth of epithelium, enzymatic cleansing and provision of growth factors beneficial to deficit reduction and re-epithelialization.

This document addresses the management of chronic non-healing wounds or skin deficits of the lower extremities with the goal of wound and skin closure when standard or conservative measures have failed. While lower extremity ulcers have numerous causes such as burns, trauma, immobility, ischemia or other neurologic impairment, over 90% of the lesions are related to venous stasis disease and diabetic neuropathy. Therefore, the focus of this policy is the application of bioengineered skin substitute material to diabetic foot ulcers and venous leg ulcers of the lower extremities and the reasonable and necessary (R&N) threshold for utilization of skin substitutes. Particular emphasis is placed on the indications for application of bioengineered skin substitute material for DFU and VLU.

Patients receiving a skin substitute graft must be under the care of a physician or non-physician practitioner (NPP) licensed by the state with full scope of practice for the treatment of the systemic disease process(s) etiologic for the condition (e.g., venous insufficiency, diabetes, neuropathy). This concurrent medical management and the identity of the managing medical physician shall be clearly discernable in the medical record and available upon request.

Medicare coverage for wound care on a continuing basis, for a single wound, in an individual

patient is contingent upon evidence documented in the patient's medical record that the wound is improving in response to the wound care being provided. Since it is neither reasonable nor medically necessary to continue a given type of wound care in the absence of wound improvement, it is expected that the wounds response to treatment will be documented in the medical record at least once every 30 days for each episode of wound treatment and made available to the contractor upon request.

**Documentation of response** requires measurements of the initial ulcer, measurements at the completion of at least four weeks of appropriate wound care and measurements immediately prior to placement and with each subsequent placement of the bioengineered skin substitute or CTP.

Definitions per CPT®:

**Autografts/tissue cultured autografts:** *Include the harvest and/or application of an autologous skin graft.*

**Skin substitute grafts:** Include non-autologous human cellular and tissue products (e.g., dermal or epidermal, cellular and acellular, homograft or allograft), non-human cellular or tissue products (i.e., xenograft), and biological products (synthetic or xenogeneic) that are applied in a sheet over an open wound to augment wound closure and/or skin growth.

Indications:

A **Chronic Wound** is defined as a wound that does not respond to standard wound treatment for at least a 30 day period during organized comprehensive conservative therapy.

For all wounds, documentation (as outlined in the documentation requirements of this policy) and a comprehensive treatment plan, before initiation of a specialized wound therapy product is required.

For purposes of this LCD, a **Failed Response** is defined as an ulcer or skin deficit that has failed to respond to documented appropriate wound-care measures, has increased in size or depth, or has not changed in baseline size or depth and has no indication that improvement is likely (such as granulation, epithelialization or progress towards closing).

Medicare covers application of skin substitutes to ulcers or wounds with **Failed Response** to appropriate therapy that are:

- Partial- and/or full-thickness ulcers, not involving tendon, muscle, joint capsule or

exhibiting exposed bone or sinus tracts, with a clean granular base and/or specific to the product labeling or instructions for use;

• Skin deficit at least 1.0 $cm^2$ in size;

• Clean and free of necrotic debris or exudate;

• Have adequate circulation/oxygenation to support tissue growth/wound healing as evidenced by physical examination (e.g., Ankle-Brachial Index (ABI) of no less than 0.60, toe pressure > 30mm Hg);

• For diabetic foot ulcers, the patient's medical record reflects a diagnosis of Type 1 or Type 2 Diabetes and also reflects medical management for this condition.

Wound healing is impaired by the systemic use of tobacco. Therefore, ideally, patients who have smoked will have ceased smoking or have refrained from systemic tobacco intake for at least 4 weeks during conservative wound care and prior to planned bioengineered skin replacement therapy.

Documentation (in the pre-service record) must specifically address circumstances as to why the wound has failed to respond to standard wound care treatment of greater than 4 weeks and must reference specific interventions that have failed. Documentation should include an updated medication history, a review of pertinent medical problems that may have occurred since the previous wound evaluation, and an explanation of the planned skin replacement surgery with choice of skin substitute graft product. The procedure risks and complications should also be reviewed and documented. Smoking cessation counseling and cessation measures prescribed, if applicable, must also be documented in the patient's record.

Application of a skin substitute graft for lower extremity chronic wound (DFU and VLU) will be covered when the following conditions are met for the individual patient:

• Presence of neuropathic diabetic foot ulcer(s) having failed to respond to documented conservative wound-care measures of greater than four weeks, during which the patient is compliant with recommendations, and without evidence of underlying osteomyelitis or nidus of infection.

• Presence of a venous stasis ulcer that is unresponsive to documented appropriate therapy for greater than 4 weeks with documented compliance.

• Presence of a full thickness skin loss ulcer that is the result of abscess, injury or trauma

that has failed to respond to appropriate control of infection, foreign body, tumor resection, or other disease process for a period of 4 weeks or longer.

In all wound management, the ulcer must be free of infection and underlying osteomyelitis with documentation of the conditions that have been treated and resolved prior to the institution of skin substitute therapy. For purposes of this LCD, appropriate therapy includes, but is not limited to:

• Control of edema, venous hypertension or lymphedema.

• Control of any nidus of infection or colonization with bacterial or fungal elements.

• Elimination of underlying cellulitis, osteomyelitis, foreign body, or malignant process.

• Appropriate debridement of necrotic tissue or foreign body (exposed bone or tendon).

• For diabetic foot ulcers, appropriate non-weight bearing and/or off-loading pressure.

• For venous stasis ulcers, compression therapy provided with documented diligent use of multilayer dressings, compression stockings of > 20mmHg pressure, or pneumatic compression.

• Provision of wound environment to promote healing (protection from trauma and contaminants, elimination of inciting or aggravating processes).

**Limitations:**

Due to the propensity for misuse of skin substitute and biological dressing products, reimbursement may be made only when the medical record clearly documents that these products have been used in a comprehensive, organized wound management program. **All listed products, unless they are specifically FDA-labeled or cleared for use in the types of wounds being treated, will be considered to be biologic dressings and part of the relevant Evaluation and Management (E/M) service provided and not separately reimbursed.**

• Partial thickness loss with the retention of epithelial appendages is not a candidate for grafting or replacement, as epithelium will repopulate the deficit from the appendages, negating the benefit of overgrafting.

• One specific skin substitute graft per wound, per treatment will be allowed for wound care in compliance with FDA guidelines for that specific product (see ***Utilization Guidelines***), not to exceed 10 applications or treatments.

• Treatment of any chronic skin wound will typically last no more than twelve (12) weeks.

• Repeat treatment with the same skin substitute graft is not considered medically reasonable and necessary when a previous full course of applications was unsuccessful. Unsuccessful treatment is defined as increase in size or depth of an ulcer or no change in baseline size or depth and no sign of improvement or indication that improvement is likely (such as granulation, epithelialization or progress towards closing) for a period of 4 weeks past start of therapy.

• Retreatment of healed ulcers, those showing greater than 75% size reduction and smaller than 0.5 sq.cm, is not considered medically reasonable and necessary.

• Skin substitute grafts are contraindicated and not considered reasonable and necessary in patients with inadequate control of underlying conditions or exacerbating factors (e.g., uncontrolled diabetes, active infection, and active Charcot arthropathy of the ulcer extremity, vasculitis or continued tobacco use where no documented counseling on the effects of smoking on surgical outcomes and the success of the application of skin grafts is available.)

• Skin substitute grafts are contraindicated in patients with known hypersensitivity to any component of the specific skin substitute graft (e.g., allergy to avian, bovine, porcine, equine products).

• Repeat use of surgical preparation services (CPT codes 15002, 15003, 15004, and 15005) in conjunction with skin substitute application codes will be considered not reasonable and necessary. It is expected that each wound will require the use of an appropriate wound preparation code at least once at initiation of care prior to placement of the skin substitute graft.

• Re-treatment within one (1) year of any given course of skin substitute treatment for a venous stasis ulcer or (diabetic) neuropathic foot ulcer is considered treatment failure and does not meet reasonable and necessary criteria for re-treatment of that ulcer with a skin substitute procedure.

CMS has issued guidance regarding other specialized wound therapy technology and specifically addresses platelet rich plasma systems (e.g., AutoloGel®, Magellan®); negative pressure wound therapy devices and electromagnetic/ultrasound/mist therapies. They are not addressed in this LCD as their role in the treatment of the two major types of lower extremity wounds discussed here is limited. Utilization remains at the provider's discretion and must be reasonable and necessary. Note that combination therapy with any of these platelet rich plasma rich systems and bioengineered skin substitute (CTP) will be considered

not reasonable and necessary.

**Note: Autologous Platelet Rich Plasma (PRP) systems used in the treatment of Chronic Non-Healing Wounds is not considered reasonable and necessary except as described in the National Coverage Determination (NCD) for Blood-Derived Products for Chronic Non-Healing Wounds (270.3). The coding in this policy does not apply to PRP used in clinical trials as per NCD 270.3. Refer to the NCD for coverage details.**

*In order to be covered under Medicare, a service shall be reasonable and necessary. When appropriate, contractors shall describe the circumstances under which the proposed LCD for the service is considered reasonable and necessary under Section 1862(a)(1)(A). Contractors shall consider a service to be reasonable and necessary if the contractor determines that the service is:*

*• Safe and effective;*

*• Not experimental or investigational (exception: routine costs of qualifying clinical trial services with dates of service on or after September 19, 2000, that meet the requirements of the Clinical Trials NCD are considered reasonable and necessary); and*

*• Appropriate, including the duration and frequency that is considered appropriate for the service, in terms of whether it is:*

- *Furnished in accordance with accepted standards of medical practice for the diagnosis or treatment of the patient's condition or to improve the function of a malformed body member;*
- *Furnished in a setting appropriate to the patient's medical needs and condition;*
- *Ordered and furnished by qualified personnel;*
- *One that meets, but does not exceed, the patient's medical need; and*
- *At least as beneficial as an existing and available medically appropriate alternative.*

## Summary of Evidence

N/A

## Analysis of Evidence (Rationale for Determination)

N/A

# Coding Information

## Bill Type Codes

Contractors may specify Bill Types to help providers identify those Bill Types typically used to report this service. Absence of a Bill Type does not guarantee that the article does not apply to that Bill Type. Complete absence of all Bill Types indicates that coverage is not influenced by Bill Type and the article should be assumed to apply equally to all claims.

N/A

## Revenue Codes

Contractors may specify Revenue Codes to help providers identify those Revenue Codes typically used to report this service. In most instances Revenue Codes are purely advisory. Unless specified in the article, services reported under other Revenue Codes are equally subject to this coverage determination. Complete absence of all Revenue Codes indicates that coverage is not influenced by Revenue Code and the article should be assumed to apply equally to all Revenue Codes.

N/A

## CPT/HCPCS Codes

**Group 1** (14 Codes)

### Group 1 Paragraph

**Any FDA approved or cleared skin substitute product with a HCPCS code can be indicated as the product used in the treatment application.**

### Group 1 Codes

| Code | Description |
|---|---|
| 15002 | Wound prep trk/arm/leg |

| Code | Description |
|---|---|
| 15003 | Wound prep addl 100 cm |
| 15004 | Wound prep f/n/hf/g |
| 15005 | Wnd prep f/n/hf/g addl cm |
| 15040 | Harvest cultured skin graft |
| 15050 | Skin pinch graft |
| 15271 | Skin sub graft trnk/arm/leg |
| 15272 | Skin sub graft t/a/l add-on |
| 15273 | Skin sub grft t/arm/lg child |
| 15274 | Skn sub grft t/a/l child add |
| 15275 | Skin sub graft face/nk/hf/g |
| 15276 | Skin sub graft f/n/hf/g addl |
| 15277 | Skn sub grft f/n/hf/g child |
| 15278 | Skn sub grft f/n/hf/g ch add |

**Group 2** (8 Codes)

Group 2 Paragraph

For Part A Services Only

Group 2 Codes

| Code | Description |
|---|---|
| C5271 | Low cost skin substitute app |
| C5272 | Low cost skin substitute app |
| C5273 | Low cost skin substitute app |
| C5274 | Low cost skin substitute app |
| C5275 | Low cost skin substitute app |
| C5276 | Low cost skin substitute app |
| C5277 | Low cost skin substitute app |
| C5278 | Low cost skin substitute app |

## ICD-10-CM Codes that Support Medical Necessity

**Group 1** (211 Codes)

**Group 1 Paragraph:**
N/A

**Group 1 Codes:**

| Code | Description |
|---|---|
| E10.52 | Type 1 diabetes mellitus with diabetic peripheral angiopathy with gangrene |
| E10.621 | Type 1 diabetes mellitus with foot ulcer |

| Code | Description |
|---|---|
| E10.622 | Type 1 diabetes mellitus with other skin ulcer |
| E11.10 | Type 2 diabetes mellitus with ketoacidosis without coma |
| E11.52 | Type 2 diabetes mellitus with diabetic peripheral angiopathy with gangrene |
| E11.621 | Type 2 diabetes mellitus with foot ulcer |
| E11.622 | Type 2 diabetes mellitus with other skin ulcer |
| E13.52 | Other specified diabetes mellitus with diabetic peripheral angiopathy with gangrene |
| E13.621 | Other specified diabetes mellitus with foot ulcer |
| E13.622 | Other specified diabetes mellitus with other skin ulcer |
| I70.231 | Atherosclerosis of native arteries of right leg with ulceration of thigh |
| I70.232 | Atherosclerosis of native arteries of right leg with ulceration of calf |
| I70.233 | Atherosclerosis of native arteries of right leg with ulceration of ankle |
| I70.234 | Atherosclerosis of native arteries of right leg with ulceration of heel and midfoot |
| I70.235 | Atherosclerosis of native arteries of right leg with ulceration of other part of foot |
| I70.238 | Atherosclerosis of native arteries of right leg with ulceration of other part of lower right leg |

| Code | Description |
|---|---|
| I70.241 | Atherosclerosis of native arteries of left leg with ulceration of thigh |
| I70.242 | Atherosclerosis of native arteries of left leg with ulceration of calf |
| I70.243 | Atherosclerosis of native arteries of left leg with ulceration of ankle |
| I70.244 | Atherosclerosis of native arteries of left leg with ulceration of heel and midfoot |
| I70.245 | Atherosclerosis of native arteries of left leg with ulceration of other part of foot |
| I70.248 | Atherosclerosis of native arteries of left leg with ulceration of other part of lower left leg |
| I70.261 | Atherosclerosis of native arteries of extremities with gangrene, right leg |
| I70.262 | Atherosclerosis of native arteries of extremities with gangrene, left leg |
| I70.263 | Atherosclerosis of native arteries of extremities with gangrene, bilateral legs |
| I70.291 | Other atherosclerosis of native arteries of extremities, right leg |
| I70.292 | Other atherosclerosis of native arteries of extremities, left leg |
| I70.293 | Other atherosclerosis of native arteries of extremities, bilateral legs |
| I70.331 | Atherosclerosis of unspecified type of bypass graft(s) of the right leg with ulceration of thigh |

| Code | Description |
|---|---|
| I70.332 | Atherosclerosis of unspecified type of bypass graft(s) of the right leg with ulceration of calf |
| I70.333 | Atherosclerosis of unspecified type of bypass graft(s) of the right leg with ulceration of ankle |
| I70.334 | Atherosclerosis of unspecified type of bypass graft(s) of the right leg with ulceration of heel and midfoot |
| I70.335 | Atherosclerosis of unspecified type of bypass graft(s) of the right leg with ulceration of other part of foot |
| I70.338 | Atherosclerosis of unspecified type of bypass graft(s) of the right leg with ulceration of other part of lower leg |
| I70.341 | Atherosclerosis of unspecified type of bypass graft(s) of the left leg with ulceration of thigh |
| I70.342 | Atherosclerosis of unspecified type of bypass graft(s) of the left leg with ulceration of calf |
| I70.343 | Atherosclerosis of unspecified type of bypass graft(s) of the left leg with ulceration of ankle |
| I70.344 | Atherosclerosis of unspecified type of bypass graft(s) of the left leg with ulceration of heel and midfoot |
| I70.345 | Atherosclerosis of unspecified type of bypass graft(s) of the left leg with ulceration of other part of foot |
| I70.348 | Atherosclerosis of unspecified type of bypass graft(s) of the left leg with ulceration of other part of lower leg |

| Code | Description |
|---|---|
| I70.361 | Atherosclerosis of unspecified type of bypass graft(s) of the extremities with gangrene, right leg |
| I70.362 | Atherosclerosis of unspecified type of bypass graft(s) of the extremities with gangrene, left leg |
| I70.363 | Atherosclerosis of unspecified type of bypass graft(s) of the extremities with gangrene, bilateral legs |
| I83.011 | Varicose veins of right lower extremity with ulcer of thigh |
| I83.012 | Varicose veins of right lower extremity with ulcer of calf |
| I83.013 | Varicose veins of right lower extremity with ulcer of ankle |
| I83.014 | Varicose veins of right lower extremity with ulcer of heel and midfoot |
| I83.015 | Varicose veins of right lower extremity with ulcer other part of foot |
| I83.018 | Varicose veins of right lower extremity with ulcer other part of lower leg |
| I83.021 | Varicose veins of left lower extremity with ulcer of thigh |
| I83.022 | Varicose veins of left lower extremity with ulcer of calf |
| I83.023 | Varicose veins of left lower extremity with ulcer of ankle |
| I83.024 | Varicose veins of left lower extremity with ulcer of heel and midfoot |
| I83.025 | Varicose veins of left lower extremity with ulcer other part of foot |

| Code | Description |
|---|---|
| I83.028 | Varicose veins of left lower extremity with ulcer other part of lower leg |
| I83.211 | Varicose veins of right lower extremity with both ulcer of thigh and inflammation |
| I83.212 | Varicose veins of right lower extremity with both ulcer of calf and inflammation |
| I83.213 | Varicose veins of right lower extremity with both ulcer of ankle and inflammation |
| I83.214 | Varicose veins of right lower extremity with both ulcer of heel and midfoot and inflammation |
| I83.215 | Varicose veins of right lower extremity with both ulcer other part of foot and inflammation |
| I83.218 | Varicose veins of right lower extremity with both ulcer of other part of lower extremity and inflammation |
| I83.221 | Varicose veins of left lower extremity with both ulcer of thigh and inflammation |
| I83.222 | Varicose veins of left lower extremity with both ulcer of calf and inflammation |
| I83.223 | Varicose veins of left lower extremity with both ulcer of ankle and inflammation |
| I83.224 | Varicose veins of left lower extremity with both ulcer of heel and midfoot and inflammation |

| Code | Description |
|---|---|
| I83.225 | Varicose veins of left lower extremity with both ulcer other part of foot and inflammation |
| I83.228 | Varicose veins of left lower extremity with both ulcer of other part of lower extremity and inflammation |
| I87.011 | Postthrombotic syndrome with ulcer of right lower extremity |
| I87.012 | Postthrombotic syndrome with ulcer of left lower extremity |
| I87.013 | Postthrombotic syndrome with ulcer of bilateral lower extremity |
| I87.031 | Postthrombotic syndrome with ulcer and inflammation of right lower extremity |
| I87.032 | Postthrombotic syndrome with ulcer and inflammation of left lower extremity |
| I87.033 | Postthrombotic syndrome with ulcer and inflammation of bilateral lower extremity |
| I87.311 | Chronic venous hypertension (idiopathic) with ulcer of right lower extremity |
| I87.312 | Chronic venous hypertension (idiopathic) with ulcer of left lower extremity |
| I87.313 | Chronic venous hypertension (idiopathic) with ulcer of bilateral lower extremity |
| I87.331 | Chronic venous hypertension (idiopathic) with ulcer and inflammation of right lower extremity |

| Code | Description |
|---|---|
| I87.332 | Chronic venous hypertension (idiopathic) with ulcer and inflammation of left lower extremity |
| I87.333 | Chronic venous hypertension (idiopathic) with ulcer and inflammation of bilateral lower extremity |
| L89.152 | Pressure ulcer of sacral region, stage 2 |
| L89.153 | Pressure ulcer of sacral region, stage 3 |
| L89.154 | Pressure ulcer of sacral region, stage 4 |
| L89.212 | Pressure ulcer of right hip, stage 2 |
| L89.213 | Pressure ulcer of right hip, stage 3 |
| L89.214 | Pressure ulcer of right hip, stage 4 |
| L89.222 | Pressure ulcer of left hip, stage 2 |
| L89.223 | Pressure ulcer of left hip, stage 3 |
| L89.224 | Pressure ulcer of left hip, stage 4 |
| L89.312 | Pressure ulcer of right buttock, stage 2 |
| L89.313 | Pressure ulcer of right buttock, stage 3 |
| L89.314 | Pressure ulcer of right buttock, stage 4 |
| L89.322 | Pressure ulcer of left buttock, stage 2 |

| Code | Description |
|---|---|
| L89.323 | Pressure ulcer of left buttock, stage 3 |
| L89.324 | Pressure ulcer of left buttock, stage 4 |
| L89.42 | Pressure ulcer of contiguous site of back, buttock and hip, stage 2 |
| L89.43 | Pressure ulcer of contiguous site of back, buttock and hip, stage 3 |
| L89.44 | Pressure ulcer of contiguous site of back, buttock and hip, stage 4 |
| L89.512 | Pressure ulcer of right ankle, stage 2 |
| L89.513 | Pressure ulcer of right ankle, stage 3 |
| L89.514 | Pressure ulcer of right ankle, stage 4 |
| L89.522 | Pressure ulcer of left ankle, stage 2 |
| L89.523 | Pressure ulcer of left ankle, stage 3 |
| L89.524 | Pressure ulcer of left ankle, stage 4 |
| L89.612 | Pressure ulcer of right heel, stage 2 |
| L89.613 | Pressure ulcer of right heel, stage 3 |
| L89.614 | Pressure ulcer of right heel, stage 4 |
| L89.622 | Pressure ulcer of left heel, stage 2 |
| L89.623 | Pressure ulcer of left heel, stage 3 |

| Code | Description |
|---|---|
| L89.624 | Pressure ulcer of left heel, stage 4 |
| L89.892 | Pressure ulcer of other site, stage 2 |
| L89.893 | Pressure ulcer of other site, stage 3 |
| L89.894 | Pressure ulcer of other site, stage 4 |
| L97.111 | Non-pressure chronic ulcer of right thigh limited to breakdown of skin |
| L97.112 | Non-pressure chronic ulcer of right thigh with fat layer exposed |
| L97.113 | Non-pressure chronic ulcer of right thigh with necrosis of muscle |
| L97.114 | Non-pressure chronic ulcer of right thigh with necrosis of bone |
| L97.115 | Non-pressure chronic ulcer of right thigh with muscle involvement without evidence of necrosis |
| L97.116 | Non-pressure chronic ulcer of right thigh with bone involvement without evidence of necrosis |
| L97.118 | Non-pressure chronic ulcer of right thigh with other specified severity |
| L97.121 | Non-pressure chronic ulcer of left thigh limited to breakdown of skin |
| L97.122 | Non-pressure chronic ulcer of left thigh with fat layer exposed |
| L97.123 | Non-pressure chronic ulcer of left thigh with necrosis of muscle |
| L97.124 | Non-pressure chronic ulcer of left thigh with necrosis of bone |

| Code | Description |
|---|---|
| L97.125 | Non-pressure chronic ulcer of left thigh with muscle involvement without evidence of necrosis |
| L97.126 | Non-pressure chronic ulcer of left thigh with bone involvement without evidence of necrosis |
| L97.128 | Non-pressure chronic ulcer of left thigh with other specified severity |
| L97.211 | Non-pressure chronic ulcer of right calf limited to breakdown of skin |
| L97.212 | Non-pressure chronic ulcer of right calf with fat layer exposed |
| L97.213 | Non-pressure chronic ulcer of right calf with necrosis of muscle |
| L97.214 | Non-pressure chronic ulcer of right calf with necrosis of bone |
| L97.215 | Non-pressure chronic ulcer of right calf with muscle involvement without evidence of necrosis |
| L97.216 | Non-pressure chronic ulcer of right calf with bone involvement without evidence of necrosis |
| L97.218 | Non-pressure chronic ulcer of right calf with other specified severity |
| L97.221 | Non-pressure chronic ulcer of left calf limited to breakdown of skin |
| L97.222 | Non-pressure chronic ulcer of left calf with fat layer exposed |
| L97.223 | Non-pressure chronic ulcer of left calf with necrosis of muscle |
| L97.224 | Non-pressure chronic ulcer of left calf with necrosis of bone |

| Code | Description |
|---|---|
| L97.225 | Non-pressure chronic ulcer of left calf with muscle involvement without evidence of necrosis |
| L97.226 | Non-pressure chronic ulcer of left calf with bone involvement without evidence of necrosis |
| L97.228 | Non-pressure chronic ulcer of left calf with other specified severity |
| L97.311 | Non-pressure chronic ulcer of right ankle limited to breakdown of skin |
| L97.312 | Non-pressure chronic ulcer of right ankle with fat layer exposed |
| L97.313 | Non-pressure chronic ulcer of right ankle with necrosis of muscle |
| L97.314 | Non-pressure chronic ulcer of right ankle with necrosis of bone |
| L97.315 | Non-pressure chronic ulcer of right ankle with muscle involvement without evidence of necrosis |
| L97.316 | Non-pressure chronic ulcer of right ankle with bone involvement without evidence of necrosis |
| L97.318 | Non-pressure chronic ulcer of right ankle with other specified severity |
| L97.321 | Non-pressure chronic ulcer of left ankle limited to breakdown of skin |
| L97.322 | Non-pressure chronic ulcer of left ankle with fat layer exposed |
| L97.323 | Non-pressure chronic ulcer of left ankle with necrosis of muscle |
| L97.324 | Non-pressure chronic ulcer of left ankle with necrosis of bone |

| Code | Description |
|---|---|
| L97.325 | Non-pressure chronic ulcer of left ankle with muscle involvement without evidence of necrosis |
| L97.326 | Non-pressure chronic ulcer of left ankle with bone involvement without evidence of necrosis |
| L97.328 | Non-pressure chronic ulcer of left ankle with other specified severity |
| L97.411 | Non-pressure chronic ulcer of right heel and midfoot limited to breakdown of skin |
| L97.412 | Non-pressure chronic ulcer of right heel and midfoot with fat layer exposed |
| L97.413 | Non-pressure chronic ulcer of right heel and midfoot with necrosis of muscle |
| L97.414 | Non-pressure chronic ulcer of right heel and midfoot with necrosis of bone |
| L97.415 | Non-pressure chronic ulcer of right heel and midfoot with muscle involvement without evidence of necrosis |
| L97.416 | Non-pressure chronic ulcer of right heel and midfoot with bone involvement without evidence of necrosis |
| L97.418 | Non-pressure chronic ulcer of right heel and midfoot with other specified severity |
| L97.421 | Non-pressure chronic ulcer of left heel and midfoot limited to breakdown of skin |

| Code | Description |
|---|---|
| L97.422 | Non-pressure chronic ulcer of left heel and midfoot with fat layer exposed |
| L97.423 | Non-pressure chronic ulcer of left heel and midfoot with necrosis of muscle |
| L97.424 | Non-pressure chronic ulcer of left heel and midfoot with necrosis of bone |
| L97.425 | Non-pressure chronic ulcer of left heel and midfoot with muscle involvement without evidence of necrosis |
| L97.426 | Non-pressure chronic ulcer of left heel and midfoot with bone involvement without evidence of necrosis |
| L97.428 | Non-pressure chronic ulcer of left heel and midfoot with other specified severity |
| L97.511 | Non-pressure chronic ulcer of other part of right foot limited to breakdown of skin |
| L97.512 | Non-pressure chronic ulcer of other part of right foot with fat layer exposed |
| L97.513 | Non-pressure chronic ulcer of other part of right foot with necrosis of muscle |
| L97.514 | Non-pressure chronic ulcer of other part of right foot with necrosis of bone |
| L97.515 | Non-pressure chronic ulcer of other part of right foot with muscle involvement without evidence of necrosis |

| Code | Description |
|---|---|
| L97.516 | Non-pressure chronic ulcer of other part of right foot with bone involvement without evidence of necrosis |
| L97.518 | Non-pressure chronic ulcer of other part of right foot with other specified severity |
| L97.521 | Non-pressure chronic ulcer of other part of left foot limited to breakdown of skin |
| L97.522 | Non-pressure chronic ulcer of other part of left foot with fat layer exposed |
| L97.523 | Non-pressure chronic ulcer of other part of left foot with necrosis of muscle |
| L97.524 | Non-pressure chronic ulcer of other part of left foot with necrosis of bone |
| L97.525 | Non-pressure chronic ulcer of other part of left foot with muscle involvement without evidence of necrosis |
| L97.526 | Non-pressure chronic ulcer of other part of left foot with bone involvement without evidence of necrosis |
| L97.528 | Non-pressure chronic ulcer of other part of left foot with other specified severity |
| L97.811 | Non-pressure chronic ulcer of other part of right lower leg limited to breakdown of skin |
| L97.812 | Non-pressure chronic ulcer of other part of right lower leg with fat layer exposed |

| Code | Description |
|---|---|
| L97.813 | Non-pressure chronic ulcer of other part of right lower leg with necrosis of muscle |
| L97.814 | Non-pressure chronic ulcer of other part of right lower leg with necrosis of bone |
| L97.815 | Non-pressure chronic ulcer of other part of right lower leg with muscle involvement without evidence of necrosis |
| L97.816 | Non-pressure chronic ulcer of other part of right lower leg with bone involvement without evidence of necrosis |
| L97.818 | Non-pressure chronic ulcer of other part of right lower leg with other specified severity |
| L97.821 | Non-pressure chronic ulcer of other part of left lower leg limited to breakdown of skin |
| L97.822 | Non-pressure chronic ulcer of other part of left lower leg with fat layer exposed |
| L97.823 | Non-pressure chronic ulcer of other part of left lower leg with necrosis of muscle |
| L97.824 | Non-pressure chronic ulcer of other part of left lower leg with necrosis of bone |
| L97.825 | Non-pressure chronic ulcer of other part of left lower leg with muscle involvement without evidence of necrosis |
| L97.826 | Non-pressure chronic ulcer of other part of left lower leg with bone involvement without evidence of necrosis |

| Code | Description |
|---|---|
| L97.828 | Non-pressure chronic ulcer of other part of left lower leg with other specified severity |
| L97.912 | Non-pressure chronic ulcer of unspecified part of right lower leg with fat layer exposed |
| L97.913 | Non-pressure chronic ulcer of unspecified part of right lower leg with necrosis of muscle |
| L97.914 | Non-pressure chronic ulcer of unspecified part of right lower leg with necrosis of bone |
| L97.915 | Non-pressure chronic ulcer of unspecified part of right lower leg with muscle involvement without evidence of necrosis |
| L97.916 | Non-pressure chronic ulcer of unspecified part of right lower leg with bone involvement without evidence of necrosis |
| L97.918 | Non-pressure chronic ulcer of unspecified part of right lower leg with other specified severity |
| L97.922 | Non-pressure chronic ulcer of unspecified part of left lower leg with fat layer exposed |
| L97.923 | Non-pressure chronic ulcer of unspecified part of left lower leg with necrosis of muscle |
| L97.924 | Non-pressure chronic ulcer of unspecified part of left lower leg with necrosis of bone |
| L97.925 | Non-pressure chronic ulcer of unspecified part of left lower leg with muscle involvement without evidence of necrosis |

| Code | Description |
|---|---|
| L97.926 | Non-pressure chronic ulcer of unspecified part of left lower leg with bone involvement without evidence of necrosis |
| L97.928 | Non-pressure chronic ulcer of unspecified part of left lower leg with other specified severity |
| L98.415 | Non-pressure chronic ulcer of buttock with muscle involvement without evidence of necrosis |
| L98.416 | Non-pressure chronic ulcer of buttock with bone involvement without evidence of necrosis |
| L98.418 | Non-pressure chronic ulcer of buttock with other specified severity |

### ICD-10-CM Codes that DO NOT Support Medical Necessity

N/A

### Additional ICD-10 Information

N/A

## General Information

Associated Information

Documentation Requirements

1. All documentation must be maintained in the patient's medical record and available to the contractor upon request.

2. Every page of the record must be legible and include appropriate patient identification information (e.g., complete name, dates of service(s)). The documentation must include the

legible signature of the physician or non-physician practitioner responsible for and providing the care to the patient.

3. The submitted medical record must support the use of the selected ICD-10-CM code(s). The submitted CPT/HCPCS code must describe the service performed.

4. Medical record documentation must support the medical necessity of the services as directed in this policy.

5. The documentation must support that the service was performed and must be included in the patient's medical record. This information is normally found in the history and physical, office/progress notes, hospital notes, and/or procedure report.

6. The medical record must clearly show that the criteria listed under the ***Coverage Indications, Limitations and/or Medical Necessity*** section have been met, as well as, the appropriate diagnosis and response to treatment.

7. The documentation must support the need for skin substitute application and the product used.

8. A description of the wound(s) must be documented at baseline (prior to beginning conservative treatment) relative to size, location, stage, duration, and presence of infection, in addition to type of treatment given and response.

a. This information must be updated in the medical record throughout treatment.

b. Wound description must also be documented pre and post treatment with the skin substitute graft being used.

c. If obvious signs of worsening or lack of treatment response is noted, continuing treatment with the skin substitute would not be considered medically reasonable and necessary without documentation of a reasonable rationale for doing so.

9. Documentation of smoking history, and that the patient has received counseling on the effects of smoking on surgical outcomes and treatment for smoking cessation (if applicable) as well as outcome of a reasonable rationale for doing so.

• Patient is a nonsmoker, or has refrained from smoking for at least 4 weeks prior to planned skin replacement surgery, or has received counseling on the effects of smoking on surgical outcome especially wound healing and treatment for smoking cessation.

10. The amount of utilized and wasted skin substitute must be clearly documented in the procedure note with the following minimum information:

- Date, time and location of ulcer treated;
- Name of skin substitute and how the product is supplied;
- Amount of product unit used;
- Amount of product unit discarded;
- Reason for the wastage;
- Manufacturer's serial/lot/batch or other unit identification number of graft material. When the manufacturer does not supply the unit identification, the record must document such.

**Note:** Palmetto GBA expects that where multiple sizes of a specific product are available, the size that best fits the wound with the least amount of wastage will be utilized.

**Utilization Guidelines**

**Notice:** It is not appropriate to bill Medicare for services that are not covered (as described by this entire LCD) as if they are covered. When billing for non-covered services, use the appropriate modifier.

Utilization of these services should be consistent with locally acceptable standards of practice.

It is the expectation that a specific skin substitute product will be used for the episode of each documented wound, and in compliance with FDA assessments and submitted guidelines for the specific product. Greater than ten (10) applications for treatment of a single wound within a 12 week period of time will be considered not reasonable and necessary and will be subject to review.

Separately billed repeated use of the skin substitute after 12 weeks for a single wound or episode is non-covered. Alternative or additional skin substitute products used within the 12 week initial wound episode are similarly non-covered when the sum of applications of all Skin Substitutes is greater than ten (10) for a single wound.

Each marketed product listed in a HCPCS code under the section ***"Skin Substitutes"*** is eligible for Medicare reimbursement if it is utilized in accordance with its proposed uses and

in compliance with the provisions and wounds specified in this LCD.

The utilization of bioengineered skin substitute non-compliant with medical necessity or designated guidelines for that specific product may necessitate review or non-coverage as not medically necessary.

Labeling for most skin substitute grafts includes language suggesting multiple applications; however, Medicare does not expect that every ulcer in every patient will require the maximum number of applications listed on the product label or allowed for reimbursement.

Utilization rates that exceed peer norms, identified through data analysis may prompt prepayment or post payment medical review.

## Sources of Information

N/A

## Bibliography

**Note:** Some reference sources are listed by request of “Skin Substitute” product stakeholders and should not be interpreted as Palmetto GBA’s endorsement of any specific product.

**References:**

Baldursson BT, Kjartansson H, Konradsdottir F, Gudnason P, Sigurjonsson GF, Lund SH. Healing Rate and Autoimmune Safety of Full-Thickness Wounds Treated with Fish Skin Acellular Dermal Matrix Versus Porcine Small-Intestine Submucosa: A Noninferiority Study. *International Journal of Lower Extremity Wounds.* 2015;14(1):37-43.

Brem H, Kirsner RS, Falanga V. Protocol for the successful treatment of venous ulcers. *American Journal of Surgery.* 2004;188(1A supp):1-8.

Brem H, Sheehan P, Boulton AJ. Protocol for treatment of diabetic foot ulcers. *American Journal of Surgery.* 2004;187:(5A):1S-10S.

Brem H, Young J, Tomic-Canic M, Isaacs C, Ehrlich HP. Clinical Efficacy and Mechanism of Bilayered Living Human Skin Equivalent (HSE) in Treatment of Diabetic Foot Ulcers. *Surgical Technology International.* 2003;11:23-31.

Couture M. A Single-Center, Retrospective Study of Cryopreserved Umbilical Cord for Wound Healing in Patients Suffering from Chronic Wounds of the Foot and Ankle. *Wounds.*2016;28(7):217-225.

Dressings and Care of Skin Graft Sites: A Review of Clinical Evidence and Guidelines [Internet]. *Canadian Agency for Drugs and Technologies in Health.* 2013 Dec 19. Ottawa (ON).

Eriksson A, Burcharth J, Rosenberg J. Animal derived products may conflict with religious patients' beliefs. *BMC Med Ethics.* 2013;14:48.

Greer N, Foman NA, MacDonald R, et al. Advanced Wound Care Therapies for Nonhealing Diabetic, Venous, and Arterial Ulcers: A Systematic Review. *Annals of Internal Medicine.* 2013;159(8):532-542.

Hanft JR, Surprenant MS. Healing of Chronic Foot Ulcers in Diabetic Patients Treated with a Human Fibroblast-Derived Dermis. *J Foot & Ankle Surgery.* 2002;41(5):291-299.

Hankin CS, Knispel J, Lopes M, Bronstone A, Maus E. Clinical and Cost Efficacy of Advanced Wound Care Matrices for Venous Ulcers. *Journal of Managed Care Pharmacy: JMCP*. 2012;18(5):375-384.

Jimenez PA, Jimenez SE. Tissue and cellular approaches to wound repair. *American Journal of Surgery.* 2004;187(5A):56S-64S.

Kelechi TJ, Mueller M, Hankin CS, Bronstone A, Samies J, Bonham PA. A Randomized, Investigator-blinded, Controlled Pilot Study to Evaluate the Safety and Efficacy of a Poly-N-Acetyl Glucosamine-derived Membrane Material in Patients with Venous Leg Ulcers. *J AM Acad Dermatol*. 2012;66(6):e209-15.

Leong M, Phillips L. Wound dressings. In: Townsend Jr. CM, Beauchamp RD, Evers BM. Townsend: Sabiston Textbook of Surgery: The Biological Basis of Modern Surgical Practice. 19th ed. Philadelphia, PA: Saunders; 2012.

Lindner HB, Zhang A, Eldridge J, et al. Anti-Bacterial Effects of Poly-N-Acetyl-Glucosamine Nanofibers in Cutaneous Wound Healing: Requirement for Akt1. *PloS One.* 2011;6(4):e18996.

Lintzeris D, Yarrow K, Johnson L, et al. Use of a Dehydrated Amniotic Membrane Allograft on Lower Extremity Ulcers in Patients with Challenging Wounds: A Retrospective Case Series. *Ostomy Wound Management.* 2015;61(10):30–36.

Maus EA. Successful Treatment of Two Refractory Venous Stasis Ulcers Treated with a Novel Poly-N-Acetyl Glucosamine-derived Membrane. *BMJ Case Reports*. 2012.

Mulder G, Wallin K, Tenenhaus M. Regenerative Materials that Facilitate Wound Healing. *Clin Plastic Surg.* 2012;39(3):249-267.

Roussalis JL. Novel Use of an Acellular Dermal Matrix Allograft to Treat a Chronic Scalp Wound with Bone Exposure: A Case Study. *Int J Burns Trauma.* 2014;4(2):49-52.

Scherer SS, Pietramaggiori G, Matthews J, et al. Poly-N-Acetyl Glucosamine Nanofibers: A New Bioactive Material to Enhance Diabetic Wound Healing by Cell Migration and Angiogenesis. *Annals of Surgery.* 2009;250(2):322-30.

Sheehan P, Jones P, Caselli A, Giurini JM, Veves A. Percent Change in Wound Area of Diabetic Foot Ulcers Over a 4-Week Period is a Robust Predictor of Complete Healing in a 12-Week Prospective Trial. *Diabetes Care.* 2003;26(6):1879-82.

Shitrit SB, Ramon Y, Bertasi G. Use of a Novel Acellular Dermal Matrix Allograft to Treat Complex Trauma Wound: A Case Study. *Int J Burns Trauma.* 2014;4(2):62-65.

Yonehiro L, Burleson G, Sauer V. Use of a New Acellular Dermal Matrix for Treatment of Nonhealing Wounds in the Lower Extremities of Patients with Diabetes. *Wounds.* 2013;25(12):340-344.

Zelen CM, Serena TE, Gould L, et al. Treatment of chronic diabetic lower extremity ulcers with advanced therapies: a prospective, randomised, controlled, multi-centre comparative study examining clinical efficacy and cost. *Int Wound J.* 2016;13(2):272-282.

**Web Sites:**

Management of Diabetic Foot Ulcers Accessed March 2018.

US Dept. of Health and Human Services Food and Drug Administration (CDER, CBER, CDRH). Guidance for Industry Chronic Cutaneous Ulcer and Burn Wounds – Developing Products for Treatment. June 2006. Accessed March 2018.

Agency for Healthcare Research and Quality (AHRQ) Website. Technology Assessment. Negative pressure wound therapy devices. November 12, 2009. Accessed March 2018.

# Revision History Information

| Revision History Date | Revision History Number | Revision History Explanation | Reasons for Change |
|---|---|---|---|
| 01/03/2019 | R10 | This LCD is being retired due to the rapidly changing nature of this category of treatments- skin substitutes vs wound dressings. | • LCD Being Retired |
| 03/29/2018 | R9 | Under ***Coverage Indications, Limitations and/or Medical Necessity*** in the first paragraph deleted the second and third sentence. Under ***Bioengineered Skin/Cultured Epidermal Autografts (CEA)*** corrected "widespread"**.** Under ***Regulatory Status- US Food and Drug Administration (FDA) Governing Skin Substitute Products*** revised AHRS in the 7th paragraph to now read AHRQ and in the second and fourth sentences of the eleventh paragraph corrected the spelling of re-epithelialization. Under ***Indications*** in the second sentence of the fifth paragraph revised "systematic" to now read "systemic". Under ***Limitations-Note*** added the second sentence "The coding in this policy…". Under ***Limitations*** in the last paragraph italicized manual verbiage. Under ***Associated*** | • Provider Education/Guidance<br>• Typographical Error |

| Revision History Date | Revision History Number | Revision History Explanation | Reasons for Change |
|---|---|---|---|
| | | ***Information-Documentation Requirements 6.*** corrected the section of the LCD cited. Under ***Utilization Guidelines*** in the seventh paragraph corrected "include" to now read "includes". Under ***Bibliography*** author initials and punctuation was corrected for Greer N, Foman NA, MacDonald R, et al. Advanced Wound Care Therapies for Nonhealing Diabetic, Venous, and Arterial Ulcers: A Systematic Review. *Annals of Internal Medicine.* 2013;159(8):532-542. Under ***Web Sites*** updated the access dates.<br><br>At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the fields included on the LCD are applicable as noted in this policy. | |

| Revision History Date | Revision History Number | Revision History Explanation | Reasons for Change |
|---|---|---|---|
| 02/26/2018 | R8 | The Jurisdiction "J" Part B Contracts for Alabama (10112), Georgia (10212) and Tennessee (10312) are now being serviced by Palmetto GBA. The notice period for this LCD begins on 12/14/17 and ends on 02/25/18. Effective 02/26/18, these three contract numbers are being added to this LCD. No coverage, coding or other substantive changes (beyond the addition of the 3 Part B contract numbers) have been completed in this revision. | • Change in Affiliated Contract Numbers |
| 01/29/2018 | R7 | The Jurisdiction "J" Part A Contracts for Alabama (10111), Georgia (10211) and Tennessee (10311) are now being serviced by Palmetto GBA. The notice period for this LCD begins on 12/14/17 and ends on 01/28/18. Effective 01/29/18, these three contract numbers are being added to this LCD. No coverage, coding or other substantive changes (beyond the addition of the 3 Part A contract numbers) have been completed in this revision. | • Change in Affiliated Contract Numbers |

| Revision History Date | Revision History Number | Revision History Explanation | Reasons for Change |
|---|---|---|---|
| 10/01/2017 | R6 | Under ***ICD-10 Codes That Support Medical Necessity Group 1:Codes*** added ICD-10 codes E11.10, L97.115, L97.116, L97.118, L97.125, L97.126, L97.128, L97.215, L97.216, L97.218, L97.225, L97.226, L97.228, L97.315, L97.316, L97.318, L97.325, L97.326, L97.328, L97.415, L97.416, L97.418, L97.425, L97.426, L97.428, L97.515, L97.516, L97.518, L97.525, L97.526, L97.528, L97.815, L97.816, L97.818, L97.825, L97.826, L97.828, L97.915, L97.916, L97.918, L97.925, L97.926, L97.928, L98.415, L98.416, and L98.418. This revision is due to the 2017 Annual ICD-10 Code Updates.<br><br>At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the fields included on the LCD are applicable as noted in this policy. | • Provider Education/Guidance<br>• Revisions Due To ICD-10-CM Code Changes |

| Revision History Date | Revision History Number | Revision History Explanation | Reasons for Change |
|---|---|---|---|
| 08/17/2017 | R5 | Under ***Coverage Indications, Limitations and/or Medical Necessity***- **Limitations bullet #6** added the verbiage "...where no documented counseling on the effects of smoking on surgical outcomes and the success of the application of skin grafts is available."<br><br>At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the fields included on the LCD are applicable as noted in this policy. | • Reconsideration Request |
| 05/18/2017 | R4 | Under ***Coverage Indications, Limitations and/or Medical Necessity***- add sentence to state "**Note: Skin Substitutes used for burns is covered**." Under ***Associated Information – Documentation Requirements***- revised wording to bullet under item 9 to read "Patient is a nonsmoker, or has refrained from smoking for at least 4 weeks prior to planned skin replacement surgery, or has received counseling on the | • Provider Education/Guidance |

| Revision History Date | Revision History Number | Revision History Explanation | Reasons for Change |
|---|---|---|---|
| | | effects of smoking on surgical outcome especially wound healing and treatment for smoking cessation." | |
| 04/22/2017 | R3 | Under ***CMS National Coverage Policy*** - Revision to add title to CMS Internet-Only Manual Publication 100-08 Chapter 13 Section 13.5.1 to read " Reasonable and Necessary Provisions in LCDs". Add word "Application" to CMS Ruling 95-1 (V). Under ***Coverage Indications, Limitations and/or Medical Necessity***- Revised sentence in second paragraph to add definition of lower extremities. "This LCD is applicable to the use of Skin Substitutes or Cellular and/or Tissue Based Products (CTPs) for treatment of Lower Extremity (lower extremity encompasses the region of the body from the hip to the toes) Non-Healing Wounds". Under ***Regulatory Status, 1. Human Cells, Tissues, and Cellular and Tissue-Based Products,*** add word "the" to sentence, "Establishments producing HCT/Ps must register with the FDA and list their HCT/Ps". Under | • Provider Education/Guidance<br>• Typographical Error |

| Revision History Date | Revision History Number | Revision History Explanation | Reasons for Change |
|---|---|---|---|
| | | ***Limitations*** eighth bullet add word "an", "…will require the use of an appropriate wound preparation…" Under ***Associated Information-Documentation Requirements*** grammatical correction to second bullet under no. 10 to read "Name of skin substitute and how the product is supplied." Add "the" throughout the sixth bullet to read "When the manufacturer does not supply the unit identification, the record must document such." Typographical correction to verbiage in fifth paragraph under header ***Utilization Guidelines*** changed wording from "used" to "uses". Under ***Sources of Information and Basis for Decision***- Typographical correction to spelling of "Matrix". Added "supp" to article reference; *American Journal of Surgery.* 2004;188(1A supp):1-8. Removed "XI" from reference; *Surgical Technology International*.2003;11:23-31. Removed second "A" from title of article to read "A single-center, retrospective study of cryopreserved…" and | |

| Revision History Date | Revision History Number | Revision History Explanation | Reasons for Change |
|---|---|---|---|
| | | added article reference information to read; *Wounds.*2016;28(7):217-225. Remove "A" initial from name of author; Forman, N. Also added to complete article title, "A Systematic Review". Added "J" initial to author; Eldridge, J and removed additional space between "Acetyl-Glucosamine…" in article title and grammatical correction to electronic page number, e18996. Added "B" initial to author Shitrit, SB. | |
| 09/22/2016 | R2 | Under ***Coverage Indications, Limitations and/or Medical Necessity-Indications*** revised the verbiage in bullet #1 to read "Partial- and/or full-thickness ulcers, not involving tendon, muscle, joint capsule or exhibiting exposed bone or sinus tracts, with a clean granular base and/or specific to the product labeling or instructions for use;". Under ***Limitations*** in the last paragraph and last sentence revised the verbiage to read "Note that combination therapy with any of these platelet rich plasma rich systems and bioengineered skin substitute (CTP) will be | • Provider Education/Guidance<br>• Reconsideration Request |

| Revision History Date | Revision History Number | Revision History Explanation | Reasons for Change |
|---|---|---|---|
| | | considered not reasonable and necessary". Under *ICD-10 Codes that Support Medical Necessity-Group1: Codes* added ICD-10 codes I87.311, I87.312, I87.313, I87.331, I87.332 and I87.333. | |
| 05/19/2016 | R1 | Added *CPT/HCPCS Codes Group 2* for Part A services only. | • Provider Education/Guidance<br>• Reconsideration Request |

# Associated Documents

## Attachments

There are no attachments for this LCD.

## Related Local Coverage Documents

Articles

A55035 - Billing Requirements for Application of Skin Substitutes (Part B Services Only)

A54940 - Response to Comments: Application of Skin Substitutes

LCDs

DL36466 - Application of Skin Substitutes

## Related National Coverage Documents

This LCD version has no Related National Coverage Documents.

## Public Versions

| Updated On | Effective Dates | Status | |
|---|---|---|---|
| 01/03/2019 | 03/29/2018 - 01/03/2019 | Retired | You are here |

| Updated On | Effective Dates | Status | |
|---|---|---|---|
| 03/23/2018 | 03/29/2018 - N/A | Superseded | View |
| 12/07/2017 | 02/26/2018 - 03/28/2018 | Superseded | View |
| 12/07/2017 | 01/29/2018 - 02/25/2018 | Superseded | View |
| 08/25/2017 | 10/01/2017 - 01/28/2018 | Superseded | View |
| 08/11/2017 | 08/17/2017 - 09/30/2017 | Superseded | View |
| 05/12/2017 | 05/18/2017 - 08/16/2017 | Superseded | View |
| 03/24/2017 | 04/22/2017 - 05/17/2017 | Superseded | View |
| 09/14/2016 | 09/22/2016 - 04/21/2017 | Superseded | View |
| 05/13/2016 | 05/19/2016 - 09/21/2016 | Superseded | View |
| 03/25/2016 | 05/17/2016 - 05/18/2016 | Superseded | View |

# Additional Information

### Keywords

- Skin Substitutes
- Cellular and/or Tissue Based Products