# Complaint Exhibit 9

*LCD - MAC Part A (J15) - CGS Administrators, LLC [15101] - KY > Skin Substitute Grafts/Cellular and Tissue-Based Products for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers V7 (Rev. Eff. 11/08/2024)*

# Skin Substitutes for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers (DL) V10 Approved DRAFT - Comment Period 10/06/2022 to 11/19/2022

Click to open document in a browser

LCD Information | Coding Information | Proposed Process Information | Associated Documents

Contractor Information

| | |
|---|---|
| Contractor Name | CGS Administrators, LLC |
| Contract Number | 15101 |
| Contract Type | MAC - Part A |
| Other Information | www.cgsmedicare.com<br>26 Century Blvd.<br>Ste ST610<br>Nashville TN 37214-3685<br>Medical Director: Meredith Loveless, MD (Chief Medical Officer) |

LCD Information

| | |
|---|---|
| LCD ID | L39453 |
| LCD Version Number | 10 |
| Original ICD-9 LCD ID | |
| Proposed LCD ID | DL36690 |
| LCD Title | **Skin Substitutes for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers (DL)** |
| Contractor's Determination Number | |
| Status of this Version | **Approved DRAFT** |
| Reason for this change | Other. |
| Jurisdiction | Kentucky (KY) |
| Oversight Region | Region 4 |
| Original Effective Date | N/A |
| Original Ending Date | N/A |
| Revision Effective Date | N/A |
| Revision Ending Date | N/A |
| Retirement Date | N/A |
| Notice Period | N/A |

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Coding & Payment Tools

| | |
|---|---|
| Start Date | |
| Notice Period End Date | N/A |
| AMA CPT / ADA CDT / AHA NUBC Copyright Statement | CPT codes, descriptions and other data only are copyright 2021 American Medical Association. Reserved. Applicable FARS/HHSARS apply.<br><br>Fee schedules, relative value units, conversion factors and/or related components are not assigr AMA, are not part of CPT, and the AMA is not recommending their use. The AMA does not direc indirectly practice medicine or dispense medical services. The AMA assumes no liability for data or not contained herein.<br><br>Current Dental Terminology © 2021 American Dental Association. All rights reserved.<br><br>Copyright © 2013 - 2021, the American Hospital Association, Chicago, Illinois. Reproduced by C permission. No portion of the American Hospital Association (AHA) copyrighted materials contai this publication may be copied without the express written consent of the AHA. AHA copyrighted including the UB-04 codes and descriptions may not be removed, copied, or utilized within any s product, service, solution or derivative work without the written consent of the AHA. If an entity w utilize any AHA materials, please contact the AHA at 312-893-6816. Making copies or utilizing th of the UB-04 Manual, including the codes and/or descriptions, for internal purposes, resale and/c used in any product or publication; creating any modified or derivative work of the UB-04 Manual codes and descriptions; and/or making any commercial use of UB-04 Manual or any portion ther including the codes and/or descriptions, is only authorized with an express license from the Ame Hospital Association. To license the electronic data file of UB-04 Data Specifications, contact Tin at (312) 893-6816. You may also contact us at ub04@aha.org. |
| CMS National Coverage Policy | This LCD supplements but does not replace, modify or supersede existing Medicare applicable N Coverage Determinations (NCDs) or payment policy rules and regulations for skin substitutes for treatment of diabetic foot ulcers and venous leg ulcers. Federal statute and subsequent Medicar regulations regarding provision and payment for medical services are lengthy. They are not repe this LCD. Neither Medicare payment policy rules nor this LCD replace, modify or supersede appl state statutes regarding medical practice or other health practice professions acts, definitions an scopes of practice. All providers who report services for Medicare payment must fully understanc follow all existing laws, regulations, and rules for Medicare payment for skin substitutes for the tr diabetic foot ulcers and venous leg ulcers and must properly submit only valid claims for them. P review and understand them and apply the medical necessity provisions in the policy within the c the manual rules. Relevant CMS manual instructions and policies may be found in the following I Only Manuals (IOMs) published on the CMS Web site: |

**IOM Citations:**

- CMS IOM Publication 100-02, *Medicare Benefit Policy Manual*,
  ~ Chapter 15, Section 50.4.1 Approved Use of Drug
- CMS IOM Publication 100-04, *Medicare Claims Processing Manual*,
  ~ Chapter 17, Section 40 Discarded Drugs and Biologicals
- CMS IOM Publication 100-08, *Medicare Program Integrity Manual*,
  ~ Chapter 13, Section 13.5.4 Reasonable and Necessary Provision in an LCD
- CMS IOM Publication 100-03, *National Coverage Determinations Manual, Chapter* 1, Sect 270.3, 270.4 & 270.5

**Social Security Act (Title XVIII) Standard References:**

- Title XVIII of the Social Security Act, Section 1862(a)(1)(A) states that no Medicare payme made for items or services which are not reasonable and necessary for the diagnosis or tre illness or injury.
- Title XVIII of the Social Security Act, Section 1862(a)(7). This section excludes routine phy examinations.

**Code of Federal Regulations (CFR) References:**

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Coding & Payment Tools 

- CFR, Title 21, Volume 8, Chapter 1, Subchapter L, Part 1271.10 Human cells, tissues, and and tissue-based products

Coverage Guidance

**Coverage Indications, Limitations, and/or Medical Necessity**

Compliance with the provisions in this LCD may be monitored and addressed through post paym analysis and subsequent medical review audits.

**History/Background and/or General Information**

This LCD addresses the medically reasonable and necessary threshold for coverage of skin repl surgery for application of skin substitute grafts for diabetic foot ulcers (DFUs) and venous leg ulc (VLUs).

Application of skin substitute grafts for wound care indications other than for DFU or VLU are not addressed by this LCD. Use of skin substitute grafts must meet the medically reasonable and ne threshold for coverage and these devices must be used in accordance with their approved Unite (U.S.) Food and Drug Administration (FDA) intended use.

Chronic wounds of the lower extremities, including venous stasis ulcers, DFUs and pressure sor major public health problem. While lower extremity ulcers have numerous causes such as burns mixed venous-arterial disease, immobility, and vasculitis, nutritional or other neuropathy, over 90 lesions in the U.S. are related to venous stasis disease and diabetic neuropathy.[1-3]

Generally, depending on the purpose of the product and how it functions, skin substitutes are reg the FDA premarket approval (PMA) process, FDA 510(k) premarket notification process, or the F regulations for human cells, tissues, and cellular and tissue-based products (HCT/Ps). Although substitutes have attributes of both biologicals and devices, the current position is that these prod best characterized as surgical supplies or devices because of their required surgical application similarity to other surgical supplies. It has been noted that there are instances in which certain pr might have a wound healing indication but may not necessarily meet the definition of skin substit Therefore, FDA classification and indication alone does not determine if a product meets the def skin substitute and/or meets the medically reasonable and necessary threshold for coverage.

Amniotic/chorionic-based products are HCT/Ps as defined in 21 CFR 1271.3(d) and must meet c 21 CFR 1271 and 361 of the Public Health Service Act (PHS Act). The HCT/Ps not regulated un are regulated as drugs as defined under section 201(g) of the Federal Food, Drug, and Cosmetic Act) [21 U.S.C. 321(g)] and biological products as defined in section 351(i) of the PHS Act [42 U. 262(i)]. In order to lawfully market a drug that is also a biological product, a valid biologics licens in effect [42 U.S.C. 262(a)]. Such licenses are issued only after a showing of safety and efficacy product's intended use.[4-6]

Standard treatment of lower extremity ulcers (e.g., DFUs and/or VLUs) may include mechanical infection control, mechanical compression, limb elevation, debridement of necrotic tissue, manag systemic disease and medications, nutrition assessment, tissue perfusion and oxygenation, and counseling on the risk of continued tobacco use. In addition, maintenance of a moist wound envi through appropriate dressings facilitates development of healthy granulation tissue and epithelia and thus may potentiate complete healing at a wound site. Dressings are an integral part of wou management by not only maintaining a moist environment but by stopping contamination and ab exudate.[7-12]

Despite advancements in various synthetic occlusive dressings some ulcers fail to heal. The dev of skin substitutes has been employed as an adjunct to established wound care methods to incre chances of healing.[1,13]

Chronic wounds and frequently recurring wounds related to DFUs and VLUs are a challenge to t effectively. Chronic wounds may be unresponsive to initial therapy or persist despite additional c wound that has not healed within one to three months may be considered chronic and the applic skin substitute graft, an advanced treatment modality, may be considered medically reasonable

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

necessary for certain patients.[1-3]

Patients receiving skin replacement surgery with a skin substitute graft should be under the care physician/non-physician practitioner (NPP) for the treatment of their systemic disease process (e diabetes mellitus, chronic venous insufficiency, and/or peripheral vascular disease). It is imperati their systemic disease be monitored/treated in order to ensure adequate healing of the wound si

It is the expectation that a specific skin substitute graft product will be used for the episode of ski replacement surgery for wound care (defined as 12 weeks from the first application of a skin sub graft) assuming its use is not in conflict with the FDA assessments (e.g., indications, contraindica how supplied and directions for use, etc.) and/or the American Association of Tissue Banks (AAT approved use and assuming there is one related wound. Repeat application of a skin substitute g within the 12-week episode of skin replacement surgery for wound care may be appropriate per package insert based on wound re-assessment and must be supported in the medical record documentation for that encounter. Additional applications of a skin substitute product beyond the episode of skin replacement wound care are not expected if the wound has responded to the ski replacement surgery with epithelialization and other progression. This LCD does not endorse pa products for separate payment. The medical record documentation must support the medical ne skin replacement surgery and that the product is being used within its approved FDA indications.

**Covered Indications**

If the patient meets all of the criteria as outlined in this LCD, application of a skin substitute graft extremity DFU or VLU is considered medically reasonable and necessary for the following:

1. The presence of a chronic, non-infected DFU having failed to respond to documented cons wound care measures (outlined below) for greater than four weeks with documented comp
2. The presence of a chronic, non-infected VLU having failed to respond to documented cons wound care measures (outlined below) for greater than four weeks with documented comp

- For purposes of this LCD, conservative wound care measures include, but are not limited t

Comprehensive patient assessment (history, exam, Ankle-Brachial Index [ABI]) and diagnostic te indicated) and implemented treatment plan.

For patients with a DFU - assessment of Type 1 vs. Type 2 diabetes and management history w attention to certain comorbidities (e.g., vascular disease, neuropathy, osteomyelitis), review of cu blood glucose levels/hemoglobin A1c (HbA1c), diet and nutritional status, activity level, physical includes assessment of skin and wound, ABI, and check of off-loading device or assessment of appropriate footwear.[3]

For patients with a VLU - assessment of clinical history (prior ulcers, thrombosis risks), physical (edema, skin changes), ABI, diagnostic testing to verify superficial or deep venous reflux, perfora incompetence, and chronic (or acute) venous thrombosis. In this regard, venous duplex ultrasou recommended to confirm the Clinical class, Etiology, Anatomy, and Pathophysiology (CEAP) cla and categorize the patient's chronic venous disorder to guide the analysis of management altern The Venous Clinical Severity Score (VCSS) is used to assess changes in response to therapy.

3. An implemented treatment plan demonstrating all of the following:

- Debridement as appropriate.
- Some form of offloading for DFUs and some form of compression for VLUs.
- Infection control.
- Management of exudate - maintenance of a moist environment (moist saline gauze, other dressings, bioactive dressing, etc.).
- Patient is a nonsmoker or has refrained from smoking for at least 6 weeks prior to planned replacement surgery or has received counseling on the effects of smoking on surgical outc treatment for smoking cessation.

4. The skin substitute graft is applied to an ulcer that has failed to respond to documented co

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

wound care measures. "Failed response" is defined as an ulcer that has increased in size or no change in baseline size or depth, or no sign of improvement or indication that improv likely (such as granulation, epithelialization, or progress towards closing). Documentation c response requires measurements of the initial ulcer, measurements at the completion of at weeks of conservative wound care measures, and measurements immediately prior to plac the skin substitute graft for a DFU. For VLUs, conservative wound care measures must co no less than four weeks and include on-going compression therapy.[7,10,13]

5. The medical record documentation specifically addresses the circumstances regarding wh wound has failed to respond to standard wound care treatment of greater than 4 weeks an references the specific interventions that have failed based on the prior wound evaluation. record must include an updated medication history, review of pertinent medical problems t have arisen since the previous wound evaluation, and explanation of the planned skin repl surgery with choice of skin substitute graft product. The procedure risks and complications be reviewed and documented.[7,10,13-14]
6. Skin substitute grafts utilized per the approved FDA intended use.
7. The patient is under the care of a qualified physician/NPP for their underlying chronic cond

**Limitations**

The following are considered not medically reasonable and necessary[1-3,9-10]:

1. Not to exceed four applications of a specific skin substitute graft product within the episode replacement surgery for wound care defined as 12 weeks from the first application and co with product labeling.
   - The expectation is treatment will consist of the fewest repeat applications and amoun product to heal the wound. It is expected that products are used per the labeling. It is expected that every ulcer, in every patient will require the maximum number of applic listed on the product label. This utilization pattern may be subject to focused medical

2. Switching skin substitute graft products in a 12-week episode of skin replacement surgery care. Exceptions should be rare and may be considered on appeal when the medical nece the change is clearly documented in the medical record.
3. Application of a skin substitute graft product beyond 12-weeks.
4. Repeat applications of skin substitute grafts when a previous application was unsuccessful Unsuccessful treatment is defined as increase in size or depth of an ulcer, or no change in size or depth and no sign of improvement or indication that improvement is likely (such as granulation, epithelialization, or progress towards closing).
5. Application of skin substitute grafts in patients with inadequate control of underlying conditi exacerbating factors, or other contraindications (e.g., uncontrolled diabetes, active infectio Charcot arthropathy of the ulcer extremity, active vasculitis).
6. Use of surgical preparation services (for example, debridement), in conjunction with routin and/or repeat skin replacement surgery with a skin substitute graft.
7. Excessive wastage (discarded amount).

-
   - The skin substitute graft must be used in an efficient manner utilizing the smallest pa available for purchase from the manufacturer that could provide the appropriate amo patient.

8. All liquid skin substitute products for wound care.[15]
9. Refer to the CFR, Title 21, Volume 8, Chapter 1, Subchapter L, Part 1271.10 for Human-de products
   regulated as human cells, tissues, or cellular or tissue-based product (HCT/P) for addition limitations.

**Provider Qualifications**

Services provided within the LCD coverage indications will be considered medically reasonable necessary when all aspects of care are within the scope of practice of the provider's professiona licensure; and when all procedures are performed by appropriately trained providers in the appro

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Coding & Payment Tools 

setting.

**Notice:** Services performed for any given diagnosis must meet all the indications and limitations this LCD, the general requirements for medical necessity as stated in CMS payment policy manu and all existing CMS national coverage determinations, and all Medicare payment rules.

**Summary of Evidence**

A literature search was conducted using the following key words: Non-healing; wound; chronic; c foot; foot ulcer; venous leg ulcer; guidelines; wound healing; skin substitutes; dermal skin substit human skin allograft; randomized trial; standard of care; venous leg ulcer; skin grafts; wound dre human derived products; animal derived products; FDA regulations. The literature search was fil locate articles within 5-10 years, full-text articles, clinical trials, and systematic reviews. In genera improved health outcomes of interest include patient quality of life and function.

**Introduction**

Chronic wounds are described as wounds which have been unable to re-epithelialize after 1 to 3 of treatment. More than 90% of chronic wounds in the United States (U.S.) are a result of diabeti venous stasis ulcers, and decubitus ulcers. Chronic wounds may be described as vascular ulcer venous and arterial), diabetic ulcers, and pressure ulcers (local tissue hypoxia). These types of c wounds impact patient quality of life due to impaired mobility, pain, and substantial morbidity.[1-3]

**Evidence-Based Guidelines for Standard of Care**

Evidence-based guidelines indicate that standard of care (SOC) treatment of lower extremity ulc diabetic foot ulcers [DFUs] and/or venous leg ulcers [VLUs]) may include mechanical offloading, control, mechanical compression, limb elevation, debridement of necrotic tissue, management o disease and medications, nutrition assessment, tissue perfusion and oxygenation, education reg care of the foot, callus, and nail and fitting of shoes, and counseling on the risk of continued toba In addition, maintenance of a moist wound environment through appropriate dressings facilitates development of healthy granulation tissue and epithelialization and thus may potentiate complete at a wound site. Dressings are an integral part of wound management by not only maintaining a environment but by stopping contamination and absorbing exudate.7-12

A comprehensive assessment of patients and their wounds will also facilitate appropriate care by identifying and correcting systemic causes of impaired healing. The presence of a severe illness systemic disease and drug treatments such as immunosuppressive drugs and systemic steroids inhibit wound healing by changes in immune functioning, metabolism, inflammation, nutrition, an perfusion. Therefore, this information in conjunction with a detailed history of the wound itself is essential.[3,9]

A vascular evaluation is also vital for all chronic wounds. Palpation of pulses may be problematic of medial arterial calcification. An ankle-brachial index (ABI) should be taken for patients with a questionable pulse deficit although the ABI levels may be falsely elevated with medial arterial ca The patient is considered to have impaired arterial perfusion when the ABI is below 0.9. To supp ankle-brachial studies, toe blood pressure readings, pulse volume recordings, transcutaneous ox measurements (TCOMs), and skin perfusion pressure measurements have been suggested as a benchmarks for the prediction of wound healing.[3]

Venous ulcers require a series of diagnostic testing to verify superficial or deep venous reflux, pe incompetence, and chronic (or acute) venous thrombosis. In this regard, venous duplex ultrasou recommended and if the venous duplex ultrasound does not provide definitive diagnostic informa venous plethysmography is recommended. Patients with mixed arterial and venous disease requ combination of arterial and venous noninvasive testing. The use of a Class 3 (most supportive) h compression method is strongly recommended in the treatment of venous ulcers. High strength compression may be applied using techniques such as multilayered elastic compression, inelast compression, Unna boot, compression stockings, and others. The extent of compression should

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

modified for patients with mixed venous/arterial disease.[3,10]

The clinical practice guidelines of the Society for Vascular Surgery and the American Venous Fo recommend that patients with VLUs have the ulcer classified using the Clinical class, Etiology, A and Pathophysiology (CEAP) classification (confirmed by duplex scan). The Venous Clinical Sev Score (VCSS) is recommended to assess changes in response to therapy. Specific classificatior venous disease is essential for standardization of venous disease severity and evaluation of trea efficiency.

The Society for Vascular Surgery in collaboration with the American Podiatric Medical Associatic Society for Vascular Medicine has recommended a SOC treatment schedule for DFUs that inclu weekly to monthly wound evaluations of wound size and healing progress, infection control, deb of all devitalized tissue and surrounding callus material, dressings that maintain a moist wound environment, control of exudate, and avoiding maceration of adjacent intact skin. Adequate glyc control of hemoglobin A1c (HbA1c < 7%) is also recommended to reduce the incidence of DFUs infections and periodic assessments of appropriate footwear and/or off-loading device.[7,13]

### Regulation of Skin Substitute

Despite standard of care and advancements in various moisture retaining synthetic occlusive dre many chronic wounds fail to heal. The development of skin substitutes has been employed to be an adjunct to established chronic wound care methods to increase the chances of healing.[1,13] Sl substitute can be organized into the following groups: 1) Human-derived products regulated as h cells, tissues, and cellular and tissue-based products (HCT/Ps); 2) Human and human/animal-de products regulated through premarket approval (PMA) by the U.S. Food and Drug Administratior and 3) Animal-derived products regulated under the 510(k) process; and 4) Synthetic products re under the 510(k) process.[4-6]

Human tissue can be obtained from human donors, processed, and used in exactly the same rol recipient, such as a dermal replacement to be placed in a wound as a skin substitute (regulated HCT/Ps). These products may be regulated under the Biologics License Application (BLA) (unde Public Health Service Act [PHS Act]) or PMA (under the Federal Food, Drug, and Cosmetic Act [ Act]), depending on their composition and primary mode of action. Amniotic/chorionic-based pro HCT/Ps as defined in 21 CFR 1271.3(d) and must meet criteria in 21 CFR 1271 and 361 of the F The HCT/Ps not regulated under 361 are regulated as drugs as defined under section 201(g) of Federal Food, Drug, and Cosmetic Act (the Act) [21 U.S.C. 321(g)] and biological products as de section 351(i) of the PHS Act [42 U.S.C. 262(i)]. In order to legally market a drug that is also a bi product, a valid biologics license must be in effect [42 U.S.C. 262(a)]. Such licenses are issued c a showing of safety and efficacy for the product's intended use.[6]

### Evidence-Based Guidelines for Skin Substitute

Skin substitute are a heterogeneous group of biological and/or synthetic elements that allow the or permanent occlusion of wounds. Dermal substitutes may vary from skin xenografts or allograf combination of autologous keratinocytes over the dermal matrix, but all have a mutual goal to att resemblance with an individual's skin to the greatest extent possible.[13] Skin substitute are recom as an adjunct to the established SOC treatment protocols for wound care to increase the chance healing. In this regard, evidence-based guidelines recommend wound bed preparation prior to th application of any biologically active dressing which includes complete removal of slough, debris necrotic tissue.[14] Skin substitutes are recommended in conjunction with SOC treatment for DFU have failed to demonstrate more than 50% wound area reduction after a minimum of four weeks standard wound care measures.[7] For VLUs, if substantial wound improvement is not demonstrat minimum of four-six weeks of standard wound care measures, skin substitutes are recommende addition to SOC treatment and compression therapy.[10]

### Technology Assessment

The Agency for Healthcare Research and Quality (AHRQ) provided an evidenced-based technic skin substitutes for treating chronic wounds.[2] This technical brief was developed to describe ass products that may be considered skin substitutes in the U.S., which are utilized for the treatment

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

wounds. In addition, systems utilized to classify skin substitutes were assessed, randomized cor
trials (RCTs) involving skin substitutes were reviewed, and recommendations were made regard
practices for future studies. A systematic search of the published literature since 2012 was cond
systematic reviews/meta-analyses, RCTs, and prospective nonrandomized comparative studies
commercially available skin substitutes for individuals with DFUs, VLUs, pressure ulcers, and art
ulcers.

Seventy-six skin substitutes were identified and categorized using the Davison-Kotler classificati
system, a method structured according to cellularity, layering, replaced region, material used, an
permanence. Of these, 68 (89%) were categorized as acellular dermal substitutes, largely replac
from human placental membranes and animal tissue sources. Acellular dermal substitutes prepa
natural biological materials are the most common commercially available skin substitute product
treating or managing chronic wounds. Cellularity is a significant difference among skin substitute
presence of cells raises the rejection risk and production complexity. This category includes dec
donated human dermis (14 products recognized), human placental membranes (28 products rec
and animal tissue (21 products recognized). Less products are prepared from synthetic materials
products recognized) or a blend of natural and synthetic materials (two products recognized). A l
number of skin substitute products are acellular replacements for both the epidermis and dermis
product recognized). Only eight products were recognized that contain cells and would be classi
cellular grouping.

Three systematic reviews and 22 RCTs studied the utilization of 16 distinct skin substitutes, com
acellular dermal substitutes, cellular dermal substitutes, and cellular epidermal and dermal subst
DFUs, pressure ulcers, and VLUs. Twenty-one ongoing studies (all RCTs) assessed an addition
skin substitutes with comparable classifications. It was noted that studies seldom reported clinica
outcomes, such as amputation, wound recurrence at least two weeks after treatment ended, or p
related outcomes, such as return to function, pain, exudate, and odor. This review found that mo
are needed to assess the effectiveness of most skin substitutes and studies need to be better de
and include clinically relevant outcomes.

Of the 22 included RCTs, 16 studies contrasted a skin substitute with SOC. The SOC for each w
involved sharp debridement, glucose control, compression bandages for VLUs, pressure redistri
support surfaces for pressure ulcers, infection control, offloading, and daily dressing changes wi
moisture-retentive dressing, such as an alginate or hydrocolloid type dressing. Though 85% of th
examining acellular dermal substitutes portrayed the experimental intervention as favorable over
wound healing and quicker time to heal, inadequate data is available to determine whether wour
recurrence or other sequela are less frequent with acellular dermal substitutes. Only three studie
contrasted cellular dermal substitutes with SOC. Clinical evidence for cellular dermal substitutes
limited by the lack of robust, well-controlled clinical trials.

Of the six head-to-head comparative studies, results from five studies did not show substantial d
between skin substitutes in outcomes measured at the latest follow-up (>12 weeks). One study c
at 12 weeks described a substantial difference in wound healing favoring an acellular dermal ski
substitute over a cellular epidermal and dermal skin substitute. Another study compared two ace
dermal substitutes and seemed to have deliberately underpowered one arm of the study as stati
significance was not sought or expected for this study arm. Of the two studies reporting on recur
one study described comparable recurrence, while the other study reported no recurrence at 26
The current evidence base, as portrayed by the authors for the literature reviewed, may be inade
determine whether one skin substitute product is superior to another.[2]

Industry sponsored most of the studies reviewed; 20 of the 22 RCTs in this review, which preser
concerns regarding bias for these studies. This AHRQ technical brief also noted that a skin subs
commercial availability is not a reflection of its legal status. Manufacturers self-determine whethe
human cells, tissues, or cellular or tissue-based product (HCT/P) may be marketed without FDA
preapproval and frequently misunderstand or mischaracterize the conditions they must meet for
product to be regulated solely for communicable disease risk.

The Code of Federal Regulations (CFR) was referenced; 21 CFR 1271.10(a). Also, the 'FDA An
Comprehensive Regenerative Medicine Policy Framework'[5] was referenced.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Coding & Payment Tools Wolters Kluwer

**Systemic Review and Meta-Analysis**

Santema et al[16] provided a systematic review and meta-analysis to assess the efficiency of skin substitutes utilized for the treatment of DFUs regarding ulcer healing and limb salvage. Using the Cochrane Collaboration methodology, 17 clinical trials were identified, which included a total of 1 randomized study participants with diabetic foot ulceration. The number of study participants per trial ranged from 23 to 314. Fourteen studies included chronic or difficult to heal ulcers that were for a minimum of 2, 4, or 6 weeks.

Skin substitutes were contrasted with SOC in 13 trials. The results collectively demonstrated tha treatment, together with skin substitutes, enhance the chances of attaining complete ulcer closu contrast to SOC alone after 6 to 16 weeks (risk ratio [RR] 1.55, 95% confidence interval [CI] 1.3 low quality of evidence). Apligraf/Graftskin, Epifix, and Hyalograft 3D were the only individual pro demonstrated a statistically substantial beneficial effect on complete ulcer closure (i.e., full epith without any evidence of drainage or bleeding). Four clinical trials contrasted two different types c substitutes, although no product demonstrated a greater effect over another. Sixteen of the trials evaluated the efficacy of a bioengineered skin substitute. Only one trial evaluated the efficacy of nonbioengineered skin graft.

The total occurrence of lower limb amputations was only reported for two trials and the results fo two trials collectively produced a substantially lower amputation rate for individuals treated with s substitutes (RR 0.43, 95% CI 0.23 to 0.81), though the absolute risk difference (RD) was small (- 95% CI -0.10 to -0.01, very low quality of evidence). Of the included studies, 16 reported on adv events (AEs) in different ways, although there were no reports of a substantial difference in the i of AEs between the intervention and the control group. Additionally, support of long-term effectiv lacking, and cost-effectiveness is unclear. Noted limitations included a variable risk of bias amon studies, the lack of blinding (i.e., study participants and investigators knew which patients were r the experimental therapy and which patients were receiving the standard therapy), and 15 of the conveyed industry involvement; the majority of which did not indicate if the industry applied any l regarding data analysis or publication.[16]

Jones et al[17] provided a fourth update for a systematic literature review to evaluate the effect of s for the treatment of VLUs. Using the Cochrane Collaboration methodology, one new trial was ide generating a total of 17 RCTs, which included a total of 1,034 study participants. The studies co participants of any age, in any care setting, and with VLU. Given the process for diagnosis of ve ulceration differed between studies, a standard definition was not applied. The trials also involve participants with arterial, mixed, neuropathic, and diabetic ulcers provided that the outcomes for with venous ulcers were conveyed separately. To be included in the review, trials also had to re least one of the primary outcomes (i.e., objective measures of healing, such as relative or absol change in ulcer area, time for complete healing, or proportion of ulcers healed within the trial per

Eleven studies contrasted a graft with SOC. Two of these studies (102 patients) contrasted an a with a dressing, three studies (80 patients) contrasted a frozen allograft with a dressing, and two (45 patients) contrasted a fresh allograft with a dressing. Two studies (345 patients) contrasted a engineered skin (bilayer artificial skin) with a dressing. In two studies (97 patients) a single-layer replacement was contrasted with SOC.

Six studies contrasted alternative skin grafting techniques. The first study (92 patients) contraste autograft with a frozen allograft, a second study (51 patients) contrasted a pinch graft (autograft) porcine dermis (xenograft), the third study (110 patients) contrasted growth-arrested human ker and fibroblasts with a placebo, the fourth study (10 patients) contrasted an autograft delivered o pads with an autograft delivered on porcine gelatin microbeads, the fifth study (92 patients) cont meshed graft with a cultured keratinocyte autograft, and the sixth study (50 patients) contrasted keratinocyte allograft with a lyophilized (freeze-dried) keratinocyte allograft.

Overall, the results show that substantially more ulcers healed when treated with bilayer artificial with dressings. There was inadequate evidence from the other trials to establish whether other t skin grafting improved the healing of venous ulcers. The authors concluded that bilayer artificial together with compression bandaging, improves venous ulcer healing contrasted with a simple d plus compression.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

It was noted that the overall quality of the studies reviewed was poor, thus affecting the risk of in bias. Many of the studies did not convey inclusion criteria, insufficient information was provided r randomization techniques, and withdrawals and AEs were inadequately reported. Deficient data withdrawals and the inclination to perform per-protocol analyses rather than intention-to-treat (IT analyses signify that the outcomes in the original study documentation may be biased.[17]

**Clinical Trials for Skin Substitutes for Diabetic Foot Ulcers**

Barbul et al[18] conducted a retrospective, matched-cohort study to establish the efficacy of a cryo human bioactive split-thickness skin allograft (BSA) (i.e., TheraSkin®) plus SOC when contraste alone for the treatment of diabetic ulcers. Data was obtained from electronic medical records (EM initial pool of 650,309 diabetic ulcers for patients treated at 470 outpatient wound care centers in from January 1, 2012 to October 25, 2018.

Primary inclusion criteria included: 1) Adults ≥ 18 years of age; 2) DFU, Wagner grade 1-4 prese 30 days for individuals diagnosed with Type 1 or Type 2 diabetes; 3) Ulcer sited on foot, leg, or t Wound area ≥ 1 $cm^2$ and ≤ 50 $cm^2$. Primary exclusion criteria included: 1) Ulcers treated at skille facilities; 2) Ulcers treated with advanced biological products other than BSA; 3) Individuals in th cohort who received any cellular and/or tissue-based products; and 4) Individuals who showed ≥ closure of their wounds four weeks before the study treatment period.

Following elimination of ineligible patients and those missing important information (i.e., wound characteristics) and/or lack of treatment documentation, data included a total of 778 patients who treated with the BSA (treatment cohort) (mean age 65.67) and these study participants were pai 778 patients (mean age 62.95) drawn from a pool of 126,864 patients treated with SOC alone (c cohort), by utilizing propensity matching to create almost identical cohorts. Complications and comorbidities for both groups included Alzheimer's disease, coronary artery disease, cellulitis, ch obstructive pulmonary disease, congestive heart failure, end stage renal disease, immunosuppre conditions, morbid obesity, peripheral vascular disease (arterial and venous), smoking status, ar insufficiency. Although the disparity in body mass index (BMI) improved with propensity matching noteworthy difference remained between groups with those in the BSA cohort having a substanti higher mean BMI than those in the control cohort ($p < 0.002$).

Both cohorts received SOC treatment involving debridement, offloading, and application of any k nonbiologic wound dressings, such as hydrogels, saline-moistened gauze, and antimicrobial dre Study participants who received a BSA may have utilized any or all of the same dressings.

Amputation rates and recurrence at 3 months, 6 months, and 1 year after wound closure were a Diabetic ulcers were 59% more likely to close in the treatment cohort contrasted to the control co ($p$=0.0045). The healing rates with the BSA were greater than with SOC across multiple subsets most substantial improvement was noted in the worst wounds that had a duration of 90-179 days treatment ($p$=0.0073), exposed deep structures ($p$=0.036), and/or Wagner Grade 4 ulcers ($p$=0.0 Additionally, the reduction in recurrence was substantial at 3 months, 6 months, and 1 year, with without initially exposed deep structures ($p < 0.05$). The amputation rate in the treatment cohort 41.7% less than that of the control cohort at 20 weeks (0.9% vs. 1.5%, respectively). This study that diabetic ulcers treated with a cryopreserved bioactive split-thickness skin allograft were mor heal and stay closed contrasted to ulcers treated with SOC alone.[18]

Cazzell et al[19] performed a prospective, randomized, controlled, open-label trial with a primary o contrast the healing rates of a human decellularized acellular dermal matrix (D-ADM) for chronic with a SOC arm and an active comparator, human acellular dermal matrix (ADM) arm for the trea DFUs. Secondary objectives studied differences in time to wound closure, economic burden, qua questionnaires and product utilization between D-ADM, SOC, and a second active comparator h ADM.

Inclusion criteria included, but was not limited to: 1) Enrolled study participants must have the ca comply with offloading and dressing change requirements; 2) The wound of focus must have bee and receiving SOC for 30 days with an area ≥ to 1 $cm^2$ and < than 25 $cm^2$; 3) Patient must be be and 80 years of age, have a single DFU of focus with a Wagner Ulcer Classification Grade of 1 o

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

no infection present; and 4) Patients must have had acceptable circulation to the affected area, s
as having at least one of the following criteria within the past 60 days: TCOM at the dorsum of th
30 mmHg, ABI ranging from 0.8 - 1.2, or at least biphasic Doppler arterial waveforms at the dors
and posterior tibial arteries.

Exclusion criteria included, but was not limited to: 1) Patient had wound treatments including bio
topical growth factors within 30 days prior to screening; 2) Patient had circulating HbA1c > 12% v
days of the screening visit, serum creatinine concentrations of 3.0 mg/dL or > within 30 days bef
screening; 3) The presence of peripheral vascular disease, active infection or untreated maligna
Charcot's disease, or necrosis, purulence, or sinus tracts unable to be removed by debridement;
had a revascularization procedure aimed at improving blood flow in the target limb, or received a
skin equivalent within 4 weeks before screening; and 5) Patient has a sensitivity to lincomycin, g
polymyxin B, vancomycin, polysorbate 20, N-lauroyl sarcosinate, benzonase, or glycerol.

Patients with a diagnosis of diabetes mellitus on a stable treatment regimen (no modifications in
for 30 days prior to screening) who visited the clinic for care of a chronic lower extremity ulcer ar
above inclusion criteria and none of the exclusion criteria were asked to join the study. In this reg
study enrolled 168 DFU patients in 13 centers across nine states in the U.S. Patients were rando
into one of three treatment arms; D-ADM (DermACELL®), SOC wound management, or GJ-ADM
(GraftJacketTM) at a ratio of 2:2:1. The authors of this study indicated that the active comparator
GJ-ADM was not intended to compare the difference between the ADMs as several articles have
the safety and efficiency of GJ-ADM; this arm was added to the study to determine a baseline AI
healing rate.

Numbered envelopes holding the treatment designation were arranged by an outside contract re
organization and the study investigators were blinded to the randomization codes matching each
envelope. After a patient successfully passed screening to be in the study, the investigator would
envelope to ascertain which randomized arm the patient was assigned to. The ADM is visible up
application; therefore, it would have been impossible to continue blinding the investigator once tr
was applied. Therefore, as a secondary examination to avoid bias, a clinician, blinded to the trea
assessed the wound images for confirmation of healing condition.

Initially, the wound beds were debrided with a sharp blade, scissors or Versajet system to remov
tissue for study participants in all three treatment groups. Wound size was recorded using an ima
system pre-and post-debridement as well as before dressing applications. The wound areas wer
calculated by the imaging system and utilized for subsequent analysis of the wound areas.

Patients in the D-ADM arm and the GJ-ADM arm had the appropriate ADM dressing applied and
with a nonadherent dressing. A second ADM was applied between two weeks (at a minimum) ar
weeks (at the latest) after the first D-ADM application. Patients could have a maximum of two AD
applications, which included the first application at baseline. Wounds in the conventional care ar
provided with wound therapy involving alginates, foams, or hydrogels. The treating provider then
either a moist or dry gauze to be placed over the wound. In all three treatment arms, the dressing
the wound for a minimum of 5 days, but no more than 9 days, (7 days ± 2 days) until the next vis
dressings were only changed by the study team. Also, during following weekly visits, debridemen
used to remove necrotic tissue, as needed. In addition, off-loading utilizing a removable cast wal
diabetic shoe, surgical shoe, walker cast, or a total contact cast was essential for all treatment ar
unless the investigator considered it to be inappropriate, such as situations involving a wheelcha
patient or if the wound was located on the dorsal surface of the foot. Though either removable or
nonremovable offloading techniques were permitted, 95% of all patients used some type of remo
method; 68% of patients used removable boots and 16% of patients used surgical shoes.

Wounds were assessed on a weekly basis until wound closure was noted or the patient complete
weekly follow-up visits. Wound closure was defined as 100% re-epithelialization of the wound wi
drainage. A second visit was scheduled two weeks after the initial wound closure was noted to v
complete wound closure. Additionally, all healed wounds were followed at 4, 8, and 12 weeks aft
confirmation of complete wound closure to determine if the wound remained healed.

A total of 168 patients were included in this study: 71 patients in the D-ADM arm, 69 patients in t
arm, and 28 patients in the GJ-ADM arm. Patients that withdrew from the study prematurely beca

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

severe adverse events (SAEs), which affected the ability to follow the wound of focus, offloading compliance, or ≥ 25% missed visits involved 18 patients in the D-ADM arm, 13 patients in the SO and 5 patients in the GJ-ADM arm. To this end, 53 patients remained in the D-ADM arm and 40 patients received one application, 56 patients remained in the SOC arm, and 23 patients remain GJ-ADM arm and 16 of these patients received only one application. The percentage of overall withdrawals and the percentage of SAEs were comparable between the three treatment groups relative population size (p ≥ 0.05).

Baseline ulcer features, including wound size, were comparable between the three ITT arms. Th age for patients in the D-ADM arm was 59.1, 56.9 in the SOC arm, and 58.5 in the GJ-ADM arm mean HbA1c at screening was 8.51% in the D-ADM arm, 8.38% in the SOC arm, and 7.63% in t ADM arm. Patients diagnosed with Type 2 diabetes involved 93.5% of the enrolled population, w randomized to D-ADM, 97.1% randomized to SOC, and 92.9% randomized to GJ-ADM. The trea prescribed for diabetes control were evenly dispersed across study arms, thus eliminating the po confounding effect of insulin levels on cell responses and healing. Also, it was noted that almost study participants (41.1%) were current or past smokers and 58.9% had never smoked. Addition majority of patients in all three arms of the study had ulcers classified as Wagner class 2 (ulcers extend into tendon or capsule); D-ADM arm (83.1%), SOC arm (79.7%), and GJ-ADM arm (82.1

Patients were followed for 24 weeks for all three treatment arms. Results for the per protocol pop showed that a single application of D-ADM showed a substantially greater wound healing probab comparison to SOC across all three endpoints at Week 12 (65.0% vs. 41.1%; HR = 1.969; 95% 1.1-3.5; *p*=0.0123), Week 16 (82.5% vs. 48.1%; HR = 2.397; 95% CI = 1.4-4.1; *p*=0.0003), and (89.7% vs. 67.3%; HR = 2.107; 95% CI = 1.3- 3.5; p=0.0008). Patients in the D-ADM arm who re applications also demonstrated a substantially greater wound healing probability over SOC durin up visits at Week 16 (67.9% vs. 48.1%; HR = 1.716; 95% CI =1.04-2.831; *p*=0.0283) and Week vs. 67.3%; HR = 1.546; 95% CI = 0.9821-2.435; *p*=0.0489). The patients in the D-ADM arm who only one application exhibited wound healing in an average of 9 weeks, whereas patients in the conventional arm showed wound healing in an average of 16.5 weeks (*p*=0.0020). No substantia differences were observed between patients in the GJ-ADM arm and patients in the SOC arm or patients in the D-ADM and GJ-ADM arms.

The SF-36 v2.0 (Optum, Inc.) was utilized to acquire the perception of general health in eight are each study participant. The average, overall SF-36 scores at the end of the study were 425 for D 430 for SOC, and 404 for GJ-ADM. There were no substantial differences perceived between tre arms for the overall total score or in any of the eight areas. Also, a limitation noted for this study that the manufacturer of the D-ADM (DermACELL®) sponsored this trial.[19]

Driver et al[20] conducted The Foot Ulcer New Dermal Replacement Study (FOUNDER) to assess safety and effectiveness of the Integra Dermal Regeneration Template (IDRT) (i.e., Omnigraft® Regeneration Matrix) for the treatment of nonhealing DFUs. The study was a multicenter, randor controlled, parallel group clinical trial performed under an Investigational Device Exemption. This was designed based on guidelines from the FDA for creating products to treat chronic cutaneous The FOUNDER study involved 32 clinical sites and 307 patients that were randomized into two p groups.

The primary inclusion criteria included: 1) Established Type 1 or Type 2 diabetes with a HbA1c ≤ Patients ≥ 18 years of age; 3) Presence of a full-thickness neuropathic ulcer positioned distal to malleolus; 4) The ulcer of focus must have been in existence for greater than 30 days with the ul between 1 and 12 $cm^2$ post-debridement; and 5) Satisfactory vascular perfusion as defined by A and ≤ 1.2 or toe pressure > 50 mmHg or transcutaneous oxygen pressure (TcPO2) > 40 mmHg ultrasound consistent with sufficient blood flow to the affected extremity.

The primary exclusion criteria were active infection involving osteomyelitis, exposed capsule, ter bone, and reduction of wound ≥ 30% during the screening interval. The trial was separated into t phases: screening/run-in, randomization/treatment, and follow-up. Patients entered the screenin phase after providing written consent and underwent a series of screening evaluations and a 14- period in which patients received SOC treatment on the ulcer of focus to establish eligibility for th The following procedures were performed during the run-in period for the ulcer of focus: 1) Infect exudate evaluation; 2) Sharp debridement; 3) Measurement of the deepest aspect (post-debride

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Coding & Payment Tools 

Photograph (pre- and post-debridement); 5) Tracing for planimetric evaluation (post-debridemen that involved sharp debridement followed by application of a moist wound therapy consisting of 0 sodium chloride gel and a secondary dressing involving a nonadherent foam dressing, an outer g wrap, and an offloading/protective device (i.e., Active Offloading Walker [boot and/or shoe]); and Patients were instructed on the SOC treatment for daily dressing changes.

Other patient evaluations conducted during the run-in period included: A medical history; medica usage; therapies; physical examination; and neuropathic, laboratory, and vascular perfusion ass Once the patients completed the screening/run-in phase, patients were then assessed to determ continued satisfaction of eligibility criteria. The ulcer of focus was then debrided using sharp deb prior to the first treatment. Also, a planimetric evaluation was performed (blindly by a central labo

Patients with study ulcers that had healed < 30% in the run-in period were randomized using a s algorithm at a central location in mixed blocks of 2 and 4 in a 1:1 ratio to the active or control tre Randomization was stratified by study location and wound size (≤ 3 $cm^2$ versus > 3 $cm^2$). Treatn started on the day of randomization as assigned and the treatment phase continued until the pat 100% wound closure or for up to 16 weeks. The SOC was the control treatment and the IDRT w active treatment. The SOC treatments were just as described in the screening/run-in phase and dressing changes were done either by the patient in the control group or by a trained caregiver.

For the active treatment group, fenestrating and meshing of the IDRT was acceptable to allow fo and in the presence of exudating wounds or hematomas. The IDRT was placed on the debrided trimmed to size, and secured with sutures or staples, and covered with a secondary dressing. W collagen layer was replaced by new tissue, typically in 14 to 21 days after application, the silicon the IDRT was removed. Re-applications of the IDRT were done as deemed necessary by the inv The site personnel performed the secondary dressing changes for the active treatment group on basis.

Wounds were assessed on a weekly basis during the treatment phase or until wound closure wa visit was scheduled one week after the initial wound closure was noted to verify complete wound An additional visit was then scheduled for confirmation of wound closure. Following completion o treatment phase, all patients were followed every four weeks during the 12-week follow-up phase

Complete closure of the ulcer of focus during the treatment phase (16 weeks) (defined as 100% epithelialization of the wound surface with no discernable exudate and without drainage or dress needs), was substantially greater in the active group (51%; 79/154) in contrast to the control grou 49/153, $p$=0.001). Comparable results were observed when wound closure was evaluated by computerized planimetry: 50% (77/154) in the active group and 31% (48/153) in the control grou ($p$=0.001). The probabilities of complete wound closure established at the end of the treatment p were 2.2 times higher (95% CI = 1.4, 3.5; $p$=0.001) for the active group contrasted with the contr Assessment using planimetric data to evaluate wound closure was consistent with an odds ratio (95% CI = 1.3, 3.5; $p$=0.001). When complete wound closure was evaluated at 12 weeks, the res substantially different between the two groups (45% active [70/154] vs. 20% control [31/153]; $p$ < The probabilities of complete wound closure at 12 weeks were 3.3 times higher (95% CI = 2.0, 5 0.001) for the active group contrasted with the control group. The average number of application individual, including the initial application, for the active group was 1 (range 1-15).

The degree of decrease in wound size was 7.2% per week for the active group vs. 4.8% per wee control group ($p$=0.012). At the end of the follow-up phase, ulcer recurrence was experienced by the active treatment group and by 26% of the control treatment group ($p$=0.32). Quality of life dat demonstrated substantial improvements in physical functioning ($p$=0.047) and bodily pain ($p$=0.0 active group contrasted with the control group.

Most AEs in both groups were mild. Severe AEs were incurred by 15.6% of patients in the active and by 26.8% in the control group ($p$=0.016). Moderate AEs were incurred by 31.8% of patients i active group and by 42.5% of patients in the control group ($p$=0.053). The AEs possibly linked to treatment were comparable in both treatment groups (7/154 [4.5%] in the active group vs. 8/153 the control group). Also, a limitation noted for this study is the manufacturer of the IDRT used in treatment group sponsored this trial.[20]

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Lavery et al[21] performed a prospective, multi-center, randomized, single-blinded study to contras effectiveness of a human viable wound matrix (hVWM) (i.e., Grafix®) to standard wound care in chronic DFUs from May 2012 to April 2013. The primary outcome was the percentage of patients complete wound closure by 12 weeks. Complete wound closure was defined as 100% re-epithel with no wound drainage. Secondary outcomes encompassed the time to wound closure, AEs, ar closure in a crossover phase.

Primary inclusion criteria included: 1) Established Type 1 or Type 2 diabetic patients 18-80 years 2) Diabetic ulcer present for 4 to 52 weeks; and 3) Diabetic ulcer positioned below the malleoli o plantar or dorsal surface of the foot and ulcer 1 to 15 $cm^2$ in size. Primary exclusion criteria inclu HbA1c above 12%; 2) Indication of active infection, including osteomyelitis or cellulitis; 3) Insuffic circulation to the affected foot defined by an ABI < 0.70 or > 1.30, or toe brachial index ≤ 0.50 or study with insufficient arterial pulsation; 4) Exposed muscle, tendon, bone, or joint capsule; and ! Decrease of wound area by ≥ 30% during the screening period.

After a 1-week screening period, patients were randomized to the active treatment arm (i.e., hVV control treatment arm (i.e., standard wound care) in a 1:1 ratio. Patients in the active treatment g received an application of hVWM once a week (± 3 days) for up to 84 days (blinded treatment pl Patients in the control group received SOC wound therapy once a week (± 3 days) for up to 84 d wounds were cleaned and surgically debrided to remove all non-viable soft tissue from the woun scalpel, tissue nippers and/or curettes at each weekly visit.

Wounds in both groups received SOC that involved surgical debridement, off-loading and non-ac dressings and either saline moistened gauze or an absorbent foam dressing for moderately drair wounds. Also, an outer dressing was applied. In addition, walking boots were provided for patien wounds on the sole of the foot and post-op shoes were provided for patients with wounds on the of the foot or at the ankle.

Patients were evaluated weekly at the clinical site. Patients who attained complete wound closur continued to be assessed during the follow-up phase, twice during the first month and then mont additional visits. Patients in the control group whose wounds were not closed by the end of the b treatment phase were able to receive the hVWM in the open-label treatment phase, in which the was applied weekly for up to 84 days.

During screening, 139 patients were assessed. A total of 42 patients failed screening and of thes excluded due to a decrease of their wound areas by ≥ 30% during the screening period. A total c patients were randomized: 50 to the active treatment arm and 47 to the control arm.

The percentage of patients who attained complete wound closure was substantially higher in the treatment group (62%) compared with the control group (21%, *P*=0.0001). The average time for was 42 days in the active treatment arm contrasted with 69.5 days in the control arm (*P*=0.019). were less AEs in the active arm (44% versus 66%, *P*=0.031) and less wound-related infections ( versus 36.2%, *P*=0.044). Among the study participants that healed, ulcers remained closed in 82 patients (23 of 28 patients) in the active group versus 70% (7 of 10 patients) in the control group (*P*=0.419). The authors concluded that treatment with the hVWM substantially improved DFU he contrasted with SOC therapy. Also, a limitation noted for this study is the manufacturer of the hV in the active treatment group sponsored this trial.[21]

Sanders et al[22] performed a prospective, multi-center, randomized, controlled trial to contrast an engineered, human fibroblast-derived dermal skin substitute (HFDS) (i.e., Dermagraft®) to a biol active cryopreserved human skin allograft (HSA) (i.e., TheraSkin®) in the treatment of DFUs. Th objectives were to establish the relative number of DFUs healed (100% epithelization without dra and the number of grafts needed by week 12. Secondary objectives involved the percentage of I healed at weeks 16 and 20, time to heal during the study and wound size progression.

Primary inclusion criteria included: 1) Established Type 1 or Type 2 diabetic patients > 18 years HbA1C < 12%; 3) Full-thickness foot ulcer existing > 30 days; 4) Ulcer > 1 $cm^2$ and < 10 $cm^2$ in s at least 2 cm between study ulcer and other ulcers; and 5) ABI > 0.65, toe pressure > 50 mmHG TcPO2 > 20 mmHG. Primary exclusion criteria included: 1) Wound infection or gangrene of the f Patient has received oral or parenteral corticosteroids, immune-suppressive or cytotoxic drugs w

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

last 12 months; and 3) Treatment with growth factors or bioengineered skin substitutes within the days.

A total of 23 patients participated in the study at two hospital-based wound care centers in three During the first phase, screening was performed, and eligible patients were randomly assigned t HFDS treatment group (12 patients) (mean age 57) or the HSA treatment group (11 patients) (m 60) using a series of sealed envelopes employing a block randomization technique that describe treatment to be applied. During the second phase (one week later), the treatment phase started continued for 12 weeks. All wounds (both groups) were debrided to remove nonviable tissue and from the wound surface and adjacent wound perimeter and then cleansed with saline. Afterward initial application of the biologically active product was applied as randomly assigned and all wou then covered with a non-adherent dressing and were offloaded with $^1/_2$ inch felt as part of an ape of device. All patients were then given a healing sandal developed from a surgical shoe or a fixe boot.

Patients in the HSA group received a product application every other week and patients in the H group were treated every week with wounds prepared as described above prior to application of product. Since both products have a distinctive appearance, it was not possible to conceal the ty product used during wound assessments. Wounds were photographed at each visit and the mar wounds were traced along the inner edge of the margins.

At week 12, patients with an unhealed wound continued into the third phase (follow-up) for treatr assessment for up to eight more weeks. After the week 12 visit, no additional biologically active were used in either treatment group. In this phase, wounds were treated with saline-moistened g debridement as needed.

Patients with ulcers verified to be healed were scheduled for a confirmatory visit. Patients with in wound closure continued to be evaluated though week 20; subsequent treatment was then provi outside the scope of the study.

There were no substantial differences discerned between patient demographics and wound attril baseline in the two treatment groups. At week 12, seven (63.6%) wounds in the HSA treatment g versus four (33.3%) in the HFDS treatment group were healed (P=0.0498). At the end of week 2 of wounds in the HSA group versus 66.67% of wounds in the HFDS group were healed (P=0.428 Among the subset of wounds that healed during the first 12 weeks of treatment, a mean of 4.36 2-7) HSA grafts were applied versus 8.92 (range 612) in the HFDS subset group (P < 0.0001, SE 0.77584). Time to healing in the HSA group was substantially less (8.9 weeks) than in the HFDS (12.5 weeks) (log-rank test, P=0.0323). The results of this study showed that, after 12 weeks of DFUs treated with HSA are probably twice as likely to heal as DFUs managed with HFDS with a the number of grafts required. Limitations noted for this study are the small sample size and the manufacturer of the HSA product used in one of the active treatment groups sponsored this trial.

Zelen et al[23] performed a prospective, randomized, controlled, multicenter study to evaluate the rates, safety, and cost using an open-structure human reticular acellular dermis matrix (HR-ADM AlloPatch® PliableTM) plus SOC to facilitate wound closure in DFUs compared to treatment with alone. The trial was conducted from December 2014 to November 2015 at five outpatient wound centers in Virginia and Ohio.

Primary inclusion criteria included: 1) Patients with Type 1 or Type 2 diabetes with a non-healing neuropathic foot ulcer that failed a minimum of 4 weeks of documented conservative care; 2) Ad renal function as shown by a serum creatinine level < 3.0 mg/dl; and 3) Sufficient circulation to th extremity within the past 60 days as evidenced by TCOM with result ≥ 30 mmHg, ABI with result and ≤ 1.2 or Doppler arterial waveforms, which were triphasic or biphasic at the ankle of the affe

All eligible patients meeting inclusion and exclusion criteria were treated with SOC alone, which surgical debridement, for a 2-week screening period and patients whose index wound had not he greater than 20% at 2 weeks were then considered eligible for the study. A total of 40 study parti were eligible for enrollment in the study and were randomized to HR-ADM plus SOC (*n* = 20) (HF applications weekly) or SOC alone (*n* = 20) (daily dressing changes). There were no significant g differences regarding patient and wound attributes, with the exception of the average wound are

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Coding & Payment Tools 

was larger in the HR-ADM group (4.7 $cm^2$) contrasted with the SOC group (2.7 $cm^2$).

The primary outcome of this study focused on a comparison of wound healing at 6 weeks using I plus SOC versus SOC alone. Wounds were considered as healed if there was complete (100%) epithelization with no drainage and no need for a dressing. Secondary outcomes involved compa healing at 12 weeks, time to heal at 6 and 12 weeks, graft count, wastage, and assessment of pı cost to closure. An ITT method was utilized for all analyses. At 6 weeks, 65% (13/20) of the HR-/ treated ulcers had healed contrasted with 5% (1/20) of the ulcers treated with SOC alone (*P*=0.0 The decrease in the wound area size between the groups changed significantly over time, with a time to heal within 6 weeks of 28 days (95% CI: 22-35 days) for the HR-ADM group contrasted w days (95% CI: 40-43 days) for the SOC group. After adjusting for area of wound at randomizatio hazard ratio (HR) for HR-ADM contrasted with SOC was 168 (95% CI: 10-2704), *P*=0.00036. Te participants from the SOC group (50%) and one patient from the HR-ADM group (5%) discontinu study at 6 weeks per protocol as their wound failed to decrease in area by at least 50%.

At 12 weeks, 80% (16/20) of the HR-ADM-treated ulcers had healed contrasted with 20% (4/20) ulcers treated with SOC alone (P=0.00036). The average time to heal within 12 weeks was 40 da CI: 27-52 days) for the HR-ADM group contrasted with 77 days (95% CI: 70-84 days) for the SO (*P*=0.00014).

The average number of HR-ADM grafts used to achieve closure per ulcer was 4.7 (SD=3.3). The percentage of wastage (healed wounds only) was 51.7% (SD: 10.7; *n* = 16). There was no occur increased AEs or SAEs between groups, or any AEs related to the graft. This study concluded th of HR-ADM plus SOC is more effective in the treatment of DFUs than with SOC alone. This stud limited by the patients unblinded to treatment allocation and the study was also funded by the manufacturer of the HR-ADM graft.[23]

**Clinical Trials for Skin Substitutes for Venous Leg Ulcers**

Cazzell[24] conducted a multicenter, randomized, controlled, open-label trial designed to evaluate and efficacy of human decellularized acellular dermal matrices (D-ADM) contrasted with SOC management in patients with chronic VLUs. This exploratory pilot study included eight implanting from seven medical centers in five states that enrolled patients with VLUs. The study participants randomly assigned to the D-ADM (i.e., Dermacell AWM®) treatment arm or a SOC treatment arr ratio. Numbered envelopes holding the treatment designation were arranged by an outside contr research organization and the study investigators were blinded to the randomization codes matc envelope. After a patient successfully passed screening to be in the study, the investigator woulc envelope to ascertain which randomized arm the patient was assigned to. The D-ADM is visible application; therefore, it would have been impossible to continue blinding the investigator once tr was applied. Therefore, as a secondary examination to avoid bias, a blinded, independent adjud assessed the healing condition of all wounds.

Primary inclusion criteria included: 1) Adults ≥ 21 and ≤ 80 years of age; 2) Presence of a single VLU with a CEAP ulcer classification Grade 6; 3) Duration of the target VLU ≥ 60 days; 4) Abser infection; 5) VLU area ≥ 1 $cm^2$ and < 25 $cm^2$, depth ≤ 9 mm; and 6) Able to comply with offloadir dressing change stipulations.

Primary exclusion criteria included: 1) HbA1c < 12% within 90 days of screening visit; 2) Serum ≥ 3.0 mg/dL within 30 days of screening; 3) Application of biomedical, topical growth factors or li equivalents to the target VLU within 30 days of screening; 4) Recent revascularization procedure increase blood flow in the target limb; 5) Sensitivity to possible D-ADM processing reagents (e.g. gentamicin, polymyxin B, vancomycin, N-lauroyl sarcosinate, Benzonase, glycerol); and 6) Manif of severe peripheral vascular disease, active infection, untreated malignancy, active Charcot's di necrosis, purulence, or sinus tracts in the ulcer unable to be removed by debridement.

Eighteen patients were included in the D-ADM arm (mean age 64.6) and 10 patients in the contr (mean age 61.8). Initially, all wounds for both groups were debrided to remove necrotic tissue uti sharp blade, scissors, or Versajet system. Wound size was recorded using an imaging system p post-debridement as well as before dressing application. Patients in the treatment arm had the D applied and covered with a nonadherent dressing. A second D-ADM was applied between two w

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Wolters Kluwer

minimum) and 12 weeks (at the latest) after the first D-ADM application. Patients could have a m of two D-ADM applications, which included the first application at baseline.

Wounds in the SOC arm were provided with wound therapy involving alginates, foams, or hydro treating provider then selected either a moist or dry gauze to be placed over the wound and left i for 7 ± 2 days, which was only to be removed during weekly visits. During the weekly visits, debr was used to remove necrotic tissue, as needed.

Compression therapy was used in the treatment and control arms. Wounds were assessed on a basis until wound closure was noted or the patient completed 24 weekly follow-up visits. Wound was defined as 100% re-epithelialization of the wound without drainage. A second visit was sche weeks after the initial wound closure was noted to verify complete wound closure. Additionally, a wounds were followed at 4, 8, and 12 weeks after confirmation of complete wound closure to de the wound remained healed.

The primary outcome of the study contrasted the full wound closure rates between the two grou second outcome of the study involved contrasting the decrease in wound size over time, time to closure, and treatment-related AEs. Twenty-eight patients completed at least 12 weeks of follow patients in the D-ADM arm and 10 in the SOC arm. Of the 18 patients receiving the D-ADM, nine received a second application during the study. At 24 weeks, patients in the D-ADM arm demon strong trend of reduction in the wound area, with a mean reduction of 59.6%, in comparison to th arm, with a mean reduction of 8.1%. Also, the wound areas in the SOC arm increased more tha size for one-third (3/9) of the patients. Furthermore, healed ulcers in the D-ADM arm stayed clos significantly greater rate after initial confirmation of complete wound closure than healed ulcers i control arm. Limitations noted for this study included a small patient population with an unbalanc proportion between the 2 groups (2:1) that ensured a low probability of achieving statistical signi the lack of blinding for the study investigators, and the study was funded by the manufacturer of ADM graft.[24]

Harding et al[25] conducted an open label, prospective, multicenter, randomized controlled study t assessed the human fibroblast-derived dermal substitute (HFDS) (i.e., Dermagraft®) in addition layer compression therapy contrasted with compression therapy alone in the treatment of VLUs. primary outcome variable was the proportion of patients with completely healed study ulcers by Complete healing was characterized by having a closed wound (with full epithelization and no ex scab) for two consecutive weekly visits.

Primary inclusion criteria included: 1) Individuals ≥ 18 years of age referred to participating facilit in the United Kingdom (UK), Canada or the U.S.; 2) Presence of a VLU between the knee and a existing for at least 2 months and ≤ 5 years prior to screening; 3) Size of VLU 3-25 $cm^2$ without e of muscle, tendon or bone; 4) Presence of a clean, granulating base with negligible adherent slo suitable for a skin graft; and 5) ABI of 0.8 to 1.2 and reflux of > 0.5 seconds in saphenous, calf p or popliteal veins as confirmed by duplex ultrasonography.

Primary exclusion criteria included: 1) Individuals with ulcers caused by a medical condition othe venous insufficiency; 2) Presence of sinus tracts in ulcer; 3) Signs of a wound infection (purulen odor), cellulitis and/or verified osteomyelitis; 4) Morbid obesity; 5) Skin disease near study ulcer; Malignant disease within the past 5 years; and 7) Severe peripheral vascular disease or renal di congestive heart failure, cell anemia, thalassemia or uncontrolled diabetes. Also, individuals who received immune suppressants, systemic corticosteroids, cytotoxic chemotherapy, or topical ste more than 2 weeks and within one month of initial screening or who had a history of radiation at site were not eligible to participate in the study. In addition, patients who had received an investi drug within 30 days of randomization or had been previously treated with an HFDS and/or other engineered materials were also excluded from the study.

All patients received a SOC dressing treatment during the screening period; each ulcer was cove a layer of non-adherent dressing followed by a four-layer compression bandage. During the 2-we screening period, ulcers were evaluated weekly to establish absence of necrotic tissue and infec the presence of a vascular bed. Ulcers that decreased in size ($cm^2$) by < 50% while under compr therapy during the 2-week screening period for the trial were eligible for randomization into the s

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

Of the 573 patients screened, 207 failed screening (36%). The primary causes for screening failu study ulcers decreasing in size by more than 50% during screening, study ulcers less than 3 cm² randomization and patients without indication of venous reflux. The remaining 366 patients were randomized to receive treatment at a total of 25 centers: 19 in the UK, 1 in Canada and 5 in the U ITT population (patients who received treatment at baseline and had a follow-up visit post-baseli included 186 patients in the HFDS group and 180 patients in the control group with a mean age years. Patients were randomized to receive an application of HFDS plus the four-layer compress bandage therapy (active) or the four-layer compression bandage therapy alone (control). Patient randomized to the active treatment group received the HFDS applied to the wound at weeks 0, 1

A total of 10% (19 of 186) of patients in the HFDS group discontinued the trial early contrasted w (41 of 180) of patients in the control group. The causes for early discontinuation were AEs (3% in HFDS group versus 6% in the control group), patient's own request (2% versus 9%), patient lost up (2% versus 3%) and 'other' (4% from each group).

Sixty-four (34%) of 186 patients in the HFDS group demonstrated healing by week 12 contrasted (31%) of 180 patients in the control group (P=0.235). For ulcers ≤ 12 months duration, 49 (52%) patients in the HFDS group contrasted with 36 (37%) of 97 patients in the control group healed a weeks (P=0.029). For ulcers ≤ 10 $cm^2$, complete healing at week 12 was shown in 55 (47%) of 1 patients in the HFDS group contrasted with 47 (39%) of 120 patients in the control group (P=0.2 most common AEs were wound infection, cellulitis, and skin ulcer. The occurrence of AEs was n significantly different between the treatment and control groups. Statistical significance was not a for the primary outcome of patients with VLUs completely healed by 12 weeks. Also, a limitation this study is the manufacturer of the HFDS used in the control group helped sponsor this trial.[25]

**Frequency**

There is paucity of evidence to address how frequently skin substitutes should be reapplied. Few include the frequency of applications. A retrospective review by Caputo et al. reported seventy-e percent of complex wounds achieved complete closure, with a median time-to-heal of 16 weeks average of 1.24 applications of NEOX Wound Allograft. Couture reported using an average of 3. applications with an average healing time of 5.53 weeks in a single-center retrospective study. A retrospective chart review by Raphael reported median time to heal 13.79 weeks with an averag applications. Armstrong and colleagues presented a retrospective analysis at the 2021 Wounds Conference reporting skin substitutes were applied every 7-14 days. While this is not peer-review literature, and included authors who are paid speakers for MIMEDX, it is being included based o patient population and lack of other evidence.

**Societal Input**

**National Institute for Health and Care Excellence (NICE) Diabetic foot problems: preventio management**

The clinical guideline on diabetic foot problems considers dermal or skin substitutes as an adjun standard care when treating diabetic foot ulcers only when healing has not progressed and on th of the multidisciplinary foot care service. (NICE, published 2015; Updated October 2019).

**International Working Group on the Diabetic Foot (IWGDF)**

IWGDF recommends the consideration of placental-derived products as an adjunctive treatment best standard of care when standard care alone has failed to reduce the size of the wound. (GRA Strength of recommendation: Weak; Quality of evidence: Low). This was based on a number of s including those of moderate bias, suggesting that placenta-derived products may have a benefic on ulcer healing, but the authors also state that these findings need to be confirmed in large, ran trials. They state there is insufficient evidence to support superiority of any particular products.

For use of topically applied treatments, the IWGDF recommends against the use of bioengineere products in comparison to standard of care.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Coding & Payment Tools 

For both of these recommendations, the IWGDF considered the available evidence to be of low
and their recommendation was weak (i.e., based on the quality of evidence, balance between be
harms, patient values and preferences, and cost or resource utilization).

**Wound Healing Society (WHS)**

The WHS has published updated evidence-based guidelines on the treatment of diabetic ulcers. Regarding the use of skin substitutes, the WSH concluded that level I evidence suggests that ce acellular skin equivalents improve the healing of diabetes-related foot ulcers. In these guidelines required at least two RCT supporting the intervention of the guidelines. The quality of evidence v assessed (Lavery et al., 2016). 32

*In evidence-based guideline for venous ulcers, the WHS stated that there is evidence that a bila living human skin equivalent, used in conjunction with compression bandaging, increases the inc and speed of healing for venous ulcers compared with compression and a simple dressing (Leve evidence). The WHS recommends adequate wound bed preparation and control of excess biobu levels prior to application of a biologically active dressing. They also noted that cultured epithelia autografts or allografts have not been demonstrated to improve stable healing of venous ulcers ( The WHS also stated that there is Level II evidence that a porcine small intestinal submucosal c may enhance healing of venous ulcers (Marston et al., 2016).*33

**Society for Vascular Surgery/American Podiatric Medical Association/Society for Vascula Medicine (SVS/APMA/SVM)**

The SVS/APMA/SVM published a joint evidence-based guideline using Grades of Recommenda Assessment, Development, and Evaluation system for the management of patients with diabetes including treatment of diabetes related chronic foot ulcers (Hingorani et al., 2016). [34]

- These organizations recommendations for diabetic foot ulcers that fail to demonstrate impr (> 50% wound area reduction) after a minimum of 4 weeks of standard wound therapy, adj wound therapy options include negative pressure therapy, biologics (platelet-derived growt living cellular therapy, extracellular matrix products, amniotic membrane products) and hyp oxygen therapy. The choice of adjuvant therapy is based on clinical findings, availability of and cost-effectiveness; there is no recommendation on ordering of therapy choice (Grade
- Consideration of living cellular therapy using a bilayered keratinocyte/fibroblast construct o fibroblast-seeded matrix for treatment of diabetic foot ulcers when the individual is recalcitr standard therapy (Grade 2B).
- Consideration of the use of extracellular matrix products employing acellular human dermis porcine small intestinal submucosal tissue as an adjunctive therapy for diabetic foot ulcers individual is recalcitrant to standard therapy (Grade 2C).

**Analysis of Evidence**
**(Rationale for Determination)**

Chronic wounds can be very challenging for the provider as well as the patient and are describe wounds unable to re-epithelialize after one to three months of treatment. These wounds include ulcers (e.g., venous and arterial), diabetic ulcers, and pressure ulcers and affect patient quality o to impaired mobility, pain, and substantial morbidity.

Standard treatment of lower extremity chronic wounds includes, but is not limited to, mechanical offloading, infection control, mechanical compression, limb elevation, debridement of necrotic tis management of systemic disease and medications, nutrition assessment, tissue perfusion and oxygenation, appropriate dressings, education regarding the care of the foot, callus, and nail anc shoes, and counseling on the risk of continued tobacco use.

Nonhealing lower extremity ulcers should also have a vascular evaluation, including, but not limi documentation of wound location, size, depth, drainage, and tissue type; palpation of pedal puls measurement of the ankle-brachial index.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

In the absence of underlying disease or non-adherence to prescribed basic treatment, skin subst grafts are recommended in accordance with evidence-based guidelines for the following: 1) DFU have failed to demonstrate more than 50% wound area reduction after a minimum of four weeks standard wound care measures, and 2) VLUs if substantial wound improvement is not demonstr a minimum of four to six weeks of standard wound care measures.

An extensive variety of wound care products are available for providers to select from when treat chronic wounds. Many of these products may simulate or substitute for some aspect of the skin's and function to promote healing and wound closure. The materials used to create these products derived from human or animal tissue and may undergo extensive or minimal processing to gener finished product. The degree of processing and the source of the material used in the product als governs which regulatory pathway may be required before the product may be marketed.

The regulation of tissue-engineered products in the U.S. occurs by one of several pathways esta the FDA, including a BLA, a 510(k) (Class I and Class II devices), PMA (Class III devices), or HC (human cells, tissues, and cellular and tissue-based products) designation. Key differentiators ar these regulatory classifications include the amount and type of data required to support a filing.

Amniotic/chorionic-based products that are HCT/Ps as defined in 21 CFR 1271.3(d) must meet c 21 CFR 1271 and 361 of the PHS Act. Manufacturers of HCT/Ps should consult with the FDA Tis Reference Group (TRG) or obtain a determination through a Request for Designation (RFD) on w their HCT/Ps are appropriately regulated solely under section 361 of the PHS Act and the regula CFR Part 1271 (85 FR 86058). The HCT/Ps that are drugs are defined under section 201(g) of th FD&C Act [21 U.S.C. 321(g)] and biological products are defined in section 351(i) of the PHS Ac U.S.C. 262(i)]. To lawfully market a drug that is also a biological product, a valid biologics license in effect [42 U.S.C. 262(a)]. Such licenses are issued only after a showing of safety and efficacy product's intended use. While in the development stage, such products may be distributed for cli in humans only if the sponsor has an investigational new drug (IND) application in effect as spec FDA regulations [21 U.S.C. 355(i); 42 U.S.C. 262(a)(3); 21 CFR Part 312].

The HCT/Ps which are more than minimally manipulated, or are intended for non-homologous us be subject to additional regulation as medical devices under the Federal Food, Drug and Cosme (FDCA), 21 U.S.C. section 301 et seq. (see 21 CFR section 1271.20). A manufacturer/distributor HCT/Ps must register with the FDA as a "tissue establishment" and follow certain guidelines for designation of a product as an HCT/P (21 CFR sections 1271.10; 1271.21-22). The FDA impose requirements for HCT/Ps (refer to 21 CFR section 1271.370). The HCT/P labeling must include, "instructions for use when related to the prevention of the introduction, transmission, or spread o communicable diseases," and "other warnings, where appropriate" (21 CFR section 1271.370(c)

The FDA acceptance of an establishment registration and HCT/P listing does not constitute a determination that an establishment is in compliance with applicable rules and regulations or tha HCT/P is licensed or approved by the FDA (21 CFR 1271.27(b)). To establish compliance with th requires a letter from the FDA indicating that the HCT/P has met regulatory compliance under se of the Public Health Service Act and/or the Federal Food, Drug, & Cosmetic Act.

It is recommended that the manufacturer of the particular skin substitute graft or CTP product ob appropriate information and send to the MAC along with evidence-based literature, if available. C information has been received by the MAC, the product will be considered for coverage and plac the appropriate Code Group in the associated article. The literature would support the medially re and necessary criteria for the product(s).

Studies are lacking for many wound care products (e.g., skin substitutes) which are essential to evaluate effectiveness and the impact that the product has on health outcomes. Available studie have a high level of evidence or even non-randomized prospective studies evaluating their effect The quality of current research for these products is moderate to low with high probability of publ bias and study limitations. Evidence is needed to show that the product(s) improve health outcor provide benefits relative to established alternatives or standard of care. Many of the current stud noted to be funded by industry, which presents concerns regarding bias for these studies.

Despite the lack of studies, the moderate to low quality of current research and the likelihood of l

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

coverage has been provided to increase the chances of improved health outcomes of interest wh include patient quality of life and function. Coverage will be provided for products in the associate and coding guideline meeting the necessary FDA regulatory requirements as of publication. Eac has specific designated approved usage. New products will be considered for coverage if meetir regulatory requirements and criteria. Satisfactory evidence of FDA regulatory requirements inclu copy of the FDA's letter to the drug's manufacturer approving the new drug application (NDA), 2) of the drug or biological in the FDA's "Approved Drug Products" or "FDA Drug and Device Produ Approvals", 3) A copy of the manufacturer's package insert approved by the FDA as part of the la the drug, containing its recommended uses and dosage, as well as possible adverse reactions a recommended precautions in using it, or 4) Information from the FDA's Website. For skin substitu classified as HCT/Ps, a letter from the FDA indicating that the HCT/P has met regulatory guidanc acceptable evidence of the FDA regulatory compliance for HCT/Ps regulated under section 361 Public Health Service Act and/or the Federal Food, Drug, and Cosmetic Act.

Coding Information

CPT/HCPCS Codes

Proposed Process Information

Synopsis of Changes

| CHANGES | FIELDS CHANGED |
|---|---|
| The name of the LCD has been changed from 'Wound Application of Cellular and/or Tissue Based Substitutes for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers.' The 'History/Background and/or General Information' section of the LCD has been revised to clearly describe the services addressed in the LCD and additional regulatory information has been included for skin substitute products. The following sections of the LCD have been reworded and revised to be consistent with the evidence: 'Covered Indications' and 'Limitations'. The following sections were added: 'Provider Qualifications', 'Summary of Evidence', 'Societal Input' and 'Analysis of Evidence'. Documentation Requirements are located in the associated billing and coding article (DA56696). The Utilization Guidelines have been incorporated into the 'Limitations' section. The 'Bibliography' section has been updated to include all literature utilized in the development of this LCD. Also, formatting changes have been made throughout the LCD. | N/A |

Associated Information

Please refer to the related Draft Local Coverage Article: Billing and Coding: Skin Substitutes for t Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers (DA56696) for documentation require utilization parameters and all coding information as applicable.

Documentation Requirements N/A

Bibliography

This bibliography presents those sources that were obtained during the development of this polic Contractor is not responsible for the continuing viability of Website addresses listed below.

1. Bueno J, Demirci F, Baser KHC. Antimicrobial Strategies in Novel Drug Delivery Systems: Applications in the Treatment of Skin and Soft Tissue Infections. In: *The Microbiology of Sk Tissue, Bone and Joint Infections.* Elsevier; 2017:271-286.
2. Chronic wounds: advanced wound dressings and antimicrobial dressings. 2016;

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

https://www.nice.org.uk/advice/esmpb2/chapter/Key-points-from-the-evidence.
3. Pourmoussa A, Gardner DJ, Johnson MB, Wong AK. An update and review of cell-based w dressings and their integration into clinical practice. *Ann Transl Med*. 2016 Dec;4(23):457. doi:10.21037/atm.2016.12.44.
4. Snyder DL, Sullivan N, Margolis DJ, Schoelles K. Skin substitutes for treating chronic wour Technology Assessment Program Project ID No. WNDT0818. (Prepared by the ECRI Instit Medicine Evidence-based Practice Center under Contract No. HHSA 290-2015-00005-I) R MD: *Agency for Healthcare Research and Quality*. February 2020. http://www.ahrq.gov/research/findings/ta/index.html. Accessed April 27, 2021.
5. Frykberg RG, Banks J. Challenges in the Treatment of Chronic Wounds. *Adv Wound Care* Sep 1;4(9):560-582. doi:10.1089/wound.2015.0635.
6. U.S. Food and Drug Administration. Premarket Notification 510(k). *Division of Industry and Consumer Education.* March 2020. https://www.fda.gov/medical-devices/premarket-submis selecting-and-preparing-correct-submission/premarket-notification-510k. Accessed Decem 2021.
7. U.S. Food and Drug Administration. FDA announces comprehensive regenerative medicin framework. *FDA News Release*. 2017 Nov 15. https://www.fda.gov/news-events/press-announcements/fda-announces-comprehensive-regenerative-medicine-policy-framework. April 27, 2021.
8. S. Food and Drug Administration. Regulatory Considerations for Human Cells, Tissues, an and Tissue-Based Products: Minimal Manipulation and Homologous Use-Guidance for Indu Food and Drug Administration Staff. *Center for Biologics Evaluation and Research. Center Devices and Radiological Health. Office of Combination Products*. July 2020. https://www.fda.gov/media/109176/download. Accessed December 9, 2021.
9. Hingorani A, LaMuraglia GM, Henke P, et al. The management of diabetic foot: A clinical p guideline by the Society for Vascular Surgery in collaboration with the American Podiatric M Association and the Society for Vascular Medicine. *J Vasc Surg*. 2016 Feb;63(2 Suppl):3S- doi:10.1016/j.jvs.2015.10.003.
10. Lavery LA, Davis KE, Berriman SJ, et al. WHS guidelines update: Diabetic foot ulcer treatn guidelines. *Wound Repair Regen*. 2016 Jan-Feb;24(1):112-26. doi:10.1111/wrr.12391.
11. Marston W, Tang J, Kirsner RS, Ennis W. Wound Healing Society 2015 update on guidelin venous ulcers. *Wound Repair Regen*. 2016 Jan-Feb;24(1):136-44. doi:10.1111/wrr.12394.
12. O'Donnell TF Jr, Passman MA, Marston WA, et al; Society for Vascular Surgery; American Forum. Management of venous leg ulcers: clinical practice guidelines of the Society for Va Surgery and the American Venous Forum. *J Vasc Surg*. 2014 Aug;60(2 Suppl):3S-59S. doi:10.1016/j.jvs.2014.04.049.
13. Rayman G, Vas P, Dhatariya K, et al. International Working Group on the Diabetic Foot (IW Guidelines on use of interventions to enhance healing of chronic foot ulcers in diabetes (IW 2019 update). *Diabetes Metab Res Rev*. 2020 Mar;36 Suppl 1:e3283. doi:10.1002/dmrr.32
14. Schaper NC, van Netten JJ, Apelqvist J, Bus SA, Hinchliffe RJ, Lipsky BA; IWGDF Editoria Practical Guidelines on the prevention and management of diabetic foot disease (IWGDF 2 update). *Diabetes Metab Res Rev.* 2020 Mar;36 Suppl 1:e3266. doi:10.1002/dmrr.3266.
15. Agency for Healthcare Research and Quality (AHRQ). Evidence-based Practice Center Te Brief Protocol. Project Title: Skin Substitutes for Treating Chronic Wounds. 2018 (rev 2019 https://effectivehealthcare.ahrq.gov/sites/default/files/pdf/skin-substitute_0.pdf. Accessed A 2021.
16. Nathoo R, Howe N, Cohen G. Skin substitutes: an overview of the key players in wound management. *J Clin Aesthet Dermatol*. 2014;7(10):44-48.
17. S. Food and Drug Administration. Important Patient and Consumer Information About Rege Medicine Therapies. July 2021. https://www.fda.gov/vaccines-blood-biologics/consumers-biologics/important-patient-and-consumer-information-about-regenerative-medicine-therap Accessed February 16, 2022.
18. Santema TB, Poyck PPC, Ubbink DT. Skin grafting and tissue replacement for treating foo people with diabetes. *Cochrane Database of Systematic Reviews*. 2016, Issue 2. Art. No.: CD011255. doi:10.1002/14651858.CD011255.pub2.
19. Jones JE, Nelson EA, Al-Hity A. Skin grafting for venous leg ulcers. *Cochrane Database of Systematic Reviews* 2013, Issue 1. Art. No.: CD001737. doi:10.1002/14651858.CD001737
20. Barbul A, Gurtner GC, Gordon H, Bakewell K, Carter MJ. Matched-cohort study comparing human split-thickness skin allograft plus standard of care to standard of care alone in the tr

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

of diabetic ulcers: A retrospective analysis across 470 institutions. *Wound Repair Regen*. 2
28(1):81-89. doi:10.1111/wrr.12767.

21. Cazzell S, Vayser D, Pham H, et al. A randomized clinical trial of a human acellular dermal demonstrated superior healing rates for chronic diabetic foot ulcers over conventional care active acellular dermal matrix comparator. *Wound Repair Regen*. 2017 May;25(3):483-497 doi:10.1111/wrr.12551.
22. Driver VR, Lavery LA, Reyzelman AM, et al. A clinical trial of Integra Template for diabetic treatment. *Wound Repair Regen*. 2015 Nov-Dec;23(6):891-900. doi:10.1111/wrr.12357.
23. Lavery LA, Fulmer J, Shebetka KA, et al; Grafix Diabetic Foot Ulcer Study Group. The effic safety of Grafix®) for the treatment of chronic diabetic foot ulcers: results of a multi-centre, controlled, randomised, blinded, clinical trial. *Int Wound J.* 2014 Oct;11(5):554-60. doi:10.1111/iwj.12329.
24. Sanders L, Landsman AS, Landsman A, et al. A prospective, multicenter, randomized, con clinical trial comparing a bioengineered skin substitute to a human skin allograft. *Ostomy W Manage*. 2014 Sep;60(9):26-38.
25. Zelen CM, Orgill DP, Serena T, et al. A prospective, randomised, controlled, multicentre cli examining healing rates, safety and cost to closure of an acellular reticular allogenic huma versus standard of care in the treatment of chronic diabetic foot ulcers. *Int Wound J*. 2017 14(2):307-315. doi:10.1111/iwj.12600.
26. Cazzell S. A Randomized Controlled Trial Comparing a Human Acellular Dermal Matrix Ve Conventional Care for the Treatment of Venous Leg Ulcers. *Wounds*. 2019 Mar;31(3):68-7
27. Harding K, Sumner M, Cardinal M. A prospective, multicentre, randomised controlled study fibroblast-derived dermal substitute (Dermagraft) in patients with venous leg ulcers. *Int Wo* 2013 Apr;10(2):132-7. doi:10.1111/iwj.12053.
28. Caputo WJ, Vaquero C, Monterosa A, et al. A retrospective study of cryopreserved umbilic an adjunctive therapy to promote the healing of chronic, complex foot ulcers with underlyin osteomyelitis. *Wound Repair Regen.* 2016;24(5):885-893.
29. Couture M. A Single-center, Retrospective Study of Cryopreserved Umbilical Cord for Wou Healing in Patients Suffering From Chronic Wounds of the Foot and Ankle. 2016;28(7):217
30. Raphael A. A single-centre, retrospective study of cryopreserved umbilical cord/amniotic m tissue for the treatment of diabetic foot ulcers. *J Wound Care.* 2016;25(Sup7):S10-S17.
31. Armstrong DG, Tettelbach WH, Chang TJ, et al. Observed Impact of Skin Substitutes in Lo Extremity Diabetic Ulcers: A Retrospective Analysis of a Medicare Limited Database (2015 2021.
32. Diabetic foot problems: Prevention and management (NICE Guideline NG19). 2019; https://www.nice.org.uk/guidance/ng19/chapter/Recommendations#diabetic-foot-ulcer.
33. Rayman G, Vas P, Dhatariya K, Driver V, Hartemann A, Londahl M. IWGDF Guideline on interventions to enhance healing of foot ulcers in persons with diabetes. 2019; https://iwgdfguidelines.org/wp-content/uploads/2021/03/06-Wound-Healing-Guideline.pdf.
34. Lavery LA, Davis KE, Berriman SJ, et al. WHS guidelines update: diabetic foot ulcer treatm guidelines. 2016;24(1):112-126.
35. Marston W, Tang J, Kirsner RS, Ennis WJWr, regeneration. Wound Healing Society 2015 u guidelines for venous ulcers. 2016;24(1):136-144.
36. Hingorani A, LaMuraglia GM, Henke P, et al. The management of diabetic foot: A clinical p guideline by the Society for Vascular Surgery in collaboration with the American Podiatric M Association and the Society for Vascular Medicine. *J Vasc Surg.* 2016;63(2 Suppl):3S-21S
37. Snyder DL, Sullivan N, Schoelles K. Skin substitutes for treating chronic wounds. Technolo Assessment Report Project ID No. HCPR0610. (Prepared by the ECRI Institute Evidence-b Practice Center under Contract No. HHSA 290-2007-10063) Rockville, MD: *Agency for He Research and Quality*. December 2012. https://www.ahrq.gov/sites/default/files/wysiwyg/research/findings/ta/skinsubs/HCPR0610_final.pdf. Accessed June 11, 2021.

| | |
|---|---|
| Appendices | N/A |
| Utilization Guidelines | N/A |
| Sources of Information | N/A |

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Coding & Payment Tools Wolters Kluwer

| | |
|---|---|
| and Basis for Decision | |
| Open Meetings | |

| Meeting Number (Date) | Meeting Information |
|---|---|
| #2 (10/26/2022) | OSU Wexner Medical Center<br>Biomedical Research Tower<br>460 W 12th Ave.<br>Room 115<br>Columbus, Ohio 43210 |
| #1 (10/25/2022) | Norton Women's & Children's Hospital<br>3999 Dutchmans Lane<br>Plaza 1 Lower Leve; Room D<br>Louisville, KY 40207 |

| | |
|---|---|
| Advisory Committee Meeting Notes | N/A |
| MAC Meeting Information URL(s) | N/A |
| Proposed LCD Posting Date | 10/06/2022 |
| Comment Period Start Date | 10/06/2022 |
| Comment Period End Date | 11/19/2022 |
| Released to Final LCD Date<br>Please Note: This is not the LCD Effective Date | 03/29/2023 |
| Proposed Contact | Meredith Loveless, MD - cmd.inquiry@cgsadmin.com<br>Attn: Medical Review<br>26 Century Blvd., Ste ST610<br>Nashville TN 37214-3685 |

Associated Documents

| | |
|---|---|
| Related Documents: Articles | • A59228 (version 7) - Billing and Coding: Skin Substitutes for the Treatment of Diabetic Foo and Venous Leg Ulcers |
| Related Documents: LCDs | • L36690 (version 41) - Wound Application of Cellular and/or Tissue Based Products (CTPs) Extremities |
| Related Documents: NCDs | N/A |
| Keywords | N/A |

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Coding & Payment Tools

Source: https://www.cms.gov/medicare-coverage-database/details/lcd-details.aspx?LCDId=39453&ver=10 (accessed 03/02/2024)

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

*LCD - MAC Part A (JN) - First Coast Service Options, Inc. [09101] - FL > Archived LCDs*

# Skin Substitutes for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers V5 Approved DRAFT - Comment Period 08/11/2022 to 09/24/2022

Click to open document in a browser

LCD Information | Coding Information | Proposed Process Information | Associated Documents

| | |
|---|---|
| Contractor Information | |
| Contractor Name | First Coast Service Options, Inc. |
| Contract Number | 09101 |
| Contract Type | A and B MAC |
| Other Information | https://medicare.fcso.com<br>532 Riverside Avenue<br>Jacksonville FL 32202-<br>Medical Director: Patrick Mann, MD (Executive Contractor Medical Director) |
| LCD Information | |
| LCD ID | L39451 |
| LCD Version Number | 5 |
| Original ICD-9 LCD ID | |
| Proposed LCD ID | DL36377 |
| LCD Title | **Skin Substitutes for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers** |
| Contractor's Determination Number | |
| Status of this Version | **Approved DRAFT** |
| Reason for this change | Creation of Uniform LCDs With Other MAC Jurisdiction. |
| Jurisdiction | Florida (FL) |
| Oversight Region | Region 4 |
| Original Effective Date | N/A |
| Original Ending Date | N/A |
| Revision Effective Date | N/A |
| Revision Ending Date | N/A |
| Retirement Date | N/A |
| Notice Period Start Date | N/A |
| Notice Period | N/A |

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

| | |
|---|---|
| End Date | |
| AMA CPT / ADA CDT / AHA NUBC Copyright Statement | CPT codes, descriptions and other data only are copyright 2021 American Medical Association. Reserved. Applicable FARS/HHSARS apply.<br><br>Fee schedules, relative value units, conversion factors and/or related components are not assigr AMA, are not part of CPT, and the AMA is not recommending their use. The AMA does not direc indirectly practice medicine or dispense medical services. The AMA assumes no liability for data or not contained herein.<br><br>Current Dental Terminology © 2021 American Dental Association. All rights reserved.<br><br>Copyright © 2013 - 2021, the American Hospital Association, Chicago, Illinois. Reproduced by C permission. No portion of the American Hospital Association (AHA) copyrighted materials contai this publication may be copied without the express written consent of the AHA. AHA copyrighted including the UB-04 codes and descriptions may not be removed, copied, or utilized within any s product, service, solution or derivative work without the written consent of the AHA. If an entity w utilize any AHA materials, please contact the AHA at 312-893-6816. Making copies or utilizing th of the UB-04 Manual, including the codes and/or descriptions, for internal purposes, resale and/c used in any product or publication; creating any modified or derivative work of the UB-04 Manual codes and descriptions; and/or making any commercial use of UB-04 Manual or any portion ther including the codes and/or descriptions, is only authorized with an express license from the Ame Hospital Association. To license the electronic data file of UB-04 Data Specifications, contact Tin at (312) 893-6816. You may also contact us at ub04@aha.org. |
| CMS National Coverage Policy | This LCD supplements but does not replace, modify or supersede existing Medicare applicable N Coverage Determinations (NCDs) or payment policy rules and regulations for skin substitutes fo treatment of diabetic foot ulcers and venous leg ulcers. Federal statute and subsequent Medicar regulations regarding provision and payment for medical services are lengthy. They are not repe this LCD. Neither Medicare payment policy rules nor this LCD replace, modify or supersede appl state statutes regarding medical practice or other health practice professions acts, definitions an scopes of practice. All providers who report services for Medicare payment must fully understan follow all existing laws, regulations and rules for Medicare payment for skin substitutes for the tre diabetic foot ulcers and venous leg ulcers and must properly submit only valid claims for them. P review and understand them and apply the medical necessity provisions in the policy within the c the manual rules. Relevant CMS manual instructions and policies may be found in the following I Only Manuals (IOMs) published on the CMS Web site:<br>**IOM Citations:**<br><br>• CMS IOM Publication 100-02, *Medicare Benefit Policy Manual*,<br>    ◦ Chapter 15, Section 50.4.1 Approved Use of Drug<br>• CMS IOM Publication 100-04, *Medicare Claims Processing Manual*,<br>    ◦ Chapter 17, Section 40 Discarded Drugs and Biologicals<br>• CMS IOM Publication 100-08, *Medicare Program Integrity Manual*,<br>    ◦ Chapter 13, Section 13.5.4 Reasonable and Necessary Provision in an LCD<br><br>**Social Security Act (Title XVIII) Standard References:**<br><br>• Title XVIII of the Social Security Act, Section 1862(a)(1)(A) states that no Medicare payme made for items or services which are not reasonable and necessary for the diagnosis or tre illness or injury.<br>• Title XVIII of the Social Security Act, Section 1862(a)(7). This section excludes routine phy examinations.<br><br>**Code of Federal Regulations (CFR) References:**<br><br>• CFR, Title 21, Volume 8, Chapter 1, Subchapter L, Part 1271.10 Human cells, tissues, and and tissue-based products |
| Coverage | **Coverage Indications, Limitations, and/or Medical Necessity** |

Guidance

Compliance with the provisions in this LCD may be monitored and addressed through post paym analysis and subsequent medical review audits.

**History/Background and/or General Information**

This LCD addresses the medically reasonable and necessary threshold for coverage of skin repl surgery for application of skin substitute grafts for diabetic foot ulcers (DFUs) and venous leg ulc (VLUs).

Application of skin substitute grafts for wound care indications other than for DFU or VLU are not addressed by this LCD. Use of skin substitute grafts must meet the medically reasonable and ne threshold for coverage and these devices must be used in accordance with their approved Unite (U.S.) Food and Drug Administration (FDA) intended use.

Chronic wounds of the lower extremities, including venous stasis ulcers, DFUs and pressure sor major public health problem. While lower extremity ulcers have numerous causes such as burns mixed venous-arterial disease, immobility, and vasculitis, nutritional or other neuropathy, over 90 lesions in the U.S. are related to venous stasis disease and diabetic neuropathy.[1-3]

Generally, depending on the purpose of the product and how it functions, skin substitutes are re the FDA premarket approval (PMA) process, FDA 510(k) premarket notification process, or the F regulations for human cells, tissues, and cellular and tissue-based products (HCT/Ps). Although substitutes have attributes of both biologicals and devices, the current position is that these prod best characterized as surgical supplies or devices because of their required surgical application similarity to other surgical supplies. It has been noted that there are instances in which certain pr might have a wound healing indication but may not necessarily meet the definition of skin substit Therefore, FDA classification and indication alone does not determine if a product meets the def skin substitute and/or meets the medically reasonable and necessary threshold for coverage.

Amniotic/chorionic-based products are HCT/Ps as defined in 21 CFR 1271.3(d) and must meet 21 CFR 1271 and 361 of the Public Health Service Act (PHS Act). The HCT/Ps not regulated un are regulated as drugs as defined under section 201(g) of the Federal Food, Drug, and Cosmetic Act) [21 U.S.C. 321(g)] and biological products as defined in section 351(i) of the PHS Act [42 U. 262(i)]. In order to lawfully market a drug that is also a biological product, a valid biologics licens in effect [42 U.S.C. 262(a)]. Such licenses are issued only after a showing of safety and efficacy product's intended use.[4-6]

Standard treatment of lower extremity ulcers (e.g., DFUs and/or VLUs) may include mechanical infection control, mechanical compression, limb elevation, debridement of necrotic tissue, manag systemic disease and medications, nutrition assessment, tissue perfusion and oxygenation, and counseling on the risk of continued tobacco use. In addition, maintenance of a moist wound envi through appropriate dressings facilitates development of healthy granulation tissue and epithelia and thus may potentiate complete healing at a wound site. Dressings are an integral part of wou management by not only maintaining a moist environment but by stopping contamination and ab exudate.[7-12]

Despite advancements in various synthetic occlusive dressings some ulcers fail to heal. The dev of skin substitutes has been employed as an adjunct to established wound care methods to incre chances of healing.[1,13]

Chronic wounds and frequently recurring wounds related to DFUs and VLUs are a challenge to t effectively. Chronic wounds may be unresponsive to initial therapy or persist despite additional c wound that has not healed within one to three months may be considered chronic and the applic skin substitute graft, an advanced treatment modality, may be considered medically reasonable necessary for certain patients.[1-3]

Patients receiving skin replacement surgery with a skin substitute graft should be under the care physician/non-physician practitioner (NPP) for the treatment of their systemic disease process (e diabetes mellitus, chronic venous insufficiency, and/or peripheral vascular disease). It is imperati

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

their systemic disease be monitored/treated in order to ensure adequate healing of the wound si

It is the expectation that a specific skin substitute graft product will be used for the episode of ski replacement surgery for wound care (defined as 12 weeks from the first application of a skin sub graft) assuming its use is not in conflict with the FDA assessments (e.g., indications, contraindica how supplied and directions for use, etc.) and/or the American Association of Tissue Banks (AAT approved use and assuming there is one related wound. Repeat application of a skin substitute g within the 12-week episode of skin replacement surgery for wound care may be appropriate per package insert based on wound re-assessment and must be supported in the medical record documentation for that encounter. Additional applications of a skin substitute product beyond the episode of skin replacement wound care are not expected if the wound has responded to the ski replacement surgery with epithelialization and other progression. This LCD does not endorse pa products for separate payment. The medical record documentation must support the medical ne skin replacement surgery and that the product is being used within its approved FDA indications.

**Covered Indications**

If the patient meets all of the criteria as outlined in this LCD, application of a skin substitute graft extremity DFU or VLU is considered medically reasonable and necessary for the following:

1. The presence of a chronic, non-infected DFU having failed to respond to documented cons wound care measures (outlined below) for greater than four weeks with documented comp
2. The presence of a chronic, non-infected VLU having failed to respond to documented cons wound care measures (outlined below) for greater than four weeks with documented comp

- For purposes of this LCD, conservative wound care measures include, but are not limited t
  - Comprehensive patient assessment (history, exam, Ankle-Brachial Index [ABI]) and c tests as indicated) and implemented treatment plan.
  - For patients with a DFU - assessment of Type 1 vs. Type 2 diabetes and manageme with attention to certain comorbidities (e.g., vascular disease, neuropathy, osteomyel review of current blood glucose levels/hemoglobin A1c (HbA1c), diet and nutritional s activity level, physical exam that includes assessment of skin and wound, ABI, and cl off-loading device or assessment of appropriate footwear.[3]
  - For patients with a VLU - assessment of clinical history (prior ulcers, thrombosis risks exam (edema, skin changes), ABI, diagnostic testing to verify superficial or deep ven perforator incompetence, and chronic (or acute) venous thrombosis. In this regard, ve duplex ultrasound is recommended to confirm the Clinical class, Etiology, Anatomy, a Pathophysiology (CEAP) classification and categorize the patient's chronic venous di guide the analysis of management alternatives. The Venous Clinical Severity Score ( used to assess changes in response to therapy.

An implemented treatment plan demonstrating all of the following:

- Debridement as appropriate.
- Some form of offloading for DFUs and some form of compression for VLUs.
- Infection control.
- Management of exudate - maintenance of a moist environment (moist saline gauze, other dressings, bioactive dressing, etc.).
- Patient is a nonsmoker or has refrained from smoking for at least 6 weeks prior to planned replacement surgery or has received counseling on the effects of smoking on surgical outc treatment for smoking cessation.

The skin substitute graft is applied to an ulcer that has failed to respond to documented conserva wound care measures. "Failed response" is defined as an ulcer that has increased in size or dep change in baseline size or depth, or no sign of improvement or indication that improvement is lik as granulation, epithelialization, or progress towards closing). Documentation of response requir measurements of the initial ulcer, measurements at the completion of at least four weeks of cons wound care measures, and measurements immediately prior to placement of the skin substitute DFU. For VLUs, conservative wound care measures must continue for no less than four weeks a include on-going compression therapy.[7,10,13] The medical record documentation specifically add

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

the circumstances regarding why the wound has failed to respond to standard wound care treatr
greater than four weeks and references the specific interventions that have failed based on the p
wound evaluation. The record must include an updated medication history, review of pertinent m
problems that may have arisen since the previous wound evaluation, and explanation of the plar
replacement surgery with choice of skin substitute graft product. The procedure risks and compli
must also be reviewed and documented.[7,10,13-14] Skin substitute grafts utilized per the approvec
intended use. The patient is under the care of a qualified physician/NPP for their underlying chro
condition.[3,9]

**Limitations**

The following are considered not medically reasonable and necessary[1-3,9-10]:

1. Greater than two applications of a specific skin substitute graft product within the episode c replacement surgery for wound care (defined as 12 weeks from the first application of a ski substitute graft).
    - The expectation is treatment will consist of the fewest repeat applications and amoun product to heal the wound. It is expected that products are used per the labeling. It is expected that every ulcer, in every patient will require the maximum number of applic listed on the product label. This utilization pattern may be subject to focused medical
2. Switching skin substitute graft products in a 12-week episode of skin replacement surgery f care. Exceptions should be rare and may be considered on appeal when the medical nece the change is clearly documented in the medical record.
3. Application of a skin substitute graft product beyond 12-weeks.
4. Repeat applications of skin substitute grafts when a previous application was unsuccessful Unsuccessful treatment is defined as increase in size or depth of an ulcer, or no change in size or depth and no sign of improvement or indication that improvement is likely (such as granulation, epithelialization, or progress towards closing).
5. Application of skin substitute grafts in patients with inadequate control of underlying conditi exacerbating factors, or other contraindications (e.g., uncontrolled diabetes, active infectior Charcot arthropathy of the ulcer extremity, active vasculitis).
6. Use of surgical preparation services (for example, debridement), in conjunction with routine and/or repeat skin replacement surgery with a skin substitute graft.
7. Excessive wastage (discarded amount).
    - The skin substitute graft must be used in an efficient manner utilizing the smallest pa available for purchase from the manufacturer that could provide the appropriate amou patient.
8. All liquid skin substitute products for wound care.[15]
9. Refer to the CFR, Title 21, Volume 8, Chapter 1, Subchapter L, Part 1271.10 for Human-de products regulated as human cells, tissues, or cellular or tissue-based product (HCT/P) for limitations.

**Provider Qualifications**

Services provided within the LCD coverage indications will be considered medically reasonable a
necessary when all aspects of care are within the scope of practice of the provider's professiona
licensure; and when all procedures are performed by appropriately trained providers in the appro
setting.

**Notice:** Services performed for any given diagnosis must meet all of the indications and limitatio
in this LCD, the general requirements for medical necessity as stated in CMS payment policy ma
any and all existing CMS national coverage determinations, and all Medicare payment rules.

**Summary of Evidence**

A literature search was conducted using the following key words: Non-healing; wound; chronic; c
foot; foot ulcer; venous leg ulcer; guidelines; wound healing; skin substitutes; dermal skin substit
human skin allograft; randomized trial; standard of care; venous leg ulcer; skin grafts; wound dre
human derived products; animal derived products; FDA regulations. The literature search was fil
locate articles within 5-10 years, full-text articles, clinical trials, and systematic reviews. In genera

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

improved health outcomes of interest include patient quality of life and function.

**Introduction**

Chronic wounds are described as wounds which have been unable to re-epithelialize after one t
months of treatment. More than 90% of chronic wounds in the United States (U.S.) are a result o
ulcers, venous stasis ulcers, and decubitus ulcers. Chronic wounds may be described as vascul
(e.g., venous and arterial), diabetic ulcers, and pressure ulcers (local tissue hypoxia). These typ
chronic wounds impact patient quality of life due to impaired mobility, pain, and substantial morb

**Evidence-Based Guidelines for Standard of Care**

Evidence-based guidelines indicate that standard of care (SOC) treatment of lower extremity ulc
diabetic foot ulcers [DFUs] and/or venous leg ulcers [VLUs]) may include mechanical offloading,
control, mechanical compression, limb elevation, debridement of necrotic tissue, management o
disease and medications, nutrition assessment, tissue perfusion and oxygenation, education reg
care of the foot, callus, and nail and fitting of shoes, and counseling on the risk of continued toba
In addition, maintenance of a moist wound environment through appropriate dressings facilitates
development of healthy granulation tissue and epithelialization and thus may potentiate complet
at a wound site. Dressings are an integral part of wound management by not only maintaining a
environment but by stopping contamination and absorbing exudate.[7-12]

A comprehensive assessment of patients and their wounds will also facilitate appropriate care b
identifying and correcting systemic causes of impaired healing. The presence of a severe illness
systemic disease and drug treatments such as immunosuppressive drugs and systemic steroids
inhibit wound healing by changes in immune functioning, metabolism, inflammation, nutrition, an
perfusion. Therefore, this information in conjunction with a detailed history of the wound itself is
essential.[3,9]

A vascular evaluation is also vital for all chronic wounds. Palpation of pulses may be problemati
of medial arterial calcification. An ankle-brachial index (ABI) should be taken for patients with a
questionable pulse deficit although the ABI levels may be falsely elevated with medial arterial ca
The patient is considered to have impaired arterial perfusion when the ABI is below 0.9. To supp
ankle-brachial studies, toe blood pressure readings, pulse volume recordings, transcutaneous o
measurements (TCOMs), and skin perfusion pressure measurements have been suggested as
benchmarks for the prediction of wound healing.[3]

Venous ulcers require a series of diagnostic testing to verify superficial or deep venous reflux, p
incompetence, and chronic (or acute) venous thrombosis. In this regard, venous duplex ultrasou
recommended and if the venous duplex ultrasound does not provide definitive diagnostic inform
venous plethysmography is recommended. Patients with mixed arterial and venous disease requ
combination of arterial and venous noninvasive testing. The use of a Class 3 (most supportive) h
compression method is strongly recommended in the treatment of venous ulcers. High strength
compression may be applied using techniques such as multilayered elastic compression, inelast
compression, Unna boot, compression stockings, and others. The extent of compression should
modified for patients with mixed venous/arterial disease.[3,10]

The clinical practice guidelines of the Society for Vascular Surgery and the American Venous Fo
recommend that patients with VLUs have the ulcer classified using the Clinical class, Etiology, A
and Pathophysiology (CEAP) classification (confirmed by duplex scan). The Venous Clinical Se
Score (VCSS) is recommended to assess changes in response to therapy. Specific classificatio
venous disease is essential for standardization of venous disease severity and evaluation of trea
efficiency.

The Society for Vascular Surgery in collaboration with the American Podiatric Medical Associati
Society for Vascular Medicine has recommended a SOC treatment schedule for DFUs that inclu
weekly to monthly wound evaluations of wound size and healing progress, infection control, deb
of all devitalized tissue and surrounding callus material, dressings that maintain a moist wound
environment, control of exudate, and avoiding maceration of adjacent intact skin. Adequate glyc
control of hemoglobin A1c (HbA1c < 7%) is also recommended to reduce the incidence of DFUs

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

infections and periodic assessments of appropriate footwear and/or off-loading device.[7,13]

**Regulation of Skin Substitutes**

Despite standard of care and advancements in various moisture retaining synthetic occlusive dre many chronic wounds fail to heal. The development of skin substitutes has been employed to be an adjunct to established chronic wound care methods to increase the chances of healing.[1,13] Sl substitutes can be organized into the following groups: 1) Human-derived products regulated as cells, tissues, and cellular and tissue-based products (HCT/Ps); 2) Human and human/animal-de products regulated through premarket approval (PMA) by the U.S. Food and Drug Administratior 3) Animal-derived products regulated under the 510(k) process; and 4) Synthetic products regula the 510(k) process.[4-6]

Human tissue can be obtained from human donors, processed, and used in exactly the same rol recipient, such as a dermal replacement to be placed in a wound as a skin substitute (regulated HCT/Ps). These products may be regulated under the Biologics License Application (BLA) (unde Public Health Service Act [PHS Act]) or PMA (under the Federal Food, Drug, and Cosmetic Act [ Act]), depending on their composition and primary mode of action. Amniotic/chorionic-based pro HCT/Ps as defined in 21 CFR 1271.3(d) and must meet criteria in 21 CFR 1271 and 361 of the F The HCT/Ps not regulated under 361 are regulated as drugs as defined under section 201(g) of Federal Food, Drug, and Cosmetic Act (the Act) [21 U.S.C. 321(g)] and biological products as de section 351(i) of the PHS Act [42 U.S.C. 262(i)]. In order to legally market a drug that is also a bi product, a valid biologics license must be in effect [42 U.S.C. 262(a)]. Such licenses are issued a showing of safety and efficacy for the product's intended use.[6]

**Evidence-Based Guidelines for Skin Substitutes**

Skin substitutes are a heterogeneous group of biological and/or synthetic elements that allow the temporary or permanent occlusion of wounds. Dermal substitutes may vary from skin xenografts allografts to a combination of autologous keratinocytes over the dermal matrix, but all have a mu to attain resemblance with an individual's skin to the greatest extent possible.[13] Skin substitutes recommended as an adjunct to the established SOC treatment protocols for wound care to incre chances of healing. In this regard, evidence-based guidelines recommend wound bed preparatic the application of any biologically active dressing which includes complete removal of slough, de and/or necrotic tissue.[14] Skin substitutes are recommended in conjunction with SOC treatment fo that have failed to demonstrate more than 50% wound area reduction after a minimum of four we standard wound care measures.[7] For VLUs, if substantial wound improvement is not demonstrat minimum of four-six weeks of standard wound care measures, skin substitutes are recommende addition to SOC treatment and compression therapy.[10]

**Technology Assessment**

The Agency for Healthcare Research and Quality (AHRQ) provided an evidenced-based technic skin substitutes for treating chronic wounds.[2] This technical brief was developed to describe ass products that may be considered skin substitutes in the U.S., which are utilized for the treatment wounds. In addition, systems utilized to classify skin substitutes were assessed, randomized cor trials (RCTs) involving skin substitutes were reviewed, and recommendations were made regard practices for future studies. A systematic search of the published literature since 2012 was cond systematic reviews/meta-analyses, RCTs, and prospective nonrandomized comparative studies commercially available skin substitutes for individuals with DFUs, VLUs, pressure ulcers, and art ulcers.

Seventy-six skin substitutes were identified and categorized using the Davison-Kotler classificati system, a method structured according to cellularity, layering, replaced region, material used, an permanence. Of these, 68 (89%) were categorized as acellular dermal substitutes, largely replac from human placental membranes and animal tissue sources. Acellular dermal substitutes prepa natural biological materials are the most common commercially available skin substitute product treating or managing chronic wounds. Cellularity is a significant difference among skin substitute presence of cells raises the rejection risk and production complexity. This category includes dec donated human dermis (14 products recognized), human placental membranes (28 products rec

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

and animal tissue (21 products recognized). Less products are prepared from synthetic materials products recognized) or a blend of natural and synthetic materials (two products recognized). A l number of skin substitute products are acellular replacements for both the epidermis and dermis product recognized). Only eight products were recognized that contain cells and would be classi cellular grouping.

Three systematic reviews and 22 RCTs studied the utilization of 16 distinct skin substitutes, com acellular dermal substitutes, cellular dermal substitutes, and cellular epidermal and dermal subst DFUs, pressure ulcers, and VLUs. Twenty-one ongoing studies (all RCTs) assessed an addition skin substitutes with comparable classifications. It was noted that studies seldom reported clinica outcomes, such as amputation, wound recurrence at least two weeks after treatment ended, or p related outcomes, such as return to function, pain, exudate, and odor. This review found that mo are needed to assess the effectiveness of most skin substitutes and studies need to be better de and include clinically relevant outcomes.

Of the 22 included RCTs, 16 studies contrasted a skin substitute with SOC. The SOC for each w involved sharp debridement, glucose control, compression bandages for VLUs, pressure redistri support surfaces for pressure ulcers, infection control, offloading, and daily dressing changes wi moisture-retentive dressing, such as an alginate or hydrocolloid type dressing. Though 85% of th examining acellular dermal substitutes portrayed the experimental intervention as favorable over wound healing and quicker time to heal, inadequate data is available to determine whether wour recurrence or other sequela are less frequent with acellular dermal substitutes. Only three studie contrasted cellular dermal substitutes with SOC. Clinical evidence for cellular dermal substitutes limited by the lack of robust, well-controlled clinical trials.

Of the six head-to-head comparative studies, results from five studies did not show substantial d between skin substitutes in outcomes measured at the latest follow-up (>12 weeks). One study c at 12 weeks described a substantial difference in wound healing favoring an acellular dermal ski substitute over a cellular epidermal and dermal skin substitute. Another study compared two ace dermal substitutes and seemed to have deliberately underpowered one arm of the study as stati significance was not sought or expected for this study arm. Of the two studies reporting on recur one study described comparable recurrence, while the other study reported no recurrence at 26 The current evidence base, as portrayed by the authors for the literature reviewed, may be inade determine whether one skin substitute product is superior to another.[2]

Industry sponsored most of the studies reviewed; 20 of the 22 RCTs in this review, which preser concerns regarding bias for these studies. This AHRQ technical brief also noted that a skin subs commercial availability is not a reflection of its legal status. Manufacturers self-determine whethe human cells, tissues, or cellular or tissue-based product (HCT/P) may be marketed without FDA preapproval and frequently misunderstand or mischaracterize the conditions they must meet for product to be regulated solely for communicable disease risk. The Code of Federal Regulations was referenced; 21 CFR 1271.10(a). Also, the 'FDA Announces Comprehensive Regenerative M Policy Framework'[5] was referenced.

**Systemic Review and Meta-Analysis**

Santema et al[16] provided a systematic review and meta-analysis to assess the efficiency of skin substitutes utilized for the treatment of DFUs regarding ulcer healing and limb salvage. Using the Cochrane Collaboration methodology, 17 clinical trials were identified, which included a total of 1 randomized study participants with diabetic foot ulceration. The number of study participants per trial ranged from 23 to 314. Fourteen studies included chronic or difficult to heal ulcers that were for a minimum of 2, 4, or 6 weeks.

Skin substitutes were contrasted with SOC in 13 trials. The results collectively demonstrated tha treatment, together with skin substitutes, enhance the chances of attaining complete ulcer closur contrast to SOC alone after 6 to 16 weeks (risk ratio [RR] 1.55, 95% confidence interval [CI] 1.30 low quality of evidence). Apligraf/Graftskin, Epifix, and Hyalograft 3D were the only individual pro demonstrated a statistically substantial beneficial effect on complete ulcer closure (i.e., full epithe without any evidence of drainage or bleeding). Four clinical trials contrasted two different types o substitutes, although no product demonstrated a greater effect over another. Sixteen of the trials

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

evaluated the efficacy of a bioengineered skin substitute. Only one trial evaluated the efficacy of nonbioengineered skin graft.

The total occurrence of lower limb amputations was only reported for two trials and the results fo two trials collectively produced a substantially lower amputation rate for individuals treated with s substitutes (RR 0.43, 95% CI 0.23 to 0.81), though the absolute risk difference (RD) was small (- 95% CI -0.10 to -0.01, very low quality of evidence). Of the included studies, 16 reported on adve events (AEs) in different ways, although there were no reports of a substantial difference in the i of AEs between the intervention and the control group. Additionally, support of long-term effectiv lacking, and cost-effectiveness is unclear. Noted limitations included a variable risk of bias amon studies, the lack of blinding (i.e., study participants and investigators knew which patients were r the experimental therapy and which patients were receiving the standard therapy), and 15 of the conveyed industry involvement; the majority of which did not indicate if the industry applied any l regarding data analysis or publication.[16]

Jones et al[17] provided a fourth update for a systematic literature review to evaluate the effect of s for the treatment of VLUs. Using the Cochrane Collaboration methodology, one new trial was ide generating a total of 17 RCTs, which included a total of 1,034 study participants. The studies co participants of any age, in any care setting, and with VLU. Given the process for diagnosis of ve ulceration differed between studies, a standard definition was not applied. The trials also involve participants with arterial, mixed, neuropathic, and diabetic ulcers provided that the outcomes for with venous ulcers were conveyed separately. To be included in the review, trials also had to rep least one of the primary outcomes (i.e., objective measures of healing, such as relative or absolu change in ulcer area, time for complete healing, or proportion of ulcers healed within the trial per

Eleven studies contrasted a graft with SOC. Two of these studies (102 patients) contrasted an a with a dressing, three studies (80 patients) contrasted a frozen allograft with a dressing, and two (45 patients) contrasted a fresh allograft with a dressing. Two studies (345 patients) contrasted a engineered skin (bilayer artificial skin) with a dressing. In two studies (97 patients) a single-layer replacement was contrasted with SOC.

Six studies contrasted alternative skin grafting techniques. The first study (92 patients) contraste autograft with a frozen allograft, a second study (51 patients) contrasted a pinch graft (autograft) porcine dermis (xenograft), the third study (110 patients) contrasted growth-arrested human kera and fibroblasts with a placebo, the fourth study (10 patients) contrasted an autograft delivered or pads with an autograft delivered on porcine gelatin microbeads, the fifth study (92 patients) cont meshed graft with a cultured keratinocyte autograft, and the sixth study (50 patients) contrasted keratinocyte allograft with a lyophilized (freeze-dried) keratinocyte allograft.

Overall, the results show that substantially more ulcers healed when treated with bilayer artificial with dressings. There was inadequate evidence from the other trials to establish whether other t skin grafting improved the healing of venous ulcers. The authors concluded that bilayer artificial together with compression bandaging, improves venous ulcer healing contrasted with a simple d plus compression.

It was noted that the overall quality of the studies reviewed was poor, thus affecting the risk of in bias. Many of the studies did not convey inclusion criteria, insufficient information was provided r randomization techniques, and withdrawals and AEs were inadequately reported. Deficient data withdrawals and the inclination to perform per-protocol analyses rather than intention-to-treat (IT analyses signify that the outcomes in the original study documentation may be biased.[17]

**Clinical Trials for Skin Substitutes for Diabetic Foot Ulcers**

Barbul et al[18] conducted a retrospective, matched-cohort study to establish the efficacy of a cryo human bioactive split-thickness skin allograft (BSA) (i.e., TheraSkin®) plus SOC when contraste alone for the treatment of diabetic ulcers. Data was obtained from electronic medical records (EM initial pool of 650,309 diabetic ulcers for patients treated at 470 outpatient wound care centers in from January 1, 2012 to October 25, 2018.

Primary inclusion criteria included: 1) Adults ≥ 18 years of age; 2) DFU, Wagner grade 1-4 prese

30 days for individuals diagnosed with Type 1 or Type 2 diabetes; 3) Ulcer sited on foot, leg, or t
Wound area ≥ 1 $cm^2$ and ≤ 50 $cm^2$. Primary exclusion criteria included: 1) Ulcers treated at skille
facilities; 2) Ulcers treated with advanced biological products other than BSA; 3) Individuals in th
cohort who received any cellular and/or tissue-based products; and 4) Individuals who showed ≥
closure of their wounds four weeks before the study treatment period.

Following elimination of ineligible patients and those missing important information (i.e., wound characteristics) and/or lack of treatment documentation, data included a total of 778 patients whc treated with the BSA (treatment cohort) (mean age 65.67) and these study participants were pai 778 patients (mean age 62.95) drawn from a pool of 126,864 patients treated with SOC alone (c cohort), by utilizing propensity matching to create almost identical cohorts. Complications and comorbidities for both groups included Alzheimer's disease, coronary artery disease, cellulitis, ch obstructive pulmonary disease, congestive heart failure, end stage renal disease, immunosuppre conditions, morbid obesity, peripheral vascular disease (arterial and venous), smoking status, ar insufficiency. Although the disparity in body mass index (BMI) improved with propensity matchin noteworthy difference remained between groups with those in the BSA cohort having a substanti higher mean BMI than those in the control cohort ($p < 0.002$).

Both cohorts received SOC treatment involving debridement, offloading, and application of any k nonbiologic wound dressings, such as hydrogels, saline-moistened gauze, and antimicrobial dre Study participants who received a BSA may have utilized any or all of the same dressings.

Amputation rates and recurrence at three months, six months, and one year after wound closure analyzed. Diabetic ulcers were 59% more likely to close in the treatment cohort contrasted to the cohort ($p$=0.0045). The healing rates with the BSA were greater than with SOC across multiple s but the most substantial improvement was noted in the worst wounds that had a duration of 90-1 prior to treatment ($p$=0.0073), exposed deep structures ($p$=0.036), and/or Wagner Grade 4 ulcer ($p$=0.04). Additionally, the reduction in recurrence was substantial at three months, six months, a year, with and without initially exposed deep structures ($p < 0.05$). The amputation rate in the tre cohort was 41.7% less than that of the control cohort at 20 weeks (0.9% vs. 1.5%, respectively). study showed that diabetic ulcers treated with a cryopreserved bioactive split-thickness skin allo more likely to heal and stay closed contrasted to ulcers treated with SOC alone.[18]

Cazzell et al[19] performed a prospective, randomized, controlled, open-label trial with a primary o contrast the healing rates of a human decellularized acellular dermal matrix (D-ADM) for chronic with a SOC arm and an active comparator, human acellular dermal matrix (ADM) arm for the trea DFUs. Secondary objectives studied differences in time to wound closure, economic burden, qua questionnaires and product utilization between D-ADM, SOC, and a second active comparator h ADM.

Inclusion criteria included, but was not limited to: 1) Enrolled study participants must have the ca comply with offloading and dressing change requirements; 2) The wound of focus must have bee and receiving SOC for 30 days with an area ≥ to 1 $cm^2$ and < than 25 $cm^2$; 3) Patient must be be and 80 years of age, have a single DFU of focus with a Wagner Ulcer Classification Grade of 1 c no infection present; and 4) Patients must have had acceptable circulation to the affected area, s as having at least one of the following criteria within the past 60 days: TCOM at the dorsum of th 30 mmHg, ABI ranging from 0.8 - 1.2, or at least biphasic Doppler arterial waveforms at the dors and posterior tibial arteries.

Exclusion criteria included, but was not limited to: 1) Patient had wound treatments including bio topical growth factors within 30 days prior to screening; 2) Patient had circulating HbA1c > 12% days of the screening visit, serum creatinine concentrations of 3.0 mg/dL or > within 30 days bef screening; 3) The presence of peripheral vascular disease, active infection or untreated maligna Charcot's disease, or necrosis, purulence, or sinus tracts unable to be removed by debridement; had a revascularization procedure aimed at improving blood flow in the target limb, or received a skin equivalent within four weeks before screening; and 5) Patient has a sensitivity to lincomycin gentamicin, polymyxin B, vancomycin, polysorbate 20, N-lauroyl sarcosinate, benzonase, or glyc

Patients with a diagnosis of diabetes mellitus on a stable treatment regimen (no modifications in for 30 days prior to screening) who visited the clinic for care of a chronic lower extremity ulcer ar

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

above inclusion criteria and none of the exclusion criteria were asked to join the study. In this reg study enrolled 168 DFU patients in 13 centers across nine states in the U.S. Patients were rando into one of three treatment arms; D-ADM (DermACELL®), SOC wound management, or GJ-ADM (GraftJacket™) at a ratio of 2:2:1. The authors of this study indicated that the active comparator GJ-ADM was not intended to compare the difference between the ADMs as several articles have the safety and efficiency of GJ-ADM; this arm was added to the study to determine a baseline AI healing rate.

Numbered envelopes holding the treatment designation were arranged by an outside contract re organization and the study investigators were blinded to the randomization codes matching each envelope. After a patient successfully passed screening to be in the study, the investigator would envelope to ascertain which randomized arm the patient was assigned to. The ADM is visible up application; therefore, it would have been impossible to continue blinding the investigator once tr was applied. Therefore, as a secondary examination to avoid bias, a clinician, blinded to the trea assessed the wound images for confirmation of healing condition.

Initially, the wound beds were debrided with a sharp blade, scissors or Versajet system to remov tissue for study participants in all three treatment groups. Wound size was recorded using an ima system pre-and post-debridement as well as before dressing applications. The wound areas wer calculated by the imaging system and utilized for subsequent analysis of the wound areas.

Patients in the D-ADM arm and the GJ-ADM arm had the appropriate ADM dressing applied and with a nonadherent dressing. A second ADM was applied between two weeks (at a minimum) ar weeks (at the latest) after the first D-ADM application. Patients could have a maximum of two AD applications, which included the first application at baseline. Wounds in the conventional care ar provided with wound therapy involving alginates, foams, or hydrogels. The treating provider then either a moist or dry gauze to be placed over the wound. In all three treatment arms, the dressing the wound for a minimum of five days, but no more than nine days, (7 days ± 2 days) until the ne and dressings were only changed by the study team. Also, during following weekly visits, debride used to remove necrotic tissue, as needed. In addition, off-loading utilizing a removable cast wal diabetic shoe, surgical shoe, walker cast, or a total contact cast was essential for all treatment ar unless the investigator considered it to be inappropriate, such as situations involving a wheelcha patient or if the wound was located on the dorsal surface of the foot. Though either removable or nonremovable offloading techniques were permitted, 95% of all patients used some type of remo method; 68% of patients used removable boots and 16% of patients used surgical shoes.

Wounds were assessed on a weekly basis until wound closure was noted or the patient complet weekly follow-up visits. Wound closure was defined as 100% re-epithelialization of the wound wi drainage. A second visit was scheduled two weeks after the initial wound closure was noted to v complete wound closure. Additionally, all healed wounds were followed at 4, 8, and 12 weeks aft confirmation of complete wound closure to determine if the wound remained healed.

A total of 168 patients were included in this study: 71 patients in the D-ADM arm, 69 patients in t arm, and 28 patients in the GJ-ADM arm. Patients that withdrew from the study prematurely beca severe adverse events (SAEs), which affected the ability to follow the wound of focus, offloading compliance, or ≥ 25% missed visits involved 18 patients in the D-ADM arm, 13 patients in the SC and five patients in the GJ-ADM arm. To this end, 53 patients remained in the D-ADM arm and 4 patients received one application, 56 patients remained in the SOC arm, and 23 patients remaine GJ-ADM arm and 16 of these patients received only one application. The percentage of overall e withdrawals and the percentage of SAEs were comparable between the three treatment groups l relative population size ($p \geq 0.05$).

Baseline ulcer features, including wound size, were comparable between the three ITT arms. Th age for patients in the D-ADM arm was 59.1, 56.9 in the SOC arm, and 58.5 in the GJ-ADM arm mean HbA1c at screening was 8.51% in the D-ADM arm, 8.38% in the SOC arm, and 7.63% in t ADM arm. Patients diagnosed with Type 2 diabetes involved 93.5% of the enrolled population, w randomized to D-ADM, 97.1% randomized to SOC, and 92.9% randomized to GJ-ADM. The trea prescribed for diabetes control were evenly dispersed across study arms, thus eliminating the po confounding effect of insulin levels on cell responses and healing. Also, it was noted that almost study participants (41.1%) were current or past smokers and 58.9% had never smoked. Addition

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

majority of patients in all three arms of the study had ulcers classified as Wagner class 2 (ulcers extend into tendon or capsule); D-ADM arm (83.1%), SOC arm (79.7%), and GJ-ADM arm (82.1

Patients were followed for 24 weeks for all three treatment arms. Results for the per protocol pop showed that a single application of D-ADM showed a substantially greater wound healing probab comparison to SOC across all three endpoints at Week 12 (65.0% vs. 41.1%; HR = 1.969; 95% ( 1.1-3.5; *p*=0.0123), Week 16 (82.5% vs. 48.1%; HR = 2.397; 95% CI = 1.4-4.1; *p*=0.0003), and W (89.7% vs. 67.3%; HR = 2.107; 95% CI = 1.3- 3.5; p=0.0008). Patients in the D-ADM arm who re applications also demonstrated a substantially greater wound healing probability over SOC durin up visits at Week 16 (67.9% vs. 48.1%; HR = 1.716; 95% CI = 1.04-2.831; *p*=0.0283) and Week (83.7% vs. 67.3%; HR = 1.546; 95% CI = 0.9821-2.435; *p*=0.0489). The patients in the D-ADM a received only one application exhibited wound healing in an average of nine weeks, whereas pat the conventional arm showed wound healing in an average of 16.5 weeks (*p*=0.0020). No substa differences were observed between patients in the GJ-ADM arm and patients in the SOC arm or patients in the D-ADM and GJ-ADM arms.

The SF-36 v2.0 (Optum, Inc.) was utilized to acquire the perception of general health in eight are each study participant. The average, overall SF-36 scores at the end of the study were 425 for D 430 for SOC, and 404 for GJ-ADM. There were no substantial differences perceived between tre arms for the overall total score or in any of the eight areas. Also, a limitation noted for this study that the manufacturer of the D-ADM (DermACELL®) sponsored this trial.[19]

Driver et al[20] conducted The Foot Ulcer New Dermal Replacement Study (FOUNDER) to assess safety and effectiveness of the Integra Dermal Regeneration Template (IDRT) (i.e., Omnigraft® D Regeneration Matrix) for the treatment of nonhealing DFUs. The study was a multicenter, randor controlled, parallel group clinical trial performed under an Investigational Device Exemption. This was designed based on guidelines from the FDA for creating products to treat chronic cutaneous The FOUNDER study involved 32 clinical sites and 307 patients that were randomized into two p groups.

The primary inclusion criteria included: 1) Established Type 1 or Type 2 diabetes with a HbA1c ≤ Patients ≥ 18 years of age; 3) Presence of a full-thickness neuropathic ulcer positioned distal to t malleolus; 4) The ulcer of focus must have been in existence for greater than 30 days with the ul between 1 and 12 $cm^2$ post-debridement; and 5) Satisfactory vascular perfusion as defined by A and ≤ 1.2 or toe pressure > 50 mmHg or transcutaneous oxygen pressure (TcPO2) > 40 mmHg ultrasound consistent with sufficient blood flow to the affected extremity.

The primary exclusion criteria were active infection involving osteomyelitis, exposed capsule, ter bone, and reduction of wound ≥ 30% during the screening interval. The trial was separated into t phases: screening/run-in, randomization/treatment, and follow-up. Patients entered the screenin phase after providing written consent and underwent a series of screening evaluations and a 14- period in which patients received SOC treatment on the ulcer of focus to establish eligibility for th The following procedures were performed during the run-in period for the ulcer of focus: 1) Infect exudate evaluation; 2) Sharp debridement; 3) Measurement of the deepest aspect (post-debride Photograph (pre- and post-debridement); 5) Tracing for planimetric evaluation (post-debridemen that involved sharp debridement followed by application of a moist wound therapy consisting of ( sodium chloride gel and a secondary dressing involving a nonadherent foam dressing, an outer g wrap, and an offloading/protective device (i.e., Active Offloading Walker [boot and/or shoe]); and Patients were instructed on the SOC treatment for daily dressing changes.

Other patient evaluations conducted during the run-in period included: A medical history; medica usage; therapies; physical examination; and neuropathic, laboratory, and vascular perfusion ass Once the patients completed the screening/run-in phase, patients were then assessed to determ continued satisfaction of eligibility criteria. The ulcer of focus was then debrided using sharp deb prior to the first treatment. Also, a planimetric evaluation was performed (blindly by a central labo

Patients with study ulcers that had healed < 30% in the run-in period were randomized using a s algorithm at a central location in mixed blocks of two and four in a 1:1 ratio to the active or contro treatment. Randomization was stratified by study location and wound size (≤ 3 $cm^2$ versus > 3 cr Treatment started on the day of randomization as assigned and the treatment phase continued u

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

 Wolters Kluwer

patient had 100% wound closure or for up to 16 weeks. The SOC was the control treatment and was the active treatment. The SOC treatments were just as described in the screening/run-in ph daily dressing changes were done either by the patient in the control group or by a trained careg

For the active treatment group, fenestrating and meshing of the IDRT was acceptable to allow fo and in the presence of exudating wounds or hematomas. The IDRT was placed on the debrided trimmed to size, and secured with sutures or staples, and covered with a secondary dressing. W collagen layer was replaced by new tissue, typically in 14 to 21 days after application, the silicon the IDRT was removed. Re-applications of the IDRT were done as deemed necessary by the inv The site personnel performed the secondary dressing changes for the active treatment group on basis.

Wounds were assessed on a weekly basis during the treatment phase or until wound closure wa visit was scheduled one week after the initial wound closure was noted to verify complete wound An additional visit was then scheduled for confirmation of wound closure. Following completion c treatment phase, all patients were followed every four weeks during the 12-week follow-up phase

Complete closure of the ulcer of focus during the treatment phase (16 weeks) (defined as 100% epithelialization of the wound surface with no discernable exudate and without drainage or dress needs), was substantially greater in the active group (51%; 79/154) in contrast to the control grou 49/153, *p*=0.001). Comparable results were observed when wound closure was evaluated by computerized planimetry: 50% (77/154) in the active group and 31% (48/153) in the control grou (*p*=0.001). The probabilities of complete wound closure established at the end of the treatment p were 2.2 times higher (95% CI = 1.4, 3.5; *p*=0.001) for the active group contrasted with the contr Assessment using planimetric data to evaluate wound closure was consistent with an odds ratio (95% CI = 1.3, 3.5; *p*=0.001). When complete wound closure was evaluated at 12 weeks, the res substantially different between the two groups (45% active [70/154] vs. 20% control [31/153]; *p* < The probabilities of complete wound closure at 12 weeks were 3.3 times higher (95% CI = 2.0, 5 0.001) for the active group contrasted with the control group. The average number of application individual, including the initial application, for the active group was one (range 1-15).

The degree of decrease in wound size was 7.2% per week for the active group vs. 4.8% per wee control group (*p*=0.012). At the end of the follow-up phase, ulcer recurrence was experienced by the active treatment group and by 26% of the control treatment group (*p*=0.32). Quality of life dat demonstrated substantial improvements in physical functioning (*p*=0.047) and bodily pain (*p*=0.0 active group contrasted with the control group.

Most AEs in both groups were mild. Severe AEs were incurred by 15.6% of patients in the active and by 26.8% in the control group (*p*=0.016). Moderate AEs were incurred by 31.8% of patients i active group and by 42.5% of patients in the control group (*p*=0.053). The AEs possibly linked to treatment were comparable in both treatment groups (7/154 [4.5%] in the active group vs. 8/153 the control group). Also, a limitation noted for this study is the manufacturer of the IDRT used in treatment group sponsored this trial.[20]

Lavery et al[21] performed a prospective, multi-center, randomized, single-blinded study to contras effectiveness of a human viable wound matrix (hVWM) (i.e., Grafix®) to standard wound care in chronic DFUs from May 2012 to April 2013. The primary outcome was the percentage of patients complete wound closure by 12 weeks. Complete wound closure was defined as 100% re-epithel with no wound drainage. Secondary outcomes encompassed the time to wound closure, AEs, ar closure in a crossover phase.

Primary inclusion criteria included: 1) Established Type 1 or Type 2 diabetic patients 18-80 years 2) Diabetic ulcer present for four to 52 weeks; and 3) Diabetic ulcer positioned below the malleol plantar or dorsal surface of the foot and ulcer 1 to 15 $cm^2$ in size. Primary exclusion criteria inclu HbA1c above 12%; 2) Indication of active infection, including osteomyelitis or cellulitis; 3) Insuffic circulation to the affected foot defined by an ABI < 0.70 or > 1.30, or toe brachial index ≤ 0.50 or study with insufficient arterial pulsation; 4) Exposed muscle, tendon, bone, or joint capsule; and Decrease of wound area by ≥ 30% during the screening period.

After a one week screening period, patients were randomized to the active treatment arm (i.e., h

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Wolters Kluwer

control treatment arm (i.e., standard wound care) in a 1:1 ratio. Patients in the active treatment g received an application of hVWM once a week (± 3 days) for up to 84 days (blinded treatment pł Patients in the control group received SOC wound therapy once a week (± 3 days) for up to 84 d wounds were cleaned and surgically debrided to remove all non-viable soft tissue from the woun scalpel, tissue nippers and/or curettes at each weekly visit.

Wounds in both groups received SOC that involved surgical debridement, off-loading and non-ac dressings and either saline moistened gauze or an absorbent foam dressing for moderately drai wounds. Also, an outer dressing was applied. In addition, walking boots were provided for patien wounds on the sole of the foot and post-op shoes were provided for patients with wounds on the of the foot or at the ankle.

Patients were evaluated weekly at the clinical site. Patients who attained complete wound closur continued to be assessed during the follow-up phase, twice during the first month and then mont additional visits. Patients in the control group whose wounds were not closed by the end of the b treatment phase were able to receive the hVWM in the open-label treatment phase, in which the was applied weekly for up to 84 days.

During screening, 139 patients were assessed. A total of 42 patients failed screening and of thes were excluded due to a decrease of their wound areas by ≥ 30% during the screening period. A patients were randomized: 50 to the active treatment arm and 47 to the control arm.

The percentage of patients who attained complete wound closure was substantially higher in the treatment group (62%) compared with the control group (21%, *P*=0.0001). The average time for was 42 days in the active treatment arm contrasted with 69.5 days in the control arm (*P*=0.019). were less AEs in the active arm (44% versus 66%, *P*=0.031) and less wound-related infections ( versus 36.2%, *P*=0.044). Among the study participants that healed, ulcers remained closed in 82 patients (23 of 28 patients) in the active group versus 70% (7 of 10 patients) in the control group (*P*=0.419). The authors concluded that treatment with the hVWM substantially improved DFU he contrasted with SOC therapy. Also, a limitation noted for this study is the manufacturer of the hV in the active treatment group sponsored this trial.[21]

Sanders et al[22] performed a prospective, multi-center, randomized, controlled trial to contrast an engineered, human fibroblast-derived dermal skin substitute (HFDS) (i.e., Dermagraft®) to a biol active cryopreserved human skin allograft (HSA) (i.e., TheraSkin®) in the treatment of DFUs. Th objectives were to establish the relative number of DFUs healed (100% epithelization without dra and the number of grafts needed by week 12. Secondary objectives involved the percentage of I healed at weeks 16 and 20, time to heal during the study and wound size progression.

Primary inclusion criteria included: 1) Established Type 1 or Type 2 diabetic patients > 18 years HbA1C < 12%; 3) Full-thickness foot ulcer existing > 30 days; 4) Ulcer > 1 $cm^2$ and < 10 $cm^2$ in at least 2 cm between study ulcer and other ulcers; and 5) ABI > 0.65, toe pressure > 50 mmHG TcPO2 > 20 mmHG. Primary exclusion criteria included: 1) Wound infection or gangrene of the f Patient has received oral or parenteral corticosteroids, immune-suppressive or cytotoxic drugs w last 12 months; and 3) Treatment with growth factors or bioengineered skin substitutes within the days.

A total of 23 patients participated in the study at two hospital-based wound care centers in three During the first phase, screening was performed, and eligible patients were randomly assigned t HFDS treatment group (12 patients) (mean age 57) or the HSA treatment group (11 patients) (m 60) using a series of sealed envelopes employing a block randomization technique that describe treatment to be applied. During the second phase (one week later), the treatment phase started continued for 12 weeks. All wounds (both groups) were debrided to remove nonviable tissue anc from the wound surface and adjacent wound perimeter and then cleansed with saline. Afterward initial application of the biologically active product was applied as randomly assigned and all wou then covered with a non-adherent dressing and were offloaded with ½ inch felt as part of an ape of device. All patients were then given a healing sandal developed from a surgical shoe or a fixe boot.

Patients in the HSA group received a product application every other week and patients in the H

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

group were treated every week with wounds prepared as described above prior to application of product. Since both products have a distinctive appearance, it was not possible to conceal the ty product used during wound assessments. Wounds were photographed at each visit and the mar wounds were traced along the inner edge of the margins.

At week 12, patients with an unhealed wound continued into the third phase (follow-up) for treatr assessment for up to eight more weeks. After the week 12 visit, no additional biologically active were used in either treatment group. In this phase, wounds were treated with saline-moistened g debridement as needed.

Patients with ulcers verified to be healed were scheduled for a confirmatory visit. Patients with in wound closure continued to be evaluated though week 20; subsequent treatment was then provi outside the scope of the study.

There were no substantial differences discerned between patient demographics and wound attril baseline in the two treatment groups. At week 12, seven (63.6%) wounds in the HSA treatment g versus four (33.3%) in the HFDS treatment group were healed (P=0.0498). At the end of week 2 of wounds in the HSA group versus 66.67% of wounds in the HFDS group were healed (P=0.428 Among the subset of wounds that healed during the first 12 weeks of treatment, a mean of 4.36 2-7) HSA grafts were applied versus 8.92 (range 6-12) in the HFDS subset group (P < 0.0001, S 0.77584). Time to healing in the HSA group was substantially less (8.9 weeks) than in the HFDS (12.5 weeks) (log-rank test, P=0.0323). The results of this study showed that, after 12 weeks of DFUs treated with HSA are probably twice as likely to heal as DFUs managed with HFDS with a the number of grafts required. Limitations noted for this study are the small sample size and the manufacturer of the HSA product used in one of the active treatment groups sponsored this trial.

Zelen et al[23] performed a prospective, randomized, controlled, multicenter study to evaluate the rates, safety, and cost using an open-structure human reticular acellular dermis matrix (HR-ADM AlloPatch® Pliable™) plus SOC to facilitate wound closure in DFUs compared to treatment with alone. The trial was conducted from December 2014 to November 2015 at five outpatient wound centers in Virginia and Ohio.

Primary inclusion criteria included: 1) Patients with Type 1 or Type 2 diabetes with a non-healing neuropathic foot ulcer that failed a minimum of four weeks of documented conservative care; 2) renal function as shown by a serum creatinine level < 3.0 mg/dl; and 3) Sufficient circulation to th extremity within the past 60 days as evidenced by TCOM with result ≥ 30 mmHg, ABI with result and ≤ 1.2 or Doppler arterial waveforms, which were triphasic or biphasic at the ankle of the affe

All eligible patients meeting inclusion and exclusion criteria were treated with SOC alone, which surgical debridement, for a two week screening period and patients whose index wound had not greater than 20% at two weeks were then considered eligible for the study. A total of 40 study pa were eligible for enrollment in the study and were randomized to HR-ADM plus SOC ($n$ = 20) (HI applications weekly) or SOC alone ($n$ = 20) (daily dressing changes). There were no significant g differences regarding patient and wound attributes, with the exception of the average wound are was larger in the HR-ADM group (4.7 $cm^2$) contrasted with the SOC group (2.7 $cm^2$).

The primary outcome of this study focused on a comparison of wound healing at six weeks using plus SOC versus SOC alone. Wounds were considered as healed if there was complete (100%) epithelization with no drainage and no need for a dressing. Secondary outcomes involved compa healing at 12 weeks, time to heal at 6 and 12 weeks, graft count, wastage, and assessment of pr cost to closure. An ITT method was utilized for all analyses. At six weeks, 65% (13/20) of the HR treated ulcers had healed contrasted with 5% (1/20) of the ulcers treated with SOC alone ($P$=0.0 The decrease in the wound area size between the groups changed significantly over time, with a time to heal within six weeks of 28 days (95% CI: 22-35 days) for the HR-ADM group contrasted days (95% CI: 40-43 days) for the SOC group. After adjusting for area of wound at randomizatio hazard ratio (HR) for HR-ADM contrasted with SOC was 168 (95% CI: 10-2704), $P$=0.00036. Te participants from the SOC group (50%) and one patient from the HR-ADM group (5%) discontinu study at six weeks per protocol as their wound failed to decrease in area by at least 50%.

At 12 weeks, 80% (16/20) of the HR-ADM-treated ulcers had healed contrasted with 20% (4/20)

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Coding & Payment Tools 

ulcers treated with SOC alone (*P*=0.00036). The average time to heal within 12 weeks was 40 da CI: 27-52 days) for the HR-ADM group contrasted with 77 days (95% CI: 70-84 days) for the SO (*P*=0.00014).

The average number of HR-ADM grafts used to achieve closure per ulcer was 4.7 (SD=3.3). The percentage of wastage (healed wounds only) was 51.7% (SD: 10.7; *n* = 16). There was no occur increased AEs or SAEs between groups, or any AEs related to the graft. This study concluded th of HR-ADM plus SOC is more effective in the treatment of DFUs than with SOC alone. This stud limited by the patients unblinded to treatment allocation and the study was also funded by the manufacturer of the HR-ADM graft.[23]

**Clinical Trials for Skin Substitutes for Venous Leg Ulcers**

Cazzell[24] conducted a multicenter, randomized, controlled, open-label trial designed to evaluate and efficacy of human decellularized acellular dermal matrices (D-ADM) contrasted with SOC management in patients with chronic VLUs. This exploratory pilot study included eight implanting from seven medical centers in five states that enrolled patients with VLUs. The study participants randomly assigned to the D-ADM (i.e., Dermacell AWM®) treatment arm or a SOC treatment arm ratio. Numbered envelopes holding the treatment designation were arranged by an outside contr research organization and the study investigators were blinded to the randomization codes matc envelope. After a patient successfully passed screening to be in the study, the investigator would envelope to ascertain which randomized arm the patient was assigned to. The D-ADM is visible application; therefore, it would have been impossible to continue blinding the investigator once tr was applied. Therefore, as a secondary examination to avoid bias, a blinded, independent adjud assessed the healing condition of all wounds.

Primary inclusion criteria included: 1) Adults ≥ 21 and ≤ 80 years of age; 2) Presence of a single VLU with a CEAP ulcer classification Grade 6; 3) Duration of the target VLU ≥ 60 days; 4) Abser infection; 5) VLU area ≥ 1 $cm^2$ and < 25 $cm^2$, depth ≤ 9 mm; and 6) Able to comply with offloadir dressing change stipulations.

Primary exclusion criteria included: 1) HbA1c < 12% within 90 days of screening visit; 2) Serum ≥ 3.0 mg/dL within 30 days of screening; 3) Application of biomedical, topical growth factors or liv equivalents to the target VLU within 30 days of screening; 4) Recent revascularization procedure increase blood flow in the target limb; 5) Sensitivity to possible D-ADM processing reagents (e.g. gentamicin, polymyxin B, vancomycin, N-lauroyl sarcosinate, Benzonase, glycerol); and 6) Manif of severe peripheral vascular disease, active infection, untreated malignancy, active Charcot's di necrosis, purulence, or sinus tracts in the ulcer unable to be removed by debridement.

Eighteen patients were included in the D-ADM arm (mean age 64.6) and 10 patients in the contr (mean age 61.8). Initially, all wounds for both groups were debrided to remove necrotic tissue uti sharp blade, scissors, or Versajet system. Wound size was recorded using an imaging system p post-debridement as well as before dressing application. Patients in the treatment arm had the D applied and covered with a nonadherent dressing. A second D-ADM was applied between two w minimum) and 12 weeks (at the latest) after the first D-ADM application. Patients could have a m of two D-ADM applications, which included the first application at baseline.

Wounds in the SOC arm were provided with wound therapy involving alginates, foams, or hydrog treating provider then selected either a moist or dry gauze to be placed over the wound and left i for 7 ± 2 days, which was only to be removed during weekly visits. During the weekly visits, debr was used to remove necrotic tissue, as needed.

Compression therapy was used in the treatment and control arms. Wounds were assessed on a basis until wound closure was noted or the patient completed 24 weekly follow-up visits. Wound was defined as 100% re-epithelialization of the wound without drainage. A second visit was sche weeks after the initial wound closure was noted to verify complete wound closure. Additionally, a wounds were followed at 4, 8, and 12 weeks after confirmation of complete wound closure to det the wound remained healed.

The primary outcome of the study contrasted the full wound closure rates between the two group

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Coding & Payment Tools 

second outcome of the study involved contrasting the decrease in wound size over time, time to closure, and treatment-related AEs. Twenty-eight patients completed at least 12 weeks of follow- patients in the D-ADM arm and 10 in the SOC arm. Of the 18 patients receiving the D-ADM, nine received a second application during the study. At 24 weeks, patients in the D-ADM arm demons strong trend of reduction in the wound area, with a mean reduction of 59.6%, in comparison to th arm, with a mean reduction of 8.1%. Also, the wound areas in the SOC arm increased more thar size for one-third (3/9) of the patients. Furthermore, healed ulcers in the D-ADM arm stayed clos significantly greater rate after initial confirmation of complete wound closure than healed ulcers ir control arm. Limitations noted for this study included a small patient population with an unbalanc proportion between the two groups (2:1) that ensured a low probability of achieving statistical sig the lack of blinding for the study investigators, and the study was funded by the manufacturer of ADM graft.[24]

Harding et al[25] conducted an open label, prospective, multicenter, randomized controlled study t assessed the human fibroblast-derived dermal substitute (HFDS) (i.e., Dermagraft®) in addition t layer compression therapy contrasted with compression therapy alone in the treatment of VLUs. primary outcome variable was the proportion of patients with completely healed study ulcers by 1 Complete healing was characterized by having a closed wound (with full epithelization and no ex scab) for two consecutive weekly visits.

Primary inclusion criteria included: 1) Individuals ≥ 18 years of age referred to participating facilit in the United Kingdom (UK), Canada or the U.S.; 2) Presence of a VLU between the knee and ar existing for at least two months and ≤ 5 years prior to screening; 3) Size of VLU 3-25 cm$^2$ withou exposure of muscle, tendon or bone; 4) Presence of a clean, granulating base with negligible ad slough, suitable for a skin graft; and 5) ABI of 0.8 to 1.2 and reflux of > 0.5 seconds in saphenou perforator or popliteal veins as confirmed by duplex ultrasonography.

Primary exclusion criteria included: 1) Individuals with ulcers caused by a medical condition othe venous insufficiency; 2) Presence of sinus tracts in ulcer; 3) Signs of a wound infection (purulenc odor), cellulitis and/or verified osteomyelitis; 4) Morbid obesity; 5) Skin disease near study ulcer; Malignant disease within the past five years; and 7) Severe peripheral vascular disease or renal congestive heart failure, cell anemia, thalassemia or uncontrolled diabetes. Also, individuals whc received immune suppressants, systemic corticosteroids, cytotoxic chemotherapy, or topical ster more than two weeks and within one month of initial screening or who had a history of radiation a ulcer site were not eligible to participate in the study. In addition, patients who had received an investigational drug within 30 days of randomization or had been previously treated with an HFD other tissue-engineered materials were also excluded from the study.

All patients received a SOC dressing treatment during the screening period; each ulcer was cove a layer of non-adherent dressing followed by a four-layer compression bandage. During the twow screening period, ulcers were evaluated weekly to establish absence of necrotic tissue and infec the presence of a vascular bed. Ulcers that decreased in size (cm$^2$) by < 50% while under compr therapy during the two week screening period for the trial were eligible for randomization into the

Of the 573 patients screened, 207 failed screening (36%). The primary causes for screening failu study ulcers decreasing in size by more than 50% during screening, study ulcers less than 3 cm$^2$ randomization and patients without indication of venous reflux. The remaining 366 patients were randomized to receive treatment at a total of 25 centers: 19 in the UK, 1 in Canada and 5 in the U ITT population (patients who received treatment at baseline and had a follow-up visit post-baseli included 186 patients in the HFDS group and 180 patients in the control group with a mean age years. Patients were randomized to receive an application of HFDS plus the four-layer compress bandage therapy (active) or the four-layer compression bandage therapy alone (control). Patient randomized to the active treatment group received the HFDS applied to the wound at weeks 0, 1

A total of 10% (19 of 186) of patients in the HFDS group discontinued the trial early contrasted w (41 of 180) of patients in the control group. The causes for early discontinuation were AEs (3% ir HFDS group versus 6% in the control group), patient's own request (2% versus 9%), patient lost up (2% versus 3%) and 'other' (4% from each group).

Sixty-four (34%) of 186 patients in the HFDS group demonstrated healing by week 12 contrastec

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Wolters Kluwer

(31%) of 180 patients in the control group (P=0.235). For ulcers ≤ 12 months duration, 49 (52%) patients in the HFDS group contrasted with 36 (37%) of 97 patients in the control group healed a weeks (P=0.029). For ulcers ≤ 10 $cm^2$, complete healing at week 12 was shown in 55 (47%) of 1 patients in the HFDS group contrasted with 47 (39%) of 120 patients in the control group (P=0.2: most common AEs were wound infection, cellulitis, and skin ulcer. The occurrence of AEs was n significantly different between the treatment and control groups. Statistical significance was not a for the primary outcome of patients with VLUs completely healed by 12 weeks. Also, a limitation this study is the manufacturer of the HFDS used in the control group helped sponsor this trial.[25]

**Analysis of Evidence**
**(Rationale for Determination)**

Chronic wounds can be very challenging for the provider as well as the patient and are describe wounds unable to re-epithelialize after one to three months of treatment. These wounds include ulcers (e.g., venous and arterial), diabetic ulcers, and pressure ulcers and affect patient quality o to impaired mobility, pain, and substantial morbidity.

Standard treatment of lower extremity chronic wounds includes, but is not limited to, mechanical offloading, infection control, mechanical compression, limb elevation, debridement of necrotic tis management of systemic disease and medications, nutrition assessment, tissue perfusion and oxygenation, appropriate dressings, education regarding the care of the foot, callus, and nail anc shoes, and counseling on the risk of continued tobacco use. Nonhealing lower extremity ulcers s also have a vascular evaluation, including, but not limited to, documentation of wound location, s depth, drainage, and tissue type; palpation of pedal pulses; and measurement of the ankle-brac

In the absence of underlying disease or non-adherence to prescribed basic treatment, skin subs recommended in accordance with evidence-based guidelines for the following: 1) DFUs that hav demonstrate more than 50% wound area reduction after a minimum of four weeks of standard w measures, and 2) VLUs if substantial wound improvement is not demonstrated after a minimum six weeks of standard wound care measures.

An extensive variety of wound care products are available for providers to select from when trea chronic wounds. Many of these products may simulate or substitute for some aspect of the skin's and function to promote healing and wound closure. The materials used to create these products derived from human or animal tissue and may undergo extensive or minimal processing to gene finished product. The degree of processing and the source of the material used in the product al governs which regulatory pathway may be required before the product may be marketed.

The regulation of tissue-engineered products in the U.S. occurs by one of several pathways esta the FDA, including a BLA, a 510(k) (Class I and Class II devices), PMA (Class III devices), or HC (human cells, tissues, and cellular and tissue-based products) designation. Key differentiators ar these regulatory classifications include the amount and type of data required to support a filing.

Amniotic/chorionic-based products that are HCT/Ps as defined in 21 CFR 1271.3(d) must meet c 21 CFR 1271 and 361 of the PHS Act. Manufacturers of HCT/Ps should consult with the FDA Tis Reference Group (TRG) or obtain a determination through a Request for Designation (RFD) on their HCT/Ps are appropriately regulated solely under section 361 of the PHS Act and the regula CFR Part 1271 (85 FR 86058). The HCT/Ps that are drugs are defined under section 201(g) of t FD&C Act [21 U.S.C. 321(g)] and biological products are defined in section 351(i) of the PHS Ac U.S.C. 262(i)]. To lawfully market a drug that is also a biological product, a valid biologics license in effect [42 U.S.C. 262(a)]. Such licenses are issued only after a showing of safety and efficacy product's intended use. While in the development stage, such products may be distributed for cli in humans only if the sponsor has an investigational new drug (IND) application in effect as spec FDA regulations [21 U.S.C. 355(i); 42 U.S.C. 262(a)(3); 21 CFR Part 312].

The HCT/Ps which are more than minimally manipulated, or are intended for non-homologous us be subject to additional regulation as medical devices under the Federal Food, Drug and Cosme (FDCA), 21 U.S.C. section 301 et seq. (see 21 CFR section 1271.20). A manufacturer/distributo HCT/Ps must register with the FDA as a "tissue establishment" and follow certain guidelines for designation of a product as an HCT/P (21 CFR sections 1271.10; 1271.21-22). The FDA impose

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

requirements for HCT/Ps (refer to 21 CFR section 1271.370). The HCT/P labeling must include, "instructions for use when related to the prevention of the introduction, transmission, or spread o communicable diseases," and "other warnings, where appropriate" (21 CFR section 1271.370(c)

The FDA acceptance of an establishment registration and HCT/P listing does not constitute a determination that an establishment is in compliance with applicable rules and regulations or tha HCT/P is licensed or approved by the FDA (21 CFR 1271.27(b)). To establish compliance with tl requires a letter from the FDA indicating that the HCT/P has met regulatory compliance under se of the Public Health Service Act and/or the Federal Food, Drug, & Cosmetic Act.

Studies are lacking for many wound care products (e.g., skin substitutes) which are essential to effectiveness and the impact that the product has on health outcomes. Available studies do not l high level of evidence or even non-randomized prospective studies evaluating their effectivenes quality of current research for these products is moderate to low with high probability of publicati and study limitations. Evidence is needed to show that the product(s) improve health outcomes benefits relative to established alternatives or standard of care. Many of the current studies are r be funded by industry, which presents concerns regarding bias for these studies.

Despite the lack of studies, the moderate to low quality of current research and the likelihood of l coverage has been provided to increase the chances of improved health outcomes of interest wl include patient quality of life and function. Coverage will be provided for products in the associate and coding guideline meeting the necessary FDA regulatory requirements as of publication. Eac has specific designated approved usage. New products will be considered for coverage if meetir regulatory requirements and criteria. Satisfactory evidence of FDA regulatory requirements inclu copy of the FDA's letter to the drug's manufacturer approving the new drug application (NDA), 2) of the drug or biological in the FDA's "Approved Drug Products" or "FDA Drug and Device Produ Approvals", 3) A copy of the manufacturer's package insert approved by the FDA as part of the l the drug, containing its recommended uses and dosage, as well as possible adverse reactions a recommended precautions in using it, or 4) Information from the FDA's Website. For skin substit or tissue-based products (CTPs) classified as HCT/Ps, a letter from the FDA indicating that the I met regulatory guidance is acceptable evidence of the FDA regulatory compliance for HCT/Ps re under section 361 of the Public Health Service Act and/or the Federal Food, Drug, and Cosmetic recommended that the manufacturer of the particular skin substitute graft or CTP product obtain appropriate information for FDA regulatory compliance and send to the MAC along with evidence literature, if available. Once this information has been received by the MAC, the product will be c for coverage and placed into the appropriate Code Group in the associated article.

Coding Information

CPT/HCPCS Codes

Proposed Process Information

Synopsis of Changes

| CHANGES | FIELDS CHANGED |
|---|---|
| The name of the LCD has been changed from 'Application of Skin Substitute Grafts for Treatment of DFU and VLU of Lower Extremities' to 'Skin Substitutes for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers'. The 'History/Background and/or General Information' section of the LCD has been revised to clearly describe the services addressed in the LCD and additional regulatory information has been included for skin substitute products. The 'Covered Indications' and 'Limitations' sections of the LCD have been reworded and revised to be consistent with the evidence. The 'Definitions per CPT' section was removed. The following sections were added: 'Provider Qualifications', 'Summary of Evidence', | N/A |

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

and 'Analysis of Evidence'. The 'Documentation Requirements' section has been removed from the LCD and is now located in the associated billing and coding article (DA57680). The Utilization Guidelines have been incorporated into the 'Limitations' section. The 'Bibliography' section has been updated to include all literature utilized in the development of this LCD. Also, formatting changes have been made throughout the LCD.
Language was added to the Analysis of Evidence section on August 11, 2022, advising that information supporting FDA regulatory compliance and evidence-based literature (if available) be submitted to the MAC for consideration of coverage.

Associated Information

Please refer to the related Draft Local Coverage Article: Billing and Coding: Skin Substitutes for t Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers (DA57680) for documentation require utilization parameters and all coding information as applicable.

Documentation Requirements

N/A

Bibliography

This bibliography presents those sources that were obtained during the development of this polic Contractor is not responsible for the continuing viability of Website addresses listed below.


1. Pourmoussa A, Gardner DJ, Johnson MB, Wong AK. An update and review of cell-based w dressings and their integration into clinical practice. *Ann Transl Med*. 2016 Dec;4(23):457. doi:10.21037/atm.2016.12.44.
2. Snyder DL, Sullivan N, Margolis DJ, Schoelles K. Skin substitutes for treating chronic wour Technology Assessment Program Project ID No. WNDT0818. (Prepared by the ECRI Instit Medicine Evidence-based Practice Center under Contract No. HHSA 290-2015-00005-I) R MD: *Agency for Healthcare Research and Quality*. February 2020. http://www.ahrq.gov/research/findings/ta/index.html. Accessed April 27, 2021.
3. Frykberg RG, Banks J. Challenges in the Treatment of Chronic Wounds. *Adv Wound Care* Sep 1;4(9):560-582. doi:10.1089/wound.2015.0635.
4. U.S. Food and Drug Administration. Premarket Notification 510(k). *Division of Industry and Consumer Education.* March 2020. https://www.fda.gov/medical-devices/premarket-submis selecting-and-preparing-correct-submission/premarket-notification-510k. Accessed Decem 2021.
5. U.S. Food and Drug Administration. FDA announces comprehensive regenerative medicin framework. *FDA News Release*. 2017 Nov 15. https://www.fda.gov/news-events/press-announcements/fda-announces-comprehensive-regenerative-medicine-policy-framework. A April 27, 2021.
6. U.S. Food and Drug Administration. Regulatory Considerations for Human Cells, Tissues, a Cellular and Tissue-Based Products: Minimal Manipulation and Homologous Use-Guidanc Industry and Food and Drug Administration Staff. *Center for Biologics Evaluation and Rese Center for Devices and Radiological Health. Office of Combination Products*. July 2020. https://www.fda.gov/media/109176/download. Accessed December 9, 2021.
7. Hingorani A, LaMuraglia GM, Henke P, et al. The management of diabetic foot: A clinical p guideline by the Society for Vascular Surgery in collaboration with the American Podiatric M Association and the Society for Vascular Medicine. *J Vasc Surg*. 2016 Feb;63(2 Suppl):3S- doi:10.1016/j.jvs.2015.10.003.
8. Lavery LA, Davis KE, Berriman SJ, et al. WHS guidelines update: Diabetic foot ulcer treatn guidelines. *Wound Repair Regen*. 2016 Jan-Feb;24(1):112-26. doi:10.1111/wrr.12391.
9. Marston W, Tang J, Kirsner RS, Ennis W. Wound Healing Society 2015 update on guidelin venous ulcers. *Wound Repair Regen*. 2016 Jan-Feb;24(1):136-44. doi:10.1111/wrr.12394.
10. O'Donnell TF Jr, Passman MA, Marston WA, et al; Society for Vascular Surgery; American


© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Forum. Management of venous leg ulcers: clinical practice guidelines of the Society for Va: Surgery and the American Venous Forum. *J Vasc Surg*. 2014 Aug;60(2 Suppl):3S-59S. doi:10.1016/j.jvs.2014.04.049.
11. Rayman G, Vas P, Dhatariya K, et al. International Working Group on the Diabetic Foot (IW Guidelines on use of interventions to enhance healing of chronic foot ulcers in diabetes (IW 2019 update). *Diabetes Metab Res Rev*. 2020 Mar;36 Suppl 1:e3283. doi:10.1002/dmrr.32
12. Schaper NC, van Netten JJ, Apelqvist J, Bus SA, Hinchliffe RJ, Lipsky BA; IWGDF Editoria Practical Guidelines on the prevention and management of diabetic foot disease (IWGDF 2 update). *Diabetes Metab Res Rev.* 2020 Mar;36 Suppl 1:e3266. doi:10.1002/dmrr.3266.
13. Agency for Healthcare Research and Quality (AHRQ). Evidence-based Practice Center Te Brief Protocol. Project Title: Skin Substitutes for Treating Chronic Wounds. 2018 (rev 2019 https://effectivehealthcare.ahrq.gov/sites/default/files/pdf/skin-substitute_0.pdf. Accessed A 2021.
14. Nathoo R, Howe N, Cohen G. Skin substitutes: an overview of the key players in wound management. *J Clin Aesthet Dermatol*. 2014;7(10):44-48.
15. U.S. Food and Drug Administration. Important Patient and Consumer Information About Regenerative Medicine Therapies. July 2021. https://www.fda.gov/vaccines-blood-biologics/consumers-biologics/important-patient-and-consumer-information-about-regenera medicine-therapies. Accessed February 16, 2022.
16. Santema TB, Poyck PPC, Ubbink DT. Skin grafting and tissue replacement for treating foo people with diabetes. *Cochrane Database of Systematic Reviews*. 2016, Issue 2. Art. No.: CD011255. doi:10.1002/14651858.CD011255.pub2.
17. Jones JE, Nelson EA, Al-Hity A. Skin grafting for venous leg ulcers. *Cochrane Database of Systematic Reviews* 2013, Issue 1. Art. No.: CD001737. doi:10.1002/14651858.CD001737
18. Barbul A, Gurtner GC, Gordon H, Bakewell K, Carter MJ. Matched-cohort study comparing human split-thickness skin allograft plus standard of care to standard of care alone in the tr of diabetic ulcers: A retrospective analysis across 470 institutions. *Wound Repair Regen*. 2 28(1):81-89. doi:10.1111/wrr.12767.
19. Cazzell S, Vayser D, Pham H, et al. A randomized clinical trial of a human acellular dermal demonstrated superior healing rates for chronic diabetic foot ulcers over conventional care active acellular dermal matrix comparator. *Wound Repair Regen*. 2017 May;25(3):483-497 doi:10.1111/wrr.12551.
20. Driver VR, Lavery LA, Reyzelman AM, et al. A clinical trial of Integra Template for diabetic treatment. *Wound Repair Regen*. 2015 Nov-Dec;23(6):891-900. doi:10.1111/wrr.12357.
21. Lavery LA, Fulmer J, Shebetka KA, et al; Grafix Diabetic Foot Ulcer Study Group. The effic safety of Grafix®) for the treatment of chronic diabetic foot ulcers: results of a multi-centre, randomised, blinded, clinical trial. *Int Wound J.* 2014 Oct;11(5):554-60. doi:10.1111/iwj.123
22. Sanders L, Landsman AS, Landsman A, et al. A prospective, multicenter, randomized, con clinical trial comparing a bioengineered skin substitute to a human skin allograft. *Ostomy W Manage*. 2014 Sep;60(9):26-38.
23. Zelen CM, Orgill DP, Serena T, et al. A prospective, randomised, controlled, multicentre cli examining healing rates, safety and cost to closure of an acellular reticular allogenic huma versus standard of care in the treatment of chronic diabetic foot ulcers. *Int Wound J*. 2017 14(2):307-315. doi:10.1111/iwj.12600.
24. Cazzell S. A Randomized Controlled Trial Comparing a Human Acellular Dermal Matrix Ve Conventional Care for the Treatment of Venous Leg Ulcers. *Wounds*. 2019 Mar;31(3):68-7
25. Harding K, Sumner M, Cardinal M. A prospective, multicentre, randomised controlled study fibroblast-derived dermal substitute (Dermagraft) in patients with venous leg ulcers. *Int Wo* 2013 Apr;10(2):132-7. doi:10.1111/iwj.12053.
26. Snyder DL, Sullivan N, Schoelles K. Skin substitutes for treating chronic wounds. Technolo Assessment Report Project ID No. HCPR0610. (Prepared by the ECRI Institute Evidence-b Practice Center under Contract No. HHSA 290-2007-10063) Rockville, MD: *Agency for He Research and Quality*. December 2012. https://www.ahrq.gov/sites/default/files/wysiwyg/research/findings/ta/skinsubs/HCPR0610_ final.pdf. Accessed June 11, 2021.

Appendices N/A

Utilization N/A

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Coding & Payment Tools 

| | |
|---|---|
| Guidelines | |
| Sources of Information and Basis for Decision | N/A |
| Open Meetings | see table below |

| Meeting Number (Date) | Meeting Information |
|---|---|
| #1 (08/25/2022) | **The open meeting is a meeting for MAC JN.**<br><br>**Location of Meeting:**<br>Teleconference/Webinar Only<br><br>**Time of Meeting:**<br>1PM ET<br><br>**Link to JN website:**<br>https://medicare.fcso.com/Open_Public_Meeting/0458851.asp |

| | |
|---|---|
| Advisory Committee Meeting Notes | N/A |
| MAC Meeting Information URL(s) | N/A |
| Proposed LCD Posting Date | 08/11/2022 |
| Comment Period Start Date | 08/11/2022 |
| Comment Period End Date | 09/24/2022 |
| Released to Final LCD Date<br>Please Note: This is not the LCD Effective Date | 07/21/2023 |
| Proposed Contact | Medical Affairs - ProposedLCDComments@fcso.com<br>2020 Technology Parkway<br>Suite 100<br>Mechanicsburg PA 17050- |

Associated Documents

| | |
|---|---|
| Related Documents: Articles | • A59226 (version 4) - Billing and Coding: Skin Substitutes for the Treatment of Diabetic Foo and Venous Leg Ulcers |
| Related Documents: LCDs | • L36377 (version 10) - Application of Skin Substitute Grafts for Treatment of DFU and VLU Extremities |
| Related Documents: NCDs | N/A |

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

| | |
|---|---|
| Keywords | N/A |

Source: https://www.cms.gov/medicare-coverage-database/details/lcd-details.aspx?LCDId=39451&ver=5 (accessed 07/06/2024)

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

*LCD - MAC Part A (JH) - Novitas Solutions, Inc. [04111] - CO > Archived LCDs*

# Skin Substitutes for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers V6 Approved DRAFT - Comment Period 08/11/2022 to 09/24/2022

Click to open document in a browser

LCD Information | Coding Information | Proposed Process Information | Associated Documents

| | |
|---|---|
| Contractor Information | |
| Contractor Name | Novitas Solutions, Inc. |
| Contract Number | 04111 |
| Contract Type | A and B MAC |
| Other Information | www.novitas-solutions.com<br>2020 Technology Parkway<br>Suite 100<br>Mechanicsburg PA 17050-<br>Medical Director: Patrick Mann, MD (Executive Contractor Medical Director) |
| LCD Information | |
| LCD ID | L39448 |
| LCD Version Number | 6 |
| Original ICD-9 LCD ID | L27549 |
| Proposed LCD ID | DL35041 |
| LCD Title | **Skin Substitutes for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers** |
| Contractor's Determination Number | |
| Status of this Version | **Approved DRAFT** |
| Reason for this change | Creation of Uniform LCDs With Other MAC Jurisdiction. |
| Jurisdiction | Colorado (CO) |
| Oversight Region | Region 3 |
| Original Effective Date | N/A |
| Original Ending Date | N/A |
| Revision Effective Date | N/A |
| Revision Ending Date | N/A |
| Retirement Date | N/A |
| Notice Period Start Date | N/A |

| | |
|---|---|
| Notice Period End Date | N/A |
| AMA CPT / ADA CDT / AHA NUBC Copyright Statement | CPT codes, descriptions and other data only are copyright 2021 American Medical Association. Reserved. Applicable FARS/HHSARS apply.<br><br>Fee schedules, relative value units, conversion factors and/or related components are not assigr AMA, are not part of CPT, and the AMA is not recommending their use. The AMA does not direc indirectly practice medicine or dispense medical services. The AMA assumes no liability for data or not contained herein.<br><br>Current Dental Terminology © 2021 American Dental Association. All rights reserved.<br><br>Copyright © 2013 - 2021, the American Hospital Association, Chicago, Illinois. Reproduced by C permission. No portion of the American Hospital Association (AHA) copyrighted materials contai this publication may be copied without the express written consent of the AHA. AHA copyrighted including the UB-04 codes and descriptions may not be removed, copied, or utilized within any s product, service, solution or derivative work without the written consent of the AHA. If an entity w utilize any AHA materials, please contact the AHA at 312-893-6816. Making copies or utilizing th of the UB-04 Manual, including the codes and/or descriptions, for internal purposes, resale and/c used in any product or publication; creating any modified or derivative work of the UB-04 Manual codes and descriptions; and/or making any commercial use of UB-04 Manual or any portion ther including the codes and/or descriptions, is only authorized with an express license from the Ame Hospital Association. To license the electronic data file of UB-04 Data Specifications, contact Tir at (312) 893-6816. You may also contact us at ub04@aha.org. |
| CMS National Coverage Policy | This LCD supplements but does not replace, modify or supersede existing Medicare applicable N Coverage Determinations (NCDs) or payment policy rules and regulations for skin substitutes fo treatment of diabetic foot ulcers and venous leg ulcers. Federal statute and subsequent Medicar regulations regarding provision and payment for medical services are lengthy. They are not repe this LCD. Neither Medicare payment policy rules nor this LCD replace, modify or supersede appl state statutes regarding medical practice or other health practice professions acts, definitions an scopes of practice. All providers who report services for Medicare payment must fully understan follow all existing laws, regulations and rules for Medicare payment for skin substitutes for the tre diabetic foot ulcers and venous leg ulcers and must properly submit only valid claims for them. P review and understand them and apply the medical necessity provisions in the policy within the c the manual rules. Relevant CMS manual instructions and policies may be found in the following I Only Manuals (IOMs) published on the CMS Web site:<br>**IOM Citations:**<br><br>• CMS IOM Publication 100-02, *Medicare Benefit Policy Manual*,<br>    ◦ Chapter 15, Section 50.4.1 Approved Use of Drug<br>• CMS IOM Publication 100-04, *Medicare Claims Processing Manual*,<br>    ◦ Chapter 17, Section 40 Discarded Drugs and Biologicals<br>• CMS IOM Publication 100-08, *Medicare Program Integrity Manual*,<br>    ◦ Chapter 13, Section 13.5.4 Reasonable and Necessary Provision in an LCD<br><br>**Social Security Act (Title XVIII) Standard References:**<br><br>• Title XVIII of the Social Security Act, Section 1862(a)(1)(A) states that no Medicare payme made for items or services which are not reasonable and necessary for the diagnosis or tre illness or injury.<br>• Title XVIII of the Social Security Act, Section 1862(a)(7). This section excludes routine phy examinations.<br><br>**Code of Federal Regulations (CFR) References:**<br><br>• CFR, Title 21, Volume 8, Chapter 1, Subchapter L, Part 1271.10 Human cells, tissues, and and tissue-based products |

Coverage Guidance

**Coverage Indications, Limitations, and/or Medical Necessity**

Compliance with the provisions in this LCD may be monitored and addressed through post paym analysis and subsequent medical review audits.

**History/Background and/or General Information**

This LCD addresses the medically reasonable and necessary threshold for coverage of skin repl surgery for application of skin substitute grafts for diabetic foot ulcers (DFUs) and venous leg ulc (VLUs).

Application of skin substitute grafts for wound care indications other than for DFU or VLU are not addressed by this LCD. Use of skin substitute grafts must meet the medically reasonable and ne threshold for coverage and these devices must be used in accordance with their approved Unite (U.S.) Food and Drug Administration (FDA) intended use.

Chronic wounds of the lower extremities, including venous stasis ulcers, DFUs and pressure sor major public health problem. While lower extremity ulcers have numerous causes such as burns mixed venous-arterial disease, immobility, and vasculitis, nutritional or other neuropathy, over 90 lesions in the U.S. are related to venous stasis disease and diabetic neuropathy.[1-3]

Generally, depending on the purpose of the product and how it functions, skin substitutes are reg the FDA premarket approval (PMA) process, FDA 510(k) premarket notification process, or the F regulations for human cells, tissues, and cellular and tissue-based products (HCT/Ps). Although substitutes have attributes of both biologicals and devices, the current position is that these prod best characterized as surgical supplies or devices because of their required surgical application similarity to other surgical supplies. It has been noted that there are instances in which certain pr might have a wound healing indication but may not necessarily meet the definition of skin substit Therefore, FDA classification and indication alone does not determine if a product meets the def skin substitute and/or meets the medically reasonable and necessary threshold for coverage.

Amniotic/chorionic-based products are HCT/Ps as defined in 21 CFR 1271.3(d) and must meet c 21 CFR 1271 and 361 of the Public Health Service Act (PHS Act). The HCT/Ps not regulated un are regulated as drugs as defined under section 201(g) of the Federal Food, Drug, and Cosmetic Act) [21 U.S.C. 321(g)] and biological products as defined in section 351(i) of the PHS Act [42 U. 262(i)]. In order to lawfully market a drug that is also a biological product, a valid biologics licens in effect [42 U.S.C. 262(a)]. Such licenses are issued only after a showing of safety and efficacy product's intended use.[4-6]

Standard treatment of lower extremity ulcers (e.g., DFUs and/or VLUs) may include mechanical infection control, mechanical compression, limb elevation, debridement of necrotic tissue, manag systemic disease and medications, nutrition assessment, tissue perfusion and oxygenation, and counseling on the risk of continued tobacco use. In addition, maintenance of a moist wound envi through appropriate dressings facilitates development of healthy granulation tissue and epithelia and thus may potentiate complete healing at a wound site. Dressings are an integral part of wou management by not only maintaining a moist environment but by stopping contamination and ab exudate.[7-12]

Despite advancements in various synthetic occlusive dressings some ulcers fail to heal. The dev of skin substitutes has been employed as an adjunct to established wound care methods to incre chances of healing.[1,13]

Chronic wounds and frequently recurring wounds related to DFUs and VLUs are a challenge to t effectively. Chronic wounds may be unresponsive to initial therapy or persist despite additional c wound that has not healed within one to three months may be considered chronic and the applic skin substitute graft, an advanced treatment modality, may be considered medically reasonable necessary for certain patients.[1-3]

Patients receiving skin replacement surgery with a skin substitute graft should be under the care physician/non-physician practitioner (NPP) for the treatment of their systemic disease process (e

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

diabetes mellitus, chronic venous insufficiency, and/or peripheral vascular disease). It is imperati their systemic disease be monitored/treated in order to ensure adequate healing of the wound si

It is the expectation that a specific skin substitute graft product will be used for the episode of ski replacement surgery for wound care (defined as 12 weeks from the first application of a skin sub graft) assuming its use is not in conflict with the FDA assessments (e.g., indications, contraindica how supplied and directions for use, etc.) and/or the American Association of Tissue Banks (AAT approved use and assuming there is one related wound. Repeat application of a skin substitute g within the 12-week episode of skin replacement surgery for wound care may be appropriate per package insert based on wound re-assessment and must be supported in the medical record documentation for that encounter. Additional applications of a skin substitute product beyond the episode of skin replacement wound care are not expected if the wound has responded to the ski replacement surgery with epithelialization and other progression. This LCD does not endorse pa products for separate payment. The medical record documentation must support the medical ne skin replacement surgery and that the product is being used within its approved FDA indications.

**Covered Indications**

If the patient meets all of the criteria as outlined in this LCD, application of a skin substitute graft extremity DFU or VLU is considered medically reasonable and necessary for the following:

1. The presence of a chronic, non-infected DFU having failed to respond to documented cons wound care measures (outlined below) for greater than four weeks with documented comp
2. The presence of a chronic, non-infected VLU having failed to respond to documented cons wound care measures (outlined below) for greater than four weeks with documented comp

- For purposes of this LCD, conservative wound care measures include, but are not limited t
    - Comprehensive patient assessment (history, exam, Ankle-Brachial Index [ABI]) and d tests as indicated) and implemented treatment plan.
    - For patients with a DFU - assessment of Type 1 vs. Type 2 diabetes and manageme with attention to certain comorbidities (e.g., vascular disease, neuropathy, osteomyel review of current blood glucose levels/hemoglobin A1c (HbA1c), diet and nutritional s activity level, physical exam that includes assessment of skin and wound, ABI, and cl off-loading device or assessment of appropriate footwear.[3]
    - For patients with a VLU - assessment of clinical history (prior ulcers, thrombosis risks exam (edema, skin changes), ABI, diagnostic testing to verify superficial or deep ven perforator incompetence, and chronic (or acute) venous thrombosis. In this regard, ve duplex ultrasound is recommended to confirm the Clinical class, Etiology, Anatomy, a Pathophysiology (CEAP) classification and categorize the patient's chronic venous di guide the analysis of management alternatives. The Venous Clinical Severity Score ( used to assess changes in response to therapy.

An implemented treatment plan demonstrating all of the following:

- Debridement as appropriate.
- Some form of offloading for DFUs and some form of compression for VLUs.
- Infection control.
- Management of exudate - maintenance of a moist environment (moist saline gauze, other d dressings, bioactive dressing, etc.).
- Patient is a nonsmoker or has refrained from smoking for at least 6 weeks prior to planned replacement surgery or has received counseling on the effects of smoking on surgical outc treatment for smoking cessation.

The skin substitute graft is applied to an ulcer that has failed to respond to documented conserva wound care measures. "Failed response" is defined as an ulcer that has increased in size or dep change in baseline size or depth, or no sign of improvement or indication that improvement is lik as granulation, epithelialization, or progress towards closing). Documentation of response requir measurements of the initial ulcer, measurements at the completion of at least four weeks of cons wound care measures, and measurements immediately prior to placement of the skin substitute DFU. For VLUs, conservative wound care measures must continue for no less than four weeks a

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

include on-going compression therapy.[7,10,13] The medical record documentation specifically add the circumstances regarding why the wound has failed to respond to standard wound care treatr greater than four weeks and references the specific interventions that have failed based on the p wound evaluation. The record must include an updated medication history, review of pertinent m problems that may have arisen since the previous wound evaluation, and explanation of the plar replacement surgery with choice of skin substitute graft product. The procedure risks and compli must also be reviewed and documented.[7,10,13-14] Skin substitute grafts utilized per the approvec intended use. The patient is under the care of a qualified physician/NPP for their underlying chro condition.[3,9]

**Limitations**

The following are considered not medically reasonable and necessary[1-3,9-10]:

1. Greater than two applications of a specific skin substitute graft product within the episode c replacement surgery for wound care (defined as 12 weeks from the first application of a ski substitute graft).
   - The expectation is treatment will consist of the fewest repeat applications and amoun product to heal the wound. It is expected that products are used per the labeling. It is expected that every ulcer, in every patient will require the maximum number of applic listed on the product label. This utilization pattern may be subject to focused medical
2. Switching skin substitute graft products in a 12-week episode of skin replacement surgery f care. Exceptions should be rare and may be considered on appeal when the medical nece the change is clearly documented in the medical record.
3. Application of a skin substitute graft product beyond 12-weeks.
4. Repeat applications of skin substitute grafts when a previous application was unsuccessful Unsuccessful treatment is defined as increase in size or depth of an ulcer, or no change in size or depth and no sign of improvement or indication that improvement is likely (such as granulation, epithelialization, or progress towards closing).
5. Application of skin substitute grafts in patients with inadequate control of underlying conditi exacerbating factors, or other contraindications (e.g., uncontrolled diabetes, active infectior Charcot arthropathy of the ulcer extremity, active vasculitis).
6. Use of surgical preparation services (for example, debridement), in conjunction with routine and/or repeat skin replacement surgery with a skin substitute graft.
7. Excessive wastage (discarded amount).
   - The skin substitute graft must be used in an efficient manner utilizing the smallest pa available for purchase from the manufacturer that could provide the appropriate amou patient.
8. All liquid skin substitute products for wound care.[15]
9. Refer to the CFR, Title 21, Volume 8, Chapter 1, Subchapter L, Part 1271.10 for Human-de products regulated as human cells, tissues, or cellular or tissue-based product (HCT/P) for limitations.

**Provider Qualifications**

Services provided within the LCD coverage indications will be considered medically reasonable a necessary when all aspects of care are within the scope of practice of the provider's professiona licensure; and when all procedures are performed by appropriately trained providers in the appro setting.

**Notice:** Services performed for any given diagnosis must meet all of the indications and limitatio in this LCD, the general requirements for medical necessity as stated in CMS payment policy ma any and all existing CMS national coverage determinations, and all Medicare payment rules.

**Summary of Evidence**

A literature search was conducted using the following key words: Non-healing; wound; chronic; c foot; foot ulcer; venous leg ulcer; guidelines; wound healing; skin substitutes; dermal skin substit human skin allograft; randomized trial; standard of care; venous leg ulcer; skin grafts; wound dre human derived products; animal derived products; FDA regulations. The literature search was fil

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

locate articles within 5-10 years, full-text articles, clinical trials, and systematic reviews. In genera
improved health outcomes of interest include patient quality of life and function.

**Introduction**

Chronic wounds are described as wounds which have been unable to re-epithelialize after one to months of treatment. More than 90% of chronic wounds in the United States (U.S.) are a result o ulcers, venous stasis ulcers, and decubitus ulcers. Chronic wounds may be described as vascul (e.g., venous and arterial), diabetic ulcers, and pressure ulcers (local tissue hypoxia). These type chronic wounds impact patient quality of life due to impaired mobility, pain, and substantial morb

**Evidence-Based Guidelines for Standard of Care**

Evidence-based guidelines indicate that standard of care (SOC) treatment of lower extremity ulc diabetic foot ulcers [DFUs] and/or venous leg ulcers [VLUs]) may include mechanical offloading, control, mechanical compression, limb elevation, debridement of necrotic tissue, management o disease and medications, nutrition assessment, tissue perfusion and oxygenation, education reg care of the foot, callus, and nail and fitting of shoes, and counseling on the risk of continued toba In addition, maintenance of a moist wound environment through appropriate dressings facilitates development of healthy granulation tissue and epithelialization and thus may potentiate complete at a wound site. Dressings are an integral part of wound management by not only maintaining a environment but by stopping contamination and absorbing exudate.[7-12]

A comprehensive assessment of patients and their wounds will also facilitate appropriate care by identifying and correcting systemic causes of impaired healing. The presence of a severe illness systemic disease and drug treatments such as immunosuppressive drugs and systemic steroids inhibit wound healing by changes in immune functioning, metabolism, inflammation, nutrition, an perfusion. Therefore, this information in conjunction with a detailed history of the wound itself is essential.[3,9]

A vascular evaluation is also vital for all chronic wounds. Palpation of pulses may be problematic of medial arterial calcification. An ankle-brachial index (ABI) should be taken for patients with a questionable pulse deficit although the ABI levels may be falsely elevated with medial arterial ca The patient is considered to have impaired arterial perfusion when the ABI is below 0.9. To supp ankle-brachial studies, toe blood pressure readings, pulse volume recordings, transcutaneous ox measurements (TCOMs), and skin perfusion pressure measurements have been suggested as a benchmarks for the prediction of wound healing.[3]

Venous ulcers require a series of diagnostic testing to verify superficial or deep venous reflux, pe incompetence, and chronic (or acute) venous thrombosis. In this regard, venous duplex ultrasou recommended and if the venous duplex ultrasound does not provide definitive diagnostic informa venous plethysmography is recommended. Patients with mixed arterial and venous disease requ combination of arterial and venous noninvasive testing. The use of a Class 3 (most supportive) h compression method is strongly recommended in the treatment of venous ulcers. High strength compression may be applied using techniques such as multilayered elastic compression, inelast compression, Unna boot, compression stockings, and others. The extent of compression should modified for patients with mixed venous/arterial disease.[3,10]

The clinical practice guidelines of the Society for Vascular Surgery and the American Venous Fo recommend that patients with VLUs have the ulcer classified using the Clinical class, Etiology, A and Pathophysiology (CEAP) classification (confirmed by duplex scan). The Venous Clinical Sev Score (VCSS) is recommended to assess changes in response to therapy. Specific classificatior venous disease is essential for standardization of venous disease severity and evaluation of trea efficiency.

The Society for Vascular Surgery in collaboration with the American Podiatric Medical Associatic Society for Vascular Medicine has recommended a SOC treatment schedule for DFUs that inclu weekly to monthly wound evaluations of wound size and healing progress, infection control, debr of all devitalized tissue and surrounding callus material, dressings that maintain a moist wound environment, control of exudate, and avoiding maceration of adjacent intact skin. Adequate glyce

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Coding & Payment Tools


control of hemoglobin A1c (HbA1c < 7%) is also recommended to reduce the incidence of DFUs infections and periodic assessments of appropriate footwear and/or off-loading device.[7,13]

**Regulation of Skin Substitutes**

Despite standard of care and advancements in various moisture retaining synthetic occlusive dre many chronic wounds fail to heal. The development of skin substitutes has been employed to be an adjunct to established chronic wound care methods to increase the chances of healing.[1,13] Sl substitutes can be organized into the following groups: 1) Human-derived products regulated as cells, tissues, and cellular and tissue-based products (HCT/Ps); 2) Human and human/animal-de products regulated through premarket approval (PMA) by the U.S. Food and Drug Administratior 3) Animal-derived products regulated under the 510(k) process; and 4) Synthetic products regula the 510(k) process.[4-6]

Human tissue can be obtained from human donors, processed, and used in exactly the same rol recipient, such as a dermal replacement to be placed in a wound as a skin substitute (regulated HCT/Ps). These products may be regulated under the Biologics License Application (BLA) (unde Public Health Service Act [PHS Act]) or PMA (under the Federal Food, Drug, and Cosmetic Act [ Act]), depending on their composition and primary mode of action. Amniotic/chorionic-based pro HCT/Ps as defined in 21 CFR 1271.3(d) and must meet criteria in 21 CFR 1271 and 361 of the F The HCT/Ps not regulated under 361 are regulated as drugs as defined under section 201(g) of Federal Food, Drug, and Cosmetic Act (the Act) [21 U.S.C. 321(g)] and biological products as de section 351(i) of the PHS Act [42 U.S.C. 262(i)]. In order to legally market a drug that is also a bi product, a valid biologics license must be in effect [42 U.S.C. 262(a)]. Such licenses are issued a showing of safety and efficacy for the product's intended use.[6]

**Evidence-Based Guidelines for Skin Substitutes**

Skin substitutes are a heterogeneous group of biological and/or synthetic elements that allow the temporary or permanent occlusion of wounds. Dermal substitutes may vary from skin xenografts allografts to a combination of autologous keratinocytes over the dermal matrix, but all have a mu to attain resemblance with an individual's skin to the greatest extent possible.[13] Skin substitutes recommended as an adjunct to the established SOC treatment protocols for wound care to incre chances of healing. In this regard, evidence-based guidelines recommend wound bed preparatic the application of any biologically active dressing which includes complete removal of slough, de and/or necrotic tissue.[14] Skin substitutes are recommended in conjunction with SOC treatment fo that have failed to demonstrate more than 50% wound area reduction after a minimum of four we standard wound care measures.[7] For VLUs, if substantial wound improvement is not demonstrat minimum of four-six weeks of standard wound care measures, skin substitutes are recommende addition to SOC treatment and compression therapy.[10]

**Technology Assessment**

The Agency for Healthcare Research and Quality (AHRQ) provided an evidenced-based technic skin substitutes for treating chronic wounds.[2] This technical brief was developed to describe ass products that may be considered skin substitutes in the U.S., which are utilized for the treatment wounds. In addition, systems utilized to classify skin substitutes were assessed, randomized cor trials (RCTs) involving skin substitutes were reviewed, and recommendations were made regard practices for future studies. A systematic search of the published literature since 2012 was cond systematic reviews/meta-analyses, RCTs, and prospective nonrandomized comparative studies commercially available skin substitutes for individuals with DFUs, VLUs, pressure ulcers, and art ulcers.

Seventy-six skin substitutes were identified and categorized using the Davison-Kotler classificati system, a method structured according to cellularity, layering, replaced region, material used, an permanence. Of these, 68 (89%) were categorized as acellular dermal substitutes, largely replac from human placental membranes and animal tissue sources. Acellular dermal substitutes prepa natural biological materials are the most common commercially available skin substitute product treating or managing chronic wounds. Cellularity is a significant difference among skin substitute presence of cells raises the rejection risk and production complexity. This category includes dec

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

donated human dermis (14 products recognized), human placental membranes (28 products rec and animal tissue (21 products recognized). Less products are prepared from synthetic materials products recognized) or a blend of natural and synthetic materials (two products recognized). A l number of skin substitute products are acellular replacements for both the epidermis and dermis product recognized). Only eight products were recognized that contain cells and would be classi cellular grouping.

Three systematic reviews and 22 RCTs studied the utilization of 16 distinct skin substitutes, com acellular dermal substitutes, cellular dermal substitutes, and cellular epidermal and dermal subst DFUs, pressure ulcers, and VLUs. Twenty-one ongoing studies (all RCTs) assessed an addition skin substitutes with comparable classifications. It was noted that studies seldom reported clinica outcomes, such as amputation, wound recurrence at least two weeks after treatment ended, or p related outcomes, such as return to function, pain, exudate, and odor. This review found that mo are needed to assess the effectiveness of most skin substitutes and studies need to be better de and include clinically relevant outcomes.

Of the 22 included RCTs, 16 studies contrasted a skin substitute with SOC. The SOC for each w involved sharp debridement, glucose control, compression bandages for VLUs, pressure redistri support surfaces for pressure ulcers, infection control, offloading, and daily dressing changes wi moisture-retentive dressing, such as an alginate or hydrocolloid type dressing. Though 85% of th examining acellular dermal substitutes portrayed the experimental intervention as favorable over wound healing and quicker time to heal, inadequate data is available to determine whether wour recurrence or other sequela are less frequent with acellular dermal substitutes. Only three studie contrasted cellular dermal substitutes with SOC. Clinical evidence for cellular dermal substitutes limited by the lack of robust, well-controlled clinical trials.

Of the six head-to-head comparative studies, results from five studies did not show substantial d between skin substitutes in outcomes measured at the latest follow-up (>12 weeks). One study c at 12 weeks described a substantial difference in wound healing favoring an acellular dermal ski substitute over a cellular epidermal and dermal skin substitute. Another study compared two ace dermal substitutes and seemed to have deliberately underpowered one arm of the study as stati significance was not sought or expected for this study arm. Of the two studies reporting on recur one study described comparable recurrence, while the other study reported no recurrence at 26 The current evidence base, as portrayed by the authors for the literature reviewed, may be inade determine whether one skin substitute product is superior to another.[2]

Industry sponsored most of the studies reviewed; 20 of the 22 RCTs in this review, which prese concerns regarding bias for these studies. This AHRQ technical brief also noted that a skin subs commercial availability is not a reflection of its legal status. Manufacturers self-determine whethe human cells, tissues, or cellular or tissue-based product (HCT/P) may be marketed without FDA preapproval and frequently misunderstand or mischaracterize the conditions they must meet for product to be regulated solely for communicable disease risk. The Code of Federal Regulations was referenced; 21 CFR 1271.10(a). Also, the 'FDA Announces Comprehensive Regenerative M Policy Framework'[5] was referenced.

**Systemic Review and Meta-Analysis**

Santema et al[16] provided a systematic review and meta-analysis to assess the efficiency of skin substitutes utilized for the treatment of DFUs regarding ulcer healing and limb salvage. Using the Cochrane Collaboration methodology, 17 clinical trials were identified, which included a total of 1 randomized study participants with diabetic foot ulceration. The number of study participants per trial ranged from 23 to 314. Fourteen studies included chronic or difficult to heal ulcers that were for a minimum of 2, 4, or 6 weeks.

Skin substitutes were contrasted with SOC in 13 trials. The results collectively demonstrated tha treatment, together with skin substitutes, enhance the chances of attaining complete ulcer closu contrast to SOC alone after 6 to 16 weeks (risk ratio [RR] 1.55, 95% confidence interval [CI] 1.30 low quality of evidence). Apligraf/Graftskin, Epifix, and Hyalograft 3D were the only individual pro demonstrated a statistically substantial beneficial effect on complete ulcer closure (i.e., full epithe without any evidence of drainage or bleeding). Four clinical trials contrasted two different types o

Coding & Payment Tools


substitutes, although no product demonstrated a greater effect over another. Sixteen of the trials evaluated the efficacy of a bioengineered skin substitute. Only one trial evaluated the efficacy of nonbioengineered skin graft.

The total occurrence of lower limb amputations was only reported for two trials and the results fo two trials collectively produced a substantially lower amputation rate for individuals treated with s substitutes (RR 0.43, 95% CI 0.23 to 0.81), though the absolute risk difference (RD) was small (- 95% CI -0.10 to -0.01, very low quality of evidence). Of the included studies, 16 reported on adve events (AEs) in different ways, although there were no reports of a substantial difference in the i of AEs between the intervention and the control group. Additionally, support of long-term effectiv lacking, and cost-effectiveness is unclear. Noted limitations included a variable risk of bias amon studies, the lack of blinding (i.e., study participants and investigators knew which patients were r the experimental therapy and which patients were receiving the standard therapy), and 15 of the conveyed industry involvement; the majority of which did not indicate if the industry applied any l regarding data analysis or publication.[16]

Jones et al[17] provided a fourth update for a systematic literature review to evaluate the effect of for the treatment of VLUs. Using the Cochrane Collaboration methodology, one new trial was ide generating a total of 17 RCTs, which included a total of 1,034 study participants. The studies cor participants of any age, in any care setting, and with VLU. Given the process for diagnosis of ve ulceration differed between studies, a standard definition was not applied. The trials also involve participants with arterial, mixed, neuropathic, and diabetic ulcers provided that the outcomes for with venous ulcers were conveyed separately. To be included in the review, trials also had to rep least one of the primary outcomes (i.e., objective measures of healing, such as relative or absolu change in ulcer area, time for complete healing, or proportion of ulcers healed within the trial per

Eleven studies contrasted a graft with SOC. Two of these studies (102 patients) contrasted an a with a dressing, three studies (80 patients) contrasted a frozen allograft with a dressing, and two (45 patients) contrasted a fresh allograft with a dressing. Two studies (345 patients) contrasted a engineered skin (bilayer artificial skin) with a dressing. In two studies (97 patients) a single-layer replacement was contrasted with SOC.

Six studies contrasted alternative skin grafting techniques. The first study (92 patients) contraste autograft with a frozen allograft, a second study (51 patients) contrasted a pinch graft (autograft) porcine dermis (xenograft), the third study (110 patients) contrasted growth-arrested human kera and fibroblasts with a placebo, the fourth study (10 patients) contrasted an autograft delivered or pads with an autograft delivered on porcine gelatin microbeads, the fifth study (92 patients) cont meshed graft with a cultured keratinocyte autograft, and the sixth study (50 patients) contrasted keratinocyte allograft with a lyophilized (freeze-dried) keratinocyte allograft.

Overall, the results show that substantially more ulcers healed when treated with bilayer artificial with dressings. There was inadequate evidence from the other trials to establish whether other t skin grafting improved the healing of venous ulcers. The authors concluded that bilayer artificial together with compression bandaging, improves venous ulcer healing contrasted with a simple d plus compression.

It was noted that the overall quality of the studies reviewed was poor, thus affecting the risk of in bias. Many of the studies did not convey inclusion criteria, insufficient information was provided r randomization techniques, and withdrawals and AEs were inadequately reported. Deficient data withdrawals and the inclination to perform per-protocol analyses rather than intention-to-treat (IT analyses signify that the outcomes in the original study documentation may be biased.[17]

**Clinical Trials for Skin Substitutes for Diabetic Foot Ulcers**

Barbul et al[18] conducted a retrospective, matched-cohort study to establish the efficacy of a cryo human bioactive split-thickness skin allograft (BSA) (i.e., TheraSkin®) plus SOC when contraste alone for the treatment of diabetic ulcers. Data was obtained from electronic medical records (EM initial pool of 650,309 diabetic ulcers for patients treated at 470 outpatient wound care centers in from January 1, 2012 to October 25, 2018.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

Primary inclusion criteria included: 1) Adults ≥ 18 years of age; 2) DFU, Wagner grade 1-4 prese
30 days for individuals diagnosed with Type 1 or Type 2 diabetes; 3) Ulcer sited on foot, leg, or t
Wound area ≥ 1 $cm^2$ and ≤ 50 $cm^2$. Primary exclusion criteria included: 1) Ulcers treated at skille
facilities; 2) Ulcers treated with advanced biological products other than BSA; 3) Individuals in th
cohort who received any cellular and/or tissue-based products; and 4) Individuals who showed ≥
closure of their wounds four weeks before the study treatment period.

Following elimination of ineligible patients and those missing important information (i.e., wound characteristics) and/or lack of treatment documentation, data included a total of 778 patients whc treated with the BSA (treatment cohort) (mean age 65.67) and these study participants were pair 778 patients (mean age 62.95) drawn from a pool of 126,864 patients treated with SOC alone (c cohort), by utilizing propensity matching to create almost identical cohorts. Complications and comorbidities for both groups included Alzheimer's disease, coronary artery disease, cellulitis, ch obstructive pulmonary disease, congestive heart failure, end stage renal disease, immunosuppre conditions, morbid obesity, peripheral vascular disease (arterial and venous), smoking status, ar insufficiency. Although the disparity in body mass index (BMI) improved with propensity matching noteworthy difference remained between groups with those in the BSA cohort having a substanti higher mean BMI than those in the control cohort ($p < 0.002$).

Both cohorts received SOC treatment involving debridement, offloading, and application of any k nonbiologic wound dressings, such as hydrogels, saline-moistened gauze, and antimicrobial dre Study participants who received a BSA may have utilized any or all of the same dressings.

Amputation rates and recurrence at three months, six months, and one year after wound closure analyzed. Diabetic ulcers were 59% more likely to close in the treatment cohort contrasted to the cohort ($p$=0.0045). The healing rates with the BSA were greater than with SOC across multiple s but the most substantial improvement was noted in the worst wounds that had a duration of 90-1 prior to treatment ($p$=0.0073), exposed deep structures ($p$=0.036), and/or Wagner Grade 4 ulcers ($p$=0.04). Additionally, the reduction in recurrence was substantial at three months, six months, a year, with and without initially exposed deep structures ($p < 0.05$). The amputation rate in the tre cohort was 41.7% less than that of the control cohort at 20 weeks (0.9% vs. 1.5%, respectively). study showed that diabetic ulcers treated with a cryopreserved bioactive split-thickness skin allog more likely to heal and stay closed contrasted to ulcers treated with SOC alone.[18]

Cazzell et al[19] performed a prospective, randomized, controlled, open-label trial with a primary o contrast the healing rates of a human decellularized acellular dermal matrix (D-ADM) for chronic with a SOC arm and an active comparator, human acellular dermal matrix (ADM) arm for the trea DFUs. Secondary objectives studied differences in time to wound closure, economic burden, qua questionnaires and product utilization between D-ADM, SOC, and a second active comparator h ADM.

Inclusion criteria included, but was not limited to: 1) Enrolled study participants must have the ca comply with offloading and dressing change requirements; 2) The wound of focus must have bee and receiving SOC for 30 days with an area ≥ to 1 $cm^2$ and < than 25 $cm^2$; 3) Patient must be be and 80 years of age, have a single DFU of focus with a Wagner Ulcer Classification Grade of 1 c no infection present; and 4) Patients must have had acceptable circulation to the affected area, s as having at least one of the following criteria within the past 60 days: TCOM at the dorsum of th 30 mmHg, ABI ranging from 0.8 - 1.2, or at least biphasic Doppler arterial waveforms at the dors and posterior tibial arteries.

Exclusion criteria included, but was not limited to: 1) Patient had wound treatments including bio topical growth factors within 30 days prior to screening; 2) Patient had circulating HbA1c > 12% v days of the screening visit, serum creatinine concentrations of 3.0 mg/dL or > within 30 days bef screening; 3) The presence of peripheral vascular disease, active infection or untreated maligna Charcot's disease, or necrosis, purulence, or sinus tracts unable to be removed by debridement; had a revascularization procedure aimed at improving blood flow in the target limb, or received a skin equivalent within four weeks before screening; and 5) Patient has a sensitivity to lincomycin gentamicin, polymyxin B, vancomycin, polysorbate 20, N-lauroyl sarcosinate, benzonase, or glyc

Patients with a diagnosis of diabetes mellitus on a stable treatment regimen (no modifications in

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Coding & Payment Tools 

for 30 days prior to screening) who visited the clinic for care of a chronic lower extremity ulcer ar above inclusion criteria and none of the exclusion criteria were asked to join the study. In this reg study enrolled 168 DFU patients in 13 centers across nine states in the U.S. Patients were rando into one of three treatment arms; D-ADM (DermACELL®), SOC wound management, or GJ-ADM (GraftJacket™) at a ratio of 2:2:1. The authors of this study indicated that the active comparator GJ-ADM was not intended to compare the difference between the ADMs as several articles have the safety and efficiency of GJ-ADM; this arm was added to the study to determine a baseline AI healing rate.

Numbered envelopes holding the treatment designation were arranged by an outside contract re organization and the study investigators were blinded to the randomization codes matching each envelope. After a patient successfully passed screening to be in the study, the investigator would envelope to ascertain which randomized arm the patient was assigned to. The ADM is visible up application; therefore, it would have been impossible to continue blinding the investigator once tr was applied. Therefore, as a secondary examination to avoid bias, a clinician, blinded to the trea assessed the wound images for confirmation of healing condition.

Initially, the wound beds were debrided with a sharp blade, scissors or Versajet system to remov tissue for study participants in all three treatment groups. Wound size was recorded using an ima system pre-and post-debridement as well as before dressing applications. The wound areas wer calculated by the imaging system and utilized for subsequent analysis of the wound areas.

Patients in the D-ADM arm and the GJ-ADM arm had the appropriate ADM dressing applied and with a nonadherent dressing. A second ADM was applied between two weeks (at a minimum) ar weeks (at the latest) after the first D-ADM application. Patients could have a maximum of two AD applications, which included the first application at baseline. Wounds in the conventional care arı provided with wound therapy involving alginates, foams, or hydrogels. The treating provider then either a moist or dry gauze to be placed over the wound. In all three treatment arms, the dressing the wound for a minimum of five days, but no more than nine days, (7 days ± 2 days) until the ne and dressings were only changed by the study team. Also, during following weekly visits, debride used to remove necrotic tissue, as needed. In addition, off-loading utilizing a removable cast wal diabetic shoe, surgical shoe, walker cast, or a total contact cast was essential for all treatment ar unless the investigator considered it to be inappropriate, such as situations involving a wheelcha patient or if the wound was located on the dorsal surface of the foot. Though either removable or nonremovable offloading techniques were permitted, 95% of all patients used some type of remo method; 68% of patients used removable boots and 16% of patients used surgical shoes.

Wounds were assessed on a weekly basis until wound closure was noted or the patient complete weekly follow-up visits. Wound closure was defined as 100% re-epithelialization of the wound wi drainage. A second visit was scheduled two weeks after the initial wound closure was noted to v complete wound closure. Additionally, all healed wounds were followed at 4, 8, and 12 weeks aft confirmation of complete wound closure to determine if the wound remained healed.

A total of 168 patients were included in this study: 71 patients in the D-ADM arm, 69 patients in t arm, and 28 patients in the GJ-ADM arm. Patients that withdrew from the study prematurely beca severe adverse events (SAEs), which affected the ability to follow the wound of focus, offloading compliance, or ≥ 25% missed visits involved 18 patients in the D-ADM arm, 13 patients in the SC and five patients in the GJ-ADM arm. To this end, 53 patients remained in the D-ADM arm and 4 patients received one application, 56 patients remained in the SOC arm, and 23 patients remain GJ-ADM arm and 16 of these patients received only one application. The percentage of overall e withdrawals and the percentage of SAEs were comparable between the three treatment groups I relative population size ($p \geq 0.05$).

Baseline ulcer features, including wound size, were comparable between the three ITT arms. Th age for patients in the D-ADM arm was 59.1, 56.9 in the SOC arm, and 58.5 in the GJ-ADM arm mean HbA1c at screening was 8.51% in the D-ADM arm, 8.38% in the SOC arm, and 7.63% in t ADM arm. Patients diagnosed with Type 2 diabetes involved 93.5% of the enrolled population, w randomized to D-ADM, 97.1% randomized to SOC, and 92.9% randomized to GJ-ADM. The trea prescribed for diabetes control were evenly dispersed across study arms, thus eliminating the po confounding effect of insulin levels on cell responses and healing. Also, it was noted that almost

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

study participants (41.1%) were current or past smokers and 58.9% had never smoked. Addition majority of patients in all three arms of the study had ulcers classified as Wagner class 2 (ulcers extend into tendon or capsule); D-ADM arm (83.1%), SOC arm (79.7%), and GJ-ADM arm (82.1

Patients were followed for 24 weeks for all three treatment arms. Results for the per protocol pop showed that a single application of D-ADM showed a substantially greater wound healing probab comparison to SOC across all three endpoints at Week 12 (65.0% vs. 41.1%; HR = 1.969; 95% 1.1-3.5; *p*=0.0123), Week 16 (82.5% vs. 48.1%; HR = 2.397; 95% CI = 1.4-4.1; *p*=0.0003), and W (89.7% vs. 67.3%; HR = 2.107; 95% CI = 1.3- 3.5; p=0.0008). Patients in the D-ADM arm who re applications also demonstrated a substantially greater wound healing probability over SOC durin up visits at Week 16 (67.9% vs. 48.1%; HR = 1.716; 95% CI = 1.04-2.831; *p*=0.0283) and Week (83.7% vs. 67.3%; HR = 1.546; 95% CI = 0.9821-2.435; *p*=0.0489). The patients in the D-ADM a received only one application exhibited wound healing in an average of nine weeks, whereas pa the conventional arm showed wound healing in an average of 16.5 weeks (*p*=0.0020). No substa differences were observed between patients in the GJ-ADM arm and patients in the SOC arm or patients in the D-ADM and GJ-ADM arms.

The SF-36 v2.0 (Optum, Inc.) was utilized to acquire the perception of general health in eight are each study participant. The average, overall SF-36 scores at the end of the study were 425 for D 430 for SOC, and 404 for GJ-ADM. There were no substantial differences perceived between tre arms for the overall total score or in any of the eight areas. Also, a limitation noted for this study that the manufacturer of the D-ADM (DermACELL®) sponsored this trial.[19]

Driver et al[20] conducted The Foot Ulcer New Dermal Replacement Study (FOUNDER) to assess safety and effectiveness of the Integra Dermal Regeneration Template (IDRT) (i.e., Omnigraft® D Regeneration Matrix) for the treatment of nonhealing DFUs. The study was a multicenter, randon controlled, parallel group clinical trial performed under an Investigational Device Exemption. This was designed based on guidelines from the FDA for creating products to treat chronic cutaneous The FOUNDER study involved 32 clinical sites and 307 patients that were randomized into two p groups.

The primary inclusion criteria included: 1) Established Type 1 or Type 2 diabetes with a HbA1c ≤ Patients ≥ 18 years of age; 3) Presence of a full-thickness neuropathic ulcer positioned distal to malleolus; 4) The ulcer of focus must have been in existence for greater than 30 days with the ul between 1 and 12 $cm^2$ post-debridement; and 5) Satisfactory vascular perfusion as defined by A and ≤ 1.2 or toe pressure > 50 mmHg or transcutaneous oxygen pressure (TcPO2) > 40 mmHg ultrasound consistent with sufficient blood flow to the affected extremity.

The primary exclusion criteria were active infection involving osteomyelitis, exposed capsule, ter bone, and reduction of wound ≥ 30% during the screening interval. The trial was separated into t phases: screening/run-in, randomization/treatment, and follow-up. Patients entered the screening phase after providing written consent and underwent a series of screening evaluations and a 14- period in which patients received SOC treatment on the ulcer of focus to establish eligibility for th The following procedures were performed during the run-in period for the ulcer of focus: 1) Infect exudate evaluation; 2) Sharp debridement; 3) Measurement of the deepest aspect (post-debride Photograph (pre- and post-debridement); 5) Tracing for planimetric evaluation (post-debridemen that involved sharp debridement followed by application of a moist wound therapy consisting of 0 sodium chloride gel and a secondary dressing involving a nonadherent foam dressing, an outer g wrap, and an offloading/protective device (i.e., Active Offloading Walker [boot and/or shoe]); and Patients were instructed on the SOC treatment for daily dressing changes.

Other patient evaluations conducted during the run-in period included: A medical history; medica usage; therapies; physical examination; and neuropathic, laboratory, and vascular perfusion ass Once the patients completed the screening/run-in phase, patients were then assessed to determ continued satisfaction of eligibility criteria. The ulcer of focus was then debrided using sharp deb prior to the first treatment. Also, a planimetric evaluation was performed (blindly by a central labo

Patients with study ulcers that had healed < 30% in the run-in period were randomized using a s algorithm at a central location in mixed blocks of two and four in a 1:1 ratio to the active or contro treatment. Randomization was stratified by study location and wound size (≤ 3 $cm^2$ versus > 3 cr

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Wolters Kluwer

Treatment started on the day of randomization as assigned and the treatment phase continued u
patient had 100% wound closure or for up to 16 weeks. The SOC was the control treatment and
was the active treatment. The SOC treatments were just as described in the screening/run-in ph
daily dressing changes were done either by the patient in the control group or by a trained careg

For the active treatment group, fenestrating and meshing of the IDRT was acceptable to allow fo
and in the presence of exudating wounds or hematomas. The IDRT was placed on the debrided
trimmed to size, and secured with sutures or staples, and covered with a secondary dressing. W
collagen layer was replaced by new tissue, typically in 14 to 21 days after application, the silicon
the IDRT was removed. Re-applications of the IDRT were done as deemed necessary by the inv
The site personnel performed the secondary dressing changes for the active treatment group on
basis.

Wounds were assessed on a weekly basis during the treatment phase or until wound closure wa
visit was scheduled one week after the initial wound closure was noted to verify complete wound
An additional visit was then scheduled for confirmation of wound closure. Following completion c
treatment phase, all patients were followed every four weeks during the 12-week follow-up phase

Complete closure of the ulcer of focus during the treatment phase (16 weeks) (defined as 100%
epithelialization of the wound surface with no discernable exudate and without drainage or dress
needs), was substantially greater in the active group (51%; 79/154) in contrast to the control grou
49/153, $p$=0.001). Comparable results were observed when wound closure was evaluated by
computerized planimetry: 50% (77/154) in the active group and 31% (48/153) in the control grou
($p$=0.001). The probabilities of complete wound closure established at the end of the treatment p
were 2.2 times higher (95% CI = 1.4, 3.5; $p$=0.001) for the active group contrasted with the contr
Assessment using planimetric data to evaluate wound closure was consistent with an odds ratio
(95% CI = 1.3, 3.5; $p$=0.001). When complete wound closure was evaluated at 12 weeks, the res
substantially different between the two groups (45% active [70/154] vs. 20% control [31/153]; $p$ <
The probabilities of complete wound closure at 12 weeks were 3.3 times higher (95% CI = 2.0, 5
0.001) for the active group contrasted with the control group. The average number of application
individual, including the initial application, for the active group was one (range 1-15).

The degree of decrease in wound size was 7.2% per week for the active group vs. 4.8% per wee
control group ($p$=0.012). At the end of the follow-up phase, ulcer recurrence was experienced by
the active treatment group and by 26% of the control treatment group ($p$=0.32). Quality of life dat
demonstrated substantial improvements in physical functioning ($p$=0.047) and bodily pain ($p$=0.0
active group contrasted with the control group.

Most AEs in both groups were mild. Severe AEs were incurred by 15.6% of patients in the active
and by 26.8% in the control group ($p$=0.016). Moderate AEs were incurred by 31.8% of patients i
active group and by 42.5% of patients in the control group ($p$=0.053). The AEs possibly linked to
treatment were comparable in both treatment groups (7/154 [4.5%] in the active group vs. 8/153
the control group). Also, a limitation noted for this study is the manufacturer of the IDRT used in
treatment group sponsored this trial.[20]

Lavery et al[21] performed a prospective, multi-center, randomized, single-blinded study to contras
effectiveness of a human viable wound matrix (hVWM) (i.e., Grafix®) to standard wound care in
chronic DFUs from May 2012 to April 2013. The primary outcome was the percentage of patients
complete wound closure by 12 weeks. Complete wound closure was defined as 100% re-epithel
with no wound drainage. Secondary outcomes encompassed the time to wound closure, AEs, ar
closure in a crossover phase.

Primary inclusion criteria included: 1) Established Type 1 or Type 2 diabetic patients 18-80 years
2) Diabetic ulcer present for four to 52 weeks; and 3) Diabetic ulcer positioned below the malleol
plantar or dorsal surface of the foot and ulcer 1 to 15 cm$^2$ in size. Primary exclusion criteria inclu
HbA1c above 12%; 2) Indication of active infection, including osteomyelitis or cellulitis; 3) Insuffic
circulation to the affected foot defined by an ABI < 0.70 or > 1.30, or toe brachial index ≤ 0.50 or
study with insufficient arterial pulsation; 4) Exposed muscle, tendon, bone, or joint capsule; and 5
Decrease of wound area by ≥ 30% during the screening period.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

After a one week screening period, patients were randomized to the active treatment arm (i.e., h
control treatment arm (i.e., standard wound care) in a 1:1 ratio. Patients in the active treatment g
received an application of hVWM once a week (± 3 days) for up to 84 days (blinded treatment ph
Patients in the control group received SOC wound therapy once a week (± 3 days) for up to 84 d
wounds were cleaned and surgically debrided to remove all non-viable soft tissue from the woun
scalpel, tissue nippers and/or curettes at each weekly visit.

Wounds in both groups received SOC that involved surgical debridement, off-loading and non-ac
dressings and either saline moistened gauze or an absorbent foam dressing for moderately drair
wounds. Also, an outer dressing was applied. In addition, walking boots were provided for patien
wounds on the sole of the foot and post-op shoes were provided for patients with wounds on the
of the foot or at the ankle.

Patients were evaluated weekly at the clinical site. Patients who attained complete wound closur
continued to be assessed during the follow-up phase, twice during the first month and then mont
additional visits. Patients in the control group whose wounds were not closed by the end of the b
treatment phase were able to receive the hVWM in the open-label treatment phase, in which the
was applied weekly for up to 84 days.

During screening, 139 patients were assessed. A total of 42 patients failed screening and of thes
were excluded due to a decrease of their wound areas by ≥ 30% during the screening period. A
patients were randomized: 50 to the active treatment arm and 47 to the control arm.

The percentage of patients who attained complete wound closure was substantially higher in the
treatment group (62%) compared with the control group (21%, *P*=0.0001). The average time for
was 42 days in the active treatment arm contrasted with 69.5 days in the control arm (*P*=0.019).
were less AEs in the active arm (44% versus 66%, *P*=0.031) and less wound-related infections (
versus 36.2%, *P*=0.044). Among the study participants that healed, ulcers remained closed in 82
patients (23 of 28 patients) in the active group versus 70% (7 of 10 patients) in the control group
(*P*=0.419). The authors concluded that treatment with the hVWM substantially improved DFU he
contrasted with SOC therapy. Also, a limitation noted for this study is the manufacturer of the hV
in the active treatment group sponsored this trial.[21]

Sanders et al[22] performed a prospective, multi-center, randomized, controlled trial to contrast an
engineered, human fibroblast-derived dermal skin substitute (HFDS) (i.e., Dermagraft®) to a biol
active cryopreserved human skin allograft (HSA) (i.e., TheraSkin®) in the treatment of DFUs. Th
objectives were to establish the relative number of DFUs healed (100% epithelization without dra
and the number of grafts needed by week 12. Secondary objectives involved the percentage of D
healed at weeks 16 and 20, time to heal during the study and wound size progression.

Primary inclusion criteria included: 1) Established Type 1 or Type 2 diabetic patients > 18 years
HbA1C < 12%; 3) Full-thickness foot ulcer existing > 30 days; 4) Ulcer > 1 $cm^2$ and < 10 $cm^2$ in s
at least 2 cm between study ulcer and other ulcers; and 5) ABI > 0.65, toe pressure > 50 mmHG
TcPO2 > 20 mmHG. Primary exclusion criteria included: 1) Wound infection or gangrene of the f
Patient has received oral or parenteral corticosteroids, immune-suppressive or cytotoxic drugs w
last 12 months; and 3) Treatment with growth factors or bioengineered skin substitutes within the
days.

A total of 23 patients participated in the study at two hospital-based wound care centers in three
During the first phase, screening was performed, and eligible patients were randomly assigned to
HFDS treatment group (12 patients) (mean age 57) or the HSA treatment group (11 patients) (m
60) using a series of sealed envelopes employing a block randomization technique that describe
treatment to be applied. During the second phase (one week later), the treatment phase started
continued for 12 weeks. All wounds (both groups) were debrided to remove nonviable tissue and
from the wound surface and adjacent wound perimeter and then cleansed with saline. Afterward
initial application of the biologically active product was applied as randomly assigned and all wou
then covered with a non-adherent dressing and were offloaded with ½ inch felt as part of an ape
of device. All patients were then given a healing sandal developed from a surgical shoe or a fixe
boot.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Patients in the HSA group received a product application every other week and patients in the H group were treated every week with wounds prepared as described above prior to application of product. Since both products have a distinctive appearance, it was not possible to conceal the ty product used during wound assessments. Wounds were photographed at each visit and the mar wounds were traced along the inner edge of the margins.

At week 12, patients with an unhealed wound continued into the third phase (follow-up) for treatr assessment for up to eight more weeks. After the week 12 visit, no additional biologically active were used in either treatment group. In this phase, wounds were treated with saline-moistened g debridement as needed.

Patients with ulcers verified to be healed were scheduled for a confirmatory visit. Patients with in wound closure continued to be evaluated though week 20; subsequent treatment was then provi outside the scope of the study.

There were no substantial differences discerned between patient demographics and wound attril baseline in the two treatment groups. At week 12, seven (63.6%) wounds in the HSA treatment g versus four (33.3%) in the HFDS treatment group were healed (P=0.0498). At the end of week 2 of wounds in the HSA group versus 66.67% of wounds in the HFDS group were healed (P=0.428 Among the subset of wounds that healed during the first 12 weeks of treatment, a mean of 4.36 2-7) HSA grafts were applied versus 8.92 (range 6-12) in the HFDS subset group (P < 0.0001, S 0.77584). Time to healing in the HSA group was substantially less (8.9 weeks) than in the HFDS (12.5 weeks) (log-rank test, P=0.0323). The results of this study showed that, after 12 weeks of DFUs treated with HSA are probably twice as likely to heal as DFUs managed with HFDS with a the number of grafts required. Limitations noted for this study are the small sample size and the manufacturer of the HSA product used in one of the active treatment groups sponsored this trial.

Zelen et al[23] performed a prospective, randomized, controlled, multicenter study to evaluate the rates, safety, and cost using an open-structure human reticular acellular dermis matrix (HR-ADM AlloPatch® Pliable™) plus SOC to facilitate wound closure in DFUs compared to treatment with alone. The trial was conducted from December 2014 to November 2015 at five outpatient wound centers in Virginia and Ohio.

Primary inclusion criteria included: 1) Patients with Type 1 or Type 2 diabetes with a non-healing neuropathic foot ulcer that failed a minimum of four weeks of documented conservative care; 2) renal function as shown by a serum creatinine level < 3.0 mg/dl; and 3) Sufficient circulation to th extremity within the past 60 days as evidenced by TCOM with result ≥ 30 mmHg, ABI with result and ≤ 1.2 or Doppler arterial waveforms, which were triphasic or biphasic at the ankle of the affe

All eligible patients meeting inclusion and exclusion criteria were treated with SOC alone, which surgical debridement, for a two week screening period and patients whose index wound had not greater than 20% at two weeks were then considered eligible for the study. A total of 40 study pa were eligible for enrollment in the study and were randomized to HR-ADM plus SOC (*n* = 20) (HI applications weekly) or SOC alone (*n* = 20) (daily dressing changes). There were no significant g differences regarding patient and wound attributes, with the exception of the average wound are was larger in the HR-ADM group (4.7 $cm^2$) contrasted with the SOC group (2.7 $cm^2$).

The primary outcome of this study focused on a comparison of wound healing at six weeks using plus SOC versus SOC alone. Wounds were considered as healed if there was complete (100%) epithelization with no drainage and no need for a dressing. Secondary outcomes involved compa healing at 12 weeks, time to heal at six and 12 weeks, graft count, wastage, and assessment of cost to closure. An ITT method was utilized for all analyses. At 6 weeks, 65% (13/20) of the HR- treated ulcers had healed contrasted with 5% (1/20) of the ulcers treated with SOC alone (*P*=0.0 The decrease in the wound area size between the groups changed significantly over time, with a time to heal within six weeks of 28 days (95% CI: 22-35 days) for the HR-ADM group contrasted days (95% CI: 40-43 days) for the SOC group. After adjusting for area of wound at randomizatio hazard ratio (HR) for HR-ADM contrasted with SOC was 168 (95% CI: 10-2704), *P*=0.00036. Te participants from the SOC group (50%) and one patient from the HR-ADM group (5%) discontinu study at six weeks per protocol as their wound failed to decrease in area by at least 50%.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

At 12 weeks, 80% (16/20) of the HR-ADM-treated ulcers had healed contrasted with 20% (4/20) ulcers treated with SOC alone (P=0.00036). The average time to heal within 12 weeks was 40 d CI: 27-52 days) for the HR-ADM group contrasted with 77 days (95% CI: 70-84 days) for the SO (*P*=0.00014).

The average number of HR-ADM grafts used to achieve closure per ulcer was 4.7 (SD=3.3). The percentage of wastage (healed wounds only) was 51.7% (SD: 10.7; *n* = 16). There was no occur increased AEs or SAEs between groups, or any AEs related to the graft. This study concluded th of HR-ADM plus SOC is more effective in the treatment of DFUs than with SOC alone. This stud limited by the patients unblinded to treatment allocation and the study was also funded by the manufacturer of the HR-ADM graft.[23]

**Clinical Trials for Skin Substitutes for Venous Leg Ulcers**

Cazzell[24] conducted a multicenter, randomized, controlled, open-label trial designed to evaluate and efficacy of human decellularized acellular dermal matrices (D-ADM) contrasted with SOC management in patients with chronic VLUs. This exploratory pilot study included eight implanting from seven medical centers in five states that enrolled patients with VLUs. The study participants randomly assigned to the D-ADM (i.e., Dermacell AWM®) treatment arm or a SOC treatment arm ratio. Numbered envelopes holding the treatment designation were arranged by an outside contr research organization and the study investigators were blinded to the randomization codes matc envelope. After a patient successfully passed screening to be in the study, the investigator would envelope to ascertain which randomized arm the patient was assigned to. The D-ADM is visible application; therefore, it would have been impossible to continue blinding the investigator once tr was applied. Therefore, as a secondary examination to avoid bias, a blinded, independent adjud assessed the healing condition of all wounds.

Primary inclusion criteria included: 1) Adults ≥ 21 and ≤ 80 years of age; 2) Presence of a single VLU with a CEAP ulcer classification Grade 6; 3) Duration of the target VLU ≥ 60 days; 4) Abser infection; 5) VLU area ≥ 1 $cm^2$ and < 25 $cm^2$, depth ≤ 9 mm; and 6) Able to comply with offloadir dressing change stipulations.

Primary exclusion criteria included: 1) HbA1c < 12% within 90 days of screening visit; 2) Serum ≥ 3.0 mg/dL within 30 days of screening; 3) Application of biomedical, topical growth factors or li equivalents to the target VLU within 30 days of screening; 4) Recent revascularization procedure increase blood flow in the target limb; 5) Sensitivity to possible D-ADM processing reagents (e.g. gentamicin, polymyxin B, vancomycin, N-lauroyl sarcosinate, Benzonase, glycerol); and 6) Mani of severe peripheral vascular disease, active infection, untreated malignancy, active Charcot's di necrosis, purulence, or sinus tracts in the ulcer unable to be removed by debridement.

Eighteen patients were included in the D-ADM arm (mean age 64.6) and 10 patients in the contr (mean age 61.8). Initially, all wounds for both groups were debrided to remove necrotic tissue uti sharp blade, scissors, or Versajet system. Wound size was recorded using an imaging system p post-debridement as well as before dressing application. Patients in the treatment arm had the D applied and covered with a nonadherent dressing. A second D-ADM was applied between two w minimum) and 12 weeks (at the latest) after the first D-ADM application. Patients could have a m of two D-ADM applications, which included the first application at baseline.

Wounds in the SOC arm were provided with wound therapy involving alginates, foams, or hydrog treating provider then selected either a moist or dry gauze to be placed over the wound and left i for 7 ± 2 days, which was only to be removed during weekly visits. During the weekly visits, debr was used to remove necrotic tissue, as needed.

Compression therapy was used in the treatment and control arms. Wounds were assessed on a basis until wound closure was noted or the patient completed 24 weekly follow-up visits. Wound was defined as 100% re-epithelialization of the wound without drainage. A second visit was sche weeks after the initial wound closure was noted to verify complete wound closure. Additionally, a wounds were followed at 4, 8, and 12 weeks after confirmation of complete wound closure to de the wound remained healed.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

The primary outcome of the study contrasted the full wound closure rates between the two group second outcome of the study involved contrasting the decrease in wound size over time, time to closure, and treatment-related AEs. Twenty-eight patients completed at least 12 weeks of follow- patients in the D-ADM arm and 10 in the SOC arm. Of the 18 patients receiving the D-ADM, nine received a second application during the study. At 24 weeks, patients in the D-ADM arm demons strong trend of reduction in the wound area, with a mean reduction of 59.6%, in comparison to th arm, with a mean reduction of 8.1%. Also, the wound areas in the SOC arm increased more than size for one-third (3/9) of the patients. Furthermore, healed ulcers in the D-ADM arm stayed clos significantly greater rate after initial confirmation of complete wound closure than healed ulcers in control arm. Limitations noted for this study included a small patient population with an unbalanc proportion between the two groups (2:1) that ensured a low probability of achieving statistical sig the lack of blinding for the study investigators, and the study was funded by the manufacturer of ADM graft.[24]

Harding et al[25] conducted an open label, prospective, multicenter, randomized controlled study t assessed the human fibroblast-derived dermal substitute (HFDS) (i.e., Dermagraft®) in addition t layer compression therapy contrasted with compression therapy alone in the treatment of VLUs. primary outcome variable was the proportion of patients with completely healed study ulcers by ' Complete healing was characterized by having a closed wound (with full epithelization and no ex scab) for two consecutive weekly visits.

Primary inclusion criteria included: 1) Individuals ≥ 18 years of age referred to participating facilit in the United Kingdom (UK), Canada or the U.S.; 2) Presence of a VLU between the knee and an existing for at least two months and ≤ 5 years prior to screening; 3) Size of VLU 3-25 cm$^2$ withou exposure of muscle, tendon or bone; 4) Presence of a clean, granulating base with negligible ad slough, suitable for a skin graft; and 5) ABI of 0.8 to 1.2 and reflux of > 0.5 seconds in saphenou perforator or popliteal veins as confirmed by duplex ultrasonography.

Primary exclusion criteria included: 1) Individuals with ulcers caused by a medical condition othe venous insufficiency; 2) Presence of sinus tracts in ulcer; 3) Signs of a wound infection (purulenc odor), cellulitis and/or verified osteomyelitis; 4) Morbid obesity; 5) Skin disease near study ulcer; Malignant disease within the past five years; and 7) Severe peripheral vascular disease or renal congestive heart failure, cell anemia, thalassemia or uncontrolled diabetes. Also, individuals who received immune suppressants, systemic corticosteroids, cytotoxic chemotherapy, or topical ster more than two weeks and within one month of initial screening or who had a history of radiation a ulcer site were not eligible to participate in the study. In addition, patients who had received an investigational drug within 30 days of randomization or had been previously treated with an HFD other tissue-engineered materials were also excluded from the study.

All patients received a SOC dressing treatment during the screening period; each ulcer was cove a layer of non-adherent dressing followed by a four-layer compression bandage. During the two ' screening period, ulcers were evaluated weekly to establish absence of necrotic tissue and infec the presence of a vascular bed. Ulcers that decreased in size (cm$^2$) by < 50% while under compr therapy during the two week screening period for the trial were eligible for randomization into the

Of the 573 patients screened, 207 failed screening (36%). The primary causes for screening failu study ulcers decreasing in size by more than 50% during screening, study ulcers less than 3 cm$^2$ randomization and patients without indication of venous reflux. The remaining 366 patients were randomized to receive treatment at a total of 25 centers: 19 in the UK, 1 in Canada and 5 in the U ITT population (patients who received treatment at baseline and had a follow-up visit post-baseli included 186 patients in the HFDS group and 180 patients in the control group with a mean age years. Patients were randomized to receive an application of HFDS plus the four-layer compress bandage therapy (active) or the four-layer compression bandage therapy alone (control). Patient randomized to the active treatment group received the HFDS applied to the wound at weeks 0, 1

A total of 10% (19 of 186) of patients in the HFDS group discontinued the trial early contrasted w (41 of 180) of patients in the control group. The causes for early discontinuation were AEs (3% in HFDS group versus 6% in the control group), patient's own request (2% versus 9%), patient lost up (2% versus 3%) and 'other' (4% from each group).

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Coding & Payment Tools 

Sixty-four (34%) of 186 patients in the HFDS group demonstrated healing by week 12 contrastec
(31%) of 180 patients in the control group (P=0.235). For ulcers ≤ 12 months duration, 49 (52%)
patients in the HFDS group contrasted with 36 (37%) of 97 patients in the control group healed a
weeks (P=0.029). For ulcers ≤ 10 $cm^2$, complete healing at week 12 was shown in 55 (47%) of 1
patients in the HFDS group contrasted with 47 (39%) of 120 patients in the control group (P=0.2
most common AEs were wound infection, cellulitis, and skin ulcer. The occurrence of AEs was n
significantly different between the treatment and control groups. Statistical significance was not a
for the primary outcome of patients with VLUs completely healed by 12 weeks. Also, a limitation
this study is the manufacturer of the HFDS used in the control group helped sponsor this trial.[25]

**Analysis of Evidence**
**(Rationale for Determination)**

Chronic wounds can be very challenging for the provider as well as the patient and are describec
wounds unable to re-epithelialize after one to three months of treatment. These wounds include
ulcers (e.g., venous and arterial), diabetic ulcers, and pressure ulcers and affect patient quality o
to impaired mobility, pain, and substantial morbidity.

Standard treatment of lower extremity chronic wounds includes, but is not limited to, mechanical
offloading, infection control, mechanical compression, limb elevation, debridement of necrotic tis
management of systemic disease and medications, nutrition assessment, tissue perfusion and
oxygenation, appropriate dressings, education regarding the care of the foot, callus, and nail anc
shoes, and counseling on the risk of continued tobacco use. Nonhealing lower extremity ulcers s
also have a vascular evaluation, including, but not limited to, documentation of wound location, s
depth, drainage, and tissue type; palpation of pedal pulses; and measurement of the ankle-brach

In the absence of underlying disease or non-adherence to prescribed basic treatment, skin subst
recommended in accordance with evidence-based guidelines for the following: 1) DFUs that hav
demonstrate more than 50% wound area reduction after a minimum of four weeks of standard w
measures, and 2) VLUs if substantial wound improvement is not demonstrated after a minimum
six weeks of standard wound care measures.

An extensive variety of wound care products are available for providers to select from when treat
chronic wounds. Many of these products may simulate or substitute for some aspect of the skin's
and function to promote healing and wound closure. The materials used to create these products
derived from human or animal tissue and may undergo extensive or minimal processing to gener
finished product. The degree of processing and the source of the material used in the product als
governs which regulatory pathway may be required before the product may be marketed.

The regulation of tissue-engineered products in the U.S. occurs by one of several pathways esta
the FDA, including a BLA, a 510(k) (Class I and Class II devices), PMA (Class III devices), or HC
(human cells, tissues, and cellular and tissue-based products) designation. Key differentiators ar
these regulatory classifications include the amount and type of data required to support a filing.

Amniotic/chorionic-based products that are HCT/Ps as defined in 21 CFR 1271.3(d) must meet c
21 CFR 1271 and 361 of the PHS Act. Manufacturers of HCT/Ps should consult with the FDA Tis
Reference Group (TRG) or obtain a determination through a Request for Designation (RFD) on w
their HCT/Ps are appropriately regulated solely under section 361 of the PHS Act and the regula
CFR Part 1271 (85 FR 86058). The HCT/Ps that are drugs are defined under section 201(g) of th
FD&C Act [21 U.S.C. 321(g)] and biological products are defined in section 351(i) of the PHS Ac
U.S.C. 262(i)]. To lawfully market a drug that is also a biological product, a valid biologics license
in effect [42 U.S.C. 262(a)]. Such licenses are issued only after a showing of safety and efficacy
product's intended use. While in the development stage, such products may be distributed for cli
in humans only if the sponsor has an investigational new drug (IND) application in effect as spec
FDA regulations [21 U.S.C. 355(i); 42 U.S.C. 262(a)(3); 21 CFR Part 312].

The HCT/Ps which are more than minimally manipulated, or are intended for non-homologous us
be subject to additional regulation as medical devices under the Federal Food, Drug and Cosme
(FDCA), 21 U.S.C. section 301 et seq. (see 21 CFR section 1271.20). A manufacturer/distributor
HCT/Ps must register with the FDA as a "tissue establishment" and follow certain guidelines for

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Wolters Kluwer

designation of a product as an HCT/P (21 CFR sections 1271.10; 1271.21-22). The FDA impose requirements for HCT/Ps (refer to 21 CFR section 1271.370). The HCT/P labeling must include, "instructions for use when related to the prevention of the introduction, transmission, or spread o communicable diseases," and "other warnings, where appropriate" (21 CFR section 1271.370(c)

The FDA acceptance of an establishment registration and HCT/P listing does not constitute a determination that an establishment is in compliance with applicable rules and regulations or tha HCT/P is licensed or approved by the FDA (21 CFR 1271.27(b)). To establish compliance with tl requires a letter from the FDA indicating that the HCT/P has met regulatory compliance under se of the Public Health Service Act and/or the Federal Food, Drug, & Cosmetic Act.

Studies are lacking for many wound care products (e.g., skin substitutes) which are essential to effectiveness and the impact that the product has on health outcomes. Available studies do not l high level of evidence or even non-randomized prospective studies evaluating their effectiveness quality of current research for these products is moderate to low with high probability of publicati and study limitations. Evidence is needed to show that the product(s) improve health outcomes benefits relative to established alternatives or standard of care. Many of the current studies are r be funded by industry, which presents concerns regarding bias for these studies.

Despite the lack of studies, the moderate to low quality of current research and the likelihood of l coverage has been provided to increase the chances of improved health outcomes of interest wl include patient quality of life and function. Coverage will be provided for products in the associate and coding guideline meeting the necessary FDA regulatory requirements as of publication. Eac has specific designated approved usage. New products will be considered for coverage if meetir regulatory requirements and criteria. Satisfactory evidence of FDA regulatory requirements inclu copy of the FDA's letter to the drug's manufacturer approving the new drug application (NDA), 2) of the drug or biological in the FDA's "Approved Drug Products" or "FDA Drug and Device Produ Approvals", 3) A copy of the manufacturer's package insert approved by the FDA as part of the l the drug, containing its recommended uses and dosage, as well as possible adverse reactions a recommended precautions in using it, or 4) Information from the FDA's Website. For skin substit or tissue-based products (CTPs) classified as HCT/Ps, a letter from the FDA indicating that the H met regulatory guidance is acceptable evidence of the FDA regulatory compliance for HCT/Ps re under section 361 of the Public Health Service Act and/or the Federal Food, Drug, and Cosmetic recommended that the manufacturer of the particular skin substitute graft or CTP product obtain appropriate information for FDA regulatory compliance and send to the MAC along with evidence literature, if available. Once this information has been received by the MAC, the product will be c for coverage and placed into the appropriate Code Group in the associated article.

Coding Information

CPT/HCPCS Codes

Proposed Process Information

Synopsis of Changes

| CHANGES | FIELDS CHANGED |
|---|---|
| The name of the LCD has been changed from 'Application of Bioengineered Skin Substitutes to Lower Extremity Chronic Non-Healing Wounds' to 'Skin Substitutes for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers'. The 'History/Background and/or General Information' section of the LCD has been revised to clearly describe the services addressed in the LCD and additional regulatory information has been included for skin substitute products. The 'Regulatory Status' and 'Definitions per CPT' sections were removed. The following sections of the LCD have been reworded and revised to be consistent with the evidence: 'Covered Indications' and 'Limitations'. | N/A |

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

| | |
|---|---|
| The following sections were added: 'Provider Qualifications', 'Summary of Evidence', and 'Analysis of Evidence'. The 'Documentation Requirements' section has been removed from the LCD and is now located in the associated billing and coding article (DA54117). The Utilization Guidelines have been incorporated into the 'Limitations' section. The 'Bibliography' section has been updated to include all literature utilized in the development of this LCD. Also, formatting changes have been made throughout the LCD.<br>Language was added to the Analysis of Evidence section on August 11, 2022, advising that information supporting FDA regulatory compliance and evidence-based literature (if available) be submitted to the MAC for consideration of coverage. | |

Associated Information

Please refer to the related Draft Local Coverage Article: Billing and Coding: Skin Substitutes for t Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers (DA54117) for documentation require utilization parameters and all coding information as applicable.

Documentation Requirements

N/A

Bibliography

This bibliography presents those sources that were obtained during the development of this polic Contractor is not responsible for the continuing viability of Website addresses listed below.


1. Pourmoussa A, Gardner DJ, Johnson MB, Wong AK. An update and review of cell-based w dressings and their integration into clinical practice. *Ann Transl Med*. 2016 Dec;4(23):457. doi:10.21037/atm.2016.12.44.
2. Snyder DL, Sullivan N, Margolis DJ, Schoelles K. Skin substitutes for treating chronic wour Technology Assessment Program Project ID No. WNDT0818. (Prepared by the ECRI Instit Medicine Evidence-based Practice Center under Contract No. HHSA 290-2015-00005-I) R MD: *Agency for Healthcare Research and Quality*. February 2020. http://www.ahrq.gov/research/findings/ta/index.html. Accessed April 27, 2021.
3. Frykberg RG, Banks J. Challenges in the Treatment of Chronic Wounds. *Adv Wound Care* Sep 1;4(9):560-582. doi:10.1089/wound.2015.0635.
4. U.S. Food and Drug Administration. Premarket Notification 510(k). *Division of Industry and Consumer Education.* March 2020. https://www.fda.gov/medical-devices/premarket-submis selecting-and-preparing-correct-submission/premarket-notification-510k. Accessed Decem 2021.
5. U.S. Food and Drug Administration. FDA announces comprehensive regenerative medicin framework. *FDA News Release*. 2017 Nov 15. https://www.fda.gov/news-events/press-announcements/fda-announces-comprehensive-regenerative-medicine-policy-framework. A April 27, 2021.
6. U.S. Food and Drug Administration. Regulatory Considerations for Human Cells, Tissues, a Cellular and Tissue-Based Products: Minimal Manipulation and Homologous Use-Guidance Industry and Food and Drug Administration Staff. *Center for Biologics Evaluation and Rese Center for Devices and Radiological Health. Office of Combination Products*. July 2020. https://www.fda.gov/media/109176/download. Accessed December 9, 2021.
7. Hingorani A, LaMuraglia GM, Henke P, et al. The management of diabetic foot: A clinical p guideline by the Society for Vascular Surgery in collaboration with the American Podiatric M Association and the Society for Vascular Medicine. *J Vasc Surg*. 2016 Feb;63(2 Suppl):3S- doi:10.1016/j.jvs.2015.10.003.
8. Lavery LA, Davis KE, Berriman SJ, et al. WHS guidelines update: Diabetic foot ulcer treatn guidelines. *Wound Repair Regen*. 2016 Jan-Feb;24(1):112-26. doi:10.1111/wrr.12391.
9. Marston W, Tang J, Kirsner RS, Ennis W. Wound Healing Society 2015 update on guidelin


© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

venous ulcers. *Wound Repair Regen*. 2016 Jan-Feb;24(1):136-44. doi:10.1111/wrr.12394.
10. O'Donnell TF Jr, Passman MA, Marston WA, et al; Society for Vascular Surgery; American Forum. Management of venous leg ulcers: clinical practice guidelines of the Society for Va Surgery and the American Venous Forum. *J Vasc Surg*. 2014 Aug;60(2 Suppl):3S-59S. doi:10.1016/j.jvs.2014.04.049.
11. Rayman G, Vas P, Dhatariya K, et al. International Working Group on the Diabetic Foot (IW Guidelines on use of interventions to enhance healing of chronic foot ulcers in diabetes (IW 2019 update). *Diabetes Metab Res Rev*. 2020 Mar;36 Suppl 1:e3283. doi:10.1002/dmrr.32
12. Schaper NC, van Netten JJ, Apelqvist J, Bus SA, Hinchliffe RJ, Lipsky BA; IWGDF Editoria Practical Guidelines on the prevention and management of diabetic foot disease (IWGDF 2 update). *Diabetes Metab Res Rev.* 2020 Mar;36 Suppl 1:e3266. doi:10.1002/dmrr.3266.
13. Agency for Healthcare Research and Quality (AHRQ). Evidence-based Practice Center Te Brief Protocol. Project Title: Skin Substitutes for Treating Chronic Wounds. 2018 (rev 2019 https://effectivehealthcare.ahrq.gov/sites/default/files/pdf/skin-substitute_0.pdf. Accessed A 2021.
14. Nathoo R, Howe N, Cohen G. Skin substitutes: an overview of the key players in wound management. *J Clin Aesthet Dermatol*. 2014;7(10):44-48.
15. U.S. Food and Drug Administration. Important Patient and Consumer Information About Regenerative Medicine Therapies. July 2021. https://www.fda.gov/vaccines-blood-biologics/consumers-biologics/important-patient-and-consumer-information-about-regenera medicine-therapies. Accessed February 16, 2022.
16. Santema TB, Poyck PPC, Ubbink DT. Skin grafting and tissue replacement for treating foo people with diabetes. *Cochrane Database of Systematic Reviews*. 2016, Issue 2. Art. No.: CD011255. doi:10.1002/14651858.CD011255.pub2.
17. Jones JE, Nelson EA, Al-Hity A. Skin grafting for venous leg ulcers. *Cochrane Database of Systematic Reviews* 2013, Issue 1. Art. No.: CD001737. doi:10.1002/14651858.CD001737
18. Barbul A, Gurtner GC, Gordon H, Bakewell K, Carter MJ. Matched-cohort study comparing human split-thickness skin allograft plus standard of care to standard of care alone in the tr of diabetic ulcers: A retrospective analysis across 470 institutions. *Wound Repair Regen*. 2 28(1):81-89. doi:10.1111/wrr.12767.
19. Cazzell S, Vayser D, Pham H, et al. A randomized clinical trial of a human acellular dermal demonstrated superior healing rates for chronic diabetic foot ulcers over conventional care active acellular dermal matrix comparator. *Wound Repair Regen*. 2017 May;25(3):483-497 doi:10.1111/wrr.12551.
20. Driver VR, Lavery LA, Reyzelman AM, et al. A clinical trial of Integra Template for diabetic treatment. *Wound Repair Regen*. 2015 Nov-Dec;23(6):891-900. doi:10.1111/wrr.12357.
21. Lavery LA, Fulmer J, Shebetka KA, et al; Grafix Diabetic Foot Ulcer Study Group. The effic safety of Grafix®) for the treatment of chronic diabetic foot ulcers: results of a multi-centre, randomised, blinded, clinical trial. *Int Wound J.* 2014 Oct;11(5):554-60. doi:10.1111/iwj.123
22. Sanders L, Landsman AS, Landsman A, et al. A prospective, multicenter, randomized, con clinical trial comparing a bioengineered skin substitute to a human skin allograft. *Ostomy W Manage*. 2014 Sep;60(9):26-38.
23. Zelen CM, Orgill DP, Serena T, et al. A prospective, randomised, controlled, multicentre cli examining healing rates, safety and cost to closure of an acellular reticular allogenic huma versus standard of care in the treatment of chronic diabetic foot ulcers. *Int Wound J.* 2017 14(2):307-315. doi:10.1111/iwj.12600.
24. Cazzell S. A Randomized Controlled Trial Comparing a Human Acellular Dermal Matrix Ve Conventional Care for the Treatment of Venous Leg Ulcers. *Wounds*. 2019 Mar;31(3):68-7
25. Harding K, Sumner M, Cardinal M. A prospective, multicentre, randomised controlled study fibroblast-derived dermal substitute (Dermagraft) in patients with venous leg ulcers. *Int Wo* 2013 Apr;10(2):132-7. doi:10.1111/iwj.12053.
26. Snyder DL, Sullivan N, Schoelles K. Skin substitutes for treating chronic wounds. Technolo Assessment Report Project ID No. HCPR0610. (Prepared by the ECRI Institute Evidence-b Practice Center under Contract No. HHSA 290-2007-10063) Rockville, MD: *Agency for He Research and Quality*. December 2012. https://www.ahrq.gov/sites/default/files/wysiwyg/research/findings/ta/skinsubs/HCPR0610_ final.pdf. Accessed June 11, 2021.

Appendices N/A

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Coding & Payment Tools 

| | |
|---|---|
| Utilization Guidelines | N/A |
| Sources of Information and Basis for Decision | N/A |
| Open Meetings | (see table below) |

| Meeting Number (Date) | Meeting Information |
|---|---|
| #1 (08/26/2022) | **The open meeting is a meeting for MAC JH and JL.**<br><br>**Location of Meeting:**<br>Teleconference/Webinar Only<br><br>**Time of Meeting:**<br>10am ET<br>9am CT<br>8am MT<br><br>**Link to MAC Website:**<br><br>**JH** - http://www.novitas-solutions.com/webcenter/portal/MedicareJH/pagebyid?contentId=0C<br><br>**JL** - http://www.novitas-solutions.com/webcenter/portal/MedicareJL/pagebyid?contentId=00 |

| | |
|---|---|
| Advisory Committee Meeting Notes | N/A |
| MAC Meeting Information URL(s) | N/A |
| Proposed LCD Posting Date | 08/11/2022 |
| Comment Period Start Date | 08/11/2022 |
| Comment Period End Date | 09/24/2022 |
| Released to Final LCD Date Please Note: This is not the LCD Effective Date | 07/21/2023 |
| Proposed Contact | Medical Affairs - ProposedLCDComments@novitas-solutions.com<br>Suite 100<br>2020 Technology Parkway<br>Mechanicsburg PA 17050- |

Associated Documents

Related Documents: Articles

- A59225 (version 4) - Billing and Coding: Skin Substitutes for the Treatment of Diabetic Foo and Venous Leg Ulcers

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Coding & Payment Tools


| | |
|---|---|
| Related Documents: LCDs | • L35041 (version 119) - Application of Bioengineered Skin Substitutes to Lower Extremity C Non-Healing Wounds |
| Related Documents: NCDs | N/A |
| Keywords | N/A |

Source: https://www.cms.gov/medicare-coverage-database/details/lcd-details.aspx?LCDId=39448&ver=6 (accessed 07/06/2024)

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.