# Complaint Exhibit 10

*LCD - MAC Part A (JN) - First Coast Service Options, Inc. [09101] - FL > Archived LCDs*

# Skin Substitute Grafts/Cellular and/or Tissue-Based Products for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers V11 (Rev. Eff. 09/17/2023)

Click to open document in a browser

LCD Information Coding Information General Information Associated Documents

Contractor Information

| | |
|---|---|
| Contractor Name | First Coast Service Options, Inc. |
| Contract Number | 09101 |
| Contract Type | A and B MAC |
| Other Information | https://medicare.fcso.com<br>532 Riverside Avenue<br>Jacksonville FL 32202-<br>Medical Director: Juan Schaening-Perez (Contractor Medical Director) |

LCD Information

| | |
|---|---|
| LCD ID | L36377 |
| LCD Version Number | 11 |
| Original ICD-9 LCD ID | |
| LCD Title | **Skin Substitute Grafts/Cellular and/or Tissue-Based Products for the Treatment of Diabeti Ulcers and Venous Leg Ulcers** |
| Contractor's Determination Number | |
| Status of this Version | **Approved** |
| Reason for this change | Creation of Uniform LCDs With Other MAC Jurisdiction. |
| Jurisdiction | Florida (FL) |
| Oversight Region | Region 4 |
| Original Effective Date | 10/01/2015 |
| Original Ending Date | N/A |
| Revision Effective Date | 09/17/2023 |
| Revision Ending Date | N/A |
| Retirement Date | N/A |
| Notice Period Start Date | 08/03/2023 |
| Notice Period End Date | 09/16/2023 |
| AMA CPT / | CPT codes, descriptions and other data only are copyright 2021 American Medical Association. |

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

| | |
|---|---|
| ADA CDT / AHA NUBC Copyright Statement | Reserved. Applicable FARS/HHSARS apply.<br><br>Fee schedules, relative value units, conversion factors and/or related components are not assigr AMA, are not part of CPT, and the AMA is not recommending their use. The AMA does not direc indirectly practice medicine or dispense medical services. The AMA assumes no liability for data or not contained herein.<br><br>Current Dental Terminology © 2021 American Dental Association. All rights reserved.<br><br>Copyright © 2013 - 2021, the American Hospital Association, Chicago, Illinois. Reproduced by C permission. No portion of the American Hospital Association (AHA) copyrighted materials contai this publication may be copied without the express written consent of the AHA. AHA copyrighted including the UB-04 codes and descriptions may not be removed, copied, or utilized within any s product, service, solution or derivative work without the written consent of the AHA. If an entity w utilize any AHA materials, please contact the AHA at 312-893-6816. Making copies or utilizing th of the UB-04 Manual, including the codes and/or descriptions, for internal purposes, resale and/c used in any product or publication; creating any modified or derivative work of the UB-04 Manual codes and descriptions; and/or making any commercial use of UB-04 Manual or any portion ther including the codes and/or descriptions, is only authorized with an express license from the Ame Hospital Association. To license the electronic data file of UB-04 Data Specifications, contact Tin at (312) 893-6816. You may also contact us at ub04@aha.org. |

**CMS National Coverage Policy**

This LCD supplements but does not replace, modify or supersede existing Medicare applicable N Coverage Determinations (NCDs) or payment policy rules and regulations for skin substitute gra and/or tissue-based products for the treatment of diabetic foot ulcers and venous leg ulcers . Fe statute and subsequent Medicare regulations regarding provision and payment for medical servi lengthy. They are not repeated in this LCD. Neither Medicare payment policy rules nor this LCD modify or supersede applicable state statutes regarding medical practice or other health practice professions acts, definitions and/or scopes of practice. All providers who report services for Med payment must fully understand and follow all existing laws, regulations and rules for Medicare pa skin substitute grafts/cellular and/or tissue-based products for the treatment of diabetic foot ulce venous leg ulcers and must properly submit only valid claims for them. Please review and unders them and apply the medical necessity provisions in the policy within the context of the manual ru Relevant CMS manual instructions and policies may be found in the following Internet-Only Man (IOMs) published on the CMS Web site:

**IOM Citations:**

- CMS IOM Publication 100-02, *Medicare Benefit Policy Manual*,
  - Chapter 15, Section 50.4.1 Approved Use of Drug
- CMS IOM Publication 100-04, *Medicare Claims Processing Manual*,
  - Chapter 17, Section 40 Discarded Drugs and Biologicals
- CMS IOM Publication 100-08, *Medicare Program Integrity Manual*,
  - Chapter 13, Section 13.5.4 Reasonable and Necessary Provision in an LCD

**Social Security Act (Title XVIII) Standard References:**

- Title XVIII of the Social Security Act, Section 1862(a)(1)(A) states that no Medicare payme made for items or services which are not reasonable and necessary for the diagnosis or tre illness or injury.
- Title XVIII of the Social Security Act, Section 1862(a)(7). This section excludes routine phy examinations.

**Code of Federal Regulations (CFR) References:**

- CFR, Title 21, Volume 8, Chapter 1, Subchapter L, Part 1271.10 Human cells, tissues, and and tissue-based products

**Coverage Guidance**

**Coverage Indications, Limitations, and/or Medical Necessity**

Compliance with the provisions in this LCD may be monitored and addressed through post paym analysis and subsequent medical review audits.

**History/Background and/or General Information**

This LCD addresses the medically reasonable and necessary requirements for coverage of skin replacement surgery for application of skin substitute grafts, also referred to as cellular and/or tis based products (CTPs), for diabetic foot ulcers (DFUs) and venous leg ulcers (VLUs). For the pu this policy and consistent with the AMA's CPT codebook, skin substitute grafts/CTPs include nor autologous human skin grafts, non-human skin substitute grafts, and biological products that forr scaffolding for skin growth. Also for the purposes of this policy, wound coverings or wound dress which are utilized to provide a physical barrier to protect the ulcer (wound) surface, prevent infec allow healing underneath, and are typically removed as the ulcer or chronic wound heals are NO included in the definition of skin substitute grafts/CTPs. Wound coverings and dressings are NO anchored or applied surgically to ulcers to form scaffolding for skin growth and are therefore NO substitute grafts/CTPs.

Application of skin substitute grafts/CTPs for wound/ulcer care indications other than for DFU or not addressed by this LCD. Use of skin substitute grafts/CTPs must meet the medically reasonal necessary threshold for coverage and must be used in accordance with their intended use as approved/regulated by the United States (U.S.) Food and Drug Administration (FDA).

Generally, depending on the purpose of the product and how it functions, skin substitute grafts/C regulated by the FDA premarket approval (PMA) process, FDA 510(k) premarket notification pro the FDA regulations for human cells, tissues, and cellular and tissue-based products (HCT/Ps). I been noted that there are instances in which certain products might have a wound healing indica may not necessarily meet the definition of a skin substitute graft/CTP. To meet the medically rea and necessary threshold for coverage, the skin substitute graft/CTP must be FDA approved for u ulcer treatment and not as a wound covering.

Amniotic/chorionic-based products are HCT/Ps as defined in 21 CFR 1271.3(d) and must meet c 21 CFR 1271 and section 361 of the Public Health Service Act (PHS Act). The HCT/Ps not regul under section 361 are regulated as drugs as defined under section 201(g) of the Federal Food, D Cosmetic Act (FFDCA) [21 U.S.C. 321(g)] and biological products as defined in section 351(i) of Act [42 U.S.C. 262(i)]. In order to lawfully market a drug that is also a biological product, a valid b license must be in effect [42 U.S.C. 262(a)]. Such licenses are issued only after a showing of saf efficacy for the product's intended use.[4-6]

Standard treatment of lower extremity ulcers (e.g., DFUs and/or VLUs) may include mechanical infection control, mechanical compression, limb elevation, debridement of necrotic tissue, manag systemic disease and medications, nutrition assessment, tissue perfusion and oxygenation, and counseling on the risk of continued tobacco use. In addition, maintenance of a moist wound envi through appropriate dressings facilitates development of healthy granulation tissue and epithelia and thus may potentiate complete healing at an ulcer site. Dressings are an integral part of ulcer management by not only maintaining a moist environment but by stopping contamination and ab exudate.[7-12]

Despite advancements in various surgical dressings, which maintain a moist healing environmer ulcers fail to heal. Skin substitute grafts/CTPs have been employed, after an ulcer fails to heal, a management method intended to increase the chances of healing.[1,13]

Chronic DFUs and VLUs may be unresponsive to initial therapy or persist despite additional care or VLU that has failed to respond to standard of care treatment after four weeks (defined as 30 d be considered chronic, and the application of a skin substitute graft/CTP may be considered mec reasonable and necessary for certain patients.[1-3]

Patients receiving skin replacement surgery with a skin substitute graft/CTP must be under the c physician/non-physician practitioner (NPP) for the treatment of their systemic disease process (e diabetes mellitus, chronic venous insufficiency, and/or peripheral vascular disease). It is imperati their systemic disease be monitored/treated in order to ensure adequate healing of the ulcer.[3,9]

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

It is the expectation that a skin substitute graft/CTP will remain in place for the entire episode of s replacement surgery (defined as 12 weeks from the first application of a skin substitute graft/CTP keeping with the FDA label (e.g., indications, contraindications, how supplied and directions for u and/or the American Association of Tissue Banks (AATB) approved use and when there is one r ulcer. Repeat application of a skin substitute graft/CTP within the 12-week episode of skin replac surgery may be appropriate based on ulcer re-assessment and must be supported in the medica documentation for that encounter. Additional applications of a skin substitute graft/CTP beyond t week episode of skin replacement surgery is not expected if the ulcer has responded to the skin replacement surgery with epithelialization and other progression.

This LCD does not endorse particular products for separate payment. The medical record docum must support the medical necessity for skin replacement surgery and that the product is being us its approved FDA indications as an ulcer treatment and not as a wound covering.

**Covered Indications**

All of the following criteria must be met for the application of a skin substitute graft/CTP for lower DFU or VLU to be considered medically reasonable and necessary:

1. The presence of a chronic, non-infected DFU or chronic, non-infected VLU having failed to to documented standard of care treatment (outlined below) for a minimum of four weeks (d 30 days) with documented compliance to prescribed treatment.[7,10]
2. Failure to respond to documented standard of care treatment is defined as an ulcer that ha increased in size or depth, or no change in baseline size or depth, or no sign of improveme indication that improvement is likely (such as granulation, epithelialization, or progress tow closing). Documentation of response requires measurements of the initial ulcer, measurem the completion of at least four weeks of standard of care treatment, and measurements im prior to placement of the skin substitute graft/CTP for DFUs and VLUs. For VLUs, standard treatment must continue for no less than four weeks and include on-going compression therapy.[7,10,13]
3. Standard of care treatment includes, but is not limited to, the following[2,7-12]:
   - Comprehensive patient assessment (history, exam, Ankle-Brachial Index [ABI]) and c tests as indicated) and implemented treatment plan.
   - For patients with a DFU - assessment of Type 1 vs. Type 2 diabetes and manageme with attention to certain comorbidities (e.g., vascular disease, neuropathy, osteomyel review of current blood glucose levels/hemoglobin A1c (HbA1c), diet and nutritional s activity level, physical exam that includes assessment of skin and ulcer, ABI, and che loading device or assessment of appropriate footwear.[3]
   - For patients with a VLU - assessment of clinical history (prior ulcers, thrombosis risks exam (edema, skin changes), ABI, diagnostic testing to verify superficial or deep ven perforator incompetence, and chronic (or acute) venous thrombosis.
4. The implemented treatment demonstrates all of the following:
   - Debridement as appropriate.
   - Some form of offloading for DFUs.
   - Some form of compression for VLUs.
   - Infection control.
   - Management of exudate - maintenance of a moist environment (moist saline gauze, c classic dressings, bioactive dressing, etc.).
   - Documentation of smoking history, and that the patient has received counseling on th smoking on surgical outcomes and treatment for smoking cessation (if applicable) as outcome of counselling (if applicable).
5. The skin substitute graft/CTP is utilized per the intended use as approved/regulated by the
6. The patient is under the care of a qualified physician/NPP for the treatment of the systemic process(es) etiologic for the condition (e.g., venous insufficiency, diabetes, neuropathy).[3,9]

**Limitations**

The following are considered not medically reasonable and necessary[1-3,9-10]:

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

1. Greater than four applications of a skin substitute graft/CTP within the episode of skin repla surgery (defined as 12 weeks from the first application of a skin substitute graft/CTP) regar the number of different products used.
    - The expectation is treatment will consist of the fewest repeat applications and amoun product to heal the ulcer. It is not expected that every ulcer, in every patient will requi maximum number of applications.
2. Application of a skin substitute graft/CTP beyond 12-weeks per episode of care.
3. Repeat applications of skin substitute grafts/CTPs when a previous application was unsucc Unsuccessful treatment is defined as increase in size or depth of an ulcer, or no change in size or depth and no sign of improvement or indication that improvement is likely (such as granulation, epithelialization, or progress towards closing).
4. Application of skin substitute grafts/CTPs in patients with inadequate control of underlying or exacerbating factors, or other contraindications (e.g., uncontrolled diabetes, active infect active Charcot arthropathy of the ulcer extremity, active vasculitis).
5. Use of surgical preparation services (for example, debridement), in conjunction with routine and/or repeat skin replacement surgery with a skin substitute graft/CTP.
6. Excessive wastage (discarded amount).

- The skin substitute graft/CTP must be used in an efficient manner utilizing the most approp product available at the time of treatment. It is expected that where multiple sizes of a spec product are available, the size that best fits the ulcer with the least amount of wastage will l utilized.

All liquid skin substitute products/CTPs for ulcer care.[15]

**Note:** Refer to the CFR, Title 21, Volume 8, Chapter 1, Subchapter L, Part 1271.10 for Human-d products regulated as human cells, tissues, or cellular or tissue-based product (HCT/P).

**Provider Qualifications**

Services provided within the LCD coverage indications will be considered medically reasonable a necessary when all aspects of care are within the scope of practice of the provider's professiona licensure; and when all procedures are performed by appropriately trained providers in the appro setting.

**Notice:** Services performed for any given diagnosis must meet all of the indications and limitatio in this LCD, the general requirements for medical necessity as stated in CMS payment policy ma any and all existing CMS national coverage determinations, and all Medicare payment rules.

**Summary of Evidence**

This evidence review focuses on the use of skin substitute grafts/CTPs in the treatment of DFUs VLUs in the Medicare population, and whether the evidence demonstrates improved health outc including patient function and quality of life. A literature search was conducted using the followin words: Non-healing; wound; chronic; diabetic foot; foot ulcer; venous leg ulcer; guidelines; woun skin substitutes; dermal skin substitute; human skin allograft; randomized trial; standard of care; leg ulcer; skin grafts; wound dressing; human derived products; animal derived products; FDA re The literature search was filtered to locate full-text articles specific to DFU and VLU within 5-10 y clinical trials, and systematic reviews.

**Introduction**

DFUs and VLUs that have failed to respond to standard of care treatment after 30 days or four w be considered chronic, and the application of a skin substitute graft/CTP may be considered med reasonable and necessary for certain patients.[1-3] Chronic wounds such as DFUs and VLUs impa quality of life due to impaired mobility, pain, and substantial morbidity.[1-3]

**Evidence-Based Guidelines for Standard of Care**

Evidence-based guidelines indicate that standard of care (SOC) treatment of DFUs and VLUs m

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

mechanical offloading, infection control, mechanical compression, limb elevation, debridement o tissue, management of systemic disease and medications, nutrition assessment with planned interventions, tissue perfusion and oxygenation, education regarding care of the foot, callus, and fitting of shoes, and counseling on the risk of continued tobacco use. In addition, maintenance of wound environment through appropriate dressings facilitates development of healthy granulation and epithelialization and thus may potentiate complete healing at a wound site. Dressings are ar part of wound management by not only maintaining a moist environment but by stopping contam and absorbing exudate.[7-12]

A comprehensive assessment of patients and their ulcers will also facilitate appropriate care by i and correcting systemic causes of impaired healing. The presence of a severe illness or systemi and drug treatments such as immunosuppressive drugs and systemic steroids may inhibit ulcer l changes in immune functioning, metabolism, inflammation, nutrition, and tissue perfusion. There information in conjunction with a detailed history of the ulcer itself is essential.[3,9]

A vascular evaluation is also vital for all chronic wounds. Palpation of pulses may be problematic of medial arterial calcification. An ABI is recommended for patients with a questionable pulse de although the ABI levels may be falsely elevated with medial arterial calcification. To supplement brachial studies, toe blood pressure readings, pulse volume recordings, transcutaneous oxygen measurements (TCOMs), and skin perfusion pressure measurements have been suggested as a benchmarks for the prediction of wound healing.[3]

The clinical practice guidelines of the Society for Vascular Surgery and the American Venous Fo recommend that patients with VLUs have the ulcer classified using the Clinical class, Etiology, A and Pathophysiology (CEAP) classification (confirmed by duplex scan). The Venous Clinical Sev Score (VCSS) is recommended to assess changes in response to therapy. Specific classificatior venous disease is essential for standardization of venous disease severity and evaluation of trea efficiency.[10]

The Society for Vascular Surgery in collaboration with the American Podiatric Medical Associatic Society for Vascular Medicine has recommended a SOC treatment schedule for DFUs that inclu weekly to monthly wound evaluations of ulcer size and healing progress, infection control, debric all devitalized tissue and surrounding callus material, dressings that maintain a moist wound env control of exudate, and avoiding maceration of adjacent intact skin. Adequate glycemic control o hemoglobin A1c is also recommended to reduce the incidence of DFUs and infections and perio assessments of appropriate footwear and/or off-loading device.[7,13]

**Regulation of Skin Substitute Grafts/CTPs**

Despite SOC and advancements in various moisture retaining surgical dressings, many chronic to heal. After SOC fails to heal an ulcer, skin substitute grafts/CTPs have been employed as an u management method to increase the chances of healing.[1,13] Skin substitute grafts/CTPs can be into the following FDA regulated groups: 1) Human-derived products regulated as HCT/Ps; 2) Hu human/animal-derived products regulated through the PMA process; 3) Animal-derived products under the 510(k) process; and 4) Synthetic products regulated under the 510(k) process.[4-6]

Human tissue can be obtained from human donors, processed, and used in exactly the same rol recipient, such as a dermal replacement to be placed in an ulcer as a skin substitute graft/CTP (r as HCT/Ps). These products may be regulated under the Biologics License Application (BLA) (u PHS Act) or PMA (under the FFDCA), depending on their composition and primary mode of actic Amniotic/chorionic-based products are HCT/Ps as defined in 21 CFR 1271.3(d) and must meet c 21 CFR 1271 and 361 of the PHS Act. The HCT/Ps not regulated under 361 are regulated as dru defined under section 201(g) of the FFDCA [21 U.S.C. 321(g)] and biological products as definec section 351(i) of the PHS Act [42 U.S.C. 262(i)]. In order to legally market a drug that is also a bi product, a valid biologics license must be in effect [42 U.S.C. 262(a)]. Such licenses are issued c a showing of safety and efficacy for the product's intended use.[6]

**Evidence-Based Guidelines for Skin Substitute Grafts/CTPs**

Skin substitute grafts/CTPs are a heterogeneous group of biological and/or synthetic elements th

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

the temporary or permanent closure of ulcers. Dermal substitutes/CTPs may vary from skin xenc allografts to a combination of autologous keratinocytes over the dermal matrix, but all have a mu to attain resemblance with an individual's skin to the greatest extent possible.[13] Skin substitute grafts/CTPs are recommended to be used with established SOC treatment protocols for ulcer ca increase the chances of healing. In this regard, evidence-based guidelines recommend wound b preparation prior to the application of any biologically active dressing which includes complete re slough, debris and/or necrotic tissue.[14] Skin substitute grafts/CTPs are recommended for DFUs failed to demonstrate more than 50% wound area reduction after a minimum of four weeks of sta therapy.[7,13] For VLUs, if substantial improvement of the ulcer is not demonstrated after a minimu weeks of standard therapy, skin substitute grafts/CTPs are recommended in addition to compres therapy.[10]

**Technology Assessment**

The Agency for Healthcare Research and Quality (AHRQ) provided an evidenced-based technic skin substitute grafts for treating chronic wounds.[2] This technical brief was developed to describe products that may be considered skin substitute grafts in the U.S., which are utilized for the treat chronic wounds. In addition, systems utilized to classify skin substitute grafts were assessed, rar controlled trials (RCTs) involving skin substitute grafts were reviewed, and recommendations we regarding best practices for future studies. A systematic search of the published literature since 2 conducted for systematic reviews/meta-analyses, RCTs, and prospective nonrandomized compa studies studying commercially available skin substitute grafts for individuals with DFUs, VLUs, pr ulcers, and arterial leg ulcers.[2]

Seventy-six skin substitute grafts were identified and categorized using the Davison-Kotler class system, a method structured according to cellularity, layering, replaced region, material used, an permanence. Of these, 68 (89%) were categorized as acellular dermal substitutes, largely replac from human placental membranes and animal tissue sources. Acellular dermal substitutes prepa natural biological materials are the most common commercially available skin substitute graft prc treating or managing chronic wounds. Cellularity is a significant difference among skin substitute the presence of cells raises the rejection risk and production complexity. This category includes decellularized donated human dermis (14 products recognized), human placental membranes (2 products recognized), and animal tissue (21 products recognized). Less products are prepared fr synthetic materials (two products recognized) or a blend of natural and synthetic materials (two p recognized). A limited number of skin substitute graft products are acellular replacements for bot epidermis and dermis (one product recognized). Only eight products were recognized that conta and would be classified in the cellular grouping.[2]

Three systematic reviews and 22 RCTs studied the utilization of 16 distinct skin substitute grafts, comprising acellular dermal substitutes, cellular dermal substitutes, and cellular epidermal and d substitutes in DFUs, pressure ulcers, and VLUs. Twenty-one ongoing studies (all RCTs) assesse additional nine skin substitute grafts with comparable classifications. It was noted that studies se reported clinical outcomes, such as amputation, wound recurrence at least two weeks after treat ended, or patient-related outcomes, such as return to function, pain, exudate, and odor. This rev that more studies are needed to assess the effectiveness of most skin substitute grafts, and stud to be better designed and include clinically relevant outcomes.[2]

Of the 22 included RCTs, 16 studies contrasted a skin substitute graft with SOC. The SOC for ea type involved sharp debridement, glucose control, compression bandages for VLUs, pressure redistribution support surfaces for pressure ulcers, infection control, offloading, and daily dressin with a moisture-retentive dressing, such as an alginate or hydrocolloid type dressing. Though 85 studies examining acellular dermal substitutes portrayed the experimental intervention as favora SOC for wound healing and quicker time to heal, inadequate data is available to determine whet recurrence or other sequela are less frequent with acellular dermal substitutes. Only three studie contrasted cellular dermal substitutes with SOC. Clinical evidence for cellular dermal substitutes limited by the lack of robust, well-controlled clinical trials.[2]

Of the six head-to-head comparative studies, results from five studies did not show substantial d between skin substitute grafts in outcomes measured at the latest follow-up (>12 weeks). One st concluding at 12 weeks described a substantial difference in wound healing favoring an acellular

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

skin substitute graft over a cellular epidermal and dermal skin substitute graft. Another study con two acellular dermal substitutes and seemed to have deliberately underpowered one arm of the s statistical significance was not sought or expected for this study arm. Of the two studies reporting recurrence, one study described comparable recurrence, while the other study reported no recur 26 weeks. The current evidence base, as portrayed by the authors for the literature reviewed, ma inadequate to determine whether one skin substitute graft product is superior to another.[2]

Industry sponsored 20 of the 22 RCTs in this review, which presents concerns regarding bias for studies. The AHRQ technical brief also noted that a skin substitute's commercial availability is no reflection of its legal status. Manufacturers self-determine whether their HCT/P may be marketed FDA preapproval and frequently misunderstand or mischaracterize the conditions they must mee product to be regulated solely for communicable disease risk.[2] The Code of Federal Regulations was referenced; 21 CFR 1271.10(a). Also, the 'FDA Announces Comprehensive Regenerative M Policy Framework'[5] was referenced.

**Systemic Review and Meta-Analysis**

Santema et al[16] provided a systematic review and meta-analysis to assess the efficiency of skin grafts utilized for the treatment of DFUs regarding ulcer healing and limb salvage. Using the Coc Collaboration methodology, 17 clinical trials were identified, which included a total of 1,655 rando study participants with diabetic foot ulceration. The number of study participants per clinical trial from 23 to 314. Fourteen studies included chronic or difficult to heal ulcers that were present for minimum of two, four or six weeks.[16]

Skin substitute grafts were contrasted with SOC in 13 trials. The results collectively demonstrate SOC treatment, together with skin substitute grafts, enhance the chances of attaining complete u closure in contrast to SOC alone after six to 16 weeks (risk ratio [RR] 1.55, 95% confidence inter 1.30 to 1.85, low quality of evidence). Apligraf/Graftskin, Epifix, and Hyalograft 3D were the only products that demonstrated a statistically substantial beneficial effect on complete ulcer closure ( epithelialization without any evidence of drainage or bleeding). Four clinical trials contrasted two types of skin substitute grafts, although no product demonstrated a greater effect over another. S the trials evaluated the efficacy of a bioengineered skin substitute graft. Only one trial evaluated efficacy of a nonbioengineered skin graft.[16]

The total occurrence of lower limb amputations was only reported for two trials and the results fo two trials collectively produced a substantially lower amputation rate for individuals treated with s substitute grafts (RR 0.43, 95% CI 0.23 to 0.81), though the absolute risk difference (RD) was sr (-0.06, 95% CI -0.10 to -0.01, very low quality of evidence). Of the included studies, 16 reported adverse events (AEs) in different ways, although there were no reports of a substantial differenc incidence of AEs between the intervention and the control group. Additionally, support of long-ter effectiveness is lacking. Noted limitations included a variable risk of bias among the studies, the blinding (i.e., study participants and investigators knew which patients were receiving the experin therapy and which patients were receiving the standard therapy), and 15 of the studies conveyed involvement; the majority of which did not indicate if the industry applied any limitations regarding analysis or publication.[16]

Jones et al[17] provided a fourth update for a systematic literature review to evaluate the effect of s for the treatment of VLUs. Using the Cochrane Collaboration methodology, one new trial was ide generating a total of 17 RCTs, which included a total of 1,034 study participants. The studies cor participants of any age, in any care setting, and with VLU. Given the process for diagnosis of ver ulceration differed between studies, a standard definition was not applied. The trials also involve participants with arterial, mixed, neuropathic, and diabetic ulcers provided that the outcomes for with venous ulcers were conveyed separately. To be included in the review, trials also had to rep least one of the primary outcomes (i.e., objective measures of healing, such as relative or absolu change in ulcer area, time for complete healing, or proportion of ulcers healed within the trial per

Eleven studies contrasted a graft with SOC. Two of these studies (102 patients) contrasted an au with a dressing, three studies (80 patients) contrasted a frozen allograft with a dressing, and two (45 patients) contrasted a fresh allograft with a dressing. Two studies (345 patients) contrasted a engineered skin (bilayer artificial skin) with a dressing. In two studies (97 patients) a single-layer

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

replacement was contrasted with SOC.[17]

Six studies contrasted alternative skin grafting techniques. The first study (92 patients) contraste autograft with a frozen allograft, a second study (51 patients) contrasted a pinch graft (autograft) porcine dermis (xenograft), the third study (110 patients) contrasted growth-arrested human kera and fibroblasts with a placebo, the fourth study (10 patients) contrasted an autograft delivered or pads with an autograft delivered on porcine gelatin microbeads, the fifth study (92 patients) contr meshed graft with a cultured keratinocyte autograft, and the sixth study (50 patients) contrasted keratinocyte allograft with a lyophilized (freeze-dried) keratinocyte allograft.[17]

Overall, the results show that substantially more ulcers healed when treated with bilayer artificial with dressings. There was inadequate evidence from the other trials to establish whether other ty skin grafting improved the healing of venous ulcers. The authors concluded that bilayer artificial together with compression bandaging, improves venous ulcer healing contrasted with a simple d plus compression.[17]

It was noted that the overall quality of the studies reviewed was poor, thus affecting the risk of in bias. Many of the studies did not convey inclusion criteria, insufficient information was provided r randomization techniques, and withdrawals and AEs were inadequately reported. Deficient data withdrawals and the inclination to perform per-protocol analyses rather than intention-to-treat (IT analyses signify that the outcomes in the original study documentation may be biased.[17]

**Clinical Trials for Skin Substitute Grafts/CTPs for Diabetic Foot Ulcers**

Barbul et al[18] conducted a retrospective, matched-cohort study to establish the efficacy of a cryo human bioactive split-thickness skin allograft (BSA) (i.e., TheraSkin®) plus SOC when contrasted alone for the treatment of diabetic ulcers. Data was obtained from electronic medical records (EM initial pool of 650,309 diabetic ulcers for patients treated at 470 outpatient wound care centers in from January 1, 2012, to October 25, 2018.

Primary inclusion criteria included: 1) Adults ≥ 18 years of age; 2) DFU, Wagner grade 1-4 prese 30 days for individuals diagnosed with Type 1 or Type 2 diabetes; 3) Ulcer sited on foot, leg, or t Wound area ≥ 1 $cm^2$ and ≤ 50 $cm^2$. Primary exclusion criteria included: 1) Ulcers treated at skille facilities; 2) Ulcers treated with advanced biological products other than BSA; 3) Individuals in th cohort who received any cellular and/or tissue-based products; and 4) Individuals who showed ≥ closure of their wounds four weeks before the study treatment period.[18]

Following elimination of ineligible patients and those missing important information (i.e., wound characteristics) and/or lack of treatment documentation, data included a total of 778 patients who treated with the BSA (treatment cohort) (mean age 65.67) and these study participants were pair 778 patients (mean age 62.95) drawn from a pool of 126,864 patients treated with SOC alone (c cohort), by utilizing propensity matching to create almost identical cohorts. Complications and comorbidities for both groups included Alzheimer's disease, coronary artery disease, cellulitis, ch obstructive pulmonary disease, congestive heart failure, end stage renal disease, immunosuppre conditions, morbid obesity, peripheral vascular disease (arterial and venous), smoking status, an insufficiency. Although the disparity in body mass index (BMI) improved with propensity matching noteworthy difference remained between groups with those in the BSA cohort having a substanti higher mean BMI than those in the control cohort ($p < 0.002$).[18]

Both cohorts received SOC treatment involving debridement, offloading, and application of any k nonbiologic wound dressings, such as hydrogels, saline-moistened gauze, and antimicrobial dre Study participants who received a BSA may have utilized any or all of the same dressings.[18]

Amputation rates and recurrence at three months, six months, and one year after wound closure analyzed. Diabetic ulcers were 59% more likely to close in the treatment cohort contrasted to the cohort ($p$=0.0045). The healing rates with the BSA were greater than with SOC across multiple s but the most substantial improvement was noted in the worst wounds that had a duration of 90-1 prior to treatment ($p$=0.0073), exposed deep structures ($p$=0.036), and/or Wagner Grade 4 ulcers ($p$=0.04). Additionally, the reduction in recurrence was substantial at three months, six months, a year, with and without initially exposed deep structures ($p < 0.05$). The amputation rate in the trea

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

cohort was 41.7% less than that of the control cohort at 20 weeks (0.9% vs. 1.5%, respectively). study showed that diabetic ulcers treated with a cryopreserved bioactive split-thickness skin allo more likely to heal and stay closed contrasted to ulcers treated with SOC alone.[18]

Cazzell et al[19] performed a prospective, randomized, controlled, open-label trial with a primary o contrast the healing rates of a human decellularized acellular dermal matrix (D-ADM) for chronic with a SOC arm and an active comparator, human acellular dermal matrix (ADM) arm for the trea DFUs. Secondary objectives studied differences in time to wound closure, economic burden, qua questionnaires and product utilization between D-ADM, SOC, and a second active comparator h ADM.

Inclusion criteria included, but was not limited to: 1) Enrolled study participants must have the ca comply with offloading and dressing change requirements; 2) The wound of focus must have bee and receiving SOC for 30 days with an area ≥ to 1 $cm^2$ and < than 25 $cm^2$; 3) Patients must be b 21 and 80 years of age, have a single DFU of focus with a Wagner Ulcer Classification Grade of and no infection present; and 4) Patients must have had acceptable circulation to the affected ar specified as having at least one of the following criteria within the past 60 days: TCOM at the do the foot ≥ 30 mmHg, ABI ranging from 0.8 - 1.2, or at least biphasic Doppler arterial waveforms a dorsalis pedis and posterior tibial arteries.[19]

Exclusion criteria included, but was not limited to: 1) Patient had wound treatments including bio topical growth factors within 30 days prior to screening; 2) Patient had circulating HbA1c > 12% days of the screening visit, serum creatinine concentrations of 3.0 mg/dL or > within 30 days bef screening; 3) The presence of peripheral vascular disease, active infection or untreated maligna Charcot's disease, or necrosis, purulence, or sinus tracts unable to be removed by debridement; had a revascularization procedure aimed at improving blood flow in the target limb, or received a skin equivalent within four weeks before screening; and 5) Patient has a sensitivity to lincomycin gentamicin, polymyxin B, vancomycin, polysorbate 20, N-lauroyl sarcosinate, benzonase, or glyc

Patients with a diagnosis of diabetes mellitus on a stable treatment regimen (no modifications in for 30 days prior to screening) who visited the clinic for care of a chronic lower extremity ulcer ar above inclusion criteria and none of the exclusion criteria were asked to join the study. In this reg study enrolled 168 DFU patients in 13 centers across nine states in the U.S. Patients were rando into one of three treatment arms; D-ADM (DermACELL®), SOC wound management, or GJ-ADM (GraftJacket™) at a ratio of 2:2:1. The authors of this study indicated that the active comparator a GJ-ADM was not intended to compare the difference between the ADMs as several articles have the safety and efficiency of GJ-ADM; this arm was added to the study to determine a baseline AD healing rate.[19]

Numbered envelopes holding the treatment designation were arranged by an outside contract re organization and the study investigators were blinded to the randomization codes matching each envelope. After a patient successfully passed screening to be in the study, the investigator would envelope to ascertain which randomized arm the patient was assigned to. The ADM is visible up application; therefore, it would have been impossible to continue blinding the investigator once tr was applied. Therefore, as a secondary examination to avoid bias, a clinician, blinded to the trea assessed the wound images for confirmation of healing condition.[19]

Initially, the wound beds were debrided with a sharp blade, scissors or Versajet system to remov tissue for study participants in all three treatment groups. Wound size was recorded using an ima system pre-and post-debridement as well as before dressing applications. The wound areas wer calculated by the imaging system and utilized for subsequent analysis of the wound areas.[19]

Patients in the D-ADM arm and the GJ-ADM arm had the appropriate ADM dressing applied and with a nonadherent dressing. A second ADM was applied between two weeks (at a minimum) ar weeks (at the latest) after the first D-ADM application. Patients could have a maximum of two AD applications, which included the first application at baseline. Wounds in the conventional care ar provided with wound therapy involving alginates, foams, or hydrogels. The treating provider then either a moist or dry gauze to be placed over the wound. In all three treatment arms, the dressin the wound for a minimum of five days, but no more than nine days, (7 days ± 2 days) until the ne and dressings were only changed by the study team. Also, during following weekly visits, debride

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

 Wolters Kluwer

used to remove necrotic tissue, as needed. In addition, off-loading utilizing a removable cast wal diabetic shoe, surgical shoe, walker cast, or a total contact cast was essential for all treatment ar unless the investigator considered it to be inappropriate, such as situations involving a wheelcha patient or if the wound was located on the dorsal surface of the foot. Though either removable or nonremovable offloading techniques were permitted, 95% of all patients used some type of remo method; 68% of patients used removable boots and 16% of patients used surgical shoes.[19]

Wounds were assessed on a weekly basis until wound closure was noted or the patient complete weekly follow-up visits. Wound closure was defined as 100% re-epithelialization of the wound wi drainage. A second visit was scheduled two weeks after the initial wound closure was noted to v complete wound closure. Additionally, all healed wounds were followed at four, eight and 12 wee confirmation of complete wound closure to determine if the wound remained healed.[19]

A total of 168 patients were included in this study: 71 patients in the D-ADM arm, 69 patients in t arm, and 28 patients in the GJ-ADM arm. Patients that withdrew from the study prematurely beca severe adverse events (SAEs), which affected the ability to follow the wound of focus, offloading compliance, or ≥ 25% missed visits involved 18 patients in the D-ADM arm, 13 patients in the SC and five patients in the GJ-ADM arm. To this end, 53 patients remained in the D-ADM arm and 4 patients received one application, 56 patients remained in the SOC arm, and 23 patients remain GJ-ADM arm and 16 of these patients received only one application. The percentage of overall e withdrawals and the percentage of SAEs were comparable between the three treatment groups l relative population size ($p \geq 0.05$).[19]

Baseline ulcer features, including wound size, were comparable between the three ITT arms. Th age for patients in the D-ADM arm was 59.1, 56.9 in the SOC arm, and 58.5 in the GJ-ADM arm mean HbA1c at screening was 8.51% in the D-ADM arm, 8.38% in the SOC arm, and 7.63% in t ADM arm. Patients diagnosed with Type 2 diabetes involved 93.5% of the enrolled population, w randomized to D-ADM, 97.1% randomized to SOC, and 92.9% randomized to GJ-ADM. The trea prescribed for diabetes control were evenly dispersed across study arms, thus eliminating the pc confounding effect of insulin levels on cell responses and healing. Also, it was noted that almost study participants (41.1%) were current or past smokers and 58.9% had never smoked. Addition majority of patients in all three arms of the study had ulcers classified as Wagner class 2 (ulcers extend into tendon or capsule); D-ADM arm (83.1%), SOC arm (79.7%), and GJ-ADM arm (82.1

Patients were followed for 24 weeks for all three treatment arms. Results for the per protocol pop showed that a single application of D-ADM showed a substantially greater wound healing probab comparison to SOC across all three endpoints at Week 12 (65.0% vs. 41.1%; HR = 1.969; 95% ( 1.1-3.5; $p$=0.0123), Week 16 (82.5% vs. 48.1%; HR = 2.397; 95% CI = 1.4-4.1; $p$=0.0003), and V (89.7% vs. 67.3%; HR = 2.107; 95% CI = 1.3- 3.5; $p$=0.0008). Patients in the D-ADM arm who re applications also demonstrated a substantially greater wound healing probability over SOC durin up visits at Week 16 (67.9% vs. 48.1%; HR = 1.716; 95% CI = 1.04-2.831; $p$=0.0283) and Week (83.7% vs. 67.3%; HR = 1.546; 95% CI = 0.9821-2.435; $p$=0.0489). The patients in the D-ADM a received only one application exhibited wound healing in an average of nine weeks, whereas pat the conventional arm showed wound healing in an average of 16.5 weeks ($p$=0.0020). No substa differences were observed between patients in the GJ-ADM arm and patients in the SOC arm or patients in the D-ADM and GJ-ADM arms.[19]

The SF-36 v2.0 (Optum, Inc.) was utilized to acquire the perception of general health in eight are each study participant. The average, overall SF-36 scores at the end of the study were 425 for D 430 for SOC, and 404 for GJ-ADM. There were no substantial differences between treatment arr overall total score or in any of the eight areas. Also, a limitation noted for this study indicates tha manufacturer of the D-ADM (DermACELL®) sponsored this trial.[19]

Driver et al[20] conducted The Foot Ulcer New Dermal Replacement Study (FOUNDER) to assess safety and effectiveness of the Integra Dermal Regeneration Template (IDRT) (i.e., Omnigraft® D Regeneration Matrix) for the treatment of nonhealing DFUs. The study was a multicenter, randor controlled, parallel group clinical trial performed under an Investigational Device Exemption. This was designed based on guidelines from the FDA for creating products to treat chronic cutaneous The FOUNDER study involved 32 clinical sites and 307 patients that were randomized into two p groups.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

The primary inclusion criteria included: 1) Established Type 1 or Type 2 diabetes with a HbA1c ≤
Patients ≥ 18 years of age; 3) Presence of a full-thickness neuropathic ulcer positioned distal to
malleolus; 4) The ulcer of focus must have been in existence for greater than 30 days with the ul
between 1 and 12 $cm^2$ post-debridement; and 5) Satisfactory vascular perfusion as defined by A
and ≤ 1.2 or toe pressure > 50 mmHg or transcutaneous oxygen pressure (TcPO2) > 40 mmHg
ultrasound consistent with sufficient blood flow to the affected extremity.[20]

The primary exclusion criteria were active infection involving osteomyelitis, exposed capsule, ter
bone, and reduction of wound ≥ 30% during the screening interval. The trial was separated into t
phases: screening/run-in, randomization/treatment, and follow-up. Patients entered the screenin
phase after providing written consent and underwent a series of screening evaluations and a 14-
period in which patients received SOC treatment on the ulcer of focus to establish eligibility for th
The following procedures were performed during the run-in period for the ulcer of focus: 1) Infect
exudate evaluation; 2) Sharp debridement; 3) Measurement of the deepest aspect (post-debride
Photograph (pre- and post-debridement); 5) Tracing for planimetric evaluation (post-debridemen
that involved sharp debridement followed by application of a moist wound therapy consisting of 0
sodium chloride gel and a secondary dressing involving a nonadherent foam dressing, an outer g
wrap, and an offloading/protective device (i.e., Active Offloading Walker [boot and/or shoe]); and
Patients were instructed on the SOC treatment for daily dressing changes.[20]

Other patient evaluations conducted during the run-in period included: A medical history; medica
usage; therapies; physical examination; and neuropathic, laboratory, and vascular perfusion ass
Once the patients completed the screening/run-in phase, patients were then assessed to determ
continued satisfaction of eligibility criteria. The ulcer of focus was then debrided using sharp deb
prior to the first treatment. Also, a planimetric evaluation was performed (blindly by a central labo

Patients with study ulcers that had healed < 30% in the run-in period were randomized using a s
algorithm at a central location in mixed blocks of two and four in a 1:1 ratio to the active or contro
treatment. Randomization was stratified by study location and wound size (≤ 3 $cm^2$ versus > 3 cr
Treatment started on the day of randomization as assigned and the treatment phase continued u
patient had 100% wound closure or for up to 16 weeks. The SOC was the control treatment and
was the active treatment. The SOC treatments were just as described in the screening/run-in pha
daily dressing changes were done either by the patient in the control group or by a trained careg

For the active treatment group, fenestrating and meshing of the IDRT was acceptable to allow fo
and in the presence of exudating wounds or hematomas. The IDRT was placed on the debrided
trimmed to size, and secured with sutures or staples, and covered with a secondary dressing. W
collagen layer was replaced by new tissue, typically in 14 to 21 days after application, the silicon
the IDRT was removed. Re-applications of the IDRT were done as deemed necessary by the inv
The site personnel performed the secondary dressing changes for the active treatment group on
basis.[20]

Wounds were assessed on a weekly basis during the treatment phase or until wound closure wa
visit was scheduled one week after the initial wound closure was noted to verify complete wound
An additional visit was then scheduled for confirmation of wound closure. Following completion o
treatment phase, all patients were followed every four weeks during the 12-week follow-up phase

Complete closure of the ulcer of focus during the treatment phase (16 weeks) (defined as 100%
epithelialization of the wound surface with no discernable exudate and without drainage or dress
needs), was substantially greater in the active group (51%; 79/154) in contrast to the control grou
49/153, $p$=0.001). Comparable results were observed when wound closure was evaluated by
computerized planimetry: 50% (77/154) in the active group and 31% (48/153) in the control grou
($p$=0.001). The probabilities of complete wound closure established at the end of the treatment p
were 2.2 times higher (95% CI = 1.4, 3.5; $p$=0.001) for the active group contrasted with the contr
Assessment using planimetric data to evaluate wound closure was consistent with an odds ratio
(95% CI = 1.3, 3.5; $p$=0.001). When complete wound closure was evaluated at 12 weeks, the res
substantially different between the two groups (45% active [70/154] vs. 20% control [31/153]; $p$ <
The probabilities of complete wound closure at 12 weeks were 3.3 times higher (95% CI = 2.0, 5
0.001) for the active group contrasted with the control group. The average number of application

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

individual, including the initial application, for the active group was one (range 1-15).[20]

The degree of decrease in wound size was 7.2% per week for the active group vs. 4.8% per wee control group ($p$=0.012). At the end of the follow-up phase, ulcer recurrence was experienced by the active treatment group and by 26% of the control treatment group ($p$=0.32). Quality of life dat demonstrated substantial improvements in physical functioning ($p$=0.047) and bodily pain ($p$=0.0 active group contrasted with the control group.[20]

Most AEs in both groups were mild. Severe AEs were incurred by 15.6% of patients in the active and by 26.8% in the control group ($p$=0.016). Moderate AEs were incurred by 31.8% of patients i active group and by 42.5% of patients in the control group ($p$=0.053). The AEs possibly linked to treatment were comparable in both treatment groups (7/154 [4.5%] in the active group vs. 8/153 the control group). Also, a limitation noted for this study is the manufacturer of the IDRT used in treatment group sponsored this trial.[20]

Lavery et al[21] performed a prospective, multi-center, randomized, single-blinded study to contras effectiveness of a human viable wound matrix (hVWM) (i.e., Grafix®) to standard wound care in chronic DFUs from May 2012 to April 2013. The primary outcome was the percentage of patients complete wound closure by 12 weeks. Complete wound closure was defined as 100% re-epithel with no wound drainage. Secondary outcomes encompassed the time to wound closure, AEs, ar closure in a crossover phase.[21]

Primary inclusion criteria included: 1) Established Type 1 or Type 2 diabetic patients 18-80 years 2) Diabetic ulcer present for four to 52 weeks; and 3) Diabetic ulcer positioned below the malleol plantar or dorsal surface of the foot and ulcer 1 to 15 $cm^2$ in size. Primary exclusion criteria inclu HbA1c above 12%; 2) Indication of active infection, including osteomyelitis or cellulitis; 3) Insuffic circulation to the affected foot defined by an ABI < 0.70 or > 1.30, or toe brachial index ≤ 0.50 or study with insufficient arterial pulsation; 4) Exposed muscle, tendon, bone, or joint capsule; and 5 Decrease of wound area by ≥ 30% during the screening period.[21]

After a one-week screening period, patients were randomized to the active treatment arm (i.e., h control treatment arm (i.e., standard wound care) in a 1:1 ratio. Patients in the active treatment g received an application of hVWM once a week (± 3 days) for up to 84 days (blinded treatment ph Patients in the control group received SOC wound therapy once a week (± 3 days) for up to 84 d wounds were cleaned and surgically debrided to remove all non-viable soft tissue from the woun scalpel, tissue nippers and/or curettes at each weekly visit.[21]

Wounds in both groups received SOC that involved surgical debridement, off-loading and non-ac dressings and either saline moistened gauze or an absorbent foam dressing for moderately drair wounds. Also, an outer dressing was applied. In addition, walking boots were provided for patien wounds on the sole of the foot and post-op shoes were provided for patients with wounds on the of the foot or at the ankle.[21]

Patients were evaluated weekly at the clinical site. Patients who attained complete wound closur continued to be assessed during the follow-up phase, twice during the first month and then mont additional visits. Patients in the control group whose wounds were not closed by the end of the b treatment phase were able to receive the hVWM in the open-label treatment phase, in which the was applied weekly for up to 84 days.[21]

During screening, 139 patients were assessed. A total of 42 patients failed screening and of thes were excluded due to a decrease of their wound areas by ≥ 30% during the screening period. A patients were randomized: 50 to the active treatment arm and 47 to the control arm.[21]

The percentage of patients who attained complete wound closure was substantially higher in the treatment group (62%) compared with the control group (21%, $p$=0.0001). The average time for l was 42 days in the active treatment arm contrasted with 69.5 days in the control arm ($p$=0.019). were less AEs in the active arm (44% versus 66%, $p$=0.031) and less wound-related infections ( versus 36.2%, $p$=0.044). Among the study participants that healed, ulcers remained closed in 82 patients (23 of 28 patients) in the active group versus 70% (seven of 10 patients) in the control g ($p$=0.419). The authors concluded that treatment with the hVWM substantially improved DFU hea

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

contrasted with SOC therapy. A limitation noted for this study is the manufacturer of the hVWM u
active treatment group sponsored this trial.[21]

Sanders et al[22] performed a prospective, multi-center, randomized, controlled trial to contrast an
engineered, human fibroblast-derived dermal skin substitute graft (HFDS) (i.e., Dermagraft®) to a
biologically active cryopreserved human skin allograft (HSA) (i.e., TheraSkin®) in the treatment c
The primary objectives were to establish the relative number of DFUs healed (100% epithelizatic
drainage) and the number of grafts needed by week 12. Secondary objectives involved the perce
DFUs healed at weeks 16 and 20, time to heal during the study and wound size progression.[22]

Primary inclusion criteria included: 1) Established Type 1 or Type 2 diabetic patients > 18 years
HbA1C < 12%; 3) Full-thickness foot ulcer existing > 30 days; 4) Ulcer > 1 $cm^2$ and < 10 $cm^2$ in s
at least 2 cm between study ulcer and other ulcers; and 5) ABI > 0.65, toe pressure > 50 mmHG
TcPO2 > 20 mmHG. Primary exclusion criteria included: 1) Wound infection or gangrene of the f
Patient has received oral or parenteral corticosteroids, immune-suppressive or cytotoxic drugs w
last 12 months; and 3) Treatment with growth factors or bioengineered skin substitute grafts with
past 30 days.[22]

A total of 23 patients participated in the study at two hospital-based wound care centers in three
During the first phase, screening was performed, and eligible patients were randomly assigned t
HFDS treatment group (12 patients) (mean age 57) or the HSA treatment group (11 patients) (m
60) using a series of sealed envelopes employing a block randomization technique that describe
treatment to be applied. During the second phase (one week later), the treatment phase started
continued for 12 weeks. All wounds (both groups) were debrided to remove nonviable tissue anc
from the wound surface and adjacent wound perimeter and then cleansed with saline. Afterward
initial application of the biologically active product was applied as randomly assigned and all wou
then covered with a non-adherent dressing and were offloaded with ½ inch felt as part of an ape
of device. All patients were then given a healing sandal developed from a surgical shoe or a fixe
boot.[22]

Patients in the HSA group received a product application every other week and patients in the H
group were treated every week with wounds prepared as described above prior to application of
product. Since both products have a distinctive appearance, it was not possible to conceal the ty
product used during wound assessments. Wounds were photographed at each visit and the mar
wounds were traced along the inner edge of the margins.[22]

At week 12, patients with an unhealed wound continued into the third phase (follow-up) for treatr
assessment for up to eight more weeks. After the week 12 visit, no additional biologically active
were used in either treatment group. In this phase, wounds were treated with saline-moistened g
debridement as needed. Patients with ulcers verified to be healed were scheduled for a confirma
Patients with incomplete wound closure continued to be evaluated though week 20; subsequent
was then provided outside the scope of the study.[22]

There were no substantial differences discerned between patient demographics and wound attril
baseline in the two treatment groups. At week 12, seven (63.6%) wounds in the HSA treatment g
versus four (33.3%) in the HFDS treatment group were healed ($p$=0.0498). At the end of week 2(
of wounds in the HSA group versus 66.67% of wounds in the HFDS group were healed ($p$=0.428
Among the subset of wounds that healed during the first 12 weeks of treatment, a mean of 4.36
2-7) HSA grafts were applied versus 8.92 (range 6-12) in the HFDS subset group ($p$< 0.0001, SE
0.77584). Time to healing in the HSA group was substantially less (8.9 weeks) than in the HFDS
(12.5 weeks) (log-rank test, $p$=0.0323). The results of this study showed that, after 12 weeks of c
DFUs treated with HSA are probably twice as likely to heal as DFUs managed with HFDS with a
the number of grafts required. Limitations noted for this study are the small sample size and the
manufacturer of the HSA product used in one of the active treatment groups sponsored this trial.

Zelen et al[23] performed a prospective, randomized, controlled, multicenter study to evaluate the
rates, safety, and cost using an open-structure human reticular acellular dermis matrix (HR-ADM
AlloPatch® Pliable™) plus SOC to facilitate wound closure in DFUs compared to treatment with S
alone. The trial was conducted from December 2014 to November 2015 at five outpatient wound
centers in Virginia and Ohio.[23]

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Primary inclusion criteria included: 1) Patients with Type 1 or Type 2 diabetes with a non-healing neuropathic foot ulcer that failed a minimum of four weeks of documented conservative care; 2) renal function as shown by a serum creatinine level < 3.0 mg/dl; and 3) Sufficient circulation to th extremity within the past 60 days as evidenced by TCOM with result ≥ 30 mmHg, ABI with result and ≤ 1.2 or Doppler arterial waveforms, which were triphasic or biphasic at the ankle of the affe

All eligible patients meeting inclusion and exclusion criteria were treated with SOC alone, which surgical debridement, for a two-week screening period and patients whose index wound had not greater than 20% at two weeks were then considered eligible for the study. A total of 40 study pa were eligible for enrollment in the study and were randomized to HR-ADM plus SOC (n = 20) (HI applications weekly) or SOC alone (n = 20) (daily dressing changes). There were no significant g differences regarding patient and wound attributes, with the exception of the average wound are was larger in the HR-ADM group (4.7 $cm^2$) contrasted with the SOC group (2.7 $cm^2$).[23]

The primary outcome of this study focused on a comparison of wound healing at six weeks using plus SOC versus SOC alone. Wounds were considered as healed if there was complete (100%) epithelization with no drainage and no need for a dressing. Secondary outcomes involved compa healing at 12 weeks, time to heal at six and 12 weeks, graft count, wastage, and assessment of cost to closure. An ITT method was utilized for all analyses. At six weeks, 65% (13/20) of the HR treated ulcers had healed contrasted with 5% (1/20) of the ulcers treated with SOC alone (*p*=0.0 The decrease in the wound area size between the groups changed significantly over time, with a time to heal within six weeks of 28 days (95% CI: 22-35 days) for the HR-ADM group contrasted days (95% CI: 40-43 days) for the SOC group. After adjusting for area of wound at randomizatio hazard ratio (HR) for HR-ADM contrasted with SOC was 168 (95% CI: 10-2704), *p*=0.00036. Te participants from the SOC group (50%) and one patient from the HR-ADM group (5%) discontinu study at six weeks per protocol as their wound failed to decrease in area by at least 50%.[23]

At 12 weeks, 80% (16/20) of the HR-ADM-treated ulcers had healed contrasted with 20% (4/20) ulcers treated with SOC alone (*p*=0.00036). The average time to heal within 12 weeks was 40 da CI: 27-52 days) for the HR-ADM group contrasted with 77 days (95% CI: 70-84 days) for the SO (*p*=0.00014).[23]

The average number of HR-ADM grafts used to achieve closure per ulcer was 4.7 (SD=3.3). The percentage of wastage (healed wounds only) was 51.7% (SD: 10.7; n = 16). There was no occur increased AEs or SAEs between groups, or any AEs related to the graft. This study concluded th of HR-ADM plus SOC is more effective in the treatment of DFUs than with SOC alone. This stud limited by the patients being unblinded to treatment allocation and the study was funded by the manufacturer of the HR-ADM graft.[23]

**Clinical Trials for Skin Substitute Grafts/CTPs for Venous Leg Ulcers**

Cazzell[24] conducted a multicenter, randomized, controlled, open-label trial designed to evaluate and efficacy of human decellularized acellular dermal matrices (D-ADM) contrasted with SOC management in patients with chronic VLUs. This exploratory pilot study included eight implanting from seven medical centers in five states that enrolled patients with VLUs. The study participants randomly assigned to the D-ADM (i.e., Dermacell AWM®) treatment arm or a SOC treatment arn ratio. Numbered envelopes holding the treatment designation were arranged by an outside contr research organization and the study investigators were blinded to the randomization codes matc envelope. After a patient successfully passed screening to be in the study, the investigator woul envelope to ascertain which randomized arm the patient was assigned to. The D-ADM is visible application; therefore, it would have been impossible to continue blinding the investigator once tr was applied. Therefore, as a secondary examination to avoid bias, a blinded, independent adjud assessed the healing condition of all wounds.[24]

Primary inclusion criteria included: 1) Adults ≥ 21 and ≤ 80 years of age; 2) Presence of a single VLU with a CEAP ulcer classification Grade 6; 3) Duration of the target VLU ≥ 60 days; 4) Abser infection; 5) VLU area ≥ 1 $cm^2$ and < 25 $cm^2$, depth ≤ 9 mm; and 6) Able to comply with offloadir dressing change stipulations. Primary exclusion criteria included: 1) HbA1c < 12% within 90 days screening visit; 2) Serum creatinine ≥ 3.0 mg/dL within 30 days of screening; 3) Application of bi

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

topical growth factors or living skin equivalents to the target VLU within 30 days of screening; 4) revascularization procedure to increase blood flow in the target limb; 5) Sensitivity to possible D-processing reagents (e.g., gentamicin, polymyxin B, vancomycin, N-lauroyl sarcosinate, Benzon glycerol); and 6) Manifestation of severe peripheral vascular disease, active infection, untreated malignancy, active Charcot's disease, necrosis, purulence, or sinus tracts in the ulcer unable to b removed by debridement.[24]

Eighteen patients were included in the D-ADM arm (mean age 64.6) and 10 patients in the contr (mean age 61.8). Initially, all wounds for both groups were debrided to remove necrotic tissue uti sharp blade, scissors, or Versajet system. Wound size was recorded using an imaging system p post-debridement as well as before dressing application. Patients in the treatment arm had the D applied and covered with a nonadherent dressing. A second D-ADM was applied between two w minimum) and 12 weeks (at the latest) after the first D-ADM application. Patients could have a m of two D-ADM applications, which included the first application at baseline.[24]

Wounds in the SOC arm were provided with wound therapy involving alginates, foams, or hydro treating provider then selected either a moist or dry gauze to be placed over the wound and left i for 7 ± 2 days, which was only to be removed during weekly visits. During the weekly visits, debr was used to remove necrotic tissue, as needed.[24]

Compression therapy was used in the treatment and control arms. Wounds were assessed on a basis until wound closure was noted or the patient completed 24 weekly follow-up visits. Wound was defined as 100% re-epithelialization of the wound without drainage. A second visit was sche weeks after the initial wound closure was noted to verify complete wound closure. Additionally, a wounds were followed at four, eight, and 12 weeks after confirmation of complete wound closure determine if the wound remained healed.[24]

The primary outcome of the study contrasted the full wound closure rates between the two group second outcome of the study involved contrasting the decrease in wound size over time, time to closure, and treatment-related AEs. Twenty-eight patients completed at least 12 weeks of follow- patients in the D-ADM arm and 10 in the SOC arm. Of the 18 patients receiving the D-ADM, nine received a second application during the study. At 24 weeks, patients in the D-ADM arm demons strong trend of reduction in the wound area, with a mean reduction of 59.6%, in comparison to th arm, with a mean reduction of 8.1%. Also, the wound areas in the SOC arm increased more than size for one-third (3/9) of the patients. Furthermore, healed ulcers in the D-ADM arm stayed clos significantly greater rate after initial confirmation of complete wound closure than healed ulcers in control arm. Limitations noted for this study included a small patient population with an unbalanc proportion between the two groups (2:1) that ensured a low probability of achieving statistical sig the lack of blinding for the study investigators, and the study was funded by the manufacturer of ADM graft.[24]

Harding et al[25] conducted an open label, prospective, multicenter, randomized controlled study t assessed the human fibroblast-derived dermal substitute (HFDS) (i.e., Dermagraft®) in addition t layer compression therapy contrasted with compression therapy alone in the treatment of VLUs. primary outcome variable was the proportion of patients with completely healed study ulcers by 1 Complete healing was characterized by having a closed wound (with full epithelization and no ex scab) for two consecutive weekly visits.[25]

Primary inclusion criteria included: 1) Individuals ≥ 18 years of age referred to participating facilit in the United Kingdom (UK), Canada or the U.S.; 2) Presence of a VLU between the knee and a existing for at least two months and ≤ 5 years prior to screening; 3) Size of VLU 3-25 $cm^2$ withou exposure of muscle, tendon or bone; 4) Presence of a clean, granulating base with negligible ad slough, suitable for a skin graft; and 5) ABI of 0.8 to 1.2 and reflux of > 0.5 seconds in saphenou perforator or popliteal veins as confirmed by duplex ultrasonography.[25]

Primary exclusion criteria included: 1) Individuals with ulcers caused by a medical condition othe venous insufficiency; 2) Presence of sinus tracts in ulcer; 3) Signs of a wound infection (purulenc odor), cellulitis and/or verified osteomyelitis; 4) Morbid obesity; 5) Skin disease near study ulcer; Malignant disease within the past five years; and 7) Severe peripheral vascular disease or renal congestive heart failure, cell anemia, thalassemia or uncontrolled diabetes. Also, individuals who

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Coding & Payment Tools


received immune suppressants, systemic corticosteroids, cytotoxic chemotherapy, or topical ster more than two weeks and within one month of initial screening or who had a history of radiation a ulcer site were not eligible to participate in the study. In addition, patients who had received an investigational drug within 30 days of randomization or had been previously treated with an HFD other tissue-engineered materials were also excluded from the study.[25]

All patients received a SOC dressing treatment during the screening period; each ulcer was cove a layer of non-adherent dressing followed by a four-layer compression bandage. During the two- screening period, ulcers were evaluated weekly to establish absence of necrotic tissue and infec the presence of a vascular bed. Ulcers that decreased in size ($cm^2$) by < 50% while under compr therapy during the two-week screening period for the trial were eligible for randomization into the

Of the 573 patients screened, 207 failed screening (36%). The primary causes for screening failu study ulcers decreasing in size by more than 50% during screening, study ulcers less than 3 cm² randomization and patients without indication of venous reflux. The remaining 366 patients were randomized to receive treatment at a total of 25 centers: 19 in the UK, one in Canada and five in The ITT population (patients who received treatment at baseline and had a follow-up visit post-ba included 186 patients in the HFDS group and 180 patients in the control group with a mean age years. Patients were randomized to receive an application of HFDS plus the four-layer compress bandage therapy (active) or the four-layer compression bandage therapy alone (control). Patient randomized to the active treatment group received the HFDS applied to the wound at weeks zer four and eight.[25]

A total of 10% (19 of 186) of patients in the HFDS group discontinued the trial early contrasted w (41 of 180) of patients in the control group. The causes for early discontinuation were AEs (3% ir HFDS group versus 6% in the control group), patient's own request (2% versus 9%), patient lost up (2% versus 3%) and 'other' (4% from each group).[25]

Sixty-four (34%) of 186 patients in the HFDS group demonstrated healing by week 12 contrastec (31%) of 180 patients in the control group ($p$=0.235). For ulcers ≤ 12 months duration, 49 (52%) patients in the HFDS group contrasted with 36 (37%) of 97 patients in the control group healed a weeks ($p$=0.029). For ulcers ≤ 10 $cm^2$, complete healing at week 12 was shown in 55 (47%) of 1 patients in the HFDS group contrasted with 47 (39%) of 120 patients in the control group ($p$=0.2 most common AEs were wound infection, cellulitis, and skin ulcer. The occurrence of AEs was n significantly different between the treatment and control groups. Statistical significance was not a for the primary outcome of patients with VLUs completely healed by 12 weeks. Also, a limitation this study is the manufacturer of the HFDS used in the control group helped sponsor this trial.[25]

**Literature submitted during the comment period**

Tellelbach et al[27] performed a prospective, multi-center, RCT to confirm the effectiveness of a de human amnion/chorion membrane allograft (dHACM) (i.e., EpiFix) in the treatment of chronic low extremity ulcers in diabetic patients. Study adjudicators who assessed photographic images for confirmation of healing at completion of the study were blinded as to group assignment.[27]

Inclusion criteria: Patient with Type 1 or Type 2 diabetes; Age 18 or older with an ulcer located b level of the ankle; ulcer size > 1 $cm^2$ and < 25 $cm^2$; ulcer duration of ≥ four weeks unresponsive no clinical signs of infection; HbA1c < 12%; serum creatinine < 3.0 mg/dl; adequate circulation o extremity as demonstrated by dorsum TcPO2 ≥ 30 mmHg, ABI 0.7 - 1.2 or triphasic or biphasic I arterial waveforms at the ankle of target leg.[27]

For patients in the dHACM group, a wound size-appropriate allograft was applied to the debridec bed and then hydrated with several drops of sterile saline, as needed. The wound was then dres non-adherent silicone dressing and an absorbent non-adhesive hydropolymer secondary dressir wrapped with gauze. Patients in the dHACM group received weekly applications.[27]

A total of 110 patients were included in the ITT analysis (n = 54 in the dHACM group and n = 56 SOC group). Of these 110 patients, 98 completed the study per protocol (47/54 in the dHACM gr 51/56 in the SOC group). At 12 weeks, healing rates were 81% (38/47) for patients in the dHACN and 55% (28/51) for patients in the SOC group ($p$= 0.0093). Follow-up at week 16 showed 36 of

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

(95%) healed wounds treated with dHACM during the 12-week treatment phase remained closed of the 28 (86%) wounds healed without dHACM remained closed. The average number of dHAC was five (range 1-12). A limitation noted for this study is the manufacturer of the dHACM sponso trial.[27]

Zelen et al[28] performed a prospective, randomized, controlled, parallel group, multi-center comp effectiveness study using dehydrated human amnion/chorion membrane allograft (dHACM) (i.e., bioengineered skin substitute graft (donated human neonatal male foreskin tissue) (i.e., Apligraf) in the treatment of chronic lower extremity diabetic ulcers. Study adjudicators who assessed pho images for confirmation of healing at completion of the study were blinded as to group assignme

Inclusion criteria: Patient with Type 1 or Type 2 diabetes; Age 18 or older with an ulcer located b level of the ankle; ulcer size > 1 $cm^2$ and < 25 $cm^2$; ulcer duration of ≥ four weeks unresponsive no clinical signs of infection; HbA1c < 12%; serum creatinine < 3.0 mg/dl; adequate circulation o extremity as demonstrated by dorsum TcPO2 ≥ 30 mmHg, ABI 0.7 - 1.2 or triphasic or biphasic I arterial waveforms at the ankle of target leg.[28]

Patients in the Epifix or Apligraf groups had weekly applications applied. A total of 60 patients we enrolled in the treatment phase, 20 were randomized in the EpiFix group, 20 in the Apligraf grou in the SOC group. At six weeks, healing rates were at 95% (19/20) for the EpiFix group, 45% (9/ Apligraf group, and 35% (7/20) for the SOC group. The average number of grafts applied rangec - 15 for EpiFix and an average of 6.2 for Apligraf. Limitations of this study included a shorter time than other studies to compare treatment groups (e.g., six weeks versus 12 weeks) and the study sponsored by the manufacturer of Epifix.[28]

Tettelbach et al[29] performed a multi-center, prospective, randomized, parallel study to compare dehydrated human umbilical cord (i.e., EpiCord) with SOC to treat chronic DFUs. Inclusion criter included: Patient with Type 1 or Type 2 diabetes; Age 18 or older with an ulcer located below the the ankle; ulcer size post debridement 1 - 15 $cm^2$; ulcer duration of ≥ 30 days; no clinical signs o HbA1c < 12%; and adequate circulation of target extremity.[29]

Patients randomized to the EpiCord group received applications weekly, post-debridement on th bed and hydrated with sterile normal saline as needed, followed by a non-adherent silicone dres non-adhesive absorbent hydropolymer secondary dressing, and wrapped with an outer layer of g

A total of 155 patients were treated and included in the ITT analysis; 101 in the EpiCord group a the SOC group. Healing rate at 12 weeks was 70% (71/101) for the EpiCord group and 48% (26/ SOC group (*p*= 0.0089). The average number of EpiCord allografts applied was seven (range 2- limitation of the study is the manufacturer of EpiCord sponsored the study.[29]

Serena et al[30] conducted a multi-center, RTC using one or two applications of dehydrated huma amnion/chorion membrane (dHACM) (i.e., EpiFix) allografts and multi-layer compression therapy versus MLCT alone to assess effectiveness for treatment of VLUs. The principal study outcome percentage of patients achieving 40% wound closure at four weeks.[30]

Inclusion criteria included: Age 18 or older; Presence of a VLU extending through the full thickne skin but not down to muscle, tendon, or bone; VLU present for at least a month; VLU is a minimu $cm^2$ and a maximum of 20 $cm^2$; VLU has been treated with compression therapy for at least 14 c ulcer has a clean, granulating base with minimal adherent slough.[30]

A total of 84 patients participated in the study; 26 in the one dHACM application group, 27 in the dHACM application group, and 31 in the MLCT only group. At four weeks, 62% (16/26) of the on application dHACM group, 63% (17/27) of the two application dHACM group, and 32% (10/31) o MLCT only group demonstrated more than 40% wound closure (*p*=0.005). A limitation of the stu manufacturer of EpiCord sponsored the study.[30]

Bianchi et al[31] performed a multi-center, randomized, controlled, open-label study assessing the effectiveness of weekly applications of dehydrated human amnion/chorion membrane (dHACM) EpiFix) allografts as an adjunct to SOC including MLCT (n=52) versus SOC and MLCT (n=57) in treatment of VLUs for 16 weeks. Inclusion criteria included patients over the age of 18 with a full-

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

VLU of at least 30 days duration and with an ABI of > 0.75.[31]

A total of 109 patients participated in the study and were included for analysis; 52 patients in the group and 57 in the SOC group. Patients in the EpiFix group received 12 weekly applications of allograft in addition to standard moist wound dressings and MLCT.[31]

At 12 weeks, 31/52 (60%) of patients in the EpiFix group achieved complete healing in comparis 20/57 (35%) of the patients in the SOC group (*p*= 0.0128). At 16 weeks, complete healing was demonstrated in 37/52 (71%) for patients in the EpiFix group and 25/57 (44%) in the SOC group 0.00625). Average percentage decrease in wound area within 12 weeks was 66% for the patient EpiFix group and 40% for the patients in the SOC group. At 16 weeks, the average VLU area wa decreased by 72% in the EpiFix group contrasted to 39% in the SOC group. A limitation of the st manufacturer of the dHACM sponsored the study.[31]

Snyder[32] performed a prospective, randomized, multi-center, open label, parallel group study fo assessment of a dehydrated amniotic membrane allograft (DAMA) (i.e., Amnioexcel) with SOC ( comparison to SOC alone (n=14) for chronic DFUs for six weeks. The DAMA with SOC group ha debrided, DAMA applied, covered with non-adherent dressings, lightly secured, and wrapped wi compression dressing. Patients in the DAMA with SOC group had a total of 4.3 ± 1.7 allografts a

Inclusion criteria included adults with Type 1 or Type 2 diabetes mellitus with one or more ulcers Wagner classification of grade one or superficial two measuring between 1 $cm^2$ and 25 $cm^2$ in a presenting for more than one month with no signs of infection/osteomyelitis; ABI > 0.7; HbA1c < serum creatinine < 3.0 mg/dL.[32]

Results showed that 33% of patients in the DAMA with SOC group achieved complete wound cl before week six, compared with 0% of the SOC alone group (ITT population, *p*= 0.017). The per population showed 45.5% of patients in the DAMA with SOC group achieved complete wound cl while 0% of SOC-alone patients achieved complete closure (*p*= 0.0083). Limitations of the study small sample size and the study was sponsored by the manufacturer of the allograft.[32]

Glat[33] et al conducted a RCT to contrast a dehydrated human amnion and chorion allograft (dH AmnioBand) with SOC and a tissue-engineered skin substitute graft (TESS) (i.e., Apligraf) with S treatment of DFUs.

Inclusion criteria: Patient with Type 1 or Type 2 diabetes; Age 18 or older with an ulcer located b malleoli of the ankle; ulcer size > 1 and < 25 $cm^2$; ulcer duration between four weeks and one ye clinical signs of infection; HbA1c < 12% within past 90 days unless under care of a diabetologist; creatinine < 3.0 mg/dl; adequate circulation of target extremity as demonstrated by one of the fol within the past 90 days: dorsum TCOM or skin perfusion pressure (SPP) ≥ 30 mmHg, ABI 0.7 - conjunction with Doppler arterial waveforms (triphasic or biphasic) at the ankle of target leg.[33]

The average time to heal within six weeks for the dHACA group (n=30) was 24 days (95% CI, 1 versus 39 days (95% CI, 36.4-41.9) for the TESS group (n=30); the average time to heal at 12 w 32 days (95% CI, 22.3-41.0) for the dHACA group versus 63 days (95% CI, 54.1-72.6) for the T group. The healing rate at 12 weeks was 90% (27/30) for the dHACA group versus 40% (12/30) TESS group. A limitation noted for this study is the manufacturer of the allograft sponsored this t

Serena[34] et al performed an open-label, multicenter randomized controlled study comparing two application treatments of dehydrated human amniotic and chorion allograft (dHACA) (i.e., Amnio with SOC versus SOC alone for the treatment of 60 patients with VLUs. Patients were randomiz one of three study groups; SOC alone (control), weekly dHACA with SOC or biweekly dHACA w (20 patients per group).[34]

Inclusion criteria included: Age 18 or older; ABI > 0.75 or SPP > 30 mmHg or TCOM > 30 mmH Presence of a VLU extending through the full thickness of the skin but not down to muscle, tend bone; VLU present for at least a month; VLU is a minimum of 2 $cm^2$ and a maximum of 20 $cm^2$; been treated with compression therapy for at least 14 days; and ulcer has a clean, granulating b minimal adherent slough.[34]

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Coding & Payment Tools 

At 12 weeks, healing rates were 30/40 (75%) in the two dHACA groups and 6/20 (30%) in the SC *p*= 0.001. Treatment with dHACA stayed substantial after adjustment for wound area (*p*= 0.002), odds ratio of 8.7 (95% CI: 2.2-33.6). Only six VLUs (30%) healed in the SOC group contrasted to in the weekly dHACA group (*p*=0.02) and 15 (75%) in the biweekly dHACA group (*p*=0.02). Ther substantial differences in the proportion of wounds with percent area reduction (PAR ) ≥40% at f among all groups. All analyses used the ITT approach. A limitation noted for this study is the ma of the allograft sponsored this trial.[34]

Manning et al[35] performed an open-label, prospective pilot study to evaluate a bioresorbable pol matrix infused with ionic and metallic silver (i.e., Microlyte) as a primary wound contact dressing treatment of 32 patients (average age of 62 years) with a total of 35 hard-to-heal wounds along v (one patient had three DFUs and another patient had two venous stasis ulcers). The wounds encompassed venous stasis ulcers, DFUs, postoperative surgical wounds, burn wounds, and ch non-pressure lower extremity ulcers unresponsive to standard protocols of care. Of the 35 chron wounds, the majority consisted of venous stasis ulcers (54%) (19/35), followed by DFUs (23%; 8 mean wound surface area at the start of the study was 6.7 $cm^2$ (range 0.1 $cm^2$ - 33 $cm^2$); the av wound surface area was 2.1 $cm^2$. These wounds were considered as nonhealing for an average weeks (range, 3-137 weeks) and suspected to have persistent microbial colonization that had nc responded to standard antimicrobial products and/or antibiotics.[35]

The matrix was applied to the wounds once every three days to provide a scaffold for uniform loa silver nanoparticles and a template for cells migration and then covered with a secondary dressi residual matrix still in the wound was not removed due to the bioresorbable nature of the matrix. patients were lost to follow-up after initial application. At three weeks, 72% of wounds (22/32) ha wound area reduction of 66%. Of the 16 venous stasis ulcers, 11 improved by an average healin 60%, and six of eight DFUs improved by an average wound area reduction of 79%. At the three- assessment, the burn wound, and postoperative wounds had average wound area reduction of 3 58%, respectively.[35]

By 12 weeks, 91% of wounds (29/32) either healed completely (i.e., fully re-epithelialized) or imp substantially with an average wound area reduction of 73%. The venous stasis ulcers and DFUs average wound area reduction greater than 75%, with visual signs of healthy granulation tissue f and re-epithelialization. Limitations of this study included a small sample size, and the same clini investigator performed all assessments during the study.[35]

DiDomenico et al[36] conducted a prospective, RCT to compare a dehydrated human amnion and allograft (dHACA) (i.e., AmnioBand) used with SOC to SOC alone in the treatment of DFUs for u weeks.

Inclusion criteria included: Patient with Type 1 or Type 2 diabetes; Age 18 or older with an ulcer below the malleoli of the ankle; ulcer size > 1 $cm^2$; ulcer present for at least four weeks with docu failure of prior treatment; no signs of infection; HbA1c < 12% at randomization; serum creatinine mg/dL; adequate circulation of target extremity as demonstrated by one of the following within th days: dorsum TCOM ≥ 30 mmHg, ABI ≥ 0.7 and ≤ 1.2 or Doppler arterial waveforms (triphasic o at the ankle of target leg.[36]

Forty patients participated in the study; 20 patients in the dHACA group and 20 patients in the S The dHACA was applied weekly during the study period until healing occurred (complete epitheli without drainage), the patient was withdrawn, or the study was completed.[36]

At six weeks, 70% (14/20) of the DFUs in the dHACA group achieved healing compared to 15% the DFUs in the SOC group. At 12 weeks, 85% (17/20) of the DFUs in the dHACA group healed with 25% (5/20) in the SOC group (average time to heal of 36 and 70 days, respectively). At 12 v average number of grafts used per healed wound for the dHACA group was 3.8 (average 3.0). A analyses used the ITT approach. A limitation noted for this study is the manufacturer of the allog sponsored this trial.[36]

DiDomenico et al[37] performed a prospective, randomized, multi-center trial to compare a dehydr human amnion and chorion allograft (dHACA) (i.e., AmnioBand) used with SOC to SOC alone in treatment of DFUs for up to 12 weeks.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

 

Inclusion criteria included: patient with Type 1 or Type 2 diabetes; age 18 or older with an ulcer l below the malleoli of the ankle; ulcer size > 1 $cm^2$; ulcer present for at least four weeks with docu failure of prior treatment; no signs of infection; HbA1c < 12% at randomization; serum creatinine mg/dL; adequate circulation of target extremity as demonstrated by one of the following within th days: dorsum TCOM ≥ 30 mmHg, ABI ≥ 0.7 and ≤ 1.2 in conjunction with Doppler arterial wavef (triphasic or biphasic) at the ankle of target leg.[37]

Eighty patients participated in the study; 40 patients in the dHACA group and 40 patients in the S group. The dHACA was applied weekly during the study period until healing occurred (complete epithelialization without drainage), the patient was withdrawn, or the study was completed.[37]

At six weeks, 68% (27/40) of the DFUs in the dHACA group achieved healing contrasted to 20% the DFUs in the SOC group ($p = 1.9 \times 10^{-5}$). At 12 weeks, 85% (34/40) of the DFUs in the dHAC achieved healing compared with 33% (13/40) of the DFUs in the SOC group. The average time t within 12 weeks was substantially quicker for the dHACA group contrasted with the SOC group, versus 67 days in the SOC group ($p$= .000006). The average number of grafts used per healed w during the same time period was 4.0. All analyses used the ITT approach. A limitation noted for t is the manufacturer of the allograft sponsored this trial.[37]

**Number of Skin Substitute Graft/CTP Applications**

Armstrong et al[38] performed a retrospective analysis of the Medicare Limited Data Standard Ana Hospital Inpatient and Outpatient Department Files (October 1, 2015 through October 2, 2018) to large propensity-matched cohorts to evaluate outcomes for patients who received advanced trea (AT) with skin substitute grafts (i.e., CMS designated high cost cellular and acellular dermal subs lower extremity diabetic ulcers (LEDUs) compared to no advanced treatment (NAT) for LEDUs (propensity-matched Group 1). The assessment encompassed major and minor amputations, em department (ED) visits and hospital readmissions. The analysis also included AT following paran use (FPFU) contrasted with AT not FPFU (propensity-matched Group 2).[38]

Out of 9,738,760 patients identified with a diagnosis of diabetes, 909,813 had a LEDU. In proper matched Group 1, AT patients had fewer minor amputations ($p$ = 0.0367), major amputations (p ED visits ($p$< 0.0001), and readmissions ($p$< 0.0001) contrasted with NAT patients (12,676 episo cohort). In propensity-matched Group 2, AT FPFU patients had fewer minor amputations ($p$ = 0.( contrasted to patients with AT not FPFU (1,131 episodes per cohort).[38] Patients who received A substitute grafts had 3.7 applications on average, with a standard deviation of 3.6 (propensity-ma Group 1).

**Analysis of Evidence**
**(Rationale for Determination)**

Chronic DFUs and VLUs may be unresponsive to initial therapy or persist despite additional care or VLU that has failed to respond to standard of care treatment after four weeks (defined as 30 d be considered chronic. Chronic DFUs and VLUs affect patient quality of life due to impaired mob and substantial morbidity.

In the absence of underlying disease or non-adherence to prescribed basic treatment, skin subst grafts/CTPs are recommended in accordance with evidence-based guidelines for the following: 1 that have failed to demonstrate more than 50% wound area reduction after a minimum of four we standard of care treatment, and 2) VLUs if substantial wound improvement is not demonstrated a minimum of four weeks of standard of care treatment.

An extensive variety of products are available for providers to select from when treating chronic u Many of these products may simulate or substitute for some aspect of the skin's structure and fu promote healing and ulcer closure. The materials used to create these products may be derived human or animal tissue and may undergo extensive or minimal processing to generate the finish product. The degree of processing and the source of the material used in the product also gover regulatory pathway may be required before the product may be marketed.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

The regulation of tissue-engineered products in the U.S. occurs by one of several pathways esta the FDA, including a BLA, a 510(k) (Class I and Class II devices), PMA (Class III devices), or HC designation. Key differentiators among these regulatory classifications include the amount and ty data required to support a filing.[4-6]

The FDA has a tiered, risk-based approach to the regulation of HCT/Ps. If all of the criteria in 21 1271.10(a) are met, and the exceptions in 21 CFR 1271.15 do not apply, then the HCT/P is regu solely under section 361 of the PHS Act and the regulations in part 1271 ("361 HCT/P"), and the premarket review and approval are not required. If an HCT/P does not meet the criteria in 21 CF 1271.10(a), and the exceptions in 21 CFR 1271.15 do not apply, the HCT/P is regulated as a dru and/or biological product under the FFDCA and/or section 351 of the PHS Act, and the FDA's pr review and approval are required.

Establishments that manufacture 361 HCT/Ps must register and list them in the FDA's electronic Cell and Tissue Establishment Registration System (eHCTERS). Manufacturers self-designate tl products as 361 HCT/Ps in the FDA's eHCTERS system. **Notably, pursuant to 21 CFR 1271.2' FDA acceptance of an establishment registration and HCT/P listing does not constitute ar determination that an establishment is in compliance with applicable rules and regulation the HCT/P is licensed or approved by the FDA.**

The availability of a HCPCS code for a particular HCT/P does not mean that the product is appro regulated solely under section 361 of the PHS Act and the FDA regulations in 21 CFR part 1271 42018).

Amniotic/chorionic-based products that are HCT/Ps as defined in 21 CFR 1271.3(d) must meet c 21 CFR 1271 and 361 of the PHS Act. Manufacturers of HCT/Ps should consult with the FDA Tis Reference Group (TRG) or obtain a determination through a Request for Designation (RFD) on w their HCT/Ps are appropriately regulated solely under section 361 of the PHS Act and the regula CFR Part 1271 (85 FR 86058). The HCT/Ps that are drugs are defined under section 201(g) of tl [21 U.S.C. 321(g)] and biological products are defined in section 351(i) of the PHS Act [42 U.S.C To lawfully market a drug that is also a biological product, a valid biologics license must be in eff U.S.C. 262(a)]. Such licenses are issued only after a showing of safety and efficacy for the produ intended use. While in the development stage, such products may be distributed for clinical use i only if the sponsor has an investigational new drug (IND) application in effect as specified by FD. regulations [21 U.S.C. 355(i); 42 U.S.C. 262(a)(3); 21 CFR Part 312].[4-6]

The HCT/Ps which are more than minimally manipulated, or are intended for non-homologous us be subject to additional regulation as medical devices under the FFDCA, 21 U.S.C. section 301 e (see 21 CFR section 1271.20). A manufacturer/distributor of HCT/Ps must register with the FDA "tissue establishment" and follow certain guidelines for designation of a product as an HCT/P (21 sections 1271.10; 1271.21-22). The FDA imposes labeling requirements for HCT/Ps (refer to 21 section 1271.370). The HCT/P labeling must include, inter alia, "instructions for use when relatec prevention of the introduction, transmission, or spread of communicable diseases," and "other wa where appropriate" (21 CFR section 1271.370(c)(3)-(4)).[4-6]

The FDA acceptance of an establishment registration and HCT/P listing does not constitute a determination that an establishment is in compliance with applicable rules and regulations or tha HCT/P is licensed or approved by the FDA (21 CFR 1271.27(b)). To establish compliance with tl requires a letter from the FDA indicating that the HCT/P has met regulatory compliance under se of the PHS Act and/or the FFDCA.

Studies are lacking for many skin substitute grafts/CTPs which are essential to evaluate effective the impact that the product has on health outcomes. Available studies do not have a high level o or even non-randomized prospective studies evaluating their effectiveness. The quality of curren for these products is moderate to low with high probability of publication bias and study limitation Evidence is needed to show that the product(s) improve health outcomes or provide benefits rela established alternatives or standard of care. Many of the current studies are noted to be funded l industry, which presents concerns regarding bias for these studies.

Based on the data from Armstrong et al,[38] greater than four applications of a skin substitute graf

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

within the episode of skin replacement surgery (defined as 12 weeks from the first application of substitute graft/CTP) will be considered not medically reasonable and necessary. Product chang the episode of skin replacement surgery is allowed but in situations where more than one specifi is used, it is expected that the number of applications or treatments will still not exceed four.[38]

Despite the paucity of quality studies, the moderate to low quality of current research, and the lik bias, coverage has been provided to increase the chances of improved health outcomes of inter include patient quality of life and function. Coverage will be provided for products which meet the necessary FDA regulatory requirements as of publication, and that act as a skin substitute graft/ providing scaffolding for skin growth, and are intended to remain on the recipient, and allow the r skin to grow into the implanted graft material. Products that require regular replacement (e.g., we which do not act as a skin substitute graft/CTP are non-covered. These products act as coverings/dressings, are part of standard wound care, and do not provide active ulcer treatment providing scaffolding and stimulating cell growth. In conclusion, there is no separate payment for application of wound coverings or wound dressings, which are utilized to provide a physical barri protect the ulcer (wound) surface, prevent infection, and allow healing underneath, and are typic removed as the ulcer or chronic wound heals. Wound coverings are not anchored or applied sur ulcers to form scaffolding for skin growth and are therefore not skin substitute grafts/CTPs.

Each skin substitute graft/CTP has a specific designated approved usage. New products will be considered for coverage if meeting the regulatory requirements and criteria. Satisfactory evidenc compliance with FDA regulatory requirements includes: 1) A copy of the FDA's letter to the drug' manufacturer approving the new drug application (NDA), 2) A listing of the drug or biological in th "Approved Drug Products" or "FDA Drug and Device Product Approvals", 3) A copy of the manu package insert approved by the FDA as part of the labeling of the drug, containing its recommen and dosage, as well as possible adverse reactions and recommended precautions in using it, 4) letter from the FDA, or 5) Information from the FDA's Website regarding intended use of the proc approved/regulated by the FDA. For skin substitute grafts/CTPs classified as HCT/Ps, a letter fro FDA indicating that the HCT/P has met regulatory guidance is acceptable evidence of the FDA r compliance for HCT/Ps regulated under section 361 of the PHS Act and/or the FFDCA. It is reco that the manufacturer of the particular skin substitute graft/CTP obtain the appropriate evidence regulatory compliance (at least one of the items listed above that indicates the skin substitute gra provides scaffolding for skin growth, and is intended to remain on the recipient, and allows the re skin to grow into the implanted graft material) and send it to the MAC along **WITH** available peer evidence-based literature to support the medically reasonable and necessary criteria for the proc Once this information has been received by the MAC, the product will be considered for coverag

Coding Information

CPT/HCPCS Codes

General Information

Synopsis of Changes

| CHANGES | FIELDS CHANGED |
|---|---|
| N/A | N/A |

Associated Information

Please refer to the related Local Coverage Article: Billing and Coding: Skin Substitute Grafts/Cel and/or Tissue-Based Products for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers for documentation requirements, utilization parameters and all coding information as applicable.

Documentation Requirements

N/A

Bibliography

This bibliography presents those sources that were obtained during the development of this polic Contractor is not responsible for the continuing viability of Website addresses listed below.

1. Pourmoussa A, Gardner DJ, Johnson MB, Wong AK. An update and review of cell-based w

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

dressings and their integration into clinical practice. *Ann Transl Med*. 2016 Dec;4(23):457. doi:10.21037/atm.2016.12.44.

2. Snyder DL, Sullivan N, Margolis DJ, Schoelles K. Skin substitutes for treating chronic wour Technology Assessment Program Project ID No. WNDT0818. (Prepared by the ECRI Instit Medicine Evidence-based Practice Center under Contract No. HHSA 290-2015-00005-I) R MD: *Agency for Healthcare Research and Quality*. February 2020. http://www.ahrq.gov/research/findings/ta/index.html. Accessed April 27, 2021.
3. Frykberg RG, Banks J. Challenges in the Treatment of Chronic Wounds. *Adv Wound Care* Sep 1;4(9):560-582. doi:10.1089/wound.2015.0635.
4. U.S. Food and Drug Administration. Premarket Notification 510(k). *Division of Industry and Consumer Education*. March 2020. https://www.fda.gov/medical-devices/premarket-submis selecting-and-preparing-correct-submission/premarket-notification-510k. Accessed Decem 2021.
5. U.S. Food and Drug Administration. FDA announces comprehensive regenerative medicin framework. *FDA News Release*. 2017 Nov 15. https://www.fda.gov/news-events/press-announcements/fda-announces-comprehensive-regenerative-medicine-policy-framework. A April 27, 2021.
6. U.S. Food and Drug Administration. Regulatory Considerations for Human Cells, Tissues, a Cellular and Tissue-Based Products: Minimal Manipulation and Homologous Use-Guidance Industry and Food and Drug Administration Staff. *Center for Biologics Evaluation and Rese Center for Devices and Radiological Health. Office of Combination Products*. July 2020. https://www.fda.gov/media/109176/download. Accessed December 9, 2021.
7. Hingorani A, LaMuraglia GM, Henke P, et al. The management of diabetic foot: A clinical p guideline by the Society for Vascular Surgery in collaboration with the American Podiatric M Association and the Society for Vascular Medicine. *J Vasc Surg*. 2016 Feb;63(2 Suppl):3S- doi:10.1016/j.jvs.2015.10.003.
8. Lavery LA, Davis KE, Berriman SJ, et al. WHS guidelines update: Diabetic foot ulcer treatn guidelines. Wound Repair Regen. 2016 Jan-Feb;24(1):112-26. doi:10.1111/wrr.12391.
9. Marston W, Tang J, Kirsner RS, Ennis W. Wound Healing Society 2015 update on guidelin venous ulcers. *Wound Repair Regen*. 2016 Jan-Feb;24(1):136-44. doi:10.1111/wrr.12394.
10. O'Donnell TF Jr, Passman MA, Marston WA, et al; Society for Vascular Surgery; American Forum. Management of venous leg ulcers: clinical practice guidelines of the Society for Va Surgery and the American Venous Forum. *J Vasc Surg*. 2014 Aug;60(2 Suppl):3S-59S. doi:10.1016/j.jvs.2014.04.049.
11. Rayman G, Vas P, Dhatariya K, et al. International Working Group on the Diabetic Foot (IW Guidelines on use of interventions to enhance healing of chronic foot ulcers in diabetes (IW 2019 update). *Diabetes Metab Res Rev*. 2020 Mar;36 Suppl 1:e3283. doi:10.1002/dmrr.32
12. Schaper NC, van Netten JJ, Apelqvist J, Bus SA, Hinchliffe RJ, Lipsky BA; IWGDF Editoria Practical Guidelines on the prevention and management of diabetic foot disease (IWGDF 2 update). *Diabetes Metab Res Rev*. 2020 Mar;36 Suppl 1:e3266. doi:10.1002/dmrr.3266.
13. Agency for Healthcare Research and Quality (AHRQ). Evidence-based Practice Center Te Brief Protocol. Project Title: Skin Substitutes for Treating Chronic Wounds. 2018 (rev 2019 https://effectivehealthcare.ahrq.gov/sites/default/files/pdf/skin-substitute_0.pdf. Accessed A 2021.
14. Nathoo R, Howe N, Cohen G. Skin substitutes: an overview of the key players in wound management. *J Clin Aesthet Dermatol*. 2014;7(10):44-48.
15. U.S. Food and Drug Administration. Important Patient and Consumer Information About Regenerative Medicine Therapies. July 2021. https://www.fda.gov/vaccines-blood-biologics/consumers-biologics/important-patient-and-consumer-information-about-regenera medicine-therapies. Accessed February 16, 2022.
16. Santema TB, Poyck PPC, Ubbink DT. Skin grafting and tissue replacement for treating foo people with diabetes. *Cochrane Database of Systematic Reviews*. 2016, Issue 2. Art. No.: CD011255. doi:10.1002/14651858.CD011255.pub2.
17. Jones JE, Nelson EA, Al-Hity A. Skin grafting for venous leg ulcers. *Cochrane Database of Systematic Reviews* 2013, Issue 1. Art. No.: CD001737. doi:10.1002/14651858.CD001737
18. Barbul A, Gurtner GC, Gordon H, Bakewell K, Carter MJ. Matched-cohort study comparing human split-thickness skin allograft plus standard of care to standard of care alone in the tr of diabetic ulcers: A retrospective analysis across 470 institutions. *Wound Repair Regen*. 2 28(1):81-89. doi:10.1111/wrr.12767.
19. Cazzell S, Vayser D, Pham H, et al. A randomized clinical trial of a human acellular dermal

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

demonstrated superior healing rates for chronic diabetic foot ulcers over conventional care active acellular dermal matrix comparator. *Wound Repair Regen*. 2017 May;25(3):483-497 doi:10.1111/wrr.12551.
20. Driver VR, Lavery LA, Reyzelman AM, et al. A clinical trial of Integra Template for diabetic treatment. *Wound Repair Regen*. 2015 Nov-Dec;23(6):891-900. doi:10.1111/wrr.12357.
21. Lavery LA, Fulmer J, Shebetka KA, et al; Grafix Diabetic Foot Ulcer Study Group. The effic safety of Grafix®) for the treatment of chronic diabetic foot ulcers: results of a multi-centre, controlled, randomised, blinded, clinical trial. *Int Wound J*. 2014 Oct;11(5):554-60. doi:10.1111/iwj.12329.
22. Sanders L, Landsman AS, Landsman A, et al. A prospective, multicenter, randomized, con clinical trial comparing a bioengineered skin substitute to a human skin allograft. *Ostomy W Manage*. 2014 Sep;60(9):26-38.
23. Zelen CM, Orgill DP, Serena T, et al. A prospective, randomised, controlled, multicentre cli examining healing rates, safety and cost to closure of an acellular reticular allogenic huma versus standard of care in the treatment of chronic diabetic foot ulcers. *Int Wound J*. 2017 14(2):307-315. doi:10.1111/iwj.12600.
24. Cazzell S. A Randomized Controlled Trial Comparing a Human Acellular Dermal Matrix Ve Conventional Care for the Treatment of Venous Leg Ulcers. *Wounds*. 2019 Mar;31(3):68-7
25. Harding K, Sumner M, Cardinal M. A prospective, multicentre, randomised controlled study fibroblast-derived dermal substitute (Dermagraft) in patients with venous leg ulcers. *Int Wo* 2013 Apr;10(2):132-7. doi:10.1111/iwj.12053.
26. Snyder DL, Sullivan N, Schoelles K. Skin substitutes for treating chronic wounds. Technolo Assessment Report Project ID No. HCPR0610. (Prepared by the ECRI Institute Evidence-b Practice Center under Contract No. HHSA 290-2007-10063) Rockville, MD: Agency for He Research and Quality. December 2012. https://www.ahrq.gov/sites/default/files/wysiwyg/research/findings/ta/skinsubs/HCPR0610_ final.pdf. Accessed June 11, 2021.
27. Tettelbach W, Cazzell S, Sigal F, et al. A multicentre prospective randomised controlled co parallel study of dehydrated human umbilical cord (EpiCord) allograft for the treatment of d foot ulcers. *Int Wound J*. 2019;16(1):122-130. doi:10.1111/iwj.13001.
28. Zelen CM, Gould L, Serena TE, Carter MJ, Keller J, Li WW. A prospective, randomised, co multi-centre comparative effectiveness study of healing using dehydrated human amnion/c membrane allograft, bioengineered skin substitute or standard of care for treatment of chro extremity diabetic ulcers. *Int Wound J*. 2015;12(6):724-732. doi:10.1111/iwj.12395.
29. Tettelbach W, Cazzell S, Sigal F, et al. A multicentre prospective randomised controlled co parallel study of dehydrated human umbilical cord (EpiCord) allograft for the treatment of d foot ulcers. *Int Wound J*. 2019;16(1):122-130. doi:10.1111/iwj.13001.
30. Serena TE, Carter MJ, Le LT, Sabo MJ, DiMarco DT; EpiFix VLU Study Group. A multicen randomized, controlled clinical trial evaluating the use of dehydrated human amnion/chorio membrane allografts and multilayer compression therapy vs. multilayer compression thera in the treatment of venous leg ulcers. *Wound Repair Regen*. 2014;22(6):688-693. doi:10.1111/wrr.12227.
31. Bianchi C, Cazzell S, Vayser D, et al. A multicentre randomised controlled trial evaluating t efficacy of dehydrated human amnion/chorion membrane (EpiFix) allograft for the treatme venous leg ulcers. *Int Wound J*. 2018;15(1):114-122. doi:10.1111/iwj.12843.
32. Snyder RJ, Shimozaki K, Tallis A, et al. A Prospective, Randomized, Multicenter, Controlle Evaluation of the Use of Dehydrated Amniotic Membrane Allograft Compared to Standard the Closure of Chronic Diabetic Foot Ulcer. *Wounds*. 2016;28(3):70-77.
33. Glat P, Orgill DP, Galiano R, et al. Placental Membrane Provides Improved Healing Efficac Lower Cost Versus a Tissue-Engineered Human Skin in the Treatment of Diabetic Foot Ul *Plast Reconstr Surg Glob Open*. 2019;7(8):e2371. Published 2019 Aug 30. doi:10.1097/GOX.0000000000002371.
34. Serena TE, Orgill DP, Armstrong DG, et al. "A Multicenter Randomized Controlled Clinical Evaluating Two Application Regimens of Dehydrated Human Amniotic Membrane and Sta Care vs Standard of Care Alone in the Treatment of Venous Leg Ulcers" [published online print, 2022 Sep 1]. *Plast Reconstr Surg*. 2022;10.1097/PRS.0000000000009650. doi:10.1097/PRS.0000000000009650.
35. Manning SW, Humphrey DA, Shillinglaw WR, et al. Efficacy of a Bioresorbable Matrix in He Complex Chronic Wounds: An Open-Label Prospective Pilot Study. *Wounds*. 2020;32(11):
36. DiDomenico LA, Orgill DP, Galiano RD, et al. Aseptically Processed Placental Membrane I

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Coding & Payment Tools 

Healing of Diabetic Foot Ulcerations: Prospective, Randomized Clinical Trial. *Plast Recons Glob Open.* 2016;4(10):e1095. Published 2016 Oct 12. doi:10.1097/GOX.00000000000010

37. DiDomenico LA, Orgill DP, Galiano RD, et al. Use of an aseptically processed, dehydrated amnion and chorion membrane improves likelihood and rate of healing in chronic diabetic f ulcers: A prospective, randomised, multi-centre clinical trial in 80 patients. *Int Wound J.* 20 15(6):950-957. doi:10.1111/iwj.12954.
38. Armstrong DG, Tettelbach WH, Chang TJ, et al. Observed impact of skin substitutes in low extremity diabetic ulcers: lessons from the Medicare Database (2015-2018). *J Wound Care* 30(Sup7):S5-S16. doi:10.12968/jowc.2021.30.Sup7.S5.

| | |
|---|---|
| Appendices | N/A |
| Utilization Guidelines | N/A |
| Sources of Information and Basis for Decision | N/A |
| Advisory Committee Meeting Notes | N/A |
| MAC Meeting Information URL(s) | N/A |
| Proposed LCD Posting Date | N/A |
| Comment Period Start Date | N/A |
| Comment Period End Date | N/A |
| Released to Final LCD Date Please Note: This is not the LCD Effective Date | N/A |

Revision History

| Revision Number (Date) | Revision History Explanation |
|---|---|
| R2 (09/17/2023) | LCD posted for notice on 08/03/2023 to become effective 09/17/2023.<br><br>Proposed LCD posted for comment on 04/14/2022 and on 08/11/2022 |
| R1 (01/08/2019) | Revision Number: 1<br>Publication: November 2019 Connection<br>LCR A/B2019-075<br><br>Explanation of Revision: Based on Change Request (CR) 10901, the LCD was revised to remov and coding and all language not related to reasonable and necessary provisions ("Bill Type Code "Revenue Codes," "CPT/HCPCS Codes," "ICD-10 Codes that Support Medical Necessity," "Documentation Requirements" and "Utilization Guidelines" sections of the LCD) and place them newly created billing and coding article. In addition, the Social Security Act and IOM reference se were updated. The effective date of this revision is for claims processed on or after January 8, 20 |

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Coding & Payment Tools


dates of service on or after October 3, 2018.

At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage wh requires comment and notice. This revision is not a restriction to the coverage determination anc not all the fields included on the LCD are applicable as noted in this LCD.

Associated Documents

Related Documents: Articles

- A59518 (version 4) - Response to Comments: Skin Substitute Grafts/Cellular and/or Tissue Products for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers
- A57680 (version 15) - Billing and Coding: Skin Substitute Grafts/Cellular and/or Tissue-Bas Products for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers

Related Documents: LCDs

- L39451 (version 5) - Skin Substitutes for the Treatment of Diabetic Foot Ulcers and Venous Ulcers

Related Documents: NCDs

N/A

Keywords N/A

Source: https://www.cms.gov/medicare-coverage-database/details/lcd-details.aspx?LCDId=36377&ver=11 (accessed 09/02/2023)

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

*LCD - MAC Part A (J15) - CGS Administrators, LLC [15101] - KY > Archived LCDs*

# Skin Substitute Grafts/Cellular and/or Tissue-Based Products for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers V42 (Rev. Eff. 09/17/2023)

Click to open document in a browser
LCD Information Coding Information General Information Associated Documents

| | |
|---|---|
| Contractor Information | |
| Contractor Name | CGS Administrators, LLC |
| Contract Number | 15101 |
| Contract Type | MAC - Part A |
| Other Information | www.cgsmedicare.com<br>26 Century Blvd.<br>Ste ST610<br>Nashville TN 37214-3685<br>Medical Director: Meredith Loveless, MD (Chief Medical Officer) |
| LCD Information | |
| LCD ID | L36690 |
| LCD Version Number | 42 |
| Original ICD-9 LCD ID | |
| LCD Title | **Skin Substitute Grafts/Cellular and/or Tissue-Based Products for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers** |
| Contractor's Determination Number | |
| Status of this Version | **Approved** |
| Reason for this change | Provider Education/Guidance. |
| Jurisdiction | Kentucky (KY) |
| Oversight Region | Region 4 |
| Original Effective Date | 10/10/2016 |
| Original Ending Date | N/A |
| Revision Effective Date | 09/17/2023 |
| Revision Ending Date | N/A |
| Retirement Date | N/A |
| Notice Period Start Date | 08/03/2023 |
| Notice Period End Date | 09/16/2023 |
| AMA CPT / ADA CDT / AHA NUBC Copyright Statement | CPT codes, descriptions and other data only are copyright 2021 American Medical Association. All Rights Reserved. Applicable FARS/HHSARS apply.<br><br>Fee schedules, relative value units, conversion factors and/or related components are not assigned by the AMA, are not part of CPT, and the AMA is not recommending their use. The AMA does not directly or indirectly practice medicine or dispense medical services. The AMA assumes no liability for data contained or not contained herein.<br><br>Current Dental Terminology © 2021 American Dental Association. All rights reserved.<br><br>Copyright © 2013 - 2021, the American Hospital Association, Chicago, Illinois. Reproduced by CMS with permission. No portion of the American Hospital |

| | |
|---|---|
| | Association (AHA) copyrighted materials contained within this publication may be copied without the express written consent of the AHA. AHA copyrighted materials including the UB-04 codes and descriptions may not be removed, copied, or utilized within any software, product, service, solution or derivative work without the written consent of the AHA. If an entity wishes to utilize any AHA materials, please contact the AHA at 312-893-6816. Making copies or utilizing the content of the UB-04 Manual, including the codes and/or descriptions, for internal purposes, resale and/or to be used in any product or publication; creating any modified or derivative work of the UB-04 Manual and/or codes and descriptions; and/or making any commercial use of UB-04 Manual or any portion thereof, including the codes and/or descriptions, is only authorized with an express license from the American Hospital Association. To license the electronic data file of UB-04 Data Specifications, contact Tim Carlson at (312) 893-6816. You may also contact us at ub04@aha.org. |
| CMS National Coverage Policy | This LCD supplements but does not replace, modify or supersede existing Medicare applicable National Coverage Determinations (NCDs) or payment policy rules and regulations for skin substitute graft/CTPs for the treatment of diabetic foot ulcers and venous leg ulcers. Federal statute and subsequent Medicare regulations regarding provision and payment for medical services are lengthy. They are not repeated in this LCD. Neither Medicare payment policy rules nor this LCD replace, modify or supersede applicable state statutes regarding medical practice or other health practice professions acts, definitions and/or scopes of practice. All providers who report services for Medicare payment must fully understand and follow all existing laws, regulations, and rules for Medicare payment for skin substitute graft/CTPs for the treatment of diabetic foot ulcers and venous leg ulcers and must properly submit only valid claims for them. Please review and understand them and apply the medical necessity provisions in the policy within the context of the manual rules. Relevant CMS manual instructions and policies may be found in the following Internet-Only Manuals (IOMs) published on the CMS Web site:<br><br>**IOM Citations:**<br><br>• CMS IOM Publication 100-02, *Medicare Benefit Policy Manual*,<br>~ Chapter 15, Section 50.4.1 Approved Use of Drug<br>• CMS IOM Publication 100-04, *Medicare Claims Processing Manual*,<br>~ Chapter 17, Section 40 Discarded Drugs and Biologicals<br>• CMS IOM Publication 100-08, *Medicare Program Integrity Manual*,<br>~ Chapter 13, Section 13.5.4 Reasonable and Necessary Provision in an LCD<br>• CMS IOM Publication 100-03, *National Coverage Determinations Manual, Chapter* 1, Sections 270.3, 270.4 & 270.5<br><br>**Social Security Act (Title XVIII) Standard References:**<br><br>• Title XVIII of the Social Security Act, Section 1862(a)(1)(A) states that no Medicare payment may be made for items or services which are not reasonable and necessary for the diagnosis or treatment of illness or injury.<br>• Title XVIII of the Social Security Act, Section 1862(a)(7). This section excludes routine physical examinations.<br><br>**Code of Federal Regulations (CFR) References:**<br><br>• CFR, Title 21, Volume 8, Chapter 1, Subchapter L, Part 1271.10 Human cells, tissues, and cellular and tissue-based products |
| Coverage Guidance | **Coverage Indications, Limitations, and/or Medical Necessity**<br><br>Compliance with the provisions in this LCD may be monitored and addressed through post payment data analysis and subsequent medical review audits. |

Wolters Kluwer

**History/Background and/or General Information**

This LCD addresses the medically reasonable and necessary threshold for coverage of skin replacement surgery for application of skin substitute graft, also referred to as cellular and/or tissue-based products (CTPs) for diabetic foot ulcers (DFUs) and venous leg ulcers (VLUs). The use of skin substitute grafts/CTPs when providing scaffolding for skin growth to treat wounds that fall outside the scope of the LCD may be considered on claim-by-claim basis.

Application of skin substitute graft for ulcer care indications other than for DFU or VLU are not addressed by this LCD. Use of skin substitute graft or CTPs must meet the medically reasonable and necessary threshold for coverage and these devices must be used in accordance with their intended use as approved/regulated by the United States (U.S.) Food and Drug Administration (FDA).

For the purpose of this policy and consistent with the AMA's CPT codebook, skin substitute grafts/CTPs include non-autologous human skin grafts, non-human skin substitute grafts, and biological products that form a sheet scaffolding for skin growth. Also, for the purposes of this policy, wound coverings or wound dressings, which are utilized to provide a physical barrier to protect the ulcer (wound) surface, prevent infection, and allow healing underneath, and are typically removed as the ulcer or chronic wound heals are NOT included in the definition of skin substitute grafts/CTPs. Wound coverings and dressings are NOT anchored or applied surgically to ulcers to form scaffolding for skin growth and are therefore NOT skin substitute grafts/CTPs.

Generally, depending on the purpose of the product and how it functions, skin substitute graft or CTPs are regulated by the FDA premarket approval (PMA) process, FDA 510(k) premarket notification process, or the FDA regulations for human cells, tissues, and cellular and tissue-based products (HCT/Ps). It has been noted that there are instances in which certain products might have an ulcer healing indication but may not necessarily meet the definition of skin substitute graft or CTPs. Therefore, FDA classification and indication alone does not determine if a product meets the definition of skin substitute graft and/or meets the medically reasonable and necessary threshold for coverage.

Amniotic/chorionic-based products are HCT/Ps as defined in 21 CFR 1271.3(d) and must meet criteria in 21 CFR 1271 and 361 of the Public Health Service Act (PHS Act). The HCT/Ps not regulated under 361 are regulated as drugs as defined under section 201(g) of the Federal Food, Drug, and Cosmetic Act (the Act) [21 U.S.C. 321(g)] and biological products as defined in section 351(i) of the PHS Act [42 U.S.C. 262(i)]. In order to lawfully market a drug that is also a biological product, a valid biologics license must be in effect [42 U.S.C. 262(a)]. Such licenses are issued only after a showing of safety and efficacy for the product's intended use.[1-4]

Standard treatment of lower extremity ulcers (e.g., DFUs and/or VLUs) may include mechanical offloading, infection control, mechanical compression, limb elevation, debridement of necrotic tissue, management of systemic disease and medications, nutrition assessment, tissue perfusion and oxygenation, and counseling on the risk of continued tobacco use. In addition, maintenance of a moist ulcer environment through appropriate dressings facilitates development of healthy granulation tissue and epithelialization and thus may potentiate complete healing at a ulcer site. Dressings are an integral part of ulcer management by not only maintaining a moist environment but by stopping contamination and absorbing exudate.[3,5-9]

Despite advancements in various synthetic occlusive dressings some ulcers fail to heal. The development of skin substitute graft or CTPs has been employed as an adjunct to established ulcer care methods intended to increase the chances of healing.[10,11]

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

 Wolters Kluwer

Chronic DFUs and VLUs may be unresponsive to initial therapy or persist despite additional care. A DFU or VLU that has failed to response to standard of care treatment after 30 (thirty) days may be considered chronic and the application of a skin substitute graft or CTP may be considered medically reasonable and necessary for certain patients.[10-13]

Patients receiving skin replacement surgery with a skin substitute graft or CTP should be under the care of a physician/non-physician practitioner (NPP) for the treatment of their systemic disease process (e.g., diabetes mellitus, chronic venous insufficiency, and/or peripheral vascular disease). It is imperative that their systemic disease be monitored/treated in order to ensure adequate healing of the ulcer.[6,13]

It is the expectation that a specific skin substitute graft or CTP will be used for the episode of skin replacement surgery (defined as 12 weeks from the first application of a skin substitute graft or CTP) assuming its use is not in conflict with the FDA assessments (e.g., indications, contraindications, how supplied and directions for use, etc.) and/or the American Association of Tissue Banks (AATB) approved use and assuming there is one related ulcer. Repeat application of a skin substitute graft within the 12-week episode of skin replacement surgery may be appropriate based on ulcer re-assessment and must be supported in the medical record documentation for that encounter. Additional applications of a skin substitute product beyond the 12- week episode of skin replacement surgery is not expected if the ulcer has responded to the skin replacement surgery with epithelialization and other progression. This LCD does not endorse particular products for separate payment. The medical record documentation must support the medical necessity for skin replacement surgery and that the product is being used within its approved FDA indications as an ulcer treatment and not as a wound covering.

**Covered Indications**

All of the following criteria must be met for the application of a skin substitute graft/CTP for lower extremity DFU or VLU to be considered medically reasonable and necessary:

If the patient meets all of the criteria as outlined in this LCD, application of a skin substitute graft or CTP for lower extremity DFU or VLU is considered medically reasonable and necessary for the following:

1. The presence of a chronic, non-infected DFU, or chronic, non-infected VLU having failed to respond to documented standard of care treatment (outlined below) for a minimum of 30 days with documented compliance to prescribed treatment.[5]
2. Has Failure to respond to documented standard of care treatment is defined as an ulcer that has increased in size or depth, or no change in baseline size or depth, or no sign of improvement or indication that improvement is likely (such as granulation, epithelialization, or progress towards closing). Documentation of response requires measurements of the initial ulcer, measurements at the completion of at least 30 days of standard of care treatment, and measurements immediately prior to placement of the skin substitute graft or CTP for a DFU. For VLUs, standard of care measures must continue for no less than 30 days and include on-going compression therapy.[5,7,11]
3. Standard of care treatment includes, but are not limited to [4-7,9,12,14]:

- 
    - Comprehensive patient assessment (history, exam, Ankle-Brachial Index [ABI]) and diagnostic tests as indicated) and implemented treatment plan.
- 
- 

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

- For patients with a DFU - assessment of Type 1 vs. Type 2 diabetes and management history with attention to certain comorbidities (e.g., vascular disease, neuropathy, osteomyelitis), review of current blood glucose levels/hemoglobin A1c (HbA1c), diet and nutritional status, activity level, physical exam that includes assessment of skin and ulcer, ABI, and check of off-loading device or assessment of appropriate footwear.[13]
- For patients with a VLU - assessment of clinical history (prior ulcers, thrombosis risks), physical exam (edema, skin changes), ABI, diagnostic testing to verify superficial or deep venous reflux, perforator incompetence, and chronic (or acute) venous thrombosis.

4. An implemented treatment plan demonstrating all of the following:

- Debridement as appropriate.
- Some form of offloading for DFUs and some form of compression for VLUs.
- Infection control.
- Management of exudate - maintenance of a moist environment (moist saline gauze, other classic dressings, bioactive dressing, etc.).
- Documentation of smoking history, and that the patient has received counseling on the effect of smoking on surgical outcomes and treatment for smoking cessation (if applicable) as well as outcome of counselling (if applicable).

5. Skin substitute graft/CTPs utilized per their intended use as approved/regulated by the FDA.
6. The patient is under the care of a qualified physician/NPP for the treatment of the systemic disease process(es) etiologic for the condition (e.g., venous insufficiency, diabetes, neuropathy).[6,13]

**Limitations**

The following are considered not medically reasonable and necessary[6-7,10,12-13]:

1. Greater than four applications of a skin substitute graft or CTP within the episode of skin replacement surgery (defined as 12 weeks from the first application of a skin substitute graft or CTP). Product change within the episode of skin replacement surgery is allowed but in situations where more than one specific product is used, it is expected that the number of applications or treatments will still not exceed four.
   - The expectation is treatment will consist of the fewest repeat applications and amount of product to heal the ulcer. It is not expected that every ulcer, in every patient will require the maximum number of applications.

2. Application of a skin substitute graft product beyond 12-weeks per episode of care.
3. Repeat applications of skin substitute graft/CTPs when a previous application was unsuccessful. Unsuccessful treatment is defined as increase in size or depth of an ulcer, or no change in baseline size or depth and no sign of improvement or indication that improvement is likely (such as granulation, epithelialization, or progress towards closing).
4. Application of skin substitute graft/CTPs in patients with inadequate control of underlying conditions or exacerbating factors, or other contraindications (e.g., uncontrolled diabetes, active infection, active Charcot arthropathy of the ulcer extremity, active vasculitis).
5. Use of surgical preparation services (for example, debridement), in conjunction with routine, simple and/or repeat skin replacement surgery with a skin substitute graft or CTP.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

6. Excessive wastage (discarded amount).
    - The skin substitute graft or CTP must be used in an efficient manner utilizing the most appropriate size product available at the time of treatment. It is expected that where multiple sizes of a specific product are available, the size that best fits the ulcer with the least amount of wastage will be utilized.
7. All liquid or gel skin substitute products or CTPs for ulcer care.[16]

Note: Refer to the CFR, Title 21, Volume 8, Chapter 1, Subchapter L, Part 1271.10 for Human-derived products regulated as human cells, tissues, or cellular or tissue-based product (HCT/P).

**Provider Qualifications**

Services provided within the LCD coverage indications will be considered medically reasonable and necessary when all aspects of care are within the scope of practice of the provider's professional licensure; and when all procedures are performed by appropriately trained providers in the appropriate setting.

**Notice:** Services performed for any given diagnosis must meet all the indications and limitations stated in this LCD, the general requirements for medical necessity as stated in CMS payment policy manuals, any and all existing CMS national coverage determinations, and all Medicare payment rules.

**Definitions**

**Autografts/tissue cultured autografts:** Include the harvest or application of an autologous skin graft.

**Chronic Wound:** A chronic wound may be defined as one that is physiologically impaired due to a disruption of the wound healing cycle as a result of impaired angiogenesis, innervation, or cellular migration, among other reasons for 30 days or longer.[17]

**Cellular and/or Tissue Based Products (CTPs) grafts (also called skin substitutes graft*): :** Include non-autologous human cellular and/or tissue products (e.g., dermal or epidermal, cellular and acellular, homograft or allograft), non-human cellular and/or tissue products (i.e., xenograft), and biological products (synthetic or xenogeneic) that form a sheet scaffolding for skin growth when applied in a sheet over an open wound or ulcer to augment closure or skin growth.[13,18]

**Wound dressing:** applications applied to wounds as a selective barrier to clean, cover and protect wounds from the surrounding environment to promote optimal environment for wound healing.

*There is a lack of clarity in the definition of skin substitute. For the purpose of this policy, skin substitute graft will align with the AMA CPT codebook[18] description "non-human skin substitute grafts and biological products that for a sheet scaffolding for skin growth". This surface is not intended to be removed, but grows into place or serves as surface for new skin to grow in.

**Summary of Evidence**

A literature search was conducted using the following key words: Non-healing ulcer; chronic; diabetic foot; foot ulcer; venous leg ulcer; guidelines; ulcer healing; skin substitutes; dermal skin substitute; human skin allograft; randomized trial; standard

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

of care; venous leg ulcer; skin grafts; ulcer dressing; human derived products; animal derived products; FDA regulations. The literature search was filtered to locate articles within 5-10 years, full- text articles, clinical trials, and systematic reviews. In general, improved health outcomes of interest include patient quality of life and function.

**Introduction**

Diabetic foot ulcers (DFUs) and venous leg ulcers (VLUs) that have failed to respond to standard of care treatment after 30 days or four weeks may be considered chronic and the application of a skin substitute graft or cellular and/or tissue-based product (CTP) may be considered medically reasonable and necessary for certain patients.[10,12,13] Chronic wounds such as DFUs and VLUs impact patient quality of life due to impaired mobility, pain, and substantial morbidity.[10 12 13]

**Evidence-Based Guidelines for Standard of Care**

Evidence-based guidelines indicate that standard of care (SOC) treatment of lower extremity ulcers (e.g., [DFUs] and/or [VLUs]) may include mechanical offloading, infection control, mechanical compression, limb elevation, debridement of necrotic tissue, management of systemic disease and medications, nutrition assessment, tissue perfusion and oxygenation, education regarding care of the foot, callus, and nail and fitting of shoes, and counseling on the risk of continued tobacco use. In addition, maintenance of a moist ulcer environment through appropriate dressings facilitates development of healthy granulation tissue and epithelialization and thus may potentiate complete healing at an ulcer site. Dressings are an integral part of ulcer management by not only maintaining a moist environment but by stopping contamination and absorbing exudate.[4-7,9,14]

A comprehensive assessment of patients and their ulcers will also facilitate appropriate care by identifying and correcting systemic causes of impaired healing. The presence of a severe illness or systemic disease and drug treatments such as immunosuppressive drugs and systemic steroids may inhibit ulcer healing by changes in immune functioning, metabolism, inflammation, nutrition, and tissue perfusion. Therefore, this information in conjunction with a detailed history of the ulcer itself is essential.[6,13]

A vascular evaluation is also vital for all chronic ulcers. Palpation of pulses may be problematic in cases of medial arterial calcification. An ankle-brachial index (ABI) should be taken for patients with a questionable pulse deficit although the ABI levels may be falsely elevated with medial arterial calcification. The patient is considered to have impaired arterial perfusion when the ABI is below 0.9. To supplement ankle-brachial studies, toe blood pressure readings, pulse volume recordings, transcutaneous oxygen measurements (TCOMs), and skin perfusion pressure measurements have been suggested as acceptable benchmarks for the prediction of ulcer healing.[13]

Venous ulcers require a series of diagnostic testing to verify superficial or deep venous reflux, perforator incompetence, and chronic (or acute) venous thrombosis. In this regard, venous duplex ultrasound is recommended and if the venous duplex ultrasound does not provide definitive diagnostic information, a venous plethysmography is recommended. Patients with mixed arterial and venous disease require a combination of arterial and venous noninvasive testing. The use of a Class 3 (most supportive) high-compression method is strongly recommended in the treatment of venous ulcers. High strength compression may be applied using techniques such as multilayered elastic compression, inelastic compression, Unna boot, compression stockings, and others. The extent of compression should be modified for patients with mixed venous/arterial disease.[7,13]

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Coding & Payment Tools


The clinical practice guidelines of the Society for Vascular Surgery and the American Venous Forum recommend that patients with VLUs have the ulcer classified using the Clinical class, Etiology, Anatomy, and Pathophysiology (CEAP) classification (confirmed by duplex scan). The Venous Clinical Severity Score (VCSS) is recommended to assess changes in response to therapy. Specific classification of venous disease is essential for standardization of venous disease severity and evaluation of treatment efficiency.[9]

The Society for Vascular Surgery in collaboration with the American Podiatric Medical Association and the Society for Vascular Medicine has recommended a SOC treatment schedule for DFUs that includes weekly to monthly ulcer evaluations of ulcer size and healing progress, infection control, debridement of all devitalized tissue and surrounding callus material, dressings that maintain a moist ulcer environment, control of exudate, and avoiding maceration of adjacent intact skin. Adequate glycemic control of hemoglobin A1c is also recommended to reduce the incidence of DFUs and infections and periodic assessments of appropriate footwear and/or off-loading device.[5,9]

**Regulation of Skin Substitute Grafts/CTPs**

Despite standard of care and advancements in various moisture retaining synthetic occlusive dressings, many chronic ulcers fail to heal. After standard of care fails to heal an ulcer, skin substitute grafts or CTPs have been employed as an ulcer management method to increase the chances of healing.[10 19] Skin substitute grafts or CTPs can be organized into the following groups: 1) Human-derived products regulated as human cells, tissues, and cellular and tissue- based products (HCT/Ps); 2) Human and human/animal-derived products regulated through premarket approval (PMA) by the U.S. Food and Drug Administration (FDA); 3) Animal-derived products regulated under the 510(k) process; and 4) Synthetic products regulated under the 510(k) process.[1,2,5]

Human tissue can be obtained from human donors, processed, and used in exactly the same role in the recipient, such as a dermal replacement to be placed in a ulcer as a skin substitute graft or CTP (regulated as HCT/Ps). These products may be regulated under the Biologics License Application (BLA) (under the Public Health Service Act [PHS Act]) or PMA (under the Federal Food, Drug, and Cosmetic Act [FEDCA]), depending on their composition and primary mode of action. Amniotic/chorionic-based products are HCT/Ps as defined in 21 CFR 1271.3(d) and must meet criteria in 21 CFR 1271 and 361 of the PHS Act. The HCT/Ps not regulated under 361 are regulated as drugs as defined under section 201(g) of the FEDCA [21 U.S.C. 321(g)] and biological products as defined in section 351(i) of the PHS Act [42 U.S.C. 262(i)]. In order to legally market a drug that is also a biological product, a valid biologics license must be in effect [42 U.S.C. 262(a)]. Such licenses are issued only after a showing of safety and efficacy for the products intended use.[3]

**Evidence-Based Guidelines for Skin Substitute**

Skin substitute grafts or CTPs are a heterogeneous group of biological and/or synthetic elements that allow the temporary or permanent occlusion of ulcers. Dermal substitutes may vary from skin xenografts or allografts to a combination of autologous keratinocytes over the dermal matrix, but all have a mutual goal to attain resemblance with an individual's skin to the greatest extent possible.[9] Skin substitute grafts or CTPs are recommended as an advanced therapy in addition to the established SOC treatment protocols for ulcer care to increase the chances of healing. In this regard, evidence-based guidelines recommend ulcer bed preparation prior to the application of any biologically active dressing which includes complete removal of slough, debris and/or necrotic tissue.[15] Skin substitute grafts are recommended in conjunction with SOC treatment for DFUs that have failed to demonstrate more than 50% ulcer area reduction after a minimum of 30 days of

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

standard therapy.[5] For VLUs, if substantial ulcer improvement is not demonstrated after a minimum of 30 days of standard therapy, skin substitute grafts or CTPs are recommended in addition to compression therapy.[7]

**Technology Assessment**

The Agency for Healthcare Research and Quality (AHRQ) provided an evidenced-based technical brief for skin substitute grafts for treating chronic ulcers.[16] This technical brief was developed to describe assorted products that may be considered skin substitute graft in the U.S., which are utilized for the treatment of chronic ulcers. In addition, systems utilized to classify skin substitute grafts were assessed, randomized controlled trials (RCTs) involving skin substitute grafts were reviewed, and recommendations were made regarding best practices for future studies. A systematic search of the published literature since 2012 was conducted for systematic reviews/meta-analyses, RCTs, and prospective non-randomized comparative studies studying commercially available skin substitute grafts for individuals with DFUs, VLUs, pressure ulcers, and arterial leg ulcers.

Seventy-six skin substitute grafts were identified and categorized using the Davison-Kotler classification system, a method structured according to cellularity, layering, replaced region, material used, and permanence. Of these, 68 (89%) were categorized as acellular dermal substitutes, largely replacements from human placental membranes and animal tissue sources. Acellular dermal substitutes prepared from natural biological materials are the most common commercially available skin substitute graft product for treating or managing chronic ulcers. Cellularity is a significant difference among skin substitute graft as the presence of cells raises the rejection risk and production complexity. This category includes decellularized donated human dermis (14 products recognized), human placental membranes (28 products recognized), and animal tissue (21 products recognized). Less products are prepared from synthetic materials (two products recognized) or a blend of natural and synthetic materials (two products recognized). A limited number of skin substitute products are acellular replacements for both the epidermis and dermis (one product recognized). Only eight products were recognized that contain cells and would be classified in the cellular grouping.

Three systematic reviews and 22 RCTs studied the utilization of 16 distinct skin substitutes, comprising acellular dermal substitutes, cellular dermal substitutes, and cellular epidermal and dermal substitutes in DFUs, pressure ulcers, and VLUs. Twenty-one ongoing studies (all RCTs) assessed an additional nine skin substitute grafts with comparable classifications. It was noted that studies seldom reported clinical outcomes, such as amputation, ulcer recurrence at least two weeks after treatment ended, or patient-related outcomes, such as return to function, pain, exudate, and odor. This review found that more studies are needed to assess the effectiveness of most skin substitutes and studies need to be better designed and include clinically relevant outcomes.

Of the 22 included RCTs, 16 studies contrasted a skin substitute with SOC. The SOC for each ulcer type involved sharp debridement, glucose control, compression bandages for VLUs, pressure redistribution support surfaces for pressure ulcers, infection control, offloading, and daily dressing changes with a moisture-retentive dressing, such as an alginate or hydrocolloid type dressing. Though 85% of the studies examining acellular dermal substitutes portrayed the experimental intervention as favorable over SOC for ulcer healing and quicker time to heal, inadequate data is available to determine whether ulcer recurrence or other sequela are less frequent with acellular dermal substitutes. Only three studies contrasted cellular dermal substitutes with SOC. Clinical evidence for cellular dermal substitutes may be limited by the lack of robust, well-controlled clinical trials.

Of the six head-to-head comparative studies, results from five studies did not show substantial differences between skin substitute grafts in outcomes measured at the

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Coding & Payment Tools 

latest follow-up (>12 weeks). One study concluding at 12 weeks described a substantial difference in ulcer healing favoring an acellular dermal skin substitute over a cellular epidermal and dermal skin substitute. Another study compared two acellular dermal substitutes and seemed to have deliberately underpowered one arm of the study as statistical significance was not sought or expected for this study arm. Of the two studies reporting on recurrence, one study described comparable recurrence, while the other study reported no recurrence at 26 weeks. The current evidence base, as portrayed by the authors for the literature reviewed, may be inadequate to determine whether one skin substitute graft product is superior to another.

Industry sponsored most of the studies reviewed; 20 of the 22 RCTs in this review, which presents concerns regarding bias for these studies. This AHRQ technical brief also noted that a skin substitute's commercial availability is not a reflection of its legal status. Manufacturers self-determine whether their human cells, tissues, or cellular or tissue-based product (HCT/P) may be marketed without FDA preapproval and frequently misunderstand or mischaracterize the conditions they must meet for the product to be regulated solely for communicable disease risk. The Code of Federal Regulations (CFR) was referenced; 21 CFR 1271.10(a). Also, the 'FDA Announces Comprehensive Regenerative Medicine Policy Framework was referenced.[16]

**Systemic Review and Meta-Analysis**

Santema et al[20] provided a systematic review and meta-analysis to assess the efficiency of skin substitute grafts utilized for the treatment of DFUs regarding ulcer healing and limb salvage. Using the Cochrane Collaboration methodology, 17 clinical trials were identified, which included a total of 1,655 randomized study participants with diabetic foot ulceration. The number of study participants per clinical trial ranged from 23 to 314. Fourteen studies included chronic or difficult to heal ulcers that were present for a minimum of 2, 4, or 6 weeks.

Skin substitute grafts were contrasted with SOC in 13 trials. The results collectively demonstrated that SOC treatment, together with skin substitute, enhance the chances of attaining complete ulcer closure in contrast to SOC alone after 6 to 16 weeks (risk ratio [RR] 1.55, 95% confidence interval [CI] 1.30 to 1.85, low quality of evidence). Apligraf/Graftskin, Epifix, and Hyalograft 3D were the only individual products that demonstrated a statistically substantial beneficial effect on complete ulcer closure (i.e., full epithelialization without any evidence of drainage or bleeding). Four clinical trials contrasted two different types of skin substitute, although no product demonstrated a greater effect over another. Sixteen of the trials evaluated the efficacy of a bioengineered skin substitute. Only one trial evaluated the efficacy of a non-bioengineered skin graft.

The total occurrence of lower limb amputations was only reported for two trials and the results for these two trials collectively produced a substantially lower amputation rate for individuals treated with skin substitute grafts (RR 0.43, 95% CI 0.23 to 0.81), though the absolute risk difference (RD) was small (-0.06, 95% CI -0.10 to -0.01, very low quality of evidence). Of the included studies, 16 reported on adverse events (AEs) in different ways, although there were no reports of a substantial difference in the incidence of AEs between the intervention and the control group. Additionally, support of long-term effectiveness is lacking, and cost-effectiveness is unclear. Noted limitations included a variable risk of bias among the studies, the lack of blinding (i.e., study participants and investigators knew which patients were receiving the experimental therapy and which patients were receiving the standard therapy), and 15 of the studies conveyed industry involvement; the majority of which did not indicate if the industry applied any limitations regarding data analysis or publication.[20]

Jones et al[21] provided a fourth update for a systematic literature review to evaluate

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Wolters Kluwer

the effect of skin substitute grafts for the treatment of VLUs. Using the Cochrane Collaboration methodology, one new trial was identified, generating a total of 17 RCTs, which included a total of 1,034 study participants. The studies comprised participants of any age, in any care setting, and with VLU. Given the process for diagnosis of venous ulceration differed between studies, a standard definition was not applied. The trials also involved study participants with arterial, mixed, neuropathic, and diabetic ulcers provided that the outcomes for patients with venous ulcers were conveyed separately. To be included in the review, trials also had to report at least one of the primary outcomes (i.e., objective measures of healing, such as relative or absolute rate of change in ulcer area, time for complete healing, or proportion of ulcers healed within the trial period).

Eleven studies contrasted a graft with SOC. Two of these studies (102 patients) contrasted an autograft with a dressing, three studies (80 patients) contrasted a frozen allograft with a dressing, and two studies (45 patients) contrasted a fresh allograft with a dressing. Two studies (345 patients) contrasted a tissue-engineered skin (bilayer artificial skin) with a dressing. In two studies (97 patients) a single-layer dermal replacement was contrasted with SOC.

Six studies contrasted alternative skin grafting techniques. The first study (92 patients) contrasted an autograft with a frozen allograft, a second study (51 patients) contrasted a pinch graft (autograft) with a porcine dermis (xenograft), the third study (110 patients) contrasted growth-arrested human keratinocytes and fibroblasts with a placebo, the fourth study (10 patients) contrasted an autograft delivered on porcine pads with an autograft delivered on porcine gelatin microbeads, the fifth study (92 patients) contrasted a meshed graft with a cultured keratinocyte autograft, and the sixth study (50 patients) contrasted a frozen keratinocyte allograft with a lyophilized (freeze-dried) keratinocyte allograft.

Overall, the results show that substantially more ulcers healed when treated with bilayer artificial skin than with dressings. There was inadequate evidence from the other trials to establish whether other types of skin grafting improved the healing of venous ulcers. The authors concluded that bilayer artificial skin, used together with compression bandaging, improves venous ulcer healing contrasted with a simple dressing plus compression.

It was noted that the overall quality of the studies reviewed was poor, thus affecting the risk of inherent bias. Many of the studies did not convey inclusion criteria, insufficient information was provided regarding randomization techniques, and withdrawals and AEs were inadequately reported. Deficient data regarding withdrawals and the inclination to perform per-protocol analyses rather than intention-to-treat (ITT) analyses signify that the outcomes in the original study documentation may be biased.[21]

**Clinical Trials for Skin Substitute Grafts or CTPs for Diabetic Foot Ulcers**

Barbul et al[22] conducted a retrospective, matched-cohort study to establish the efficacy of a cryopreserved human bioactive split-thickness skin allograft (BSA) (i.e., TheraSkin®) plus SOC when contrasted to SOC alone for the treatment of diabetic ulcers. Data was obtained from electronic medical records (EMRs) of an initial pool of 650,309 diabetic ulcers for patients treated at 470 outpatient ulcer care centers in the U.S. from January 1, 2012 to October 25, 2018.

Primary inclusion criteria included: 1) Adults ≥ 18 years of age; 2) DFU, Wagner grade 1-4 present for ≥ 30 days for individuals diagnosed with Type 1 or Type 2 diabetes; 3) Ulcer sited on foot, leg, or toe; and 4) Wound area ≥ 1 $cm^2$ and ≤ 50 $cm^2$. Primary exclusion criteria included: 1) Ulcers treated at skilled nursing facilities; 2) Ulcers treated with advanced biological products other than BSA; 3) Individuals in the control cohort who received any cellular and/or tissue-based products; and 4) Individuals who showed ≥ 50% closure of their ulcers four weeks

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

before the study treatment period.

Following elimination of ineligible patients and those missing important information (i.e., ulcer characteristics) and/or lack of treatment documentation, data included a total of 778 patients who were treated with the BSA (treatment cohort) (mean age 65.67) and these study participants were paired with 778 patients (mean age 62.95) drawn from a pool of 126,864 patients treated with SOC alone (control cohort), by utilizing propensity matching to create almost identical cohorts. Complications and comorbidities for both groups included Alzheimer's disease, coronary artery disease, cellulitis, chronic obstructive pulmonary disease, congestive heart failure, end stage renal disease, immunosuppressive conditions, morbid obesity, peripheral vascular disease (arterial and venous), smoking status, and venous insufficiency. Although the disparity in body mass index (BMI) improved with propensity matching, a noteworthy difference remained between groups with those in the BSA cohort having a substantially higher mean BMI than those in the control cohort ($p < 0.002$).

Both cohorts received SOC treatment involving debridement, offloading, and application of any kind of nonbiologic ulcer dressings, such as hydrogels, saline-moistened gauze, and antimicrobial dressings. Study participants who received a BSA may have utilized any or all of the same dressings.

Amputation rates and recurrence at 3 months, 6 months, and 1 year after ulcer closure were analyzed. Diabetic ulcers were 59% more likely to close in the treatment cohort contrasted to the control cohort ($p$=0.0045). The healing rates with the BSA were greater than with SOC across multiple subsets, but the most substantial improvement was noted in the worst ulcers that had a duration of 90-179 days prior to treatment ($p$=0.0073), exposed deep structures ($p$=0.036), and/or Wagner Grade 4 ulcers ($p$=0.04). Additionally, the reduction in recurrence was substantial at 3 months, 6 months, and 1 year, with and without initially exposed deep structures ($p < 0.05$). The amputation rate in the treatment cohort was 41.7% less than that of the control cohort at 20 weeks (0.9% vs. 1.5%, respectively). This study showed that diabetic ulcers treated with a cryopreserved bioactive split-thickness skin allograft were more likely to heal and stay closed contrasted to ulcers treated with SOC alone.[22]

Cazzell et al[22] performed a prospective, randomized, controlled, open-label trial with a primary objective to contrast the healing rates of a human decellularized acellular dermal matrix (D-ADM) for chronic DFUs with a SOC arm and an active comparator, human acellular dermal matrix (ADM) arm for the treatment of DFUs. Secondary objectives studied differences in time to ulcer closure, economic burden, quality of life questionnaires and product utilization between D-ADM, SOC, and a second active comparator human ADM.

Inclusion criteria included, but was not limited to: 1) Enrolled study participants must have the capability to comply with offloading and dressing change requirements; 2) The ulcer of focus must have been open and receiving SOC for 30 days with an area ≥ to 1 $cm^2$ and < than 25 $cm^2$; 3) Patient must be between 21 and 80 years of age, have a single DFU of focus with a Wagner Ulcer Classification Grade of 1 or 2, and no infection present; and 4) Patients must have had acceptable circulation to the affected area, specified as having at least one of the following criteria within the past 60 days: TCOM at the dorsum of the foot ≥ 30 mmHg, ABI ranging from 0.8 - 1.2, or at least biphasic Doppler arterial waveforms at the dorsalis pedis and posterior tibial arteries.

Exclusion criteria included, but was not limited to: 1) Patient had ulcer treatments including biomedical or topical growth factors within 30 days prior to screening; 2) Patient had circulating HbA1c > 12% within 90 days of the screening visit, serum creatinine concentrations of 3.0 mg/dL or > within 30 days before screening; 3) The presence of peripheral vascular disease, active infection or untreated malignancy,

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Wolters Kluwer

Charcot's disease, or necrosis, purulence, or sinus tracts unable to be removed by debridement; 4) Patient had a revascularization procedure aimed at improving blood flow in the target limb, or received a living skin equivalent within 4 weeks before screening; and 5) Patient has a sensitivity to lincomycin, gentamicin, polymyxin B, vancomycin, polysorbate 20, N-lauroyl sarcosinate, benzonase, or glycerol.

Patients with a diagnosis of diabetes mellitus on a stable treatment regimen (no modifications in treatment for 30 days prior to screening) who visited the clinic for care of a chronic lower extremity ulcer and met the above inclusion criteria and none of the exclusion criteria were asked to join the study. In this regard, the study enrolled 168 DFU patients in 13 centers across nine states in the U.S. Patients were randomized into one of three treatment arms; D-ADM (DermACELL®), SOC ulcer management, or GJ-ADM (GraftJacketTM) at a ratio of 2:2:1. The authors of this study indicated that the active comparator arm for GJ-ADM was not intended to compare the difference between the ADMs as several articles have reported the safety and efficiency of GJ-ADM; this arm was added to the study to determine a baseline ADM healing rate.

Numbered envelopes holding the treatment designation were arranged by an outside contract research organization and the study investigators were blinded to the randomization codes matching each envelope. After a patient successfully passed screening to be in the study, the investigator would open the envelope to ascertain which randomized arm the patient was assigned to. The ADM is visible upon application; therefore, it would have been impossible to continue blinding the investigator once treatment was applied. Therefore, as a secondary examination to avoid bias, a clinician, blinded to the treatment arm assessed the ulcer images for confirmation of healing condition.

Initially, the ulcer beds were debrided with a sharp blade, scissors or Versajet system to remove necrotic tissue for study participants in all three treatment groups. Wound size was recorded using an imaging system pre-and post- debridement as well as before dressing applications. The ulcer areas were calculated by the imaging system and utilized for subsequent analysis of the ulcer areas.

Patients in the D-ADM arm and the GJ-ADM arm had the appropriate ADM dressing applied and covered with a nonadherent dressing. A second ADM was applied between two weeks (at a minimum) and 12 weeks (at the latest) after the first D-ADM application. Patients could have a maximum of two ADM applications, which included the first application at baseline. Wounds in the conventional care arm were provided with ulcer therapy involving alginates, foams, or hydrogels. The treating provider then selected either a moist or dry gauze to be placed over the ulcer. In all three treatment arms, the dressing covered the ulcer for a minimum of 5 days, but no more than 9 days, (7 days ± 2 days) until the next visit and dressings were only changed by the study team. Also, during following weekly visits, debridement was used to remove necrotic tissue, as needed. In addition, off-loading utilizing a removable cast walker, diabetic shoe, surgical shoe, walker cast, or a total contact cast was essential for all treatment arms unless the investigator considered it to be inappropriate, such as situations involving a wheelchair bound patient or if the ulcer was located on the dorsal surface of the foot. Though either removable or nonremovable offloading techniques were permitted, 95% of all patients used some type of removable method; 68% of patients used removable boots and 16% of patients used removable boots and 16% of patients used surgical shoes.

Wounds were assessed on a weekly basis until ulcer closure was noted or the patient completed 24 weekly follow- up visits. Wound closure was defined as 100% re-epithelialization of the ulcer without drainage. A second visit was scheduled two weeks after the initial ulcer closure was noted to verify complete ulcer closure. Additionally, all healed ulcers were followed at 4, 8, and 12 weeks after confirmation

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

of complete ulcer closure to determine if the ulcer remained healed.

A total of 168 patients were included in this study: 71 patients in the D-ADM arm, 69 patients in the SOC arm, and 28 patients in the GJ-ADM arm. Patients that withdrew from the study prematurely because of severe adverse events (SAEs), which affected the ability to follow the ulcer of focus, offloading non-compliance, or ≥ 25% missed visits involved 18 patients in the D-ADM arm, 13 patients in the SOC arm, and 5 patients in the GJ-ADM arm. To this end, 53 patients remained in the D-ADM arm and 40 of these patients received one application, 56 patients remained in the SOC arm, and 23 patients remained in the GJ-ADM arm and 16 of these patients received only one application. The percentage of overall early withdrawals and the percentage of SAEs were comparable between the three treatment groups based on relative population size ($p \geq 0.05$).

Baseline ulcer features, including ulcer size, were comparable between the three ITT arms. The average age for patients in the D-ADM arm was 59.1, 56.9 in the SOC arm, and 58.5 in the GJ-ADM arm. The mean HbA1c at screening was 8.51% in the D-ADM arm, 8.38% in the SOC arm, and 7.63% in the GJ-ADM arm. Patients diagnosed with Type 2 diabetes involved 93.5% of the enrolled population, with 90.1% randomized to D-ADM, 97.1% randomized to SOC, and 92.9% randomized to GJ-ADM. The treatments prescribed for diabetes control were evenly dispersed across study arms, thus eliminating the potential confounding effect of insulin levels on cell responses and healing. Also, it was noted that almost half of the study participants (41.1%) were current or past smokers and 58.9% had never smoked. Additionally, the majority of patients in all three arms of the study had ulcers classified as Wagner class 2 (ulcers that extend into tendon or capsule); D-ADM arm (83.1%), SOC arm (79.7%), and GJ-ADM arm (82.1%).

Patients were followed for 24 weeks for all three treatment arms. Results for the per protocol population showed that a single application of D-ADM showed a substantially greater ulcer healing probability in comparison to SOC across all three endpoints at Week 12 (65.0% vs. 41.1%; HR = 1.969; 95% CI = 1.1-3.5; $p$=0.0123), Week 16 (82.5% vs. 48.1%; HR = 2.397; 95% CI = 1.4-4.1; $p$=0.0003), and Week 24 (89.7% vs. 67.3%; HR = 2.107; 95% CI = 1.3-3.5; p=0.0008). Patients in the D-ADM arm who received all applications also demonstrated a substantially greater ulcer healing probability over SOC during follow-up visits at Week 16 (67.9% vs. 48.1%; HR = 1.716; 95% CI=1.04-2.831; $p$=0.0283) and Week 24 (83.7% vs. 67.3%; HR = 1.546; 95% CI = 0.9821-2.435; $p$=0.0489). The patients in the D-ADM arm who received only one application exhibited ulcer healing in an average of 9 weeks, whereas patients in the conventional arm showed ulcer healing in an average of 16.5 weeks ($p$=0.0020). No substantial differences were observed between patients in the GJ-ADM arm and patients in the SOC arm or between patients in the D-ADM and GJ-ADM arms.

The SF-36 v2.0 (Optum, Inc.) was utilized to acquire the perception of general health in eight areas for each study participant. The average, overall SF-36 scores at the end of the study were 425 for D-ADM, 430 for SOC, and 404 for GJ-ADM. There were no substantial differences perceived between treatment arms for the overall total score or in any of the eight areas. Also, a limitation noted for this study indicates that the manufacturer of the D-ADM (DermACELL®) sponsored this trial.[23]

Driver et al[24] conducted The Foot Ulcer New Dermal Replacement Study (FOUNDER) to assess the safety and effectiveness of the Integra Dermal Regeneration Template (IDRT) (i.e., Omnigraft® Dermal Regeneration Matrix) for the treatment of nonhealing DFUs. The study was a multicenter, randomized, controlled, parallel group clinical trial performed under an Investigational Device Exemption. This study was designed based on guidelines from the FDA for creating products to treat chronic cutaneous ulcers. The FOUNDER study involved 32 clinical sites and 307 patients that were randomized into two parallel groups.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Coding & Payment Tools 

The primary inclusion criteria included: 1) Established Type 1 or Type 2 diabetes with a HbA1c ≤ 12%; 2) Patients ≥ 18 years of age; 3) Presence of a full-thickness neuropathic ulcer positioned distal to the malleolus; 4) The ulcer of focus must have been in existence for greater than 30 days with the ulcer area between 1 and 12 $cm^2$ post-debridement; and 5) Satisfactory vascular perfusion as defined by ABI ≥ 0.65 and ≤ 1.2 or toe pressure > 50 mmHg or transcutaneous oxygen pressure (TcPO2) > 40 mmHg or doppler ultrasound consistent with sufficient blood flow to the affected extremity.

The primary exclusion criteria were active infection involving osteomyelitis, exposed capsule, tendon, or bone, and reduction of ulcer ≥ 30% during the screening interval. The trial was separated into three phases: screening/run-in, randomization/treatment, and follow-up. Patients entered the screening/run-in phase after providing written consent and underwent a series of screening evaluations and a 14-day run-in period in which patients received SOC treatment on the ulcer of focus to establish eligibility for the study. The following procedures were performed during the run-in period for the ulcer of focus: 1) Infection and exudate evaluation; 2) Sharp debridement; 3) Measurement of the deepest aspect (post-debridement); 4) Photograph (pre- and post-debridement); 5) Tracing for planimetric evaluation (post-debridement); 6) SOC that involved sharp debridement followed by application of a moist ulcer therapy consisting of 0.9% sodium chloride gel and a secondary dressing involving a nonadherent foam dressing, an outer gauze wrap, and an offloading/protective device (i.e., Active Offloading Walker [boot and/or shoe]); and 7) Patients were instructed on the SOC treatment for daily dressing changes.

Other patient evaluations conducted during the run-in period included: A medical history; medication usage; therapies; physical examination; and neuropathic, laboratory, and vascular perfusion assessments. Once the patients completed the screening/run-in phase, patients were then assessed to determine continued satisfaction of eligibility criteria. The ulcer of focus was then debrided using sharp debridement prior to the first treatment. Also, a planimetric evaluation was performed (blindly by a central laboratory).

Patients with study ulcers that had healed < 30% in the run-in period were randomized using a software algorithm at a central location in mixed blocks of 2 and 4 in a 1:1 ratio to the active or control treatment. Randomization was stratified by study location and ulcer size (≤ 3 cm2 versus > 3 cm2). Treatment started on the day of randomization as assigned and the treatment phase continued until the patient had 100% ulcer closure or for up to 16 weeks. The SOC was the control treatment and the IDRT was the active treatment. The SOC treatments were just as described in the screening/run-in phase and daily dressing changes were done either by the patient in the control group or by a trained caregiver.

For the active treatment group, fenestrating and meshing of the IDRT was acceptable to allow for drainage and in the presence of exudating ulcers or hematomas. The IDRT was placed on the debrided ulcer, trimmed to size, and secured with sutures or staples, and covered with a secondary dressing. When the collagen layer was replaced by new tissue, typically in 14 to 21 days after application, the silicone layer of the IDRT was removed. Re-applications of the IDRT were done as deemed necessary by the investigator. The site personnel performed the secondary dressing changes for the active treatment group on a weekly basis.

Wounds were assessed on a weekly basis during the treatment phase or until ulcer closure was noted. A visit was scheduled one week after the initial ulcer closure was noted to verify complete ulcer closure. An additional visit was then scheduled for confirmation of wound closure. Following completion of the treatment phase, all patients were followed every four weeks during the 12-week follow-up phase.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Coding & Payment Tools
Wolters Kluwer

Complete closure of the ulcer of focus during the treatment phase (16 weeks) (defined as 100% re-epithelialization of the ulcer surface with no discernable exudate and without drainage or dressing needs), was substantially greater in the active group (51%; 79/154) in contrast to the control group (32%; 49/153, *p*=0.001). Comparable results were observed when ulcer closure was evaluated by computerized planimetry: 50% (77/154) in the active group and 31% (48/153) in the control group (*p*=0.001). The probabilities of complete ulcer closure established at the end of the treatment phase were 2.2 times higher (95% CI = 1.4, 3.5; *p*=0.001) for the active group contrasted with the control group. Assessment using planimetric data to evaluate ulcer closure was consistent with an odds ratio of 2.2 (95% CI = 1.3, 3.5; *p*=0.001). When complete ulcer closure was evaluated at 12 weeks, the results were substantially different between the two groups (45% active [70/154] vs. 20% control [31/153]; $p < 0.001$). The probabilities of complete ulcer closure at 12 weeks were 3.3 times higher (95% CI = 2.0, 5.4; $p < 0.001$) for the active group contrasted with the control group. The average number of applications per individual, including the initial application, for the active group was 1 (range 1-15).

The degree of decrease in ulcersize was 7.2% per week for the active group vs. 4.8% per week for the control group (*p*=0.012). At the end of the follow-up phase, ulcer recurrence was experienced by 19% of the active treatment group and by 26% of the control treatment group (*p*=0.32). Quality of life data demonstrated substantial improvements in physical functioning (*p*=0.047) and bodily pain (*p*=0.033) for the active group contrasted with the control group.

Most AEs in both groups were mild. Severe AEs were incurred by 15.6% of patients in the active group and by 26.8% in the control group (*p*=0.016). Moderate AEs were incurred by 31.8% of patients in the active group and by 42.5% of patients in the control group (*p*=0.053). The AEs possibly linked to study treatment were comparable in both treatment groups (7/154 [4.5%] in the active group vs. 8/153 [5.2%] in the control group). Also, a limitation noted for this study is the manufacturer of the IDRT used in the active treatment group sponsored this trial.[24]

Lavery et al[25] performed a prospective, multi-center, randomized, single-blinded study to contrast the effectiveness of a human viable ulcer matrix (hVWM) (i.e., Grafix®) to standard ulcer care in treating chronic DFUs from May 2012 to April 2013. The primary outcome was the percentage of patients with complete ulcer closure by 12 weeks. Complete ulcer closure was defined as 100% re-epithelialization with no ulcer drainage. Secondary outcomes encompassed the time to ulcer closure, AEs, and ulcer closure in a crossover phase.

Primary inclusion criteria included: 1) Established Type 1 or Type 2 diabetic patients 18-80 years of age; 2) Diabetic ulcer present for 4 to 52 weeks; and 3) Diabetic ulcer positioned below the malleoli on the plantar or dorsal surface of the foot and ulcer 1 to 15 cm2 in size. Primary exclusion criteria included: 1) HbA1c above 12%; 2) Indication of active infection, including osteomyelitis or cellulitis; 3) Insufficient circulation to the affected foot defined by an ABI < 0.70 or > 1.30, or toe brachial index ≤ 0.50 or Doppler study with insufficient arterial pulsation; 4) Exposed muscle, tendon, bone, or joint capsule; and 5) Decrease of ulcer area by ≥ 30% during the screening period.

After a 1-week screening period, patients were randomized to the active treatment arm (i.e., hVWM) or control treatment arm (i.e., standard ulcer care) in a 1:1 ratio. Patients in the active treatment group received an application of hVWM once a week (± 3 days) for up to 84 days (blinded treatment phase). Patients in the control group received SOC ulcer therapy once a week (± 3 days) for up to 84 days and ulcers were cleaned and surgically debrided to remove all non-viable soft tissue from the ulcer by scalpel, tissue nippers and/or curettes at each weekly visit.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Ulcers in both groups received SOC that involved surgical debridement, off-loading and non-adherent dressings and either saline moistened gauze or an absorbent foam dressing for moderately draining ulcers. Also, an outer dressing was applied. In addition, walking boots were provided for patients with ulcers on the sole of the foot and post-op shoes were provided for patients with ulcers on the dorsum of the foot or at the ankle.

Patients were evaluated weekly at the clinical site. Patients who attained complete ulcer closure then continued to be assessed during the follow-up phase, twice during the first month and then monthly for two additional visits.

Patients in the control group whose ulcers were not closed by the end of the blinded treatment phase were able to receive the hVWM in the open-label treatment phase, in which the hVWM was applied weekly for up to 84 days.

During screening, 139 patients were assessed. A total of 42 patients failed screening and of these, 6 were excluded due to a decrease of their ulcer areas by ≥ 30% during the screening period. A total of 97 patients were randomized: 50 to the active treatment arm and 47 to the control arm.

The percentage of patients who attained complete ulcer closure was substantially higher in the active treatment group (62%) compared with the control group (21%, *P* =0.0001). The average time for healing was 42 days in the active treatment arm contrasted with 69.5 days in the control arm (*P*=0.019). There were less AEs in the active arm (44% versus 66%, *P*=0.031) and less ulcer-related infections (18% versus 36.2%, *P*=0.044). Among the study participants that healed, ulcers remained closed in 82.1% of patients (23 of 28 patients) in the active group versus 70% (7 of 10 patients) in the control group (*P*=0.419). The authors concluded that treatment with the hVWM substantially improved DFU healing contrasted with SOC therapy. Also, a limitation noted for this study is the manufacturer of the hVWM used in the active treatment group sponsored this trial.[25]

Sanders et al[26] performed a prospective, multi-center, randomized, controlled trial to contrast an in vitro-engineered, human fibroblast-derived dermal skin substitute (HFDS) (i.e., Dermagraft®) to a biologically active cryopreserved human skin allograft (HSA) (i.e., TheraSkin®) in the treatment of DFUs. The primary objectives were to establish the relative number of DFUs healed (100% epithelization without drainage) and the number of grafts needed by week 12. Secondary objectives involved the percentage of DFUs healed at weeks 16 and 20, time to heal during the study and ulcer size progression.[26]

Primary inclusion criteria included: 1) Established Type 1 or Type 2 diabetic patients > 18 years of age; 2) HbA1C < 12%; 3) Full-thickness foot ulcer existing > 30 days; 4) Ulcer > 1 $cm^2$ and < 10 $cm^2$ in size with at least 2 cm between study ulcer and other ulcers; and 5) ABI > 0.65, toe pressure > 50 mmHG, and TcPO2 > 20 mmHG. Primary exclusion criteria included: 1) Wound infection or gangrene of the foot; 2) Patient has received oral or parenteral corticosteroids, immune-suppressive or cytotoxic drugs within the last 12 months; and 3) Treatment with growth factors or bioengineered skin substitute graft within the past 30 days.

A total of 23 patients participated in the study at two hospital-based ulcer care centers in three phases. During the first phase, screening was performed, and eligible patients were randomly assigned to the HFDS treatment group (12 patients) (mean age 57) or the HSA treatment group (11 patients) (mean age 60) using a series of sealed envelopes employing a block randomization technique that described the treatment to be applied. During the second phase (one week later), the treatment phase started and continued for 12 weeks. All ulcers (both groups) were debrided to remove nonviable tissue and callous from the ulcer surface and adjacent ulcer perimeter and then cleansed with saline. Afterwards, the initial application of the biologically active product was applied as randomly assigned and

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

all ulcers were then covered with a non-adherent dressing and were offloaded with 1/2 inch felt as part of an aperture type of device. All patients were then given a healing sandal developed from a surgical shoe or a fixed ankle boot.

Patients in the HSA group received a product application every other week and patients in the HFDS group were treated every week with ulcers prepared as described above prior to application of the product. Since both products have a distinctive appearance, it was not possible to conceal the type of product used during ulcer assessments. Wounds were photographed at each visit and the margins of the ulcers were traced along the inner edge of the margins. At week 12, patients with an unhealed ulcer continued into the third phase (follow-up) for treatment and assessment for up to eight more weeks. After the week 12 visit, no additional biologically active products were used in either treatment group. In this phase, ulcers were treated with saline-moistened gauze and debridement as needed. Patients with ulcers verified to be healed were scheduled for a confirmatory visit. Patients with incomplete ulcer closure continued to be evaluated through week 20; subsequent treatment was then provided outside the scope of the study.

There were no substantial differences discerned between patient demographics and ulcer attributes at baseline in the two treatment groups. At week 12, seven (63.6%) ulcers in the HSA treatment group versus four (33.3%) in the HFDS treatment group were healed (P=0.0498). At the end of week 20, 90.91% of ulcers in the HSA group versus 66.67% of ulcers in the HFDS group were healed (P=0.4282). Among the subset of ulcers that healed during the first 12 weeks of treatment, a mean of 4.36 (range 2-7) HSA grafts were applied versus 8.92 (range 612) in the HFDS subset group (P < 0.0001, SE 0.77584). Time to healing in the HSA group was substantially less (8.9 weeks) than in the HFDS group (12.5 weeks) (log-rank test, P=0.0323). The results of this study showed that, after 12 weeks of care, DFUs treated with HSA are probably twice as likely to heal as DFUs managed with HFDS with about half the number of grafts required. Limitations noted for this study are the small sample size and the manufacturer of the HSA product used in one of the active treatment groups sponsored this trial.[26]

Zelen et al[27] performed a prospective, randomized, controlled, multicenter study to evaluate the healing rates, safety, and cost using an open-structure human reticular acellular dermis matrix (HR-ADM) (i.e., AlloPatch® PliableTM) plus SOC to facilitate ulcer closure in DFUs compared to treatment with SOC alone. The trial was conducted from December 2014 to November 2015 at five outpatient ulcer care centers in Virginia and Ohio.

Primary inclusion criteria included: 1) Patients with Type 1 or Type 2 diabetes with a non-healing neuropathic foot ulcer that failed a minimum of 4 weeks of documented conservative care; 2) Adequate renal function as shown by a serum creatinine level < 3.0 mg/dl; and 3) Sufficient circulation to the affected extremity within the past 60 days as evidenced by TCOM with result ≥ 30 mmHg, ABI with result of ≥ 0.7 and ≤ 1.2 or Doppler arterial waveforms, which were triphasic or biphasic at the ankle of the affected leg.

All eligible patients meeting inclusion and exclusion criteria were treated with SOC alone, which included surgical debridement, for a 2-week screening period and patients whose index ulcer had not healed greater than 20% at 2 weeks were then considered eligible for the study. A total of 40 study participants were eligible for enrollment in the study and were randomized to HR-ADM plus SOC (*n* = 20) (HR-ADM applications weekly) or SOC alone (*n* = 20) (daily dressing changes). There were no significant group differences regarding patient and ulcer attributes, with the exception of the average ulcer area, which was larger in the HR-ADM group (4.7 cm2) contrasted with the SOC group (2.7 cm2).

The primary outcome of this study focused on a comparison of ulcer healing at 6

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

weeks using HR-ADM plus SOC versus SOC alone. Wounds were considered as healed if there was complete (100%) re-epithelization with no drainage and no need for a dressing. Secondary outcomes involved comparing healing at 12 weeks, time to heal at 6 and 12 weeks, graft count, wastage, and assessment of product cost to closure. An ITT method was utilized for all analyses. At 6 weeks, 65% (13/20) of the HR-ADM-treated ulcers had healed contrasted with 5% (1/20) of the ulcers treated with SOC alone ($P$=0.00028). The decrease in the ulcer area size between the groups changed significantly over time, with an average time to heal within 6 weeks of 28 days (95% CI: 22-35 days) for the HR-ADM group contrasted with 41 days (95% CI: 40-43 days) for the SOC group. After adjusting for area of ulcer at randomization, the hazard ratio (HR) for HR-ADM contrasted with SOC was 168 (95% CI: 10-2704), $P$=0.00036. Ten study participants from the SOC group (50%) and one patient from the HR-ADM group (5%) discontinued the study at 6 weeks per protocol as their ulcer failed to decrease in area by at least 50%.

At 12 weeks, 80% (16/20) of the HR-ADM-treated ulcers had healed contrasted with 20% (4/20) of the ulcers treated with SOC alone (P=0.00036). The average time to heal within 12 weeks was 40 days (95% CI: 27-52 days) for the HR-ADM group contrasted with 77 days (95% CI: 70-84 days) for the SOC group ($P$=0.00014).

The average number of HR-ADM grafts used to achieve closure per ulcer was 4.7 (SD=3.3). The average percentage of wastage (healed ulcers only) was 51.7% (SD: 10.7; $n$ = 16). There was no occurrence of increased AEs or SAEs between groups, or any AEs related to the graft. This study concluded that the use of HR-ADM plus SOC is more effective in the treatment of DFUs than with SOC alone. This study was limited by the patients unblinded to treatment allocation and the study was also funded by the manufacturer of the HR-ADM graft.[27]

**Clinical Trials for Skin Substitute graft CTPs for Venous Leg Ulcers**

Cazzell[23] conducted a multicenter, randomized, controlled, open-label trial designed to evaluate the safety and efficacy of human decellularized acellular dermal matrices (D-ADM) contrasted with SOC management in patients with chronic VLUs. This exploratory pilot study included eight implanting surgeons from seven medical centers in five states that enrolled patients with VLUs. The study participants were randomly assigned to the D-ADM (i.e., Dermacell AWM®) treatment arm or a SOC treatment arm in a 2:1 ratio. Numbered envelopes holding the treatment designation were arranged by an outside contract research organization and the study investigators were blinded to the randomization codes matching each envelope. After a patient successfully passed screening to be in the study, the investigator would open the envelope to ascertain which randomized arm the patient was assigned to. The D-ADM is visible upon application; therefore, it would have been impossible to continue blinding the investigator once treatment was applied. Therefore, as a secondary examination to avoid bias, a blinded, independent adjudicator also assessed the healing condition of all ulcers.

Primary inclusion criteria included: 1) Adults ≥ 21 and ≤ 80 years of age; 2) Presence of a single target VLU with a CEAP ulcer classification Grade 6; 3) Duration of the target VLU ≥ 60 days; 4) Absence of infection; 5) VLU area ≥ 1 $cm^2$ and < 25 $cm^2$, depth ≤ 9 mm; and 6) Able to comply with offloading and dressing change stipulations.

Primary exclusion criteria included: 1) HbA1c < 12% within 90 days of screening visit; 2) Serum creatinine ≥ 3.0 mg/dL within 30 days of screening; 3) Application of biomedical, topical growth factors or living skin equivalents to the target VLU within 30 days of screening; 4) Recent revascularization procedure to increase blood flow in the target limb; 5) Sensitivity to possible D-ADM processing reagents (e.g., gentamicin, polymyxin B, vancomycin, N-lauroyl sarcosinate, Benzonase, glycerol); and 6) Manifestation of severe peripheral vascular disease, active infection,

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Wolters Kluwer

untreated malignancy, active Charcot's disease, necrosis, purulence, or sinus tracts in the ulcer unable to be removed by debridement.

Eighteen patients were included in the D-ADM arm (mean age 64.6) and 10 patients in the control arm (mean age 61.8). Initially, all ulcers for both groups were debrided to remove necrotic tissue utilizing a sharp blade, scissors, or Versajet system. Wound size was recorded using an imaging system pre-and post-debridement as well as before dressing application. Patients in the treatment arm had the D-ADM applied and covered with a nonadherent dressing. A second D-ADM was applied between two weeks (at a minimum) and 12 weeks (at the latest) after the first D-ADM application. Patients could have a maximum of two D-ADM applications, which included the first application at baseline.

Wounds in the SOC arm were provided with ulcer therapy involving alginates, foams, or hydrogels. The treating provider then selected either a moist or dry gauze to be placed over the ulcer and left in place for 7 ± 2 days, which was only to be removed during weekly visits. During the weekly visits, debridement was used to remove necrotic tissue, as needed. Compression therapy was used in the treatment and control arms. Wounds were assessed on a weekly basis until ulcer closure was noted or the patient completed 24 weekly follow-up visits. Wound closure was defined as 100% re-epithelialization of the ulcer without drainage. A second visit was scheduled two weeks after the initial ulcer closure was noted to verify complete ulcer closure. Additionally, all healed ulcers were followed at 4, 8, and 12 weeks after confirmation of complete ulcer closure to determine if the ulcer remained healed.

The primary outcome of the study contrasted the full ulcer closure rates between the two groups. The second outcome of the study involved contrasting the decrease in ulcer size over time, time to ulcer closure, and treatment-related AEs. Twenty-eight patients completed at least 12 weeks of follow-up; 18 patients in the D-ADM arm and 10 in the SOC arm. Of the 18 patients receiving the D-ADM, nine (50%) received a second application during the study. At 24 weeks, patients in the D-ADM arm demonstrated a strong trend of reduction in the ulcer area, with a mean reduction of 59.6%, in comparison to the SOC arm, with a mean reduction of 8.1%. Also, the ulcer areas in the SOC arm increased more than 100% in size for one-third (3/9) of the patients. Furthermore, healed ulcers in the D-ADM arm stayed closed at a significantly greater rate after initial confirmation of complete ulcer closure than healed ulcers in the control arm. Limitations noted for this study included a small patient population with an unbalanced proportion between the 2 groups (2:1) that ensured a low probability of achieving statistical significance, the lack of blinding for the study investigators, and the study was funded by the manufacturer of the D-ADM graft.

Harding et al[28] conducted an open label, prospective, multicenter, randomized controlled study that assessed the human fibroblast-derived dermal substitute (HFDS) (i.e., Dermagraft®) in addition to four-layer compression therapy contrasted with compression therapy alone in the treatment of VLUs. The primary outcome variable was the proportion of patients with completely healed study ulcers by 12 weeks. Complete healing was characterized by having a closed ulcer (with full epithelization and no exudate or scab) for two consecutive weekly visits.

Primary inclusion criteria included: 1) Individuals ≥ 18 years of age referred to participating facilities/clinics in the United Kingdom (UK), Canada or the U.S.; 2) Presence of a VLU between the knee and ankle existing for at least 2 months and ≤ 5 years prior to screening; 3) Size of VLU 3-25 $cm^2$ without exposure of muscle, tendon or bone; 4) Presence of a clean, granulating base with negligible adherent slough, suitable for a skin graft; and 5) ABI of 0.8 to 1.2 and reflux of > 0.5 seconds in saphenous, calf perforator or popliteal veins as confirmed by duplex ultrasonography.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Wolters Kluwer

Primary exclusion criteria included: 1) Individuals with ulcers caused by a medical condition other than venous insufficiency; 2) Presence of sinus tracts in ulcer; 3) Signs of a ulcer infection (purulence and/or odor), cellulitis and/or verified osteomyelitis; 4) Morbid obesity; 5) Skin disease near study ulcer; 6) Malignant disease within the past 5 years; and 7) Severe peripheral vascular disease or renal disease, congestive heart failure, cell anemia, thalassemia or uncontrolled diabetes. Also, individuals who had received immune suppressants, systemic corticosteroids, cytotoxic chemotherapy, or topical steroids for more than 2 weeks and within one month of initial screening or who had a history of radiation at the ulcer site were not eligible to participate in the study. In addition, patients who had received an investigational drug within 30 days of randomization or had been previously treated with an HFDS and/or other tissue-engineered materials were also excluded from the study.

All patients received a SOC dressing treatment during the screening period; each ulcer was covered with a layer of non-adherent dressing followed by a four-layer compression bandage. During the 2-week screening period, ulcers were evaluated weekly to establish absence of necrotic tissue and infection and the presence of a vascular bed. Ulcers that decreased in size ($cm^2$) by < 50% while under compression therapy during the 2-week screening period for the trial were eligible for randomization into the study.

Of the 573 patients screened, 207 failed screening (36%). The primary causes for screening failure were study ulcers decreasing in size by more than 50% during screening, study ulcers less than 3 cm2 at randomization and patients without indication of venous reflux. The remaining 366 patients were randomized to receive treatment at a total of 25 centers: 19 in the UK, 1 in Canada and 5 in the U.S. The ITT population (patients who received treatment at baseline and had a follow-up visit post-baseline) included 186 patients in the HFDS group and 180 patients in the control group with a mean age of 68.5 years. Patients were randomized to receive an application of HFDS plus the four-layer compression bandage therapy (active) or the four-layer compression bandage therapy alone (control). Patients randomized to the active treatment group received the HFDS applied to the ulcer at weeks 0, 1, 4 and 8.

A total of 10% (19 of 186) of patients in the HFDS group discontinued the trial early contrasted with 23% (41 of 180) of patients in the control group. The causes for early discontinuation were AEs (3% in the HFDS group versus 6% in the control group), patient's own request (2% versus 9%), patient lost to follow-up (2% versus 3%) and 'other' (4% from each group).

Sixty-four (34%) of 186 patients in the HFDS group demonstrated healing by week 12 contrasted with 56 (31%) of 180 patients in the control group (P=0.235). For ulcers ≤ 12 months duration, 49 (52%) of 94 patients in the HFDS group contrasted with 36 (37%) of 97 patients in the control group healed at 12 weeks (P=0.029). For ulcers ≤ 10 $cm^2$, complete healing at week 12 was shown in 55 (47%) of 117 patients in the HFDS group contrasted with 47 (39%) of 120 patients in the control group (P=0.223). The most common AEs were ulcer infection, cellulitis, and skin ulcer. The occurrence of AEs was not significantly different between the treatment and control groups. Statistical significance was not achieved for the primary outcome of patients with VLUs completely healed by 12 weeks. Also, a limitation noted for this study is the manufacturer of the HFDS used in the control group helped sponsor this trial.[28]

**Literature submitted during the comment period**

A 2021 report from Armstrong and colleagues presented a retrospective analysis from the Medicare Limited Data set (2015-2018) comparing DFU treatment with advanced treatments defined as cellular and acellular dermal substitutes, compared to no advanced treatments. Out of 9,738,760 patients identified with a diagnosis of

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Wolters Kluwer

diabetes, 909,813 had a LEDU. In propensity-matched Group 1, AT patients had fewer minor amputations (p = 0.0367), major amputations (p < 0.0001), ED visits (p < 0.0001), and readmissions (p < 0.0001) contrasted with NAT patients (12,676 episodes per cohort). In propensity-matched Group 2, AT FPFU patients had fewer minor amputations (p = 0.002) contrasted to patients with AT not FPFU (1,131 episodes per cohort). Patients who received AT with skin substitute grafts had 3.7 applications on average, with a standard deviation of 3.6 (propensity-matched Group 1). [29]

Tettelbach et al.[30] performed a prospective, multi-center, RCT to confirm the effectiveness of a dehydrated human amnion/chorion membrane allograft (dHACM) (i.e., EpiFix) in the treatment of chronic lower extremity ulcers in diabetic patients. Study adjudicators who assessed photographic images for confirmation of healing at completion of the study were blinded as to group assignment.

Inclusion criteria: Patient with Type 1 or Type 2 diabetes; Age 18 or older with an ulcer located below the level of the ankle; ulcer size > 1 $cm^2$ and < 25 $cm^2$; ulcer duration of $\geq$ four weeks unresponsive to SOC; no clinical signs of infection; HbA1c < 12%; serum creatinine < 3.0 mg/dl; adequate circulation of target extremity as demonstrated by dorsum TcPO2 $\geq$ 30 mmHg, ABI 0.7 - 1.2 or triphasic or biphasic Doppler arterial waveforms at the ankle of target leg.

For patients in the dHACM group, a wound size-appropriate allograft was applied to the debrided wound bed and then hydrated with several drops of sterile saline, as needed. The wound was then dressed with a non-adherent silicone dressing and an absorbent non-adhesive hydropolymer secondary dressing and wrapped with gauze. Patients in the dHACM group received weekly applications. Undo Tettelbach et al.[31] performed a multi-center, prospective, randomized, parallel study to compare dehydrated human umbilical cord (i.e., EpiCord) with SOC to treat chronic DFUs. Inclusion criteria included: Patient with Type 1 or Type 2 diabetes; Age 18 or older with an ulcer located below the level of the ankle; ulcer size post debridement 1 - 15 $cm^2$; ulcer duration of $\geq$ 30 days; no clinical signs of infection; HbA1c < 12%; and adequate circulation of target extremity.

Patients randomized to the EpiCord group received applications weekly, post-debridement on the wound bed and hydrated with sterile normal saline as needed, followed by a non-adherent silicone dressing and a non-adhesive absorbent hydropolymer secondary dressing, and wrapped with an outer layer of gauze.

A total of 155 patients were treated and included in the ITT analysis; 101 in the EpiCord group and 54 in the SOC group. Healing rate at 12 weeks was 70% (71/101) for the EpiCord group and 48% (26/54) in the SOC group (P = 0.0089). The average number of EpiCord allografts applied was seven (range 2-12). A limitation of the study is the manufacturer of EpiCord sponsored the study.

The intention to treat analysis on 134 subjects who completed the study protocol showed FDUs treated with Epicord were more likely to heal within 12 weeks than those receiving alginate dressings with 71 of 101 (70%) verses 26 to 54(48%) achieving healing, respectively=0.0089). Limitations of the study include risk of bias (funding by manufacture), and lack of blinding. Strengths of this study were control group (alginate), and larger sample size.[31]

Zelen et al.[32] performed a prospective, randomized, controlled, parallel group, multi-center comparative effectiveness study using dehydrated human amnion/chorion membrane allograft (dHACM) (i.e., EpiFix), a bioengineered skin substitute graft (donated human neonatal male foreskin tissue) (i.e., Apligraf), or SOC in the treatment of chronic lower extremity diabetic ulcers. Study adjudicators who assessed photographic images for confirmation of healing at completion of the study were blinded as to group assignment.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Inclusion criteria: Patient with Type 1 or Type 2 diabetes; Age 18 or older with an ulcer located below the level of the ankle; ulcer size > 1 $cm^2$ and < 25 $cm^2$; ulcer duration of ≥ four weeks unresponsive to SOC; no clinical signs of infection; HbA1c < 12%; serum creatinine < 3.0 mg/dl; adequate circulation of target extremity as demonstrated by dorsum TcPO2 ≥ 30 mmHg, ABI 0.7 - 1.2 or triphasic or biphasic Doppler arterial waveforms at the ankle of target leg.

Patients in the Epifix or Apligraf groups had weekly applications applied. A total of 60 patients were enrolled in the treatment phase, 20 were randomized in the EpiFix group, 20 in the Apligraf group, and 20 in the SOC group. At six weeks, healing rates were at 95% (19/20) for the EpiFix group, 45% (9/20) for the Apligraf group, and 35% (7/20) for the SOC group. The average number of grafts applied ranged from 2 - 15 for EpiFix and an average of 6.2 for Apligraf. Limitations of this study included a shorter time period than other studies to compare treatment groups (e.g., 6 weeks versus 12 weeks) and the study was sponsored by the manufacturer of Epifix.

A 2016 prospective, randomized, controlled, parallel group, multi-center clinical trial with 104 participants and directly compared dHACM (EpiFix®) to standard wound care (SWC) and bioengineered skin substitute (Apligraf®) concluding that dHACM was superior in achieving complete wound closure within 4-6 weeks. The proportion of wounds achieving complete closure within the 12-week study period were 73% (24/33), 97% (31/32), and 51% (18/35) for Apligraf, EpiFix and SWC, respectively (adjusted P = 0·00019). Mean time-to-heal was 47.9 days (95% CI: 38.2-57.7) with Apligraf, 23.6 days (95% CI: 17.0-30.2) with EpiFix group and 57.4 days (95%CI: 48.2-66.6) with the SWC alone group (adjusted P = 3.2x 10.7). Median number of grafts used per healed wound were six (range 1-13) for the Apligraf and 2.5 (range 1-12) for EpiFix groups. The study was limited by small sample size, lack of blinding and potential risk of bias as funding source was not disclosed.[32]

Serena et al.[33] conducted a multi-center, RTC using one or two applications of dehydrated human amnion/chorion membrane (dHACM) (i.e., EpiFix) allografts and multi-layer compression therapy (MLCT) versus MLCT alone to assess effectiveness for treatment of VLUs. The principal study outcome was the percentage of patients achieving 40% wound closure at four weeks.

Inclusion criteria included: Age 18 or older; Presence of a VLU extending through the full thickness of the skin but not down to muscle, tendon, or bone; VLU present for at least a month; VLU is a minimum of 2 $cm^2$ and a maximum of 20 $cm^2$; VLU has been treated with compression therapy for at least 14 days; and ulcer has a clean, granulating base with minimal adherent slough.

A total of 84 patients participated in the study; 26 in the one dHACM application group, 27 in the two dHACM application group, and 31 in the MLCT only group. At four weeks, 62% (16/26) of the one application dHACM group, 63% (17/27) of the two application dHACM group, and 32% (10/31) of the MLCT only group demonstrated more than 40% wound closure (p=0.005). A limitation of the study is the manufacturer of EpiCord sponsored the study.[33]

Bianchi et al.[34] performed a multi-center, randomized, controlled, open-label study assessing the effectiveness of weekly applications of dehydrated human amnion/chorion membrane (dHACM) (i.e., EpiFix) allografts as an adjunct to SOC including multilayer compression therapy (MLCT) (n=52) versus SOC and MLCT (n=57) in the treatment of VLUs for 16 weeks. Inclusion criteria included patients over the age of 18 with a full-thickness VLU of at least 30 days duration and with an ABI of > 0.75.

A total of 109 patients participated in the study and were included for analysis; 52 patients in the EpiFix group and 57 in the SOC group. Patients in the EpiFix group

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

received 12 weekly applications of the EpiFix allograft in addition to standard moist wound dressings and MLCT.

At 12 weeks, 31/52 (60%) of patients in the EpiFix group achieved complete healing in comparison to 20/57 (35%) of the patients in the SOC group (P = 0.0128). At 16 weeks, complete healing was demonstrated in 37/52 (71%) of patients in the EpiFix group and 25/57 (44%) in the SOC group (P = 0.00625). Average percentage decrease in wound area within 12 weeks was 66% for the patients in the EpiFix group and 40% for the patients in the SOC group. At 16 weeks, the average VLU area was decreased by 72% in the EpiFix group contrasted to 39% in the SOC group. A limitation of the study is the manufacturer of the dHACM sponsored the study.[34]

2017 RCT evaluating dehydrated human amnion chorion membrane (EpiFix) for the treatment of venous leg ulcers randomly assigned 52 subjects to receive EpiFix and 57 dressings and compression alone. The authors reported that the EpiFix group showed significant time to improved healing 60% vs 35% at 12 weeks p=0.0128. Limitations in the study included the lack of blinding and risk of bias (funded by manufacture).[34]

Snyder et al.[35] performed a prospective, randomized, multi-center, open label, parallel group study for assessment of a dehydrated amniotic membrane allograft (DAMA) (i.e., Amnioexcel) with SOC (n=15) in comparison to SOC alone (n=14) for chronic DFUs for six weeks. The DAMA with SOC group had wound debrided, DAMA applied, covered with non-adherent dressings, lightly secured, and wrapped with a compression dressing. Patients in the DAMA with SOC group had a total of 4.3 $\pm$ 1.7 allografts applied.

Inclusion criteria included adults with type 1 or type 2 diabetes mellitus with one or more ulcers with a Wagner classification of grade one or superficial two measuring between 1 $cm^2$ and 25 $cm^2$ in area, presenting for more than one month with no signs of infection/osteomyelitis; ABI > 0.7; HbA1c < 12%; and serum creatinine < 3.0 mg/dL.

Results showed that 33% of patients in the DAMA with SOC group achieved complete wound closure at or before week six, compared with 0% of the SOC alone group (ITT population, P = 0.017). The per protocol population showed 45.5% of patients in the DAMA with SOC group achieved complete wound closure, while 0% of SOC-alone patients achieved complete closure (P = 0.0083).

Frequency of application in the treatment group was 4.3 ± 1.7 and left to individual provider. Limitations of this study included four early withdrawals leaving only 25 patients in the final cohort, small sample size, lack of blinding, lack of control group, and risk of bias as the study was sponsored by the manufacturer of the allograft. The authors call for the need for additional studies.[35]

Glat et al.[36] conducted a RCT to contrast a dehydrated human amnion and chorion allograft (dHACA) (i.e., AmnioBand) with SOC and a tissue-engineered skin substitute graft (TESS) (i.e., Apligraf) with SOC in the treatment of DFUs.

Inclusion criteria: Patient with Type 1 or Type 2 diabetes; Age 18 or older with an ulcer located below the malleoli of the ankle; ulcer size > 1 and < 25 $cm^2$; ulcer duration between four weeks and one year; no clinical signs of infection; HbA1c < 12% within past 90 days unless under care of a diabetologist; serum creatinine < 3.0 mg/dl; adequate circulation of target extremity as demonstrated by one of the following within the past 90 days: dorsum TCOM or SPP $\geq$ 30 mmHg, ABI 0.7 - 1.2 in conjunction with Doppler arterial waveforms (triphasic or biphasic) at the ankle of target leg.

The average time to heal within six weeks for the dHACA group (n=30) was 24 days

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

(95% CI, 18.9-29.2) versus 39 days (95% CI, 36.4-41.9) for the TESS group (n=30); the average time to heal at 12 weeks was 32 days (95% CI, 22.3-41.0) for the dHACA group versus 63 days (95% CI, 54.1-72.6) for the TESS group. The healing rate at 12 weeks was 90% (27/30) for the dHACA group versus 40% (12/30) for the TESS group. A limitation noted for this study is the manufacturer of the allograft sponsored this trial.[36]

Serena et al.[37] performed an open-label, multicenter randomized controlled study comparing two application treatments of dehydrated human amniotic and chorion allograft (dHACA) (i.e., AmnioBand) with SOC versus SOC alone for the treatment of 60 patients with VLUs. Patients were randomized into one of three study groups; SOC alone (control), weekly dHACA with SOC or biweekly dHACA with SOC (20 patients per group).

Inclusion criteria included: Age 18 or older; ABI > 0.75 or SPP > 30 mmHg or TCOM > 30 mmHg; Presence of a VLU extending through the full thickness of the skin but not down to muscle, tendon, or bone; VLU present for at least a month; VLU is a minimum of 2 $cm^2$ and a maximum of 20 $cm^2$; VLU has been treated with compression therapy for at least 14 days; and ulcer has a clean, granulating base with minimal adherent slough.

At 12 weeks, healing rates were 30/40 (75%) in the two dHACA groups and 6/20 (30%) in the SOC group; p= 0.001. Treatment with dHACA stayed substantial after adjustment for wound area (p= 0.002), with an odds ratio of 8.7 (95% CI: 2.2-33.6). Only six VLUs (30%) healed in the SOC group contrasted to 15 (75%) in the weekly dHACA group (p= 0.02) and 15 (75%) in the biweekly dHACA group (p= 0.02). There were no substantial differences in the proportion of wounds with percent area reduction (PAR) ≥40% at four weeks among all groups. All analyses used the ITT approach. A limitation noted for this study is the manufacturer of the allograft sponsored this trial.[37]

Manning et al.[38]performed an open-label, prospective pilot study to evaluate a bioresorbable polymeric matrix infused with ionic and metallic silver (i.e., Microlyte) as a primary wound contact dressing in the treatment of 32 patients (average age of 62 years) with a total of 35 hard-to-heal wounds along with SOC (one patient had three DFUs and another patient had two venous stasis ulcers). The wounds encompassed venous stasis ulcers, DFUs, postoperative surgical wounds, burn wounds, and chronic, non-pressure lower extremity ulcers unresponsive to standard protocols of care. Of the 35 chronic wounds, the majority consisted of venous stasis ulcers (54%) (19/35), followed by DFUs (23%; 8/35). The mean wound surface area at the start of the study was 6.7 $cm^2$ (range 0.1 $cm^2$ - 33 $cm^2$); the average wound surface area was 2.1 $cm^2$. These wounds were considered as nonhealing for an average of 39 weeks (range, 3-137 weeks) and suspected to have persistent microbial colonization that had not responded to standard antimicrobial products and/or antibiotics.

The micrometer-thick bioresorbable matrix conforms closely to the underlying wound bed to exert localized and sustained antimicrobial action of noncytotoxic levels of silver. The matrix was applied to the wounds once every three days to provide a scaffold for uniform loading of silver nanoparticles and a template for cells migration and then covered with a secondary dressing. Any residual matrix still in the wound was not removed due to the bioresorbable nature of the matrix. Three patients were lost to follow-up after initial application. At three weeks, 72% of wounds (22/32) had a mean wound area reduction of 66%. Of the 16 venous stasis ulcers, 11 improved by an average healing rate of 60%, and six of eight DFUs improved by an average wound area reduction of 79%. At the three-week assessment, the burn wound, and postoperative wounds had average wound area reduction of 38% and 58%, respectively.

By 12 weeks, 91% of wounds (29/32) either healed completely (i.e., fully re-

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Wolters Kluwer

epithelialized) or improved substantially with an average wound area reduction of 73%. The venous stasis ulcers and DFUs had an average wound area reduction greater than 75%, with visual signs of healthy granulation tissue formation and re-epithelialization. Limitations of this study included a small sample size, and the same clinical investigator performed all assessments during the study.[38]

DiDomenico et al.[39] conducted a prospective, RCT to compare a dehydrated human amnion and chorion allograft (dHACA) (i.e., AmnioBand) used with SOC to SOC alone in the treatment of DFUs for up to 12 weeks.

Inclusion criteria included: Patient with Type 1 or Type 2 diabetes; Age 18 or older with an ulcer located below the malleoli of the ankle; ulcer size > 1 $cm^2$; ulcer present for at least four weeks with documented failure of prior treatment; no signs of infection; HbA1c < 12% at randomization; serum creatinine < 3.0 mg/dL; adequate circulation of target extremity as demonstrated by one of the following within the past 60 days: dorsum TCOM ≥ 30 mmHg, ABI ≥ 0.7 and ≤ 1.2 or Doppler arterial waveforms (triphasic or biphasic) at the ankle of target leg. Forty patients participated in the study; 20 patients in the dHACA group and 20 patients in the SOC group. The dHACA was applied weekly during the study period until healing occurred (complete epithelialization without drainage), the patient was withdrawn, or the study was completed.

At 6 weeks, 70% (14/20) of the DFUs in the dHACA group achieved healing compared to 15% (3/20) of the DFUs in the SOC group. At 12 weeks, 85% (17/20) of the DFUs in the dHACA group healed compared with 25% (5/20) in the SOC group (average time to heal of 36 and 70 days, respectively). At 12 weeks, the average number of grafts used per healed wound for the dHACA group was 3.8 (average 3.0). All analyses used the ITT approach. A limitation noted for this study is the manufacturer of the allograft sponsored this trial.[39]

DiDomenico et al.[40] performed a prospective, randomized, multi-center trial to compare a dehydrated human amnion and chorion allograft (dHACA) (i.e., AmnioBand) used with SOC to SOC alone in the treatment of DFUs for up to 12 weeks.

Inclusion criteria included: patient with Type 1 or Type 2 diabetes; age 18 or older with an ulcer located below the malleoli of the ankle; ulcer size > 1 $cm^2$; ulcer present for at least 4 weeks with documented failure of prior treatment; no signs of infection; HbA1c < 12% at randomization; serum creatinine < 3.0 mg/dL; adequate circulation of target extremity as demonstrated by one of the following within the past 60 days: dorsum TCOM ≥ 30 mmHg, ABI ≥ 0.7 and ≤ 1.2 in conjunction with Doppler arterial waveforms (triphasic or biphasic) at the ankle of target leg. Eighty patients participated in the study; 40 patients in the dHACA group and 40 patients in the SOC group. The dHACA was applied weekly during the study period until healing occurred (complete epithelialization without drainage), the patient was withdrawn, or the study was completed.

At six weeks, 68% (27/40) of the DFUs in the dHACA group achieved healing contrasted to 20% (8/40) of the DFUs in the SOC group ($P = 1.9 \times 10^{-5}$) At 12 weeks, 85% (34/40) of the DFUs in the dHACA group achieved healing compared with 33% (13/40) of the DFUs in the SOC group. The average time to heal within 12 weeks was substantially quicker for the dHACA group contrasted with the SOC group, 37 days versus 67 days in the SOC group (P = .000006). The average number of grafts used per healed wound during the same time period was 4.0. All analyses used the ITT approach. A limitation noted for this study is the manufacturer of the allograft sponsored this trial.[40]

Raspovic et al.[41] conducted a retrospective study utilized a healthcare database to evaluate the proportion of diabetic foot ulcers that achieved complete closure with cryopreserved placental membranes (vCPM) (Grafix PRIME and Grafix CORE,

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Coding & Payment Tools 

Osiris Therapeutics, Inc., Columbia, MD) as compared to standard wound care by 12 weeks and the number of wound related infections and amputations. They reported closure in 59.4% of 350 wounds with the median treatment duration of 42 days and a median of 4 applications (95%CI 4-5) of vCPM with 3% rate of infection and 2% amputation. Smaller wounds were quicker to heal. There was no comparison to wounds that did not have vCPM applied. Limitations of the study include the retrospective nature, lack of standardized treatment practices, no comparator group, risk of incomplete records and variabilities in evaluations.[41]

Fryberg et al.[42] conducted a prospective, multicentered, open labeled single arm clinical trial evaluated the use of vCPM (GrafixCORE®, Osiris Therapeutics, Inc, Columbia, MD, USA) in 31 complex DFUs with exposed deep structures. The wounds were cleaned and debrided weekly with weekly application of vCHPM and protective foam dressings applied. Fifty-nine percent achieved complete wound closure by 16 weeks. This study was limited by a lack of comparison to standard wound care, no disclosure of funding sources so potential risk of bias and high dropout rate given the small number of patient enrolled.

Sledge et al.[43] performed an observational study, funded by product manufacture, included 26 patients with DFU (4.65±4.89cm$^2$) with failure to heal by >50% after two to four weeks of standard of care and randomized to a larger clinical trial that had been discontinued for logistic reasons. Patients were randomized to weekly or biweekly applications of dual layer amniotic membrane National Institute for Clinical Excellence Guidelines (Tides Medical, US) plus standard of care for 12 weeks. 17/26 (65%) complete closure. The small sample size precluded meaningful comparison between the weekly and biweekly applications. Limitations of the study include risk of bias, observational design, lack of control group, variability in length of standard of care treatment, small sample size, and unable to determine if healing was impacted by the product, frequency of product or other factors.

**Skin Substitute Grafts**

In order to qualify as skin substitute graft the product must be:

1. Non-autologous human skin OR
2. Non-human skin substitute grafts ("ie, xenograft"), AND
3. Form a sheet scaffolding for skin growth

The graft is intended to remain on the recipient and grow in place or have the recipient's cells grow into the implanted graft material. Products that require regular replacement (i.e., weekly) do not meet this definition.

**Societal Input**

**National Institute for Health and Care Excellence (NICE) Diabetic foot problems: prevention and management**

The clinical guideline on diabetic foot problems considers dermal or skin substitute grafts as an advanced to standard care when treating diabetic foot ulcers only when healing has not progressed and on the advice of the multidisciplinary foot care service.

**International Working Group on the Diabetic Foot (IWGDF)[11]**

IWGDF recommends the consideration of placental-derived products as an adjunctive treatment to the best standard of care when standard care alone has

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

failed to reduce the size of the ulcer. (GRADE Strength of recommendation: Weak; Quality of evidence: Low). This was based on a number of studies, including those of moderate bias, suggesting that placenta-derived products may have a beneficial effect on ulcer healing, but the authors also state that these findings need to be confirmed in large, randomized trials. They state there is insufficient evidence to support superiority of any particular products.

For use of topically applied treatments, the IWGDF recommends against the use of bioengineered skin products in comparison to standard of care.

For both of these recommendations, the IWGDF considered the available evidence to be of low quality, and their recommendation was weak (i.e., based on the quality of evidence, balance between benefits and harms, patient values and preferences, and cost or resource utilization).

**Wound Healing Society (WHS)[7-8]**

The WHS has published updated evidence-based guidelines on the treatment of diabetic ulcers. Regarding the use of skin substitute, the WSH concluded that level I evidence suggests that cellular and acellular skin equivalents improve the healing of diabetes-related foot ulcers. In these guidelines Level I required at least two RCT supporting the intervention of the guidelines. The quality of evidence was not assessed.

- 'In evidence-based guideline for venous ulcers, the WHS stated that there is evidence that a bilayered living human skin equivalent, used in conjunction with compression bandaging, increases the incidence and speed of healing for venous ulcers compared with compression and a simple dressing (Level I evidence). The WHS recommends adequate ulcer bed preparation and control of excess bioburden levels prior to application of a biologically active dressing. They also noted that cultured epithelial autografts or allografts have not been demonstrated to improve stable healing of venous ulcers (Level I). The WHS also stated that there is Level II evidence that a porcine small intestinal submucosal construct may enhance healing of venous ulcers'.[8]

**Society for Vascular Surgery/American Podiatric Medical Association/Society for Vascular Medicine (SVS/APMA/SVM)**

The SVS/APMA/SVM published a joint evidence-based guideline using Grades of Recommendation Assessment, Development, and Evaluation system for the management of patients with diabetes, including treatment of diabetes related chronic foot ulcers [6].

- These organizations recommendations for diabetic foot ulcers that fail to demonstrate improvement (> 50% ulcer area reduction) after a minimum of 4 weeks of standard ulcer therapy, adjunctive ulcer therapy options include negative pressure therapy, biologics (platelet-derived growth factor, living cellular therapy, extracellular matrix products, amniotic membrane products) and hyperbaric oxygen therapy. The choice of adjuvant therapy is based on clinical findings, availability of therapy, and cost-effectiveness; there is no recommendation on ordering of therapy choice (Grade 1B).
- Consideration of living cellular therapy using a bilayer keratinocyte/fibroblast construct or a fibroblast-seeded matrix for treatment of diabetic foot ulcers when the individual is recalcitrant to standard therapy (Grade 2B).
- Consideration of the use of extracellular matrix products employing acellular human dermis or porcine small intestinal submucosal tissue as an adjunctive therapy for diabetic foot ulcers when the individual is recalcitrant to standard therapy (Grade 2C).

**Analysis of Evidence**

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

**(Rationale for Determination)**

Chronic DFUs and VLUs may be unresponsive to initial therapy or persist despite additional care. A DFU or VLU that has failed to respond to standard of care treatment after 30 days may be considered chronic and the application of a skin substitute graft or CTP may be considered medically reasonable and necessary for certain patients. Chronic DFUs and VLUs affect patient quality of life due to impaired mobility, pain, and substantial morbidity.

Standard treatment of lower extremity chronic ulcers include, but is not limited to, mechanical offloading, infection control, mechanical compression, limb elevation, debridement of necrotic tissue, management of systemic disease and medications, nutrition assessment, tissue perfusion and oxygenation, appropriate dressings, education regarding the care of the foot, callus, and nail and fitting of shoes, and counseling on the risk of continued tobacco use. Nonhealing lower extremity ulcers should also have a vascular evaluation, including, but not limited to, documentation of ulcer location, size, depth, drainage, and tissue type; palpation of pedal pulses; and measurement of the ankle-brachial index.

In the absence of underlying disease or non-adherence to prescribed basic treatment, skin substitute graft/CTPs are recommended in accordance with evidence-based guidelines for the following: 1) DFUs that have failed to demonstrate more than 50% ulcer area reduction after a minimum of 30 days of standard of care ulcer treatment, and 2) VLUs if substantial ulcer improvement is not demonstrated after a minimum of 30 days of standard therapy.

An extensive variety of ulcer care products are available for providers to select from when treating chronic ulcers. Many of these products may simulate or substitute for some aspect of the skin's structure and function to promote healing and ulcer closure. The materials used to create these products may be derived from human or animal tissue and may undergo extensive or minimal processing to generate the finished product. The degree of processing and the source of the material used in the product also governs which regulatory pathway may be required before the product may be marketed.

The regulation of tissue-engineered products in the U.S. occurs by one of several pathways established by the FDA, including a BLA, a 510(k) (Class I and Class II devices), PMA (Class III devices), or HCT/Ps (human cells, tissues, and cellular and tissue-based products) designation. Key differentiators among these regulatory classifications include the amount and type of data required to support a filing.

FDA has a tiered, risk-based approach to the regulation of human cells, tissues, and cellular and tissue-based products (HCT/Ps). If all of the criteria in 21 CFR 1271.10(a) are met, and the exceptions in 21 CFR 1271.15 do not apply, then the HCT/P is regulated solely under section 361 of the Public Health Service Act (PHS Act) and the regulations in part 1271 ("361 HCT/P"), and FDA's premarket review and approval are not required. If an HCT/P does not meet the criteria in 21 CFR 1271.10(a), and the exceptions in 21 CFR 1271.15 do not apply, the HCT/P is regulated as a drug, device, and/or biological product under the FFDCA and/or section 351 of the PHS Act, and FDA's premarket review and approval are required.

Establishments that manufacture 361 HCT/Ps must register and list in FDA's electronic Human Cell and Tissue Establishment Registration System (eHCTERS). Manufacturers self-designate their products as 361 HCT/Ps in the FDA's eHCTERS system. Notably, pursuant to 21 CFR 1271.27(b), FDA acceptance of an establishment registration and HCT/P listing does not constitute an FDA determination that an establishment is in compliance with applicable rules and regulations or that the HCT/P is licensed or approved by FDA. The availability of a HCPCS code for a particular human cell, tissue, or cellular or tissue-based product (HCT/P) does not mean that that product is appropriately regulated solely under

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

section 361 of the PHS Act and the FDA regulations in 21 CFR part 1271 (86 FR 42018).

Amniotic/chorionic-based products that are HCT/Ps as defined in 21 CFR 1271.3(d) must meet criteria in 21 CFR 1271 and 361 of the PHS Act. Manufacturers of HCT/Ps should consult with the FDA Tissue Reference Group (TRG) or obtain a determination through a Request for Designation (RFD) on whether their HCT/Ps are appropriately regulated solely under section 361 of the PHS Act and the regulations in 21 CFR Part 1271 (85 FR 86058). The HCT/Ps that are drugs are defined under section 201(g) of the FFDCA [21 U.S.C. 321(g)] and biological products are defined in section 351(i) of the PHS Act [42 U.S.C. 262(i)]. To lawfully market a drug that is also a biological product, a valid biologics license must be in effect [42 U.S.C. 262(a)]. Such licenses are issued only after a showing of safety and efficacy for the product's intended use. While in the development stage, such products may be distributed for clinical use in humans only if the sponsor has an investigational new drug (IND) application in effect as specified by FDA regulations [21 U.S.C. 355(i); 42 U.S.C. 262(a)(3); 21 CFR Part 312].

The HCT/Ps which are more than minimally manipulated, or are intended for non-homologous use, may be subject to additional regulation as medical devices under the FFDCA, 21 U.S.C. section 301 et seq. (see 21 CFR section 1271.20). A manufacturer/distributor of HCT/Ps must register with the FDA as a "tissue establishment" and follow certain guidelines for designation of a product as an HCT/P (21 CFR sections 1271.10; 1271.21-22). The FDA imposes labeling requirements for HCT/Ps (refer to 21 CFR section 1271.370). The HCT/P labeling must include, inter alia, "instructions for use when related to the prevention of the introduction, transmission, or spread of communicable diseases," and "other warnings, where appropriate" (21 CFR section 1271.370(c)(3)-(4)).

The FDA acceptance of an establishment registration and HCT/P listing does not constitute a determination that an establishment is in compliance with applicable rules and regulations or that the HCT/P is licensed or approved by the FDA (21 CFR 1271.27(b)). To establish compliance with the FDA requires a letter from the FDA indicating that the HCT/P has met regulatory compliance under section 361 of the Public Health Service Act and/or the FFDCA.

Studies are lacking for many skin substitute grafts/CTPs which are essential to evaluate effectiveness and the impact that the product has on health outcomes. Available studies do not have a high level of evidence or even non-randomized prospective studies evaluating their effectiveness. The quality of current research for these products is moderate to low with high probability of publication bias and study limitations. Evidence is needed to show that the product(s) improve health outcomes or provide benefits relative to established alternatives or standard of care. Many of the current studies are noted to be funded by industry, which presents concerns regarding bias for these studies. The evidence to support skin substitute grafts is also challenged by the lack of high-quality studies, standard practices, huge variability in products and lack of consistency in care across providers. Additional investigation is clearly needed to understand the role of these products on a broader scale. This is best summarized by the AHRQ technology assessment of 22 RCTs revealing significant challenges within this literature, inadequate data, and a lack of robust, well controlled studies. In head-to-head comparative studies, 5/6 did not show a substantial difference between skin substitutes and outcomes measured up to 12 weeks follow-up. Most studies published since that time are low quality, lack comparative groups and at risk of bias with industry sponsorship. In areas where there is a paucity of evidence a service is considered investigational or experimental.

Despite the paucity of quality studies, the moderate to low quality of current research, and the likelihood of bias, limited coverage has been provided to increase the chances of improved health outcomes of interest which include patient quality of

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

life and function. Coverage will be provided for products which meet the necessary FDA regulatory requirements as of publication, and that act as a skin substitute graft/CTP providing scaffolding for skin growth, and are intended to remain on the recipient, and allow the recipient's skin to grow into the implanted graft material. Products that require regular replacement (e.g., weekly) which do not act as a skin substitute graft/CTP are non-covered. These products act as coverings/dressings, are part of standard wound care, and do not provide active ulcer treatment by providing scaffolding and stimulating cell growth. In conclusion, there is no separate payment for the application of wound coverings or wound dressings, which are utilized to provide a physical barrier to protect the ulcer (wound) surface, prevent infection, and allow healing underneath, and are typically removed as the ulcer or chronic wound heals. Wound coverings (e.g. not anchored or applied surgically to ulcers to form scaffolding for skin growth) and are therefore not skin substitute grafts/CTPs.

In Armstrong et al propensity-matched Group 1 received AT with skin substitute grafts had 3.7 applications on average, with a standard deviation of 3.6. Based on this data, greater than four applications of a skin substitute graft or

29

CTP within the episode of skin replacement surgery (defined as 12 weeks from the first application of a skin substitute graft or CTP) will not be considered medically reasonable and necessary. Product change within the episode of skin replacement surgery is allowed but in situations where more than one specific product is used, it is expected that the number of applications or treatments will still not exceed four.

Each skin substitute graft or CTP has specific designated approved usage. New products will be considered for coverage if meeting the regulatory requirements and criteria. Satisfactory evidence of FDA regulatory requirements include:

1) A copy of the FDA's letter to the drug's manufacturer approving the new drug application (NDA),

2) A listing of the drug or biological in the FDA's "Approved Drug Products" or "FDA Drug and Device Product Approvals"

3) A copy of the manufacturer's package insert approved by the FDA as part of the labeling of the drug, containing its recommended uses and dosage, as well as possible adverse reactions and recommended precautions in using it

4) A TRG letter from the FDA

5) Information from the FDA's Website. For skin substitute graft or CTPs classified as HCT/Ps, a letter from the FDA indicating that the HCT/P has met regulatory guidance is acceptable evidence of the FDA regulatory compliance for HCT/Ps regulated under section 361 of the Public Health Service Act and/or the Federal Food, Drug, and Cosmetic Act.

It is recommended that the manufacturer of the particular skin substitute graft or CTP obtain the appropriate evidence of FDA regulatory compliance (at least one of the items listed above that indicates the skin substitute graft/CTP provides scaffolding for skin growth, and is intended to remain on the recipient, and allows the recipient's skin to grow into the implanted graft material) and send it to the MAC along with any available peer reviewed evidence-based literature to support the medically reasonable and necessary criteria for the product(s). Once this information has been received by the MAC, the product will be considered for coverage.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

Coding Information
CPT/HCPCS Codes

General Information
Synopsis of Changes

| CHANGES | FIELDS CHANGED |
|---|---|
| N/A | N/A |

Associated Information

Please refer to the related Local Coverage Article: Billing and Coding: Skin Substitute Graft for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers (A56696) for documentation requirements, utilization parameters and all coding information as applicable.

Documentation Requirements

N/A

Bibliography

This bibliography presents those sources that were obtained during the development of this policy. The Contractor is not responsible for the continuing viability of Website addresses listed below.


1. Snyder D, Sullivan N, Margolis D, Schoelles K. Skin substitutes for treating chronic wounds [Internet]. 2020
2. Frykberg R, Banks J. Challenges in the Treatment of Chronic Wounds. J Advances in wound care 2015; 4(9). https://www.liebertpub.com/doi/pdf/10.1089/wound.2015.0635?download=true .
3. Administration. USFaD. Premarket Notification 510(k). Secondary Premarket Notification 510(k). March 2020. https://www.fda.gov/medical-devices/premarket-submissions-selecting-and-preparing-correct-submission/premarket-notification-510k.
4. Marston W, Tang J, Kirsner RS, Ennis W. Wound Healing Society 2015 update on guidelines for venous ulcers. Wound Repair Regen 2016; 24(1):136-44 doi: 10.1111/wrr.12394[published Online First: Epub Date]|.
5. https://www.fda.gov/news-events/press-announcements/fda-announces USFaDA. FDA announces comprehensive regenerative medicine policy framework. . Secondary FDA announces comprehensive regenerative medicine policy framework. 2017 Nov 15. https://www.fda.gov/news-events/press-announcements/fda-announces-comprehensive-regenerative-medicine-policy-framework.
6. Hingorani A, LaMuraglia GM, Henke P, et al. The management of diabetic foot: A clinical practice guideline by the Society for Vascular Surgery in collaboration with the American Podiatric Medical Association and the Society for Vascular Medicine. J Vasc Surg 2016;63(2 Suppl):3S-21S doi: 10.1016/j.jvs.2015.10.003[published Online First: Epub Date]|.
7. Lavery LA, Davis KE, Berriman SJ, et al. WHS guidelines update: diabetic foot ulcer treatment guidelines. 2016;24(1):112-26
8. Marston W, Tang J, Kirsner RS, Ennis W. Wound Healing Society 2015 update on guidelines for venous ulcers. J Wound repair 2016;24(1):136-44
9. O'Donnell TF, Jr., Passman MA, Marston WA, et al. Management of venous leg ulcers: clinical practice guidelines of the Society for Vascular Surgery (R) and the American Venous Forum. J Vasc Surg 2014;60(2 Suppl):3S-59S doi: 10.1016/j.jvs.2014.04.049[published Online First: Epub Date]|.
10. Bueno J, Demirci F, Baser KHC. Antimicrobial Strategies in Novel Drug Delivery Systems: Applications in the Treatment of Skin and Soft Tissue Infections. The Microbiology of Skin, Soft Tissue, Bone and Joint Infections: Elsevier, 2017:271-86.
11. Rayman G, Vas P, Dhatariya K, Driver V, Hartemann A, Londahl M. IWGDF


© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Coding & Payment Tools 

Guideline on interventions to enhance healing of foot ulcers in persons with diabetes. Secondary IWGDF Guideline on interventions to enhance healing of foot ulcers in persons with diabetes 2019. https://iwgdfguidelines.org/wp-content/uploads/2021/03/06-Wound-Healing-Guideline.pdf.

12. NICE. Chronic wounds: advanced wound dressings and antimicrobial dressings. Secondary Chronic wounds: advanced wound dressings and antimicrobial dressings 2016. https://www.nice.org.uk/advice/esmpb2/chapter/Key-points-from-the-evidence.
13. Pourmoussa A, Gardner DJ, Johnson MB, Wong AK. An update and review of cell-based wound dressings and their integration into clinical practice. Ann Transl Med 2016;4(23):457 doi: 10.21037/atm.2016.12.44[published Online First: Epub Date]|.
14. Administration. UFaD. Regulatory Considerations for Human Cells, Tissues, and Cellular and Tissue- Based Products: Minimal Manipulation and Homologous Use-Guidance for Industry and Food and Drug Administration Staff. . Secondary Regulatory Considerations for Human Cells, Tissues, and Cellular and Tissue- Based Products: Minimal Manipulation and Homologous Use-Guidance for Industry and Food and Drug Administration Staff. July 2020. https://www.fda.gov/media/109176/download.
15. Schaper NC vNJ, Apelqvist J, Bus SA, Hinchliffe RJ, Lipsky BA; IWGDF Editorial Board. Practical Guidelines on the prevention and management of diabetic foot disease (IWGDF 2019 update). Diabetes Metab Res Rev. 2020 36:Suppl 1:e3266. doi: doi:10.1002/dmrr.3266[published Online First: Epub Date]|.
16. (AHRQ). AfHRaQ. Evidence-based Practice Center Technical Brief Protocol. Project Title: Skin substitute graft for Treating Chronic Wounds. Secondary Evidence-based Practice Center Technical Brief Protocol. Project Title: Skin substitute graft for Treating Chronic Wounds 2018 (rev 2019). https://effectivehealthcare.ahrq.gov/products/skin-substitutes/protocol.
17. Evans K, Kim PJ. Overview of treatment of chronic wounds. Secondary Overview of treatment of chronic wounds 7/13/22. www.uptodate.com.
18. Panel CE. cpt 2023 In: Association AM, ed., 2023.
19. Game F, Gray K, Davis D, et al. The effectiveness of a new dried human amnion derived membrane in addition to standard care in treating diabetic foot ulcers: A patient and assessor blind, randomised controlled pilot study. International Wound Journal 2021;18(5):692-700
20. Santema TB, Poyck PP, Ubbink DT. Systematic review and meta-analysis of skin substitutes in the treatment of diabetic foot ulcers: Highlights of a Cochrane systematic review. Wound Repair Regen 2016;24(4):737-44 doi: 10.1111/wrr.12434[published Online First: Epub Date]|.
21. Jones JE NE, Al-Hity A. Skin grafting for venous leg ulcers. . Cochrane Database of Systematic Reviews 2013,;Art. No.: CD001737(1) doi: 10.1002/14651858.CD001737[published Online First: Epub Date]|.
22. Barbul A GG, Gordon H, Bakewell K, Carter MJ. Matched-cohort study comparing bioactive human split-thickness skin allograft plus standard of care to standard of care alone in the treatment of diabetic ulcers: A retrospective analysis across 470 institutions. . Wound Repair Regen 2020 28(1):81-89 doi: 10.1111/wrr.12767.[published Online First: Epub Date]|.
23. Cazzell S VD, Pham H, et al. . A randomized clinical trial of a human acellular dermal matrix demonstrated superior healing rates for chronic diabetic foot ulcers over conventional care and an active acellular dermal matrix comparator. Wound Repair Regen 2017 25(3):483-97 doi: 10.1111/wrr.12551[published Online First: Epub Date]|.
24. Driver VR LL, Reyzelman AM, et al. . A clinical trial of Integra Template for diabetic foot ulcer treatment. Wound Repair Regen. 2015 23(6):891-900 doi: 0.1111/wrr.12357[published Online First: Epub Date]|.
25. Lavery LA FJ, Shebetka KA, et al. Grafix Diabetic Foot Ulcer Study Group. The efficacy and safety of Grafix®) for the treatment of chronic diabetic foot ulcers: results of a multi-centre, controlled, randomised, blinded, clinical trial. .

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Wolters Kluwer

Int Wound J. 2014 5:554-60 doi: 10.1111/iwj.12329[published Online First: Epub Date]|.
26. Sanders L, Landsman AS, Landsman A, et al. A prospective, multicenter, randomized, controlled clinical trial comparing a bioengineered skin substitute to a human skin allograft. Ostomy/wound management 2014;60(9):26-38
27. Zelen CM OD, Serena T, et al. I. . A prospective, randomised, controlled, multicentre clinical trial examining healing rates, safety and cost to closure of an acellular reticular allogenic human dermis versus standard of care in the treatment of chronic diabetic foot ulcers. Int Wound J 2017;14(2):307-15 doi: 10.1111/iwj.12600[published Online First: Epub Date]|.
28. Harding K SM, Cardinal M. . A prospective, multicentre, randomised controlled study of human fibroblast-derived dermal substitute (Dermagraft) in patients with venous leg ulcers. . Int Wound J 2013;10(2):132-7 doi: 10.1111/iwj.12053[published Online First: Epub Date]|.
29. Armstrong DG, Tettelbach WH, Chang TJ, et al. Observed Impact of Skin Substitutes in Lower Extremity Diabetic Ulcers: A Retrospective Analysis of a Medicare Limited Database (2015-2018). 2021
30. Tettelbach W, Cazzell S, Reyzelman AM, Sigal F, Caporusso JM, Agnew PS. A confirmatory study on the efficacy of dehydrated human amnion/chorion membrane dHACM allograft in the management of diabetic foot ulcers: a prospective, multicentre, randomised, controlled study of 110 patients from 14 wound clinics. International wound journal 2019;16(1):19-29
31. Tettelbach W, Cazzell S, Sigal F, et al. A multicentre prospective randomised controlled comparative parallel study of dehydrated human umbilical cord (EpiCord) allograft for the treatment of diabetic foot ulcers. International wound journal 2019;16(1):122-30
32. Zelen CM, Serena TE, Gould L, et al. Treatment of chronic diabetic lower extremity ulcers with advanced therapies: a prospective, randomised, controlled, multi-centre comparative study examining clinical efficacy and cost. International wound journal 2016;13(2):272-82
33. Serena TE CM, Le LT, Sabo MJ, DiMarco DT; EpiFix VLU Study Group. A multicenter, randomized, controlled clinical trial evaluating the use of dehydrated human amnion/chorion membrane allografts and multilayer compression therapy vs. multilayer compression therapy alone in the treatment of venous leg ulcers. Wound Repair Regen 2014;22:668-93 doi: 10.1111/wrr.12227[published Online First: Epub Date]|.
34. Bianchi C, Cazzell S, Vayser D, et al. A multicentre randomised controlled trial evaluating the efficacy of dehydrated human amnion/chorion membrane (EpiFix®) allograft for the treatment of venous leg ulcers. International wound journal 2018;15(1):114-22
35. Snyder RJ, Shimozaki K, Tallis A, et al. A Prospective, Randomized, Multicenter, Controlled Evaluation of the Use of Dehydrated Amniotic Membrane Allograft Compared to Standard of Care for the Closure of Chronic Diabetic Foot Ulcer. Wounds: a compendium of clinical research and practice 2016;28(3):70-77
36. Glat P OD, Galiano R, et al. . Placental Membrane Provides Improved Healing Efficacy and Lower Cost Versus a Tissue-Engineered Human Skin in the Treatment of Diabetic Foot Ulcerations. . Plast Reconstr Surg Glob Open 2019;7(8):e2371. doi: 10.1097/GOX.0000000000002371[published Online First: Epub Date]|.
37. Serena TE, Orgill DP, Armstrong DG, et al. A Multicenter Randomized Controlled Clinical Trial Evaluating Two Application Regimens of Dehydrated Human Amniotic Membrane and Standard of Care vs Standard of Care Alone in the Treatment of Venous Leg Ulcers. Plastic and Reconstructive Surgery 2022
38. Manning SW HD, Shillinglaw WR, et al. . Efficacy of a Bioresorbable Matrix in Healing Complex Chronic Wounds: An Open-Label Prospective Pilot Study. Wounds. 2020;;32(11):309-18
39. DiDomenico LA, Orgill DP, Galiano RD, et al. Aseptically processed placental membrane improves healing of diabetic foot ulcerations: prospective,

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

randomized clinical trial. Plastic and Reconstructive Surgery Global Open 2016;4(10)
40. DiDomenico LA, Orgill DP, Galiano RD, et al. Use of an aseptically processed, dehydrated human amnion and chorion membrane improves likelihood and rate of healing in chronic diabetic foot ulcers: a prospective, randomised, multi-centre clinical trial in 80 patients. International wound journal 2018;15(6):950-57
41. Raspovic KM, Wukich DK, Naiman DQ, et al. Effectiveness of viable cryopreserved placental membranes for management of diabetic foot ulcers in a real world setting. Wound Repair and Regeneration 2018;26(2):213-20
42. Frykberg RG, Gibbons GW, Walters JL, Wukich DK, Milstein FC. A prospective, multicentre, open-label, single-arm clinical trial for treatment of chronic complex diabetic foot wounds with exposed tendon and/or bone: positive clinical outcomes of viable cryopreserved human placental membrane. International wound journal 2017;14(3):569-77
43. Sledge I, Maislin D, Bernarducci D, Snyder R, Serena TE. Use of a dual-layer amniotic membrane in the treatment of diabetic foot ulcers: an observational study. Journal of Wound Care 2020;29(Sup9):S8-S12
44. NICE. Diabetic foot problems: Prevention and management (NICE Guideline NG19). 2019

| | |
|---|---|
| Appendices | N/A |
| Utilization Guidelines | N/A |
| Sources of Information and Basis for Decision | N/A |
| Advisory Committee Meeting Notes | N/A |
| MAC Meeting Information URL(s) | N/A |
| Proposed LCD Posting Date | N/A |
| Comment Period Start Date | N/A |
| Comment Period End Date | N/A |
| Released to Final LCD Date<br>Please Note: This is not the LCD Effective Date | N/A |

Revision History

| Revision Number (Date) | Revision History Explanation |
|---|---|
| R23 (09/17/2023) | R23<br><br>Revision Effective: 09/17/2023<br><br>Revision Explanation: Released policy to final for notice period before becoming effective 09/17/2023. |
| R22 (09/01/2022) | R22<br><br>Revision Effective: 09/01/2022<br><br>Revision Explanation: Annual Review, no changes<br><br>08/26/2022: *At this time 21st Century Cures Act will apply to new and revised LCDs* |

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Coding & Payment Tools

*that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the fields included on the LCD are applicable as noted in this policy.*

| | |
|---|---|
| R21 (02/03/2022) | R21<br><br>Revision Effective: 02/03/2022<br><br>Revision Explanation: Moved information in sources of information ot bibliography and corrected link for #104 in bibliography. |
| R20 (10/31/2019) | R20<br><br>Revision Effective: 08/25/2020<br><br>Revision Explanation: Annual Review, no changes<br><br>08/25/2020:*At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the fields included on the LCD are applicable as noted in this policy.* |
| R19 (10/31/2019) | R19<br><br>Revision Effective: 09/23/2019<br><br>Revision Explanation: Removed codes left in policy text in coverage and limitations section when coding was moved to billing and coding article A56696. Move the information concerning documentation and utilization requirements from the associated information section of the policy and placed into the billing and coding article.<br><br>10/22/2019:*At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the fields included on the LCD are applicable as noted in this policy.* |
| R18 (09/23/2019) | R18<br><br>Revision Effective: 09/23/2019 Revision Explanation: Annual review, no changes made.<br><br>09/23/2019:*At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the fields included on the LCD are applicable as noted in this policy.* |
| R17 (09/19/2019) | R17<br><br>Revision Effective: 09/19/2019 Revision Explanation: Converted policy into new policy template that no longer includes coding section based on CR 10901. For Approval, no changes.<br><br>09/13/2019:*At this time 21st Century Cures Act will apply to new and revised LCDs* |

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

*that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the fields included on the LCD are applicable as noted in this policy.*

| | |
|---|---|
| R16 (09/19/2019) | R16<br><br>Revision Effective: 09/19/2019 Revision Explanation: Converted policy into new policy template that no longer includes coding section based on CR 10901.<br><br>09/12/2019:*At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the fields included on the LCD are applicable as noted in this policy.* |
| R15 (07/11/2019) | R15<br><br>Revision Effective: N/A<br><br>Revision Explanation: Annual review, no changes made.<br><br>*DATE (08/27/2019): At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the fields included on the LCD are applicable as noted in this policy* |
| R14 (07/11/2019) | R14<br><br>Revision Effective: 07/11/2019<br><br>Revision Explanation: All coding information removed based on CR 10901.<br><br>*DATE (07/05/2019): At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the fields included on the LCD are applicable as noted in this policy* |
| R13 (06/06/2019) | R13<br><br>Revision Effective: 6-6-2019<br><br>Revision Explanation: Added Q4203 to group two codes that are covered.<br><br>*DATE (05/29/2019): At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the fields included on the LCD are applicable as noted in this policy* |
| R12 (01/01/2019) | R12<br><br>Revision Effective: 01/01/2019 |

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Revision Explanation: Added Q4188 to group two codes that are covered.

*DATE (03/18/2019): At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the fields included on the LCD are applicable as noted in this policy*

R11 (01/01/2019)

R11

Revision Effective: N/A

Revision Explanation: Corrected link to article for Johnson & Johnson announcement for ORC Matrix in Sources of information section

*2/26/2019: At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the fields included on the LCD are applicable as noted in this policy*

R10 (01/01/2019)

R10

Revision Effective: 01/01/2019

Revision Explanation: During annual HCPCS update the following codes were deleted Q4131 and Q4172 and replaced with codes Q4186, Q4187, Q4195-Q4197.

*12/20/2018: At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the fields included on the LCD are applicable as noted in this policy*

R9 (10/01/2018)

R9

Revision Effective: 10/01/2018

Revision Explanation: Added Q4166 to group two codes that are covered.

*DATE (11/13/2018): At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the fields included on the LCD are applicable as noted in this policy*

R8 (01/01/2018)

R8

Revision Effective: N/A

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Revision Explanation: Annual review no changes made.

*DATE (08/13/2018): At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the fields included on the LCD are applicable as noted in this policy*

| | |
|---|---|
| R7 (01/01/2018) | R7<br>Revision Effective: N/A<br>Revision Explanation: Correct links that were broken for PriMatirx, apligraf, Genzyme, and graft jacket<br><br>*DATE (05/25/2018): At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the fields included on the LCD are applicable as noted in this policy.* |
| R6 (01/01/2018) | R6<br>Revision Effective: 01/01/2018<br>Revision Explanation: Added Q4177 and Q4178 to list of products that meet FDA regulatory requirements.<br><br>*DATE (05/10/2018): At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the fields included on the LCD are applicable as noted in this policy.* |
| R5 (01/01/2018) | R5<br>Revision Effective: 01/01/2018<br>Revision Explanation: Added Q4145 to list of products.<br><br>*DATE (03/19/2018): At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the fields included on the LCD are applicable as noted in this policy.* |
| R4 (01/01/2017) | R4<br>Revision Effective: N/A<br>Revision Explanation: Annual review no changes made.<br><br>*DATE (08/28/2017): At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage which requires comment and notice. This revision is not a restriction to the coverage determination; and, therefore not all the* |

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

*fields included on the LCD are applicable as noted in this policy.*

| | |
|---|---|
| R3 (01/01/2017) | R2<br>Revision Effective: 01/01/2017<br>Revision Explanation: Added Q4173, Q4174, Q4175, and Q4169 as covered products. |
| R2 (01/01/2017) | R2<br>Revision Effective: 01/01/2017<br>Revision Explanation: C9349 was replaced with Q4172 during annual HCPCS update. |
| R1 (10/10/2016) | R1<br>Revision Effective: N/A<br>Revision Explanation: Corrected typographical error in title of policy. |

Associated Documents

Related Documents: Articles

- A56696 (version 36) - Billing and Coding: Skin Substitutes Grafts/Cellular Tissue-Based Products for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers
- A59368 (version 8) - Response to Comments: Skin Substitutes for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers (DL)

Related Documents: LCDs

- L39453 (version 10) - Skin Substitutes for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers (DL)

Related Documents: NCDs

N/A

Keywords N/A

Source: https://www.cms.gov/medicare-coverage-database/details/lcd-details.aspx?LCDId=36690&ver=42 (accessed 09/02/2023)

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

*LCD - MAC Part A (JH) - Novitas Solutions, Inc. [04111] - CO > Archived LCDs*

# Skin Substitute Grafts/Cellular and/or Tissue-Based Products for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers V120 (Rev. Eff. 09/17/2023)

Click to open document in a browser

LCD Information Coding Information General Information Associated Documents

| | |
|---|---|
| Contractor Information | |
| Contractor Name | Novitas Solutions, Inc. |
| Contract Number | 04111 |
| Contract Type | A and B MAC |
| Other Information | www.novitas-solutions.com<br>2020 Technology Parkway<br>Suite 100<br>Mechanicsburg PA 17050-<br>Medical Director: Leslie Stevens, MD (Acting Executive Contractor Medical Director) |
| LCD Information | |
| LCD ID | L35041 |
| LCD Version Number | 120 |
| Original ICD-9 LCD ID | L27549 |
| LCD Title | **Skin Substitute Grafts/Cellular and/or Tissue-Based Products for the Treatment of Diabeti Ulcers and Venous Leg Ulcers** |
| Contractor's Determination Number | |
| Status of this Version | **Approved** |
| Reason for this change | Creation of Uniform LCDs With Other MAC Jurisdiction. |
| Jurisdiction | Colorado (CO) |
| Oversight Region | Region 3 |
| Original Effective Date | 10/01/2015 |
| Original Ending Date | N/A |
| Revision Effective Date | 09/17/2023 |
| Revision Ending Date | N/A |
| Retirement Date | N/A |
| Notice Period Start Date | 08/03/2023 |
| Notice Period End Date | 09/16/2023 |

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Coding & Payment Tools 

| | |
|---|---|
| AMA CPT / ADA CDT / AHA NUBC Copyright Statement | CPT codes, descriptions and other data only are copyright 2021 American Medical Association. Reserved. Applicable FARS/HHSARS apply.<br><br>Fee schedules, relative value units, conversion factors and/or related components are not assigr AMA, are not part of CPT, and the AMA is not recommending their use. The AMA does not direc indirectly practice medicine or dispense medical services. The AMA assumes no liability for data or not contained herein.<br><br>Current Dental Terminology © 2021 American Dental Association. All rights reserved.<br><br>Copyright © 2013 - 2021, the American Hospital Association, Chicago, Illinois. Reproduced by C permission. No portion of the American Hospital Association (AHA) copyrighted materials contai this publication may be copied without the express written consent of the AHA. AHA copyrighted including the UB-04 codes and descriptions may not be removed, copied, or utilized within any s product, service, solution or derivative work without the written consent of the AHA. If an entity w utilize any AHA materials, please contact the AHA at 312-893-6816. Making copies or utilizing th of the UB-04 Manual, including the codes and/or descriptions, for internal purposes, resale and/c used in any product or publication; creating any modified or derivative work of the UB-04 Manual codes and descriptions; and/or making any commercial use of UB-04 Manual or any portion ther including the codes and/or descriptions, is only authorized with an express license from the Ame Hospital Association. To license the electronic data file of UB-04 Data Specifications, contact Tir at (312) 893-6816. You may also contact us at ub04@aha.org. |
| CMS National Coverage Policy | This LCD supplements but does not replace, modify or supersede existing Medicare applicable N Coverage Determinations (NCDs) or payment policy rules and regulations for skin substitute gra and/or tissue-based products for the treatment of diabetic foot ulcers and venous leg ulcers . Fe statute and subsequent Medicare regulations regarding provision and payment for medical servi lengthy. They are not repeated in this LCD. Neither Medicare payment policy rules nor this LCD modify or supersede applicable state statutes regarding medical practice or other health practice professions acts, definitions and/or scopes of practice. All providers who report services for Med payment must fully understand and follow all existing laws, regulations and rules for Medicare pa skin substitute grafts/cellular and/or tissue-based products for the treatment of diabetic foot ulcer venous leg ulcers and must properly submit only valid claims for them. Please review and unders them and apply the medical necessity provisions in the policy within the context of the manual ru Relevant CMS manual instructions and policies may be found in the following Internet-Only Man (IOMs) published on the CMS Web site:<br>**IOM Citations:**<br><br>• CMS IOM Publication 100-02, *Medicare Benefit Policy Manual*,<br>    ◦ Chapter 15, Section 50.4.1 Approved Use of Drug<br>• CMS IOM Publication 100-04, *Medicare Claims Processing Manual*,<br>    ◦ Chapter 17, Section 40 Discarded Drugs and Biologicals<br>• CMS IOM Publication 100-08, *Medicare Program Integrity Manual*,<br>    ◦ Chapter 13, Section 13.5.4 Reasonable and Necessary Provision in an LCD<br><br>**Social Security Act (Title XVIII) Standard References:**<br><br>• Title XVIII of the Social Security Act, Section 1862(a)(1)(A) states that no Medicare payme made for items or services which are not reasonable and necessary for the diagnosis or tre illness or injury.<br>• Title XVIII of the Social Security Act, Section 1862(a)(7). This section excludes routine phy examinations.<br><br>**Code of Federal Regulations (CFR) References:**<br><br>• CFR, Title 21, Volume 8, Chapter 1, Subchapter L, Part 1271.10 Human cells, tissues, and and tissue-based products |
| Coverage | **Coverage Indications, Limitations, and/or Medical Necessity** |

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Wolters Kluwer

Guidance

Compliance with the provisions in this LCD may be monitored and addressed through post paym analysis and subsequent medical review audits.

**History/Background and/or General Information**

This LCD addresses the medically reasonable and necessary requirements for coverage of skin replacement surgery for application of skin substitute grafts, also referred to as cellular and/or tis based products (CTPs), for diabetic foot ulcers (DFUs) and venous leg ulcers (VLUs). For the pu this policy and consistent with the AMA's CPT codebook, skin substitute grafts/CTPs include nor autologous human skin grafts, non-human skin substitute grafts, and biological products that forr scaffolding for skin growth. Also for the purposes of this policy, wound coverings or wound dress which are utilized to provide a physical barrier to protect the ulcer (wound) surface, prevent infec allow healing underneath, and are typically removed as the ulcer or chronic wound heals are NO included in the definition of skin substitute grafts/CTPs. Wound coverings and dressings are NO anchored or applied surgically to ulcers to form scaffolding for skin growth and are therefore NO substitute grafts/CTPs.

Application of skin substitute grafts/CTPs for wound/ulcer care indications other than for DFU or not addressed by this LCD. Use of skin substitute grafts/CTPs must meet the medically reasonal necessary threshold for coverage and must be used in accordance with their intended use as approved/regulated by the United States (U.S.) Food and Drug Administration (FDA).

Generally, depending on the purpose of the product and how it functions, skin substitute grafts/C regulated by the FDA premarket approval (PMA) process, FDA 510(k) premarket notification pro the FDA regulations for human cells, tissues, and cellular and tissue-based products (HCT/Ps). I been noted that there are instances in which certain products might have a wound healing indica may not necessarily meet the definition of a skin substitute graft/CTP. To meet the medically rea and necessary threshold for coverage, the skin substitute graft/CTP must be FDA approved for u ulcer treatment and not as a wound covering.

Amniotic/chorionic-based products are HCT/Ps as defined in 21 CFR 1271.3(d) and must meet c 21 CFR 1271 and section 361 of the Public Health Service Act (PHS Act). The HCT/Ps not regul under section 361 are regulated as drugs as defined under section 201(g) of the Federal Food, D Cosmetic Act (FFDCA) [21 U.S.C. 321(g)] and biological products as defined in section 351(i) of Act [42 U.S.C. 262(i)]. In order to lawfully market a drug that is also a biological product, a valid b license must be in effect [42 U.S.C. 262(a)]. Such licenses are issued only after a showing of saf efficacy for the product's intended use.[4-6]

Standard treatment of lower extremity ulcers (e.g., DFUs and/or VLUs) may include mechanical infection control, mechanical compression, limb elevation, debridement of necrotic tissue, manag systemic disease and medications, nutrition assessment, tissue perfusion and oxygenation, and counseling on the risk of continued tobacco use. In addition, maintenance of a moist wound envi through appropriate dressings facilitates development of healthy granulation tissue and epithelia and thus may potentiate complete healing at an ulcer site. Dressings are an integral part of ulcer management by not only maintaining a moist environment but by stopping contamination and ab exudate.[7-12]

Despite advancements in various surgical dressings, which maintain a moist healing environmer ulcers fail to heal. Skin substitute grafts/CTPs have been employed, after an ulcer fails to heal, a management method intended to increase the chances of healing.[1,13]

Chronic DFUs and VLUs may be unresponsive to initial therapy or persist despite additional care or VLU that has failed to respond to standard of care treatment after four weeks (defined as 30 d be considered chronic, and the application of a skin substitute graft/CTP may be considered mec reasonable and necessary for certain patients.[1-3]

Patients receiving skin replacement surgery with a skin substitute graft/CTP must be under the c physician/non-physician practitioner (NPP) for the treatment of their systemic disease process (e diabetes mellitus, chronic venous insufficiency, and/or peripheral vascular disease). It is imperati

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

their systemic disease be monitored/treated in order to ensure adequate healing of the ulcer.[3,9]

It is the expectation that a skin substitute graft/CTP will remain in place for the entire episode of s
replacement surgery (defined as 12 weeks from the first application of a skin substitute graft/CTF
keeping with the FDA label (e.g., indications, contraindications, how supplied and directions for u
and/or the American Association of Tissue Banks (AATB) approved use and when there is one r
ulcer. Repeat application of a skin substitute graft/CTP within the 12-week episode of skin replac
surgery may be appropriate based on ulcer re-assessment and must be supported in the medica
documentation for that encounter. Additional applications of a skin substitute graft/CTP beyond t
week episode of skin replacement surgery is not expected if the ulcer has responded to the skin
replacement surgery with epithelialization and other progression.

This LCD does not endorse particular products for separate payment. The medical record docum
must support the medical necessity for skin replacement surgery and that the product is being us
its approved FDA indications as an ulcer treatment and not as a wound covering.

**Covered Indications**

All of the following criteria must be met for the application of a skin substitute graft/CTP for lower
DFU or VLU to be considered medically reasonable and necessary:

1. The presence of a chronic, non-infected DFU or chronic, non-infected VLU having failed to to documented standard of care treatment (outlined below) for a minimum of four weeks (d 30 days) with documented compliance to prescribed treatment.[7,10]
2. Failure to respond to documented standard of care treatment is defined as an ulcer that ha increased in size or depth, or no change in baseline size or depth, or no sign of improveme indication that improvement is likely (such as granulation, epithelialization, or progress tow closing). Documentation of response requires measurements of the initial ulcer, measurem the completion of at least four weeks of standard of care treatment, and measurements im prior to placement of the skin substitute graft/CTP for DFUs and VLUs. For VLUs, standard treatment must continue for no less than four weeks and include on-going compression therapy.[7,10,13]
3. Standard of care treatment includes, but is not limited to, the following[2,7-12]:
    - Comprehensive patient assessment (history, exam, Ankle-Brachial Index [ABI]) and c tests as indicated) and implemented treatment plan.
    - For patients with a DFU - assessment of Type 1 vs. Type 2 diabetes and manageme with attention to certain comorbidities (e.g., vascular disease, neuropathy, osteomyel review of current blood glucose levels/hemoglobin A1c (HbA1c), diet and nutritional s activity level, physical exam that includes assessment of skin and ulcer, ABI, and che loading device or assessment of appropriate footwear.[3]
    - For patients with a VLU - assessment of clinical history (prior ulcers, thrombosis risks exam (edema, skin changes), ABI, diagnostic testing to verify superficial or deep ven perforator incompetence, and chronic (or acute) venous thrombosis.
4. The implemented treatment demonstrates all of the following:
    - Debridement as appropriate.
    - Some form of offloading for DFUs.
    - Some form of compression for VLUs.
    - Infection control.
    - Management of exudate - maintenance of a moist environment (moist saline gauze, c classic dressings, bioactive dressing, etc.).
    - Documentation of smoking history, and that the patient has received counseling on th smoking on surgical outcomes and treatment for smoking cessation (if applicable) as outcome of counselling (if applicable).
5. The skin substitute graft/CTP is utilized per the intended use as approved/regulated by the
6. The patient is under the care of a qualified physician/NPP for the treatment of the systemic process(es) etiologic for the condition (e.g., venous insufficiency, diabetes, neuropathy).[3,9]

**Limitations**

The following are considered not medically reasonable and necessary[1-3,9-10]:

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Coding & Payment Tools


1. Greater than four applications of a skin substitute graft/CTP within the episode of skin repla surgery (defined as 12 weeks from the first application of a skin substitute graft/CTP) regar the number of different products used.
    - The expectation is treatment will consist of the fewest repeat applications and amoun product to heal the ulcer. It is not expected that every ulcer, in every patient will requi maximum number of applications.
2. Application of a skin substitute graft/CTP beyond 12-weeks per episode of care.
3. Repeat applications of skin substitute grafts/CTPs when a previous application was unsucc Unsuccessful treatment is defined as increase in size or depth of an ulcer, or no change in size or depth and no sign of improvement or indication that improvement is likely (such as granulation, epithelialization, or progress towards closing).
4. Application of skin substitute grafts/CTPs in patients with inadequate control of underlying or exacerbating factors, or other contraindications (e.g., uncontrolled diabetes, active infect active Charcot arthropathy of the ulcer extremity, active vasculitis).
5. Use of surgical preparation services (for example, debridement), in conjunction with routine and/or repeat skin replacement surgery with a skin substitute graft/CTP.
6. Excessive wastage (discarded amount).

- The skin substitute graft/CTP must be used in an efficient manner utilizing the most approp product available at the time of treatment. It is expected that where multiple sizes of a spec product are available, the size that best fits the ulcer with the least amount of wastage will l utilized.

All liquid skin substitute products/CTPs for ulcer care.[15]

**Note:** Refer to the CFR, Title 21, Volume 8, Chapter 1, Subchapter L, Part 1271.10 for Human-d products regulated as human cells, tissues, or cellular or tissue-based product (HCT/P).

**Provider Qualifications**

Services provided within the LCD coverage indications will be considered medically reasonable a necessary when all aspects of care are within the scope of practice of the provider's professiona licensure; and when all procedures are performed by appropriately trained providers in the appro setting.

**Notice:** Services performed for any given diagnosis must meet all of the indications and limitatio in this LCD, the general requirements for medical necessity as stated in CMS payment policy ma any and all existing CMS national coverage determinations, and all Medicare payment rules.

**Summary of Evidence**

This evidence review focuses on the use of skin substitute grafts/CTPs in the treatment of DFUs VLUs in the Medicare population, and whether the evidence demonstrates improved health outc including patient function and quality of life. A literature search was conducted using the followin words: Non-healing; wound; chronic; diabetic foot; foot ulcer; venous leg ulcer; guidelines; woun skin substitutes; dermal skin substitute; human skin allograft; randomized trial; standard of care; leg ulcer; skin grafts; wound dressing; human derived products; animal derived products; FDA re The literature search was filtered to locate full-text articles specific to DFU and VLU within 5-10 y clinical trials, and systematic reviews.

**Introduction**

DFUs and VLUs that have failed to respond to standard of care treatment after 30 days or four w be considered chronic, and the application of a skin substitute graft/CTP may be considered mec reasonable and necessary for certain patients.[1-3] Chronic wounds such as DFUs and VLUs impa quality of life due to impaired mobility, pain, and substantial morbidity.[1-3]

**Evidence-Based Guidelines for Standard of Care**

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Evidence-based guidelines indicate that standard of care (SOC) treatment of DFUs and VLUs m mechanical offloading, infection control, mechanical compression, limb elevation, debridement o tissue, management of systemic disease and medications, nutrition assessment with planned interventions, tissue perfusion and oxygenation, education regarding care of the foot, callus, and fitting of shoes, and counseling on the risk of continued tobacco use. In addition, maintenance of wound environment through appropriate dressings facilitates development of healthy granulation and epithelialization and thus may potentiate complete healing at a wound site. Dressings are ar part of wound management by not only maintaining a moist environment but by stopping contam and absorbing exudate.[7-12]

A comprehensive assessment of patients and their ulcers will also facilitate appropriate care by i and correcting systemic causes of impaired healing. The presence of a severe illness or systemi and drug treatments such as immunosuppressive drugs and systemic steroids may inhibit ulcer l changes in immune functioning, metabolism, inflammation, nutrition, and tissue perfusion. There information in conjunction with a detailed history of the ulcer itself is essential.[3,9]

A vascular evaluation is also vital for all chronic wounds. Palpation of pulses may be problematic of medial arterial calcification. An ABI is recommended for patients with a questionable pulse de although the ABI levels may be falsely elevated with medial arterial calcification. To supplement brachial studies, toe blood pressure readings, pulse volume recordings, transcutaneous oxygen measurements (TCOMs), and skin perfusion pressure measurements have been suggested as a benchmarks for the prediction of wound healing.[3]

The clinical practice guidelines of the Society for Vascular Surgery and the American Venous Fo recommend that patients with VLUs have the ulcer classified using the Clinical class, Etiology, A and Pathophysiology (CEAP) classification (confirmed by duplex scan). The Venous Clinical Sev Score (VCSS) is recommended to assess changes in response to therapy. Specific classification venous disease is essential for standardization of venous disease severity and evaluation of trea efficiency.[10]

The Society for Vascular Surgery in collaboration with the American Podiatric Medical Associatic Society for Vascular Medicine has recommended a SOC treatment schedule for DFUs that inclu weekly to monthly wound evaluations of ulcer size and healing progress, infection control, debric all devitalized tissue and surrounding callus material, dressings that maintain a moist wound env control of exudate, and avoiding maceration of adjacent intact skin. Adequate glycemic control o hemoglobin A1c is also recommended to reduce the incidence of DFUs and infections and perio assessments of appropriate footwear and/or off-loading device.[7,13]

**Regulation of Skin Substitute Grafts/CTPs**

Despite SOC and advancements in various moisture retaining surgical dressings, many chronic to heal. After SOC fails to heal an ulcer, skin substitute grafts/CTPs have been employed as an management method to increase the chances of healing.[1,13] Skin substitute grafts/CTPs can be into the following FDA regulated groups: 1) Human-derived products regulated as HCT/Ps; 2) Hu human/animal-derived products regulated through the PMA process; 3) Animal-derived products under the 510(k) process; and 4) Synthetic products regulated under the 510(k) process.[4-6]

Human tissue can be obtained from human donors, processed, and used in exactly the same rol recipient, such as a dermal replacement to be placed in an ulcer as a skin substitute graft/CTP ( as HCT/Ps). These products may be regulated under the Biologics License Application (BLA) (u PHS Act) or PMA (under the FFDCA), depending on their composition and primary mode of actic Amniotic/chorionic-based products are HCT/Ps as defined in 21 CFR 1271.3(d) and must meet 21 CFR 1271 and 361 of the PHS Act. The HCT/Ps not regulated under 361 are regulated as dr defined under section 201(g) of the FFDCA [21 U.S.C. 321(g)] and biological products as define section 351(i) of the PHS Act [42 U.S.C. 262(i)]. In order to legally market a drug that is also a bi product, a valid biologics license must be in effect [42 U.S.C. 262(a)]. Such licenses are issued a showing of safety and efficacy for the product's intended use.[6]

**Evidence-Based Guidelines for Skin Substitute Grafts/CTPs**

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Skin substitute grafts/CTPs are a heterogeneous group of biological and/or synthetic elements tl the temporary or permanent closure of ulcers. Dermal substitutes/CTPs may vary from skin xenc allografts to a combination of autologous keratinocytes over the dermal matrix, but all have a mu to attain resemblance with an individual's skin to the greatest extent possible.[13] Skin substitute grafts/CTPs are recommended to be used with established SOC treatment protocols for ulcer ca increase the chances of healing. In this regard, evidence-based guidelines recommend wound b preparation prior to the application of any biologically active dressing which includes complete re slough, debris and/or necrotic tissue.[14] Skin substitute grafts/CTPs are recommended for DFUs failed to demonstrate more than 50% wound area reduction after a minimum of four weeks of sta therapy.[7,13] For VLUs, if substantial improvement of the ulcer is not demonstrated after a minimu weeks of standard therapy, skin substitute grafts/CTPs are recommended in addition to compres therapy.[10]

**Technology Assessment**

The Agency for Healthcare Research and Quality (AHRQ) provided an evidenced-based technic skin substitute grafts for treating chronic wounds.[2] This technical brief was developed to describe products that may be considered skin substitute grafts in the U.S., which are utilized for the treat chronic wounds. In addition, systems utilized to classify skin substitute grafts were assessed, ran controlled trials (RCTs) involving skin substitute grafts were reviewed, and recommendations we regarding best practices for future studies. A systematic search of the published literature since 2 conducted for systematic reviews/meta-analyses, RCTs, and prospective nonrandomized compa studies studying commercially available skin substitute grafts for individuals with DFUs, VLUs, pr ulcers, and arterial leg ulcers.[2]

Seventy-six skin substitute grafts were identified and categorized using the Davison-Kotler class system, a method structured according to cellularity, layering, replaced region, material used, an permanence. Of these, 68 (89%) were categorized as acellular dermal substitutes, largely replac from human placental membranes and animal tissue sources. Acellular dermal substitutes prepa natural biological materials are the most common commercially available skin substitute graft pro treating or managing chronic wounds. Cellularity is a significant difference among skin substitute the presence of cells raises the rejection risk and production complexity. This category includes decellularized donated human dermis (14 products recognized), human placental membranes (2 products recognized), and animal tissue (21 products recognized). Less products are prepared fr synthetic materials (two products recognized) or a blend of natural and synthetic materials (two p recognized). A limited number of skin substitute graft products are acellular replacements for bot epidermis and dermis (one product recognized). Only eight products were recognized that conta and would be classified in the cellular grouping.[2]

Three systematic reviews and 22 RCTs studied the utilization of 16 distinct skin substitute grafts, comprising acellular dermal substitutes, cellular dermal substitutes, and cellular epidermal and d substitutes in DFUs, pressure ulcers, and VLUs. Twenty-one ongoing studies (all RCTs) assesse additional nine skin substitute grafts with comparable classifications. It was noted that studies se reported clinical outcomes, such as amputation, wound recurrence at least two weeks after treat ended, or patient-related outcomes, such as return to function, pain, exudate, and odor. This rev that more studies are needed to assess the effectiveness of most skin substitute grafts, and stud to be better designed and include clinically relevant outcomes.[2]

Of the 22 included RCTs, 16 studies contrasted a skin substitute graft with SOC. The SOC for ea type involved sharp debridement, glucose control, compression bandages for VLUs, pressure redistribution support surfaces for pressure ulcers, infection control, offloading, and daily dressin with a moisture-retentive dressing, such as an alginate or hydrocolloid type dressing. Though 85 studies examining acellular dermal substitutes portrayed the experimental intervention as favora SOC for wound healing and quicker time to heal, inadequate data is available to determine whet recurrence or other sequela are less frequent with acellular dermal substitutes. Only three studie contrasted cellular dermal substitutes with SOC. Clinical evidence for cellular dermal substitutes limited by the lack of robust, well-controlled clinical trials.[2]

Of the six head-to-head comparative studies, results from five studies did not show substantial d between skin substitute grafts in outcomes measured at the latest follow-up (>12 weeks). One st

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

Wolters Kluwer

concluding at 12 weeks described a substantial difference in wound healing favoring an acellular skin substitute graft over a cellular epidermal and dermal skin substitute graft. Another study con two acellular dermal substitutes and seemed to have deliberately underpowered one arm of the s statistical significance was not sought or expected for this study arm. Of the two studies reporting recurrence, one study described comparable recurrence, while the other study reported no recur 26 weeks. The current evidence base, as portrayed by the authors for the literature reviewed, ma inadequate to determine whether one skin substitute graft product is superior to another.[2]

Industry sponsored 20 of the 22 RCTs in this review, which presents concerns regarding bias for studies. The AHRQ technical brief also noted that a skin substitute's commercial availability is no reflection of its legal status. Manufacturers self-determine whether their HCT/P may be marketed FDA preapproval and frequently misunderstand or mischaracterize the conditions they must mee product to be regulated solely for communicable disease risk.[2] The Code of Federal Regulations was referenced; 21 CFR 1271.10(a). Also, the 'FDA Announces Comprehensive Regenerative M Policy Framework'[5] was referenced.

**Systemic Review and Meta-Analysis**

Santema et al[16] provided a systematic review and meta-analysis to assess the efficiency of skin grafts utilized for the treatment of DFUs regarding ulcer healing and limb salvage. Using the Coc Collaboration methodology, 17 clinical trials were identified, which included a total of 1,655 rando study participants with diabetic foot ulceration. The number of study participants per clinical trial from 23 to 314. Fourteen studies included chronic or difficult to heal ulcers that were present for minimum of two, four or six weeks.[16]

Skin substitute grafts were contrasted with SOC in 13 trials. The results collectively demonstrate SOC treatment, together with skin substitute grafts, enhance the chances of attaining complete u closure in contrast to SOC alone after six to 16 weeks (risk ratio [RR] 1.55, 95% confidence inter 1.30 to 1.85, low quality of evidence). Apligraf/Graftskin, Epifix, and Hyalograft 3D were the only products that demonstrated a statistically substantial beneficial effect on complete ulcer closure ( epithelialization without any evidence of drainage or bleeding). Four clinical trials contrasted two types of skin substitute grafts, although no product demonstrated a greater effect over another. S the trials evaluated the efficacy of a bioengineered skin substitute graft. Only one trial evaluated efficacy of a nonbioengineered skin graft.[16]

The total occurrence of lower limb amputations was only reported for two trials and the results fo two trials collectively produced a substantially lower amputation rate for individuals treated with s substitute grafts (RR 0.43, 95% CI 0.23 to 0.81), though the absolute risk difference (RD) was sm (-0.06, 95% CI -0.10 to -0.01, very low quality of evidence). Of the included studies, 16 reported adverse events (AEs) in different ways, although there were no reports of a substantial difference incidence of AEs between the intervention and the control group. Additionally, support of long-ter effectiveness is lacking. Noted limitations included a variable risk of bias among the studies, the blinding (i.e., study participants and investigators knew which patients were receiving the experin therapy and which patients were receiving the standard therapy), and 15 of the studies conveyed involvement; the majority of which did not indicate if the industry applied any limitations regarding analysis or publication.[16]

Jones et al[17] provided a fourth update for a systematic literature review to evaluate the effect of s for the treatment of VLUs. Using the Cochrane Collaboration methodology, one new trial was ide generating a total of 17 RCTs, which included a total of 1,034 study participants. The studies cor participants of any age, in any care setting, and with VLU. Given the process for diagnosis of ver ulceration differed between studies, a standard definition was not applied. The trials also involve participants with arterial, mixed, neuropathic, and diabetic ulcers provided that the outcomes for with venous ulcers were conveyed separately. To be included in the review, trials also had to rep least one of the primary outcomes (i.e., objective measures of healing, such as relative or absolu change in ulcer area, time for complete healing, or proportion of ulcers healed within the trial per

Eleven studies contrasted a graft with SOC. Two of these studies (102 patients) contrasted an au with a dressing, three studies (80 patients) contrasted a frozen allograft with a dressing, and two (45 patients) contrasted a fresh allograft with a dressing. Two studies (345 patients) contrasted a

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

engineered skin (bilayer artificial skin) with a dressing. In two studies (97 patients) a single-layer replacement was contrasted with SOC.[17]

Six studies contrasted alternative skin grafting techniques. The first study (92 patients) contraste autograft with a frozen allograft, a second study (51 patients) contrasted a pinch graft (autograft) porcine dermis (xenograft), the third study (110 patients) contrasted growth-arrested human kera and fibroblasts with a placebo, the fourth study (10 patients) contrasted an autograft delivered or pads with an autograft delivered on porcine gelatin microbeads, the fifth study (92 patients) contr meshed graft with a cultured keratinocyte autograft, and the sixth study (50 patients) contrasted keratinocyte allograft with a lyophilized (freeze-dried) keratinocyte allograft.[17]

Overall, the results show that substantially more ulcers healed when treated with bilayer artificial with dressings. There was inadequate evidence from the other trials to establish whether other ty skin grafting improved the healing of venous ulcers. The authors concluded that bilayer artificial s together with compression bandaging, improves venous ulcer healing contrasted with a simple d plus compression.[17]

It was noted that the overall quality of the studies reviewed was poor, thus affecting the risk of in bias. Many of the studies did not convey inclusion criteria, insufficient information was provided r randomization techniques, and withdrawals and AEs were inadequately reported. Deficient data withdrawals and the inclination to perform per-protocol analyses rather than intention-to-treat (IT analyses signify that the outcomes in the original study documentation may be biased.[17]

**Clinical Trials for Skin Substitute Grafts/CTPs for Diabetic Foot Ulcers**

Barbul et al[18] conducted a retrospective, matched-cohort study to establish the efficacy of a cryo human bioactive split-thickness skin allograft (BSA) (i.e., TheraSkin®) plus SOC when contrasted alone for the treatment of diabetic ulcers. Data was obtained from electronic medical records (EM initial pool of 650,309 diabetic ulcers for patients treated at 470 outpatient wound care centers in from January 1, 2012, to October 25, 2018.

Primary inclusion criteria included: 1) Adults ≥ 18 years of age; 2) DFU, Wagner grade 1-4 prese 30 days for individuals diagnosed with Type 1 or Type 2 diabetes; 3) Ulcer sited on foot, leg, or t Wound area ≥ 1 $cm^2$ and ≤ 50 $cm^2$. Primary exclusion criteria included: 1) Ulcers treated at skille facilities; 2) Ulcers treated with advanced biological products other than BSA; 3) Individuals in th cohort who received any cellular and/or tissue-based products; and 4) Individuals who showed ≥ closure of their wounds four weeks before the study treatment period.[18]

Following elimination of ineligible patients and those missing important information (i.e., wound characteristics) and/or lack of treatment documentation, data included a total of 778 patients who treated with the BSA (treatment cohort) (mean age 65.67) and these study participants were pai 778 patients (mean age 62.95) drawn from a pool of 126,864 patients treated with SOC alone (c cohort), by utilizing propensity matching to create almost identical cohorts. Complications and comorbidities for both groups included Alzheimer's disease, coronary artery disease, cellulitis, ch obstructive pulmonary disease, congestive heart failure, end stage renal disease, immunosuppre conditions, morbid obesity, peripheral vascular disease (arterial and venous), smoking status, ar insufficiency. Although the disparity in body mass index (BMI) improved with propensity matching noteworthy difference remained between groups with those in the BSA cohort having a substanti higher mean BMI than those in the control cohort ($p < 0.002$).[18]

Both cohorts received SOC treatment involving debridement, offloading, and application of any k nonbiologic wound dressings, such as hydrogels, saline-moistened gauze, and antimicrobial dre Study participants who received a BSA may have utilized any or all of the same dressings.[18]

Amputation rates and recurrence at three months, six months, and one year after wound closure analyzed. Diabetic ulcers were 59% more likely to close in the treatment cohort contrasted to the cohort ($p$=0.0045). The healing rates with the BSA were greater than with SOC across multiple s but the most substantial improvement was noted in the worst wounds that had a duration of 90-1 prior to treatment ($p$=0.0073), exposed deep structures ($p$=0.036), and/or Wagner Grade 4 ulcers ($p$=0.04). Additionally, the reduction in recurrence was substantial at three months, six months, a

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

year, with and without initially exposed deep structures ($p$< 0.05). The amputation rate in the trea cohort was 41.7% less than that of the control cohort at 20 weeks (0.9% vs. 1.5%, respectively). study showed that diabetic ulcers treated with a cryopreserved bioactive split-thickness skin allo more likely to heal and stay closed contrasted to ulcers treated with SOC alone.[18]

Cazzell et al[19] performed a prospective, randomized, controlled, open-label trial with a primary o contrast the healing rates of a human decellularized acellular dermal matrix (D-ADM) for chronic with a SOC arm and an active comparator, human acellular dermal matrix (ADM) arm for the trea DFUs. Secondary objectives studied differences in time to wound closure, economic burden, qua questionnaires and product utilization between D-ADM, SOC, and a second active comparator h ADM.

Inclusion criteria included, but was not limited to: 1) Enrolled study participants must have the ca comply with offloading and dressing change requirements; 2) The wound of focus must have bee and receiving SOC for 30 days with an area ≥ to 1 $cm^2$ and < than 25 $cm^2$; 3) Patients must be b 21 and 80 years of age, have a single DFU of focus with a Wagner Ulcer Classification Grade of and no infection present; and 4) Patients must have had acceptable circulation to the affected ar specified as having at least one of the following criteria within the past 60 days: TCOM at the do the foot ≥ 30 mmHg, ABI ranging from 0.8 - 1.2, or at least biphasic Doppler arterial waveforms a dorsalis pedis and posterior tibial arteries.[19]

Exclusion criteria included, but was not limited to: 1) Patient had wound treatments including bio topical growth factors within 30 days prior to screening; 2) Patient had circulating HbA1c > 12% v days of the screening visit, serum creatinine concentrations of 3.0 mg/dL or > within 30 days bef screening; 3) The presence of peripheral vascular disease, active infection or untreated maligna Charcot's disease, or necrosis, purulence, or sinus tracts unable to be removed by debridement; had a revascularization procedure aimed at improving blood flow in the target limb, or received a skin equivalent within four weeks before screening; and 5) Patient has a sensitivity to lincomycin gentamicin, polymyxin B, vancomycin, polysorbate 20, N-lauroyl sarcosinate, benzonase, or glyc

Patients with a diagnosis of diabetes mellitus on a stable treatment regimen (no modifications in for 30 days prior to screening) who visited the clinic for care of a chronic lower extremity ulcer ar above inclusion criteria and none of the exclusion criteria were asked to join the study. In this reg study enrolled 168 DFU patients in 13 centers across nine states in the U.S. Patients were rando into one of three treatment arms; D-ADM (DermACELL®), SOC wound management, or GJ-ADM (GraftJacket™) at a ratio of 2:2:1. The authors of this study indicated that the active comparator a GJ-ADM was not intended to compare the difference between the ADMs as several articles have the safety and efficiency of GJ-ADM; this arm was added to the study to determine a baseline AI healing rate.[19]

Numbered envelopes holding the treatment designation were arranged by an outside contract re organization and the study investigators were blinded to the randomization codes matching each envelope. After a patient successfully passed screening to be in the study, the investigator would envelope to ascertain which randomized arm the patient was assigned to. The ADM is visible up application; therefore, it would have been impossible to continue blinding the investigator once tr was applied. Therefore, as a secondary examination to avoid bias, a clinician, blinded to the trea assessed the wound images for confirmation of healing condition.[19]

Initially, the wound beds were debrided with a sharp blade, scissors or Versajet system to remov tissue for study participants in all three treatment groups. Wound size was recorded using an ima system pre-and post-debridement as well as before dressing applications. The wound areas wer calculated by the imaging system and utilized for subsequent analysis of the wound areas.[19]

Patients in the D-ADM arm and the GJ-ADM arm had the appropriate ADM dressing applied and with a nonadherent dressing. A second ADM was applied between two weeks (at a minimum) ar weeks (at the latest) after the first D-ADM application. Patients could have a maximum of two AD applications, which included the first application at baseline. Wounds in the conventional care ar provided with wound therapy involving alginates, foams, or hydrogels. The treating provider then either a moist or dry gauze to be placed over the wound. In all three treatment arms, the dressin the wound for a minimum of five days, but no more than nine days, (7 days ± 2 days) until the ne

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

and dressings were only changed by the study team. Also, during following weekly visits, debride used to remove necrotic tissue, as needed. In addition, off-loading utilizing a removable cast wal diabetic shoe, surgical shoe, walker cast, or a total contact cast was essential for all treatment ar unless the investigator considered it to be inappropriate, such as situations involving a wheelcha patient or if the wound was located on the dorsal surface of the foot. Though either removable or nonremovable offloading techniques were permitted, 95% of all patients used some type of remo method; 68% of patients used removable boots and 16% of patients used surgical shoes.[19]

Wounds were assessed on a weekly basis until wound closure was noted or the patient complet weekly follow-up visits. Wound closure was defined as 100% re-epithelialization of the wound wi drainage. A second visit was scheduled two weeks after the initial wound closure was noted to v complete wound closure. Additionally, all healed wounds were followed at four, eight and 12 wee confirmation of complete wound closure to determine if the wound remained healed.[19]

A total of 168 patients were included in this study: 71 patients in the D-ADM arm, 69 patients in t arm, and 28 patients in the GJ-ADM arm. Patients that withdrew from the study prematurely bec severe adverse events (SAEs), which affected the ability to follow the wound of focus, offloading compliance, or ≥ 25% missed visits involved 18 patients in the D-ADM arm, 13 patients in the SC and five patients in the GJ-ADM arm. To this end, 53 patients remained in the D-ADM arm and 4 patients received one application, 56 patients remained in the SOC arm, and 23 patients remain GJ-ADM arm and 16 of these patients received only one application. The percentage of overall e withdrawals and the percentage of SAEs were comparable between the three treatment groups l relative population size ($p \geq 0.05$).[19]

Baseline ulcer features, including wound size, were comparable between the three ITT arms. Th age for patients in the D-ADM arm was 59.1, 56.9 in the SOC arm, and 58.5 in the GJ-ADM arm mean HbA1c at screening was 8.51% in the D-ADM arm, 8.38% in the SOC arm, and 7.63% in t ADM arm. Patients diagnosed with Type 2 diabetes involved 93.5% of the enrolled population, w randomized to D-ADM, 97.1% randomized to SOC, and 92.9% randomized to GJ-ADM. The trea prescribed for diabetes control were evenly dispersed across study arms, thus eliminating the po confounding effect of insulin levels on cell responses and healing. Also, it was noted that almost study participants (41.1%) were current or past smokers and 58.9% had never smoked. Addition majority of patients in all three arms of the study had ulcers classified as Wagner class 2 (ulcers extend into tendon or capsule); D-ADM arm (83.1%), SOC arm (79.7%), and GJ-ADM arm (82.1

Patients were followed for 24 weeks for all three treatment arms. Results for the per protocol pop showed that a single application of D-ADM showed a substantially greater wound healing probab comparison to SOC across all three endpoints at Week 12 (65.0% vs. 41.1%; HR = 1.969; 95% ( 1.1-3.5; $p$=0.0123), Week 16 (82.5% vs. 48.1%; HR = 2.397; 95% CI = 1.4-4.1; $p$=0.0003), and \ (89.7% vs. 67.3%; HR = 2.107; 95% CI = 1.3- 3.5; $p$=0.0008). Patients in the D-ADM arm who re applications also demonstrated a substantially greater wound healing probability over SOC durin up visits at Week 16 (67.9% vs. 48.1%; HR = 1.716; 95% CI = 1.04-2.831; $p$=0.0283) and Week (83.7% vs. 67.3%; HR = 1.546; 95% CI = 0.9821-2.435; $p$=0.0489). The patients in the D-ADM a received only one application exhibited wound healing in an average of nine weeks, whereas pa the conventional arm showed wound healing in an average of 16.5 weeks ($p$=0.0020). No substa differences were observed between patients in the GJ-ADM arm and patients in the SOC arm or patients in the D-ADM and GJ-ADM arms.[19]

The SF-36 v2.0 (Optum, Inc.) was utilized to acquire the perception of general health in eight are each study participant. The average, overall SF-36 scores at the end of the study were 425 for D 430 for SOC, and 404 for GJ-ADM. There were no substantial differences between treatment arr overall total score or in any of the eight areas. Also, a limitation noted for this study indicates tha manufacturer of the D-ADM (DermACELL®) sponsored this trial.[19]

Driver et al[20] conducted The Foot Ulcer New Dermal Replacement Study (FOUNDER) to assess safety and effectiveness of the Integra Dermal Regeneration Template (IDRT) (i.e., Omnigraft® D Regeneration Matrix) for the treatment of nonhealing DFUs. The study was a multicenter, randor controlled, parallel group clinical trial performed under an Investigational Device Exemption. This was designed based on guidelines from the FDA for creating products to treat chronic cutaneous The FOUNDER study involved 32 clinical sites and 307 patients that were randomized into two p

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

groups.

The primary inclusion criteria included: 1) Established Type 1 or Type 2 diabetes with a HbA1c ≤ Patients ≥ 18 years of age; 3) Presence of a full-thickness neuropathic ulcer positioned distal to malleolus; 4) The ulcer of focus must have been in existence for greater than 30 days with the ul between 1 and 12 cm$^2$ post-debridement; and 5) Satisfactory vascular perfusion as defined by A and ≤ 1.2 or toe pressure > 50 mmHg or transcutaneous oxygen pressure (TcPO2) > 40 mmHg ultrasound consistent with sufficient blood flow to the affected extremity.[20]

The primary exclusion criteria were active infection involving osteomyelitis, exposed capsule, ter bone, and reduction of wound ≥ 30% during the screening interval. The trial was separated into t phases: screening/run-in, randomization/treatment, and follow-up. Patients entered the screenin phase after providing written consent and underwent a series of screening evaluations and a 14- period in which patients received SOC treatment on the ulcer of focus to establish eligibility for th The following procedures were performed during the run-in period for the ulcer of focus: 1) Infect exudate evaluation; 2) Sharp debridement; 3) Measurement of the deepest aspect (post-debride Photograph (pre- and post-debridement); 5) Tracing for planimetric evaluation (post-debridemen that involved sharp debridement followed by application of a moist wound therapy consisting of ( sodium chloride gel and a secondary dressing involving a nonadherent foam dressing, an outer wrap, and an offloading/protective device (i.e., Active Offloading Walker [boot and/or shoe]); and Patients were instructed on the SOC treatment for daily dressing changes.[20]

Other patient evaluations conducted during the run-in period included: A medical history; medica usage; therapies; physical examination; and neuropathic, laboratory, and vascular perfusion ass Once the patients completed the screening/run-in phase, patients were then assessed to determ continued satisfaction of eligibility criteria. The ulcer of focus was then debrided using sharp deb prior to the first treatment. Also, a planimetric evaluation was performed (blindly by a central labo

Patients with study ulcers that had healed < 30% in the run-in period were randomized using a s algorithm at a central location in mixed blocks of two and four in a 1:1 ratio to the active or contro treatment. Randomization was stratified by study location and wound size (≤ 3 cm$^2$ versus > 3 cı Treatment started on the day of randomization as assigned and the treatment phase continued u patient had 100% wound closure or for up to 16 weeks. The SOC was the control treatment and was the active treatment. The SOC treatments were just as described in the screening/run-in ph daily dressing changes were done either by the patient in the control group or by a trained careg

For the active treatment group, fenestrating and meshing of the IDRT was acceptable to allow fo and in the presence of exudating wounds or hematomas. The IDRT was placed on the debrided trimmed to size, and secured with sutures or staples, and covered with a secondary dressing. W collagen layer was replaced by new tissue, typically in 14 to 21 days after application, the silicon the IDRT was removed. Re-applications of the IDRT were done as deemed necessary by the inv The site personnel performed the secondary dressing changes for the active treatment group on basis.[20]

Wounds were assessed on a weekly basis during the treatment phase or until wound closure wa visit was scheduled one week after the initial wound closure was noted to verify complete wound An additional visit was then scheduled for confirmation of wound closure. Following completion c treatment phase, all patients were followed every four weeks during the 12-week follow-up phase

Complete closure of the ulcer of focus during the treatment phase (16 weeks) (defined as 100% epithelialization of the wound surface with no discernable exudate and without drainage or dress needs), was substantially greater in the active group (51%; 79/154) in contrast to the control grou 49/153, $p$=0.001). Comparable results were observed when wound closure was evaluated by computerized planimetry: 50% (77/154) in the active group and 31% (48/153) in the control grou ($p$=0.001). The probabilities of complete wound closure established at the end of the treatment p were 2.2 times higher (95% CI = 1.4, 3.5; $p$=0.001) for the active group contrasted with the contr Assessment using planimetric data to evaluate wound closure was consistent with an odds ratio (95% CI = 1.3, 3.5; $p$=0.001). When complete wound closure was evaluated at 12 weeks, the res substantially different between the two groups (45% active [70/154] vs. 20% control [31/153]; $p$ < The probabilities of complete wound closure at 12 weeks were 3.3 times higher (95% CI = 2.0, 5

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

0.001) for the active group contrasted with the control group. The average number of application individual, including the initial application, for the active group was one (range 1-15).[20]

The degree of decrease in wound size was 7.2% per week for the active group vs. 4.8% per wee control group ($p$=0.012). At the end of the follow-up phase, ulcer recurrence was experienced by the active treatment group and by 26% of the control treatment group ($p$=0.32). Quality of life dat demonstrated substantial improvements in physical functioning ($p$=0.047) and bodily pain ($p$=0.0 active group contrasted with the control group.[20]

Most AEs in both groups were mild. Severe AEs were incurred by 15.6% of patients in the active and by 26.8% in the control group ($p$=0.016). Moderate AEs were incurred by 31.8% of patients i active group and by 42.5% of patients in the control group ($p$=0.053). The AEs possibly linked to treatment were comparable in both treatment groups (7/154 [4.5%] in the active group vs. 8/153 the control group). Also, a limitation noted for this study is the manufacturer of the IDRT used in treatment group sponsored this trial.[20]

Lavery et al[21] performed a prospective, multi-center, randomized, single-blinded study to contras effectiveness of a human viable wound matrix (hVWM) (i.e., Grafix®) to standard wound care in chronic DFUs from May 2012 to April 2013. The primary outcome was the percentage of patients complete wound closure by 12 weeks. Complete wound closure was defined as 100% re-epithel with no wound drainage. Secondary outcomes encompassed the time to wound closure, AEs, ar closure in a crossover phase.[21]

Primary inclusion criteria included: 1) Established Type 1 or Type 2 diabetic patients 18-80 years 2) Diabetic ulcer present for four to 52 weeks; and 3) Diabetic ulcer positioned below the malleol plantar or dorsal surface of the foot and ulcer 1 to 15 $cm^2$ in size. Primary exclusion criteria inclu HbA1c above 12%; 2) Indication of active infection, including osteomyelitis or cellulitis; 3) Insuffic circulation to the affected foot defined by an ABI < 0.70 or > 1.30, or toe brachial index ≤ 0.50 or study with insufficient arterial pulsation; 4) Exposed muscle, tendon, bone, or joint capsule; and 5 Decrease of wound area by ≥ 30% during the screening period.[21]

After a one-week screening period, patients were randomized to the active treatment arm (i.e., h control treatment arm (i.e., standard wound care) in a 1:1 ratio. Patients in the active treatment g received an application of hVWM once a week (± 3 days) for up to 84 days (blinded treatment ph Patients in the control group received SOC wound therapy once a week (± 3 days) for up to 84 d wounds were cleaned and surgically debrided to remove all non-viable soft tissue from the woun scalpel, tissue nippers and/or curettes at each weekly visit.[21]

Wounds in both groups received SOC that involved surgical debridement, off-loading and non-ac dressings and either saline moistened gauze or an absorbent foam dressing for moderately drair wounds. Also, an outer dressing was applied. In addition, walking boots were provided for patien wounds on the sole of the foot and post-op shoes were provided for patients with wounds on the of the foot or at the ankle.[21]

Patients were evaluated weekly at the clinical site. Patients who attained complete wound closur continued to be assessed during the follow-up phase, twice during the first month and then mont additional visits. Patients in the control group whose wounds were not closed by the end of the b treatment phase were able to receive the hVWM in the open-label treatment phase, in which the was applied weekly for up to 84 days.[21]

During screening, 139 patients were assessed. A total of 42 patients failed screening and of thes were excluded due to a decrease of their wound areas by ≥ 30% during the screening period. A patients were randomized: 50 to the active treatment arm and 47 to the control arm.[21]

The percentage of patients who attained complete wound closure was substantially higher in the treatment group (62%) compared with the control group (21%, $p$=0.0001). The average time for h was 42 days in the active treatment arm contrasted with 69.5 days in the control arm ($p$=0.019). were less AEs in the active arm (44% versus 66%, $p$=0.031) and less wound-related infections ( versus 36.2%, $p$=0.044). Among the study participants that healed, ulcers remained closed in 82 patients (23 of 28 patients) in the active group versus 70% (seven of 10 patients) in the control g

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

($p$=0.419). The authors concluded that treatment with the hVWM substantially improved DFU hea contrasted with SOC therapy. A limitation noted for this study is the manufacturer of the hVWM u active treatment group sponsored this trial.[21]

Sanders et al[22] performed a prospective, multi-center, randomized, controlled trial to contrast an engineered, human fibroblast-derived dermal skin substitute graft (HFDS) (i.e., Dermagraft®) to a biologically active cryopreserved human skin allograft (HSA) (i.e., TheraSkin®) in the treatment o The primary objectives were to establish the relative number of DFUs healed (100% epithelizatio drainage) and the number of grafts needed by week 12. Secondary objectives involved the perce DFUs healed at weeks 16 and 20, time to heal during the study and wound size progression.[22]

Primary inclusion criteria included: 1) Established Type 1 or Type 2 diabetic patients > 18 years HbA1C < 12%; 3) Full-thickness foot ulcer existing > 30 days; 4) Ulcer > 1 cm$^2$ and < 10 cm$^2$ in s at least 2 cm between study ulcer and other ulcers; and 5) ABI > 0.65, toe pressure > 50 mmHG TcPO2 > 20 mmHG. Primary exclusion criteria included: 1) Wound infection or gangrene of the f Patient has received oral or parenteral corticosteroids, immune-suppressive or cytotoxic drugs w last 12 months; and 3) Treatment with growth factors or bioengineered skin substitute grafts with past 30 days.[22]

A total of 23 patients participated in the study at two hospital-based wound care centers in three During the first phase, screening was performed, and eligible patients were randomly assigned t HFDS treatment group (12 patients) (mean age 57) or the HSA treatment group (11 patients) (m 60) using a series of sealed envelopes employing a block randomization technique that describe treatment to be applied. During the second phase (one week later), the treatment phase started continued for 12 weeks. All wounds (both groups) were debrided to remove nonviable tissue and from the wound surface and adjacent wound perimeter and then cleansed with saline. Afterward initial application of the biologically active product was applied as randomly assigned and all wou then covered with a non-adherent dressing and were offloaded with ½ inch felt as part of an ape of device. All patients were then given a healing sandal developed from a surgical shoe or a fixe boot.[22]

Patients in the HSA group received a product application every other week and patients in the H group were treated every week with wounds prepared as described above prior to application of product. Since both products have a distinctive appearance, it was not possible to conceal the ty product used during wound assessments. Wounds were photographed at each visit and the mar wounds were traced along the inner edge of the margins.[22]

At week 12, patients with an unhealed wound continued into the third phase (follow-up) for treatr assessment for up to eight more weeks. After the week 12 visit, no additional biologically active were used in either treatment group. In this phase, wounds were treated with saline-moistened g debridement as needed. Patients with ulcers verified to be healed were scheduled for a confirma Patients with incomplete wound closure continued to be evaluated though week 20; subsequent was then provided outside the scope of the study.[22]

There were no substantial differences discerned between patient demographics and wound attrib baseline in the two treatment groups. At week 12, seven (63.6%) wounds in the HSA treatment g versus four (33.3%) in the HFDS treatment group were healed ($p$=0.0498). At the end of week 20 of wounds in the HSA group versus 66.67% of wounds in the HFDS group were healed ($p$=0.428 Among the subset of wounds that healed during the first 12 weeks of treatment, a mean of 4.36 2-7) HSA grafts were applied versus 8.92 (range 6-12) in the HFDS subset group ($p$< 0.0001, SE 0.77584). Time to healing in the HSA group was substantially less (8.9 weeks) than in the HFDS (12.5 weeks) (log-rank test, $p$=0.0323). The results of this study showed that, after 12 weeks of c DFUs treated with HSA are probably twice as likely to heal as DFUs managed with HFDS with a the number of grafts required. Limitations noted for this study are the small sample size and the manufacturer of the HSA product used in one of the active treatment groups sponsored this trial.

Zelen et al[23] performed a prospective, randomized, controlled, multicenter study to evaluate the rates, safety, and cost using an open-structure human reticular acellular dermis matrix (HR-ADM AlloPatch® Pliable™) plus SOC to facilitate wound closure in DFUs compared to treatment with S alone. The trial was conducted from December 2014 to November 2015 at five outpatient wound

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

centers in Virginia and Ohio.[23]

Primary inclusion criteria included: 1) Patients with Type 1 or Type 2 diabetes with a non-healing neuropathic foot ulcer that failed a minimum of four weeks of documented conservative care; 2) renal function as shown by a serum creatinine level < 3.0 mg/dl; and 3) Sufficient circulation to th extremity within the past 60 days as evidenced by TCOM with result ≥ 30 mmHg, ABI with result and ≤ 1.2 or Doppler arterial waveforms, which were triphasic or biphasic at the ankle of the affe

All eligible patients meeting inclusion and exclusion criteria were treated with SOC alone, which surgical debridement, for a two-week screening period and patients whose index wound had not greater than 20% at two weeks were then considered eligible for the study. A total of 40 study pa were eligible for enrollment in the study and were randomized to HR-ADM plus SOC (n = 20) (HI applications weekly) or SOC alone (n = 20) (daily dressing changes). There were no significant g differences regarding patient and wound attributes, with the exception of the average wound are was larger in the HR-ADM group (4.7 $cm^2$) contrasted with the SOC group (2.7 $cm^2$).[23]

The primary outcome of this study focused on a comparison of wound healing at six weeks using plus SOC versus SOC alone. Wounds were considered as healed if there was complete (100%) epithelization with no drainage and no need for a dressing. Secondary outcomes involved compa healing at 12 weeks, time to heal at six and 12 weeks, graft count, wastage, and assessment of cost to closure. An ITT method was utilized for all analyses. At six weeks, 65% (13/20) of the HR treated ulcers had healed contrasted with 5% (1/20) of the ulcers treated with SOC alone (*p*=0.0 The decrease in the wound area size between the groups changed significantly over time, with a time to heal within six weeks of 28 days (95% CI: 22-35 days) for the HR-ADM group contrasted days (95% CI: 40-43 days) for the SOC group. After adjusting for area of wound at randomizatio hazard ratio (HR) for HR-ADM contrasted with SOC was 168 (95% CI: 10-2704), *p*=0.00036. Te participants from the SOC group (50%) and one patient from the HR-ADM group (5%) discontinu study at six weeks per protocol as their wound failed to decrease in area by at least 50%.[23]

At 12 weeks, 80% (16/20) of the HR-ADM-treated ulcers had healed contrasted with 20% (4/20) ulcers treated with SOC alone (*p*=0.00036). The average time to heal within 12 weeks was 40 da CI: 27-52 days) for the HR-ADM group contrasted with 77 days (95% CI: 70-84 days) for the SO (*p*=0.00014).[23]

The average number of HR-ADM grafts used to achieve closure per ulcer was 4.7 (SD=3.3). The percentage of wastage (healed wounds only) was 51.7% (SD: 10.7; n = 16). There was no occur increased AEs or SAEs between groups, or any AEs related to the graft. This study concluded th of HR-ADM plus SOC is more effective in the treatment of DFUs than with SOC alone. This stud limited by the patients being unblinded to treatment allocation and the study was funded by the manufacturer of the HR-ADM graft.[23]

### Clinical Trials for Skin Substitute Grafts/CTPs for Venous Leg Ulcers

Cazzell[24] conducted a multicenter, randomized, controlled, open-label trial designed to evaluate and efficacy of human decellularized acellular dermal matrices (D-ADM) contrasted with SOC management in patients with chronic VLUs. This exploratory pilot study included eight implanting from seven medical centers in five states that enrolled patients with VLUs. The study participants randomly assigned to the D-ADM (i.e., Dermacell AWM®) treatment arm or a SOC treatment arm ratio. Numbered envelopes holding the treatment designation were arranged by an outside contr research organization and the study investigators were blinded to the randomization codes matc envelope. After a patient successfully passed screening to be in the study, the investigator would envelope to ascertain which randomized arm the patient was assigned to. The D-ADM is visible application; therefore, it would have been impossible to continue blinding the investigator once tr was applied. Therefore, as a secondary examination to avoid bias, a blinded, independent adjud assessed the healing condition of all wounds.[24]

Primary inclusion criteria included: 1) Adults ≥ 21 and ≤ 80 years of age; 2) Presence of a single VLU with a CEAP ulcer classification Grade 6; 3) Duration of the target VLU ≥ 60 days; 4) Abser infection; 5) VLU area ≥ 1 $cm^2$ and < 25 $cm^2$, depth ≤ 9 mm; and 6) Able to comply with offloadir dressing change stipulations. Primary exclusion criteria included: 1) HbA1c < 12% within 90 days

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

screening visit; 2) Serum creatinine ≥ 3.0 mg/dL within 30 days of screening; 3) Application of bi topical growth factors or living skin equivalents to the target VLU within 30 days of screening; 4) revascularization procedure to increase blood flow in the target limb; 5) Sensitivity to possible D- processing reagents (e.g., gentamicin, polymyxin B, vancomycin, N-lauroyl sarcosinate, Benzon glycerol); and 6) Manifestation of severe peripheral vascular disease, active infection, untreated malignancy, active Charcot's disease, necrosis, purulence, or sinus tracts in the ulcer unable to b removed by debridement.[24]

Eighteen patients were included in the D-ADM arm (mean age 64.6) and 10 patients in the contr (mean age 61.8). Initially, all wounds for both groups were debrided to remove necrotic tissue uti sharp blade, scissors, or Versajet system. Wound size was recorded using an imaging system p post-debridement as well as before dressing application. Patients in the treatment arm had the D applied and covered with a nonadherent dressing. A second D-ADM was applied between two w minimum) and 12 weeks (at the latest) after the first D-ADM application. Patients could have a m of two D-ADM applications, which included the first application at baseline.[24]

Wounds in the SOC arm were provided with wound therapy involving alginates, foams, or hydro treating provider then selected either a moist or dry gauze to be placed over the wound and left i for 7 ± 2 days, which was only to be removed during weekly visits. During the weekly visits, debr was used to remove necrotic tissue, as needed.[24]

Compression therapy was used in the treatment and control arms. Wounds were assessed on a basis until wound closure was noted or the patient completed 24 weekly follow-up visits. Wound was defined as 100% re-epithelialization of the wound without drainage. A second visit was sche weeks after the initial wound closure was noted to verify complete wound closure. Additionally, a wounds were followed at four, eight, and 12 weeks after confirmation of complete wound closure determine if the wound remained healed.[24]

The primary outcome of the study contrasted the full wound closure rates between the two group second outcome of the study involved contrasting the decrease in wound size over time, time to closure, and treatment-related AEs. Twenty-eight patients completed at least 12 weeks of follow- patients in the D-ADM arm and 10 in the SOC arm. Of the 18 patients receiving the D-ADM, nine received a second application during the study. At 24 weeks, patients in the D-ADM arm demons strong trend of reduction in the wound area, with a mean reduction of 59.6%, in comparison to th arm, with a mean reduction of 8.1%. Also, the wound areas in the SOC arm increased more than size for one-third (3/9) of the patients. Furthermore, healed ulcers in the D-ADM arm stayed clos significantly greater rate after initial confirmation of complete wound closure than healed ulcers in control arm. Limitations noted for this study included a small patient population with an unbalanc proportion between the two groups (2:1) that ensured a low probability of achieving statistical sig the lack of blinding for the study investigators, and the study was funded by the manufacturer of ADM graft.[24]

Harding et al[25] conducted an open label, prospective, multicenter, randomized controlled study t assessed the human fibroblast-derived dermal substitute (HFDS) (i.e., Dermagraft®) in addition t layer compression therapy contrasted with compression therapy alone in the treatment of VLUs. primary outcome variable was the proportion of patients with completely healed study ulcers by ' Complete healing was characterized by having a closed wound (with full epithelization and no ex scab) for two consecutive weekly visits.[25]

Primary inclusion criteria included: 1) Individuals ≥ 18 years of age referred to participating facilit in the United Kingdom (UK), Canada or the U.S.; 2) Presence of a VLU between the knee and a existing for at least two months and ≤ 5 years prior to screening; 3) Size of VLU 3-25 $cm^2$ withou exposure of muscle, tendon or bone; 4) Presence of a clean, granulating base with negligible ad slough, suitable for a skin graft; and 5) ABI of 0.8 to 1.2 and reflux of > 0.5 seconds in saphenou perforator or popliteal veins as confirmed by duplex ultrasonography.[25]

Primary exclusion criteria included: 1) Individuals with ulcers caused by a medical condition othe venous insufficiency; 2) Presence of sinus tracts in ulcer; 3) Signs of a wound infection (purulen odor), cellulitis and/or verified osteomyelitis; 4) Morbid obesity; 5) Skin disease near study ulcer; Malignant disease within the past five years; and 7) Severe peripheral vascular disease or renal

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

congestive heart failure, cell anemia, thalassemia or uncontrolled diabetes. Also, individuals who received immune suppressants, systemic corticosteroids, cytotoxic chemotherapy, or topical ste more than two weeks and within one month of initial screening or who had a history of radiation ulcer site were not eligible to participate in the study. In addition, patients who had received an investigational drug within 30 days of randomization or had been previously treated with an HFD other tissue-engineered materials were also excluded from the study.[25]

All patients received a SOC dressing treatment during the screening period; each ulcer was cove a layer of non-adherent dressing followed by a four-layer compression bandage. During the two- screening period, ulcers were evaluated weekly to establish absence of necrotic tissue and infec the presence of a vascular bed. Ulcers that decreased in size ($cm^2$) by < 50% while under compr therapy during the two-week screening period for the trial were eligible for randomization into the

Of the 573 patients screened, 207 failed screening (36%). The primary causes for screening fail study ulcers decreasing in size by more than 50% during screening, study ulcers less than 3 cm randomization and patients without indication of venous reflux. The remaining 366 patients were randomized to receive treatment at a total of 25 centers: 19 in the UK, one in Canada and five in The ITT population (patients who received treatment at baseline and had a follow-up visit post-b included 186 patients in the HFDS group and 180 patients in the control group with a mean age years. Patients were randomized to receive an application of HFDS plus the four-layer compress bandage therapy (active) or the four-layer compression bandage therapy alone (control). Patient randomized to the active treatment group received the HFDS applied to the wound at weeks zer four and eight.[25]

A total of 10% (19 of 186) of patients in the HFDS group discontinued the trial early contrasted w (41 of 180) of patients in the control group. The causes for early discontinuation were AEs (3% i HFDS group versus 6% in the control group), patient's own request (2% versus 9%), patient lost up (2% versus 3%) and 'other' (4% from each group).[25]

Sixty-four (34%) of 186 patients in the HFDS group demonstrated healing by week 12 contrastec (31%) of 180 patients in the control group ($p$=0.235). For ulcers ≤ 12 months duration, 49 (52%) patients in the HFDS group contrasted with 36 (37%) of 97 patients in the control group healed a weeks ($p$=0.029). For ulcers ≤ 10 $cm^{2,}$ complete healing at week 12 was shown in 55 (47%) of 1 patients in the HFDS group contrasted with 47 (39%) of 120 patients in the control group ($p$=0.2 most common AEs were wound infection, cellulitis, and skin ulcer. The occurrence of AEs was n significantly different between the treatment and control groups. Statistical significance was not a for the primary outcome of patients with VLUs completely healed by 12 weeks. Also, a limitation this study is the manufacturer of the HFDS used in the control group helped sponsor this trial.[25]

**Literature submitted during the comment period**

Tellelbach et al[27] performed a prospective, multi-center, RCT to confirm the effectiveness of a de human amnion/chorion membrane allograft (dHACM) (i.e., EpiFix) in the treatment of chronic low extremity ulcers in diabetic patients. Study adjudicators who assessed photographic images for confirmation of healing at completion of the study were blinded as to group assignment.[27]

Inclusion criteria: Patient with Type 1 or Type 2 diabetes; Age 18 or older with an ulcer located b level of the ankle; ulcer size > 1 $cm^2$ and < 25 $cm^2$; ulcer duration of ≥ four weeks unresponsive no clinical signs of infection; HbA1c < 12%; serum creatinine < 3.0 mg/dl; adequate circulation o extremity as demonstrated by dorsum TcPO2 ≥ 30 mmHg, ABI 0.7 - 1.2 or triphasic or biphasic arterial waveforms at the ankle of target leg.[27]

For patients in the dHACM group, a wound size-appropriate allograft was applied to the debridec bed and then hydrated with several drops of sterile saline, as needed. The wound was then dres non-adherent silicone dressing and an absorbent non-adhesive hydropolymer secondary dressir wrapped with gauze. Patients in the dHACM group received weekly applications.[27]

A total of 110 patients were included in the ITT analysis (n = 54 in the dHACM group and n = 56 SOC group). Of these 110 patients, 98 completed the study per protocol (47/54 in the dHACM g 51/56 in the SOC group). At 12 weeks, healing rates were 81% (38/47) for patients in the dHAC

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

and 55% (28/51) for patients in the SOC group ($p$= 0.0093). Follow-up at week 16 showed 36 of (95%) healed wounds treated with dHACM during the 12-week treatment phase remained closed of the 28 (86%) wounds healed without dHACM remained closed. The average number of dHAC was five (range 1-12). A limitation noted for this study is the manufacturer of the dHACM sponso trial.[27]

Zelen et al[28] performed a prospective, randomized, controlled, parallel group, multi-center comp effectiveness study using dehydrated human amnion/chorion membrane allograft (dHACM) (i.e., bioengineered skin substitute graft (donated human neonatal male foreskin tissue) (i.e., Apligraf) in the treatment of chronic lower extremity diabetic ulcers. Study adjudicators who assessed pho images for confirmation of healing at completion of the study were blinded as to group assignme

Inclusion criteria: Patient with Type 1 or Type 2 diabetes; Age 18 or older with an ulcer located b level of the ankle; ulcer size > 1 cm$^2$ and < 25 cm$^2$; ulcer duration of ≥ four weeks unresponsive no clinical signs of infection; HbA1c < 12%; serum creatinine < 3.0 mg/dl; adequate circulation o extremity as demonstrated by dorsum TcPO2 ≥ 30 mmHg, ABI 0.7 - 1.2 or triphasic or biphasic I arterial waveforms at the ankle of target leg.[28]

Patients in the Epifix or Apligraf groups had weekly applications applied. A total of 60 patients we enrolled in the treatment phase, 20 were randomized in the EpiFix group, 20 in the Apligraf grou in the SOC group. At six weeks, healing rates were at 95% (19/20) for the EpiFix group, 45% (9/ Apligraf group, and 35% (7/20) for the SOC group. The average number of grafts applied ranged - 15 for EpiFix and an average of 6.2 for Apligraf. Limitations of this study included a shorter time than other studies to compare treatment groups (e.g., six weeks versus 12 weeks) and the study sponsored by the manufacturer of Epifix.[28]

Tettelbach et al[29] performed a multi-center, prospective, randomized, parallel study to compare dehydrated human umbilical cord (i.e., EpiCord) with SOC to treat chronic DFUs. Inclusion criter included: Patient with Type 1 or Type 2 diabetes; Age 18 or older with an ulcer located below the the ankle; ulcer size post debridement 1 - 15 cm$^2$; ulcer duration of ≥ 30 days; no clinical signs o HbA1c < 12%; and adequate circulation of target extremity.[29]

Patients randomized to the EpiCord group received applications weekly, post-debridement on th bed and hydrated with sterile normal saline as needed, followed by a non-adherent silicone dres non-adhesive absorbent hydropolymer secondary dressing, and wrapped with an outer layer of g

A total of 155 patients were treated and included in the ITT analysis; 101 in the EpiCord group a the SOC group. Healing rate at 12 weeks was 70% (71/101) for the EpiCord group and 48% (26/ SOC group ($p$= 0.0089). The average number of EpiCord allografts applied was seven (range 2- limitation of the study is the manufacturer of EpiCord sponsored the study.[29]

Serena et al[30] conducted a multi-center, RTC using one or two applications of dehydrated huma amnion/chorion membrane (dHACM) (i.e., EpiFix) allografts and multi-layer compression therap versus MLCT alone to assess effectiveness for treatment of VLUs. The principal study outcome percentage of patients achieving 40% wound closure at four weeks.[30]

Inclusion criteria included: Age 18 or older; Presence of a VLU extending through the full thickne skin but not down to muscle, tendon, or bone; VLU present for at least a month; VLU is a minimu cm$^2$ and a maximum of 20 cm$^2$; VLU has been treated with compression therapy for at least 14 ulcer has a clean, granulating base with minimal adherent slough.[30]

A total of 84 patients participated in the study; 26 in the one dHACM application group, 27 in the dHACM application group, and 31 in the MLCT only group. At four weeks, 62% (16/26) of the on application dHACM group, 63% (17/27) of the two application dHACM group, and 32% (10/31) o MLCT only group demonstrated more than 40% wound closure ($p$=0.005). A limitation of the stud manufacturer of EpiCord sponsored the study.[30]

Bianchi et al[31] performed a multi-center, randomized, controlled, open-label study assessing the effectiveness of weekly applications of dehydrated human amnion/chorion membrane (dHACM) EpiFix) allografts as an adjunct to SOC including MLCT (n=52) versus SOC and MLCT (n=57) in

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

treatment of VLUs for 16 weeks. Inclusion criteria included patients over the age of 18 with a full-VLU of at least 30 days duration and with an ABI of > 0.75.[31]

A total of 109 patients participated in the study and were included for analysis; 52 patients in the group and 57 in the SOC group. Patients in the EpiFix group received 12 weekly applications of allograft in addition to standard moist wound dressings and MLCT.[31]

At 12 weeks, 31/52 (60%) of patients in the EpiFix group achieved complete healing in comparis 20/57 (35%) of the patients in the SOC group (*p*= 0.0128). At 16 weeks, complete healing was demonstrated in 37/52 (71%) for patients in the EpiFix group and 25/57 (44%) in the SOC group 0.00625). Average percentage decrease in wound area within 12 weeks was 66% for the patient EpiFix group and 40% for the patients in the SOC group. At 16 weeks, the average VLU area wa decreased by 72% in the EpiFix group contrasted to 39% in the SOC group. A limitation of the st manufacturer of the dHACM sponsored the study.[31]

Snyder[32] performed a prospective, randomized, multi-center, open label, parallel group study for assessment of a dehydrated amniotic membrane allograft (DAMA) (i.e., Amnioexcel) with SOC ( comparison to SOC alone (n=14) for chronic DFUs for six weeks. The DAMA with SOC group ha debrided, DAMA applied, covered with non-adherent dressings, lightly secured, and wrapped wit compression dressing. Patients in the DAMA with SOC group had a total of 4.3 ± 1.7 allografts a

Inclusion criteria included adults with Type 1 or Type 2 diabetes mellitus with one or more ulcers Wagner classification of grade one or superficial two measuring between 1 $cm^2$ and 25 $cm^2$ in ar presenting for more than one month with no signs of infection/osteomyelitis; ABI > 0.7; HbA1c < serum creatinine < 3.0 mg/dL.[32]

Results showed that 33% of patients in the DAMA with SOC group achieved complete wound clo before week six, compared with 0% of the SOC alone group (ITT population, *p*= 0.017). The per population showed 45.5% of patients in the DAMA with SOC group achieved complete wound cl while 0% of SOC-alone patients achieved complete closure (*p*= 0.0083). Limitations of the study small sample size and the study was sponsored by the manufacturer of the allograft.[32]

Glat[33] et al conducted a RCT to contrast a dehydrated human amnion and chorion allograft (dHA AmnioBand) with SOC and a tissue-engineered skin substitute graft (TESS) (i.e., Apligraf) with S treatment of DFUs.

Inclusion criteria: Patient with Type 1 or Type 2 diabetes; Age 18 or older with an ulcer located b malleoli of the ankle; ulcer size > 1 and < 25 $cm^2$; ulcer duration between four weeks and one ye clinical signs of infection; HbA1c < 12% within past 90 days unless under care of a diabetologist; creatinine < 3.0 mg/dl; adequate circulation of target extremity as demonstrated by one of the fol within the past 90 days: dorsum TCOM or skin perfusion pressure (SPP) ≥ 30 mmHg, ABI 0.7 - conjunction with Doppler arterial waveforms (triphasic or biphasic) at the ankle of target leg.[33]

The average time to heal within six weeks for the dHACA group (n=30) was 24 days (95% CI, 18 versus 39 days (95% CI, 36.4-41.9) for the TESS group (n=30); the average time to heal at 12 w 32 days (95% CI, 22.3-41.0) for the dHACA group versus 63 days (95% CI, 54.1-72.6) for the TE group. The healing rate at 12 weeks was 90% (27/30) for the dHACA group versus 40% (12/30) TESS group. A limitation noted for this study is the manufacturer of the allograft sponsored this t

Serena[34] et al performed an open-label, multicenter randomized controlled study comparing two application treatments of dehydrated human amniotic and chorion allograft (dHACA) (i.e., Amnio with SOC versus SOC alone for the treatment of 60 patients with VLUs. Patients were randomize one of three study groups; SOC alone (control), weekly dHACA with SOC or biweekly dHACA wi (20 patients per group).[34]

Inclusion criteria included: Age 18 or older; ABI > 0.75 or SPP > 30 mmHg or TCOM > 30 mmHg Presence of a VLU extending through the full thickness of the skin but not down to muscle, tend bone; VLU present for at least a month; VLU is a minimum of 2 $cm^2$ and a maximum of 20 $cm^2$; been treated with compression therapy for at least 14 days; and ulcer has a clean, granulating ba minimal adherent slough.[34]

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

At 12 weeks, healing rates were 30/40 (75%) in the two dHACA groups and 6/20 (30%) in the SO
*p*= 0.001. Treatment with dHACA stayed substantial after adjustment for wound area (*p*= 0.002),
odds ratio of 8.7 (95% CI: 2.2-33.6). Only six VLUs (30%) healed in the SOC group contrasted to
in the weekly dHACA group (*p* =0.02) and 15 (75%) in the biweekly dHACA group (*p* =0.02). The
no substantial differences in the proportion of wounds with percent area reduction (PAR ) ≥40%
weeks among all groups. All analyses used the ITT approach. A limitation noted for this study is
manufacturer of the allograft sponsored this trial.[34]

Manning et al[35] performed an open-label, prospective pilot study to evaluate a bioresorbable pol
matrix infused with ionic and metallic silver (i.e., Microlyte) as a primary wound contact dressing
treatment of 32 patients (average age of 62 years) with a total of 35 hard-to-heal wounds along w
(one patient had three DFUs and another patient had two venous stasis ulcers). The wounds
encompassed venous stasis ulcers, DFUs, postoperative surgical wounds, burn wounds, and ch
non-pressure lower extremity ulcers unresponsive to standard protocols of care. Of the 35 chron
wounds, the majority consisted of venous stasis ulcers (54%) (19/35), followed by DFUs (23%; 8
mean wound surface area at the start of the study was 6.7 $cm^2$ (range 0.1 $cm^2$ - 33 $cm^2$); the av
wound surface area was 2.1 $cm^2$. These wounds were considered as nonhealing for an average
weeks (range, 3-137 weeks) and suspected to have persistent microbial colonization that had no
responded to standard antimicrobial products and/or antibiotics.[35]

The matrix was applied to the wounds once every three days to provide a scaffold for uniform loa
silver nanoparticles and a template for cells migration and then covered with a secondary dressin
residual matrix still in the wound was not removed due to the bioresorbable nature of the matrix.
patients were lost to follow-up after initial application. At three weeks, 72% of wounds (22/32) ha
wound area reduction of 66%. Of the 16 venous stasis ulcers, 11 improved by an average healin
60%, and six of eight DFUs improved by an average wound area reduction of 79%. At the three-
assessment, the burn wound, and postoperative wounds had average wound area reduction of 3
58%, respectively.[35]

By 12 weeks, 91% of wounds (29/32) either healed completely (i.e., fully re-epithelialized) or imp
substantially with an average wound area reduction of 73%. The venous stasis ulcers and DFUs
average wound area reduction greater than 75%, with visual signs of healthy granulation tissue f
and re-epithelialization. Limitations of this study included a small sample size, and the same clini
investigator performed all assessments during the study.[35]

DiDomenico et al[36] conducted a prospective, RCT to compare a dehydrated human amnion and
allograft (dHACA) (i.e., AmnioBand) used with SOC to SOC alone in the treatment of DFUs for u
weeks.

Inclusion criteria included: Patient with Type 1 or Type 2 diabetes; Age 18 or older with an ulcer
below the malleoli of the ankle; ulcer size > 1 $cm^2$; ulcer present for at least four weeks with docu
failure of prior treatment; no signs of infection; HbA1c < 12% at randomization; serum creatinine
mg/dL; adequate circulation of target extremity as demonstrated by one of the following within th
days: dorsum TCOM ≥ 30 mmHg, ABI ≥ 0.7 and ≤ 1.2 or Doppler arterial waveforms (triphasic o
at the ankle of target leg.[36]

Forty patients participated in the study; 20 patients in the dHACA group and 20 patients in the SO
The dHACA was applied weekly during the study period until healing occurred (complete epitheli
without drainage), the patient was withdrawn, or the study was completed.[36]

At six weeks, 70% (14/20) of the DFUs in the dHACA group achieved healing compared to 15%
the DFUs in the SOC group. At 12 weeks, 85% (17/20) of the DFUs in the dHACA group healed
with 25% (5/20) in the SOC group (average time to heal of 36 and 70 days, respectively). At 12 w
average number of grafts used per healed wound for the dHACA group was 3.8 (average 3.0). A
analyses used the ITT approach. A limitation noted for this study is the manufacturer of the allog
sponsored this trial.[36]

DiDomenico et al[37] performed a prospective, randomized, multi-center trial to compare a dehydr
human amnion and chorion allograft (dHACA) (i.e., AmnioBand) used with SOC to SOC alone in

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

treatment of DFUs for up to 12 weeks.

Inclusion criteria included: patient with Type 1 or Type 2 diabetes; age 18 or older with an ulcer l below the malleoli of the ankle; ulcer size > 1 $cm^2$; ulcer present for at least four weeks with docu failure of prior treatment; no signs of infection; HbA1c < 12% at randomization; serum creatinine mg/dL; adequate circulation of target extremity as demonstrated by one of the following within th days: dorsum TCOM ≥ 30 mmHg, ABI ≥ 0.7 and ≤ 1.2 in conjunction with Doppler arterial wavefo (triphasic or biphasic) at the ankle of target leg.[37]

Eighty patients participated in the study; 40 patients in the dHACA group and 40 patients in the S group. The dHACA was applied weekly during the study period until healing occurred (complete epithelialization without drainage), the patient was withdrawn, or the study was completed.[37]

At six weeks, 68% (27/40) of the DFUs in the dHACA group achieved healing contrasted to 20% the DFUs in the SOC group ($p = 1.9 \times 10^{-5}$). At 12 weeks, 85% (34/40) of the DFUs in the dHAC achieved healing compared with 33% (13/40) of the DFUs in the SOC group. The average time t within 12 weeks was substantially quicker for the dHACA group contrasted with the SOC group, versus 67 days in the SOC group ($p = .000006$). The average number of grafts used per healed w during the same time period was 4.0. All analyses used the ITT approach. A limitation noted for t is the manufacturer of the allograft sponsored this trial.[37]

**Number of Skin Substitute Graft/CTP Applications**

Armstrong et al[38] performed a retrospective analysis of the Medicare Limited Data Standard Ana Hospital Inpatient and Outpatient Department Files (October 1, 2015 through October 2, 2018) to large propensity-matched cohorts to evaluate outcomes for patients who received advanced trea (AT) with skin substitute grafts (i.e., CMS designated high cost cellular and acellular dermal subs lower extremity diabetic ulcers (LEDUs) compared to no advanced treatment (NAT) for LEDUs (propensity-matched Group 1). The assessment encompassed major and minor amputations, em department (ED) visits and hospital readmissions. The analysis also included AT following paran use (FPFU) contrasted with AT not FPFU (propensity-matched Group 2).[38]

Out of 9,738,760 patients identified with a diagnosis of diabetes, 909,813 had a LEDU. In proper matched Group 1, AT patients had fewer minor amputations ($p = 0.0367$), major amputations ($p$ ED visits ($p < 0.0001$), and readmissions ($p < 0.0001$) contrasted with NAT patients (12,676 epis cohort). In propensity-matched Group 2, AT FPFU patients had fewer minor amputations ($p$ = 0.( contrasted to patients with AT not FPFU (1,131 episodes per cohort).[38] Patients who received A substitute grafts had 3.7 applications on average, with a standard deviation of 3.6 (propensity-ma Group 1).

**Analysis of Evidence**
**(Rationale for Determination)**

Chronic DFUs and VLUs may be unresponsive to initial therapy or persist despite additional care or VLU that has failed to respond to standard of care treatment after four weeks (defined as 30 d be considered chronic. Chronic DFUs and VLUs affect patient quality of life due to impaired mob and substantial morbidity.

In the absence of underlying disease or non-adherence to prescribed basic treatment, skin subst grafts/CTPs are recommended in accordance with evidence-based guidelines for the following: 1 that have failed to demonstrate more than 50% wound area reduction after a minimum of four we standard of care treatment, and 2) VLUs if substantial wound improvement is not demonstrated a minimum of four weeks of standard of care treatment.

An extensive variety of products are available for providers to select from when treating chronic u Many of these products may simulate or substitute for some aspect of the skin's structure and fu promote healing and ulcer closure. The materials used to create these products may be derived human or animal tissue and may undergo extensive or minimal processing to generate the finish product. The degree of processing and the source of the material used in the product also gover regulatory pathway may be required before the product may be marketed.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

The regulation of tissue-engineered products in the U.S. occurs by one of several pathways esta the FDA, including a BLA, a 510(k) (Class I and Class II devices), PMA (Class III devices), or HC designation. Key differentiators among these regulatory classifications include the amount and ty data required to support a filing.[4-6]

The FDA has a tiered, risk-based approach to the regulation of HCT/Ps. If all of the criteria in 21 1271.10(a) are met, and the exceptions in 21 CFR 1271.15 do not apply, then the HCT/P is regu solely under section 361 of the PHS Act and the regulations in part 1271 ("361 HCT/P"), and the premarket review and approval are not required. If an HCT/P does not meet the criteria in 21 CF 1271.10(a), and the exceptions in 21 CFR 1271.15 do not apply, the HCT/P is regulated as a dru and/or biological product under the FFDCA and/or section 351 of the PHS Act, and the FDA's pr review and approval are required.

Establishments that manufacture 361 HCT/Ps must register and list them in the FDA's electronic Cell and Tissue Establishment Registration System (eHCTERS). Manufacturers self-designate tl products as 361 HCT/Ps in the FDA's eHCTERS system. **Notably, pursuant to 21 CFR 1271.2 FDA acceptance of an establishment registration and HCT/P listing does not constitute ar determination that an establishment is in compliance with applicable rules and regulation the HCT/P is licensed or approved by the FDA.**

The availability of a HCPCS code for a particular HCT/P does not mean that the product is appro regulated solely under section 361 of the PHS Act and the FDA regulations in 21 CFR part 1271 42018).

Amniotic/chorionic-based products that are HCT/Ps as defined in 21 CFR 1271.3(d) must meet c 21 CFR 1271 and 361 of the PHS Act. Manufacturers of HCT/Ps should consult with the FDA Tis Reference Group (TRG) or obtain a determination through a Request for Designation (RFD) on w their HCT/Ps are appropriately regulated solely under section 361 of the PHS Act and the regula CFR Part 1271 (85 FR 86058). The HCT/Ps that are drugs are defined under section 201(g) of tl [21 U.S.C. 321(g)] and biological products are defined in section 351(i) of the PHS Act [42 U.S.C To lawfully market a drug that is also a biological product, a valid biologics license must be in eff U.S.C. 262(a)]. Such licenses are issued only after a showing of safety and efficacy for the produ intended use. While in the development stage, such products may be distributed for clinical use i only if the sponsor has an investigational new drug (IND) application in effect as specified by FD. regulations [21 U.S.C. 355(i); 42 U.S.C. 262(a)(3); 21 CFR Part 312].[4-6]

The HCT/Ps which are more than minimally manipulated, or are intended for non-homologous us be subject to additional regulation as medical devices under the FFDCA, 21 U.S.C. section 301 e (see 21 CFR section 1271.20). A manufacturer/distributor of HCT/Ps must register with the FDA "tissue establishment" and follow certain guidelines for designation of a product as an HCT/P (21 sections 1271.10; 1271.21-22). The FDA imposes labeling requirements for HCT/Ps (refer to 21 section 1271.370). The HCT/P labeling must include, inter alia, "instructions for use when relatec prevention of the introduction, transmission, or spread of communicable diseases," and "other wa where appropriate" (21 CFR section 1271.370(c)(3)-(4)).[4-6]

The FDA acceptance of an establishment registration and HCT/P listing does not constitute a determination that an establishment is in compliance with applicable rules and regulations or tha HCT/P is licensed or approved by the FDA (21 CFR 1271.27(b)). To establish compliance with th requires a letter from the FDA indicating that the HCT/P has met regulatory compliance under se of the PHS Act and/or the FFDCA.

Studies are lacking for many skin substitute grafts/CTPs which are essential to evaluate effective the impact that the product has on health outcomes. Available studies do not have a high level o or even non-randomized prospective studies evaluating their effectiveness. The quality of curren for these products is moderate to low with high probability of publication bias and study limitation Evidence is needed to show that the product(s) improve health outcomes or provide benefits rela established alternatives or standard of care. Many of the current studies are noted to be funded l industry, which presents concerns regarding bias for these studies.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Based on the data from Armstrong et al,[38] greater than four applications of a skin substitute graf within the episode of skin replacement surgery (defined as 12 weeks from the first application of substitute graft/CTP) will be considered not medically reasonable and necessary. Product chang the episode of skin replacement surgery is allowed but in situations where more than one specifi is used, it is expected that the number of applications or treatments will still not exceed four.[38]

Despite the paucity of quality studies, the moderate to low quality of current research, and the lik bias, coverage has been provided to increase the chances of improved health outcomes of inter include patient quality of life and function. Coverage will be provided for products which meet the necessary FDA regulatory requirements as of publication, and that act as a skin substitute graft/ providing scaffolding for skin growth, and are intended to remain on the recipient, and allow the r skin to grow into the implanted graft material. Products that require regular replacement (e.g., we which do not act as a skin substitute graft/CTP are non-covered. These products act as coverings/dressings, are part of standard wound care, and do not provide active ulcer treatment providing scaffolding and stimulating cell growth. In conclusion, there is no separate payment for application of wound coverings or wound dressings, which are utilized to provide a physical barri protect the ulcer (wound) surface, prevent infection, and allow healing underneath, and are typic removed as the ulcer or chronic wound heals. Wound coverings are not anchored or applied sur ulcers to form scaffolding for skin growth and are therefore not skin substitute grafts/CTPs.

Each skin substitute graft/CTP has a specific designated approved usage. New products will be considered for coverage if meeting the regulatory requirements and criteria. Satisfactory evidenc compliance with FDA regulatory requirements includes: 1) A copy of the FDA's letter to the drug' manufacturer approving the new drug application (NDA), 2) A listing of the drug or biological in th "Approved Drug Products" or "FDA Drug and Device Product Approvals", 3) A copy of the manuf package insert approved by the FDA as part of the labeling of the drug, containing its recommen and dosage, as well as possible adverse reactions and recommended precautions in using it, 4) letter from the FDA, or 5) Information from the FDA's Website regarding intended use of the proc approved/regulated by the FDA. For skin substitute grafts/CTPs classified as HCT/Ps, a letter fro FDA indicating that the HCT/P has met regulatory guidance is acceptable evidence of the FDA r compliance for HCT/Ps regulated under section 361 of the PHS Act and/or the FFDCA. It is reco that the manufacturer of the particular skin substitute graft/CTP obtain the appropriate evidence regulatory compliance (at least one of the items listed above that indicates the skin substitute gr provides scaffolding for skin growth, and is intended to remain on the recipient, and allows the re skin to grow into the implanted graft material) and send it to the MAC along **WITH** available peer evidence-based literature to support the medically reasonable and necessary criteria for the proc Once this information has been received by the MAC, the product will be considered for coverag

Coding Information

CPT/HCPCS Codes

General Information

Synopsis of Changes

| CHANGES | FIELDS CHANGED |
|---|---|
| N/A | N/A |

Associated Information

Please refer to the related Local Coverage Article: Billing and Coding: Skin Substitute Grafts/Cel and/or Tissue-Based Products for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers for documentation requirements, utilization parameters and all coding information as applicable.

Documentation Requirements N/A

Bibliography

This bibliography presents those sources that were obtained during the development of this polic Contractor is not responsible for the continuing viability of Website addresses listed below.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

1. Pourmoussa A, Gardner DJ, Johnson MB, Wong AK. An update and review of cell-based w dressings and their integration into clinical practice. *Ann Transl Med*. 2016 Dec;4(23):457. doi:10.21037/atm.2016.12.44.
2. Snyder DL, Sullivan N, Margolis DJ, Schoelles K. Skin substitutes for treating chronic wour Technology Assessment Program Project ID No. WNDT0818. (Prepared by the ECRI Instit Medicine Evidence-based Practice Center under Contract No. HHSA 290-2015-00005-I) R MD: *Agency for Healthcare Research and Quality*. February 2020. http://www.ahrq.gov/research/findings/ta/index.html. Accessed April 27, 2021.
3. Frykberg RG, Banks J. Challenges in the Treatment of Chronic Wounds. *Adv Wound Care* Sep 1;4(9):560-582. doi:10.1089/wound.2015.0635.
4. U.S. Food and Drug Administration. Premarket Notification 510(k). *Division of Industry and Consumer Education*. March 2020. https://www.fda.gov/medical-devices/premarket-submis selecting-and-preparing-correct-submission/premarket-notification-510k. Accessed Decem 2021.
5. U.S. Food and Drug Administration. FDA announces comprehensive regenerative medicin framework. *FDA News Release*. 2017 Nov 15. https://www.fda.gov/news-events/press-announcements/fda-announces-comprehensive-regenerative-medicine-policy-framework. A April 27, 2021.
6. U.S. Food and Drug Administration. Regulatory Considerations for Human Cells, Tissues, a Cellular and Tissue-Based Products: Minimal Manipulation and Homologous Use-Guidanc Industry and Food and Drug Administration Staff. *Center for Biologics Evaluation and Rese Center for Devices and Radiological Health. Office of Combination Products*. July 2020. https://www.fda.gov/media/109176/download. Accessed December 9, 2021.
7. Hingorani A, LaMuraglia GM, Henke P, et al. The management of diabetic foot: A clinical p guideline by the Society for Vascular Surgery in collaboration with the American Podiatric M Association and the Society for Vascular Medicine. *J Vasc Surg*. 2016 Feb;63(2 Suppl):3S- doi:10.1016/j.jvs.2015.10.003.
8. Lavery LA, Davis KE, Berriman SJ, et al. WHS guidelines update: Diabetic foot ulcer treatn guidelines. Wound Repair Regen. 2016 Jan-Feb;24(1):112-26. doi:10.1111/wrr.12391.
9. Marston W, Tang J, Kirsner RS, Ennis W. Wound Healing Society 2015 update on guidelin venous ulcers. *Wound Repair Regen*. 2016 Jan-Feb;24(1):136-44. doi:10.1111/wrr.12394.
10. O'Donnell TF Jr, Passman MA, Marston WA, et al; Society for Vascular Surgery; American Forum. Management of venous leg ulcers: clinical practice guidelines of the Society for Va Surgery and the American Venous Forum. *J Vasc Surg.* 2014 Aug;60(2 Suppl):3S-59S. doi:10.1016/j.jvs.2014.04.049.
11. Rayman G, Vas P, Dhatariya K, et al. International Working Group on the Diabetic Foot (IW Guidelines on use of interventions to enhance healing of chronic foot ulcers in diabetes (IW 2019 update). *Diabetes Metab Res Rev.* 2020 Mar;36 Suppl 1:e3283. doi:10.1002/dmrr.32
12. Schaper NC, van Netten JJ, Apelqvist J, Bus SA, Hinchliffe RJ, Lipsky BA; IWGDF Editoria Practical Guidelines on the prevention and management of diabetic foot disease (IWGDF 2 update). *Diabetes Metab Res Rev*. 2020 Mar;36 Suppl 1:e3266. doi:10.1002/dmrr.3266.
13. Agency for Healthcare Research and Quality (AHRQ). Evidence-based Practice Center Te Brief Protocol. Project Title: Skin Substitutes for Treating Chronic Wounds. 2018 (rev 2019 https://effectivehealthcare.ahrq.gov/sites/default/files/pdf/skin-substitute_0.pdf. Accessed A 2021.
14. Nathoo R, Howe N, Cohen G. Skin substitutes: an overview of the key players in wound management. *J Clin Aesthet Dermatol*. 2014;7(10):44-48.
15. U.S. Food and Drug Administration. Important Patient and Consumer Information About Regenerative Medicine Therapies. July 2021. https://www.fda.gov/vaccines-blood-biologics/consumers-biologics/important-patient-and-consumer-information-about-regenera medicine-therapies. Accessed February 16, 2022.
16. Santema TB, Poyck PPC, Ubbink DT. Skin grafting and tissue replacement for treating foo people with diabetes. *Cochrane Database of Systematic Reviews*. 2016, Issue 2. Art. No.: CD011255. doi:10.1002/14651858.CD011255.pub2.
17. Jones JE, Nelson EA, Al-Hity A. Skin grafting for venous leg ulcers. *Cochrane Database of Systematic Reviews* 2013, Issue 1. Art. No.: CD001737. doi:10.1002/14651858.CD001737
18. Barbul A, Gurtner GC, Gordon H, Bakewell K, Carter MJ. Matched-cohort study comparing human split-thickness skin allograft plus standard of care to standard of care alone in the tr of diabetic ulcers: A retrospective analysis across 470 institutions. *Wound Repair Regen*. 2 28(1):81-89. doi:10.1111/wrr.12767.

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

19. Cazzell S, Vayser D, Pham H, et al. A randomized clinical trial of a human acellular dermal demonstrated superior healing rates for chronic diabetic foot ulcers over conventional care active acellular dermal matrix comparator. *Wound Repair Regen*. 2017 May;25(3):483-497 doi:10.1111/wrr.12551.
20. Driver VR, Lavery LA, Reyzelman AM, et al. A clinical trial of Integra Template for diabetic treatment. *Wound Repair Regen*. 2015 Nov-Dec;23(6):891-900. doi:10.1111/wrr.12357.
21. Lavery LA, Fulmer J, Shebetka KA, et al; Grafix Diabetic Foot Ulcer Study Group. The effic safety of Grafix®) for the treatment of chronic diabetic foot ulcers: results of a multi-centre, controlled, randomised, blinded, clinical trial. *Int Wound J*. 2014 Oct;11(5):554-60. doi:10.1111/iwj.12329.
22. Sanders L, Landsman AS, Landsman A, et al. A prospective, multicenter, randomized, con clinical trial comparing a bioengineered skin substitute to a human skin allograft. *Ostomy W Manage*. 2014 Sep;60(9):26-38.
23. Zelen CM, Orgill DP, Serena T, et al. A prospective, randomised, controlled, multicentre cli examining healing rates, safety and cost to closure of an acellular reticular allogenic huma versus standard of care in the treatment of chronic diabetic foot ulcers. *Int Wound J*. 2017 14(2):307-315. doi:10.1111/iwj.12600.
24. Cazzell S. A Randomized Controlled Trial Comparing a Human Acellular Dermal Matrix Ve Conventional Care for the Treatment of Venous Leg Ulcers. *Wounds*. 2019 Mar;31(3):68-7
25. Harding K, Sumner M, Cardinal M. A prospective, multicentre, randomised controlled study fibroblast-derived dermal substitute (Dermagraft) in patients with venous leg ulcers. *Int Wo* 2013 Apr;10(2):132-7. doi:10.1111/iwj.12053.
26. Snyder DL, Sullivan N, Schoelles K. Skin substitutes for treating chronic wounds. Technolo Assessment Report Project ID No. HCPR0610. (Prepared by the ECRI Institute Evidence-b Practice Center under Contract No. HHSA 290-2007-10063) Rockville, MD: Agency for He Research and Quality. December 2012. https://www.ahrq.gov/sites/default/files/wysiwyg/research/findings/ta/skinsubs/HCPR0610_ final.pdf. Accessed June 11, 2021.
27. Tettelbach W, Cazzell S, Sigal F, et al. A multicentre prospective randomised controlled co parallel study of dehydrated human umbilical cord (EpiCord) allograft for the treatment of d foot ulcers. *Int Wound J*. 2019;16(1):122-130. doi:10.1111/iwj.13001.
28. Zelen CM, Gould L, Serena TE, Carter MJ, Keller J, Li WW. A prospective, randomised, co multi-centre comparative effectiveness study of healing using dehydrated human amnion/c membrane allograft, bioengineered skin substitute or standard of care for treatment of chro extremity diabetic ulcers. *Int Wound J*. 2015;12(6):724-732. doi:10.1111/iwj.12395.
29. Tettelbach W, Cazzell S, Sigal F, et al. A multicentre prospective randomised controlled co parallel study of dehydrated human umbilical cord (EpiCord) allograft for the treatment of d foot ulcers. *Int Wound J*. 2019;16(1):122-130. doi:10.1111/iwj.13001.
30. Serena TE, Carter MJ, Le LT, Sabo MJ, DiMarco DT; EpiFix VLU Study Group. A multicen randomized, controlled clinical trial evaluating the use of dehydrated human amnion/chorio membrane allografts and multilayer compression therapy vs. multilayer compression thera in the treatment of venous leg ulcers. *Wound Repair Regen*. 2014;22(6):688-693. doi:10.1111/wrr.12227.
31. Bianchi C, Cazzell S, Vayser D, et al. A multicentre randomised controlled trial evaluating t efficacy of dehydrated human amnion/chorion membrane (EpiFix) allograft for the treatmen venous leg ulcers. *Int Wound J*. 2018;15(1):114-122. doi:10.1111/iwj.12843.
32. Snyder RJ, Shimozaki K, Tallis A, et al. A Prospective, Randomized, Multicenter, Controlle Evaluation of the Use of Dehydrated Amniotic Membrane Allograft Compared to Standard the Closure of Chronic Diabetic Foot Ulcer. *Wounds*. 2016;28(3):70-77.
33. Glat P, Orgill DP, Galiano R, et al. Placental Membrane Provides Improved Healing Efficac Lower Cost Versus a Tissue-Engineered Human Skin in the Treatment of Diabetic Foot Ulc *Plast Reconstr Surg Glob Open*. 2019;7(8):e2371. Published 2019 Aug 30. doi:10.1097/GOX.0000000000002371.
34. Serena TE, Orgill DP, Armstrong DG, et al. "A Multicenter Randomized Controlled Clinical Evaluating Two Application Regimens of Dehydrated Human Amniotic Membrane and Sta Care vs Standard of Care Alone in the Treatment of Venous Leg Ulcers" [published online print, 2022 Sep 1]. *Plast Reconstr Surg*. 2022;10.1097/PRS.0000000000009650. doi:10.1097/PRS.0000000000009650.
35. Manning SW, Humphrey DA, Shillinglaw WR, et al. Efficacy of a Bioresorbable Matrix in He Complex Chronic Wounds: An Open-Label Prospective Pilot Study. *Wounds*. 2020;32(11):

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved. 

36. DiDomenico LA, Orgill DP, Galiano RD, et al. Aseptically Processed Placental Membrane I Healing of Diabetic Foot Ulcerations: Prospective, Randomized Clinical Trial. *Plast Recons Glob Open.* 2016;4(10):e1095. Published 2016 Oct 12. doi:10.1097/GOX.00000000000010
37. DiDomenico LA, Orgill DP, Galiano RD, et al. Use of an aseptically processed, dehydrated amnion and chorion membrane improves likelihood and rate of healing in chronic diabetic f ulcers: A prospective, randomised, multi-centre clinical trial in 80 patients. *Int Wound J.* 20 15(6):950-957. doi:10.1111/iwj.12954.
38. Armstrong DG, Tettelbach WH, Chang TJ, et al. Observed impact of skin substitutes in low extremity diabetic ulcers: lessons from the Medicare Database (2015-2018). *J Wound Care* 30(Sup7):S5-S16. doi:10.12968/jowc.2021.30.Sup7.S5.

| | |
|---|---|
| Appendices | N/A |
| Utilization Guidelines | N/A |
| Sources of Information and Basis for Decision | N/A |
| Advisory Committee Meeting Notes | N/A |
| MAC Meeting Information URL(s) | N/A |
| Proposed LCD Posting Date | N/A |
| Comment Period Start Date | N/A |
| Comment Period End Date | N/A |
| Released to Final LCD Date Please Note: This is not the LCD Effective Date | N/A |

Revision History

| Revision Number (Date) | Revision History Explanation |
|---|---|
| R20 (09/17/2023) | LCD posted for notice on 08/03/2023 to become effective 09/17/2023.<br><br>Proposed LCD posted for comment on 04/14/2022 and on 08/11/2022 |
| R19 (09/26/2019) | LCD revised and updated 09/26/2019 to completely remove the Coding information section from per CMS Change Request 10901. Please see the related Billing and Coding Article A54117 for a and information related to coding and billing. The following has been removed from the Documen Requirements: The submitted medical record must support the use of the selected ICD-10-CM c The submitted CPT/HCPCS code must describe the service performed. |
| R18 (03/21/2019) | LCD revised and published on 03/21/2019 to remove all CPT/HCPCS codes, ICD-10-CM codes language per CMS Change Request 10901. All codes have been placed in Local Coverage Artic |

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

| | |
|---|---|
| | A54117, Application of Bioengineered Skin Substitutes to Lower Extremity Chronic Non-Healing Grammatical changes made for consistency. There has been no change in content to the LCD. |
| R17 (01/01/2019) | LCD revised and published on 02/14/2019 effective for dates of service on and after 01/01/2019 the annual CPT/HCPCS code updates. The following CPT/HCPCS code(s) have been deleted a therefore removed from the LCD: Q4131 and Q4172. The following CPT/HCPCS code(s) have b added to Group 2 Codes: Q4186, Q4190, Q4195 and Q4196. For the following CPT/HCPCS coc either the short description and/or the long description was changed. Depending on which descri used in this LCD, there may not be any change in how the code displays in the document: Q413 Q4137. The text in the policy has been updated to reflect the 2019 CPT/HCPCS Updates. Addec hyperlink to fda.gov in the "Regulatory Status" section of the LCD. CMS IOM language has been from the LCD per Change Request 10901. |
| R16 (09/17/2018) | LCD revised and published on 11/08/2018 effective for dates of service on and after 09/17/2018 following code to CPT/HCPCS Code Group 2: Q4180.<br>Documentation Requirement #4 and Sources sections updated with standard policy formatting.<br>At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage wh requires comment and notice. This revision is not a restriction to the coverage determination; the not all the fields included on the LCD are applicable as noted in this policy. |
| R15 (09/13/2018) | LCD revised and published on 09/13/2018 to add a source from a reconsideration request for Floweramnioflo (HCPCS code Q4177) and a source from a reconsideration request for the use c TheraSkin (HCPCS code Q4121) over exposed wounds. The content of this policy has not been in response to either reconsideration request.<br>At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage wh requires comment and notice. This revision is not a restriction to the coverage determination; the not all the fields included on the LCD are applicable as noted in this policy. |
| R14 (07/26/2018) | LCD revised and published on 07/26/2018 to add HCPCS code Q4178 to CPT/HCPCS Code Gr effective for dates of service on and after 04/09/2018. Literature submitted with this reconsiderat request has been reviewed and added to the policy.<br><br>At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage wh requires comment and notice. This revision is not a restriction to the coverage determination; the not all the fields included on the LCD are applicable as noted in this policy. |
| R13 (05/10/2018) | LCD revised and published on 05/10/2018 to update the IOM titles and add a reference to L3512 Care for negative pressure wound therapy and a link to L35125-Wound Care in the Related Loca Coverage Documents section per the annual review. |
| R12 (01/01/2018) | LCD revised and published on 01/25/2018 effective for dates of service on and after 01/01/2018 the annual CPT/HCPCS code updates. For the following CPT/HCPCS codes either the short des and/or the long description was changed: Q4132, Q4133, Q4148, Q4156, Q4158, Q4163. Deper which description is used in this LCD there may not be any change in how the codes display in tl document.<br>At this time 21st Century Cures Act will apply to new and revised LCDs that restrict coverage wh requires comment and notice. This revision is not a restriction to the coverage determination; the not all the fields included on the LCD are applicable as noted in this policy. |
| R11 (05/05/2017) | LCD revised and published on 07/13/2017 effective for dates of service on and after 05/05/2017 following CPT/HCPCS code to Group 2: Q4169. At this time 21st Century Cures Act will apply to |

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

revised LCDs that restrict coverage which requires comment and notice. This revision is not a re the coverage determination; and, therefore not all the fields included on the LCD are applicable a in this policy.

| | |
|---|---|
| R10 (01/01/2017) | LCD revised and published on 05/11/2017 effective for dates of service on and after 01/01/2017 following CPT/HCPCS to Group 2: Q4173 and Q4175. |
| R9 (01/01/2017) | LCD revised and published on 01/12/2017 effective for dates of service on and after 01/01/2017 the annual CPT/HCPCS code updates. The following CPT/HCPCS codes: C9349, Q4119, Q412 Q4129 have been deleted and therefore removed from group 2 of the LCD. The following CPT/H codes: Q4166 and Q4172 have been added to group 2 of the LCD. For the following CPT/HCPC either the short description and/or the long description was changed. Depending on which descri used in this LCD, there may not be any change in how the code displays in the document: Q410 Q4131. |
| R8 (09/08/2016) | LCD revised and published on 09/08/2016 to add one source from a reconsideration request. Th of this policy has not been changed in response to the reconsideration request. The hyperlink to 270.3 has been added to the bottom of this LCD. |
| R7 (04/18/2016) | LCD revised and published on 07/14/2016 effective for dates of service on and after 04/18/2016 HCPCS code Q4128 to the Group 2 codes and to add sources submitted with this reconsideratic request. |
| R6 (01/01/2016) | LCD revised and published on 01/28/2016 effective for dates of service on and after 01/01/2016 the annual CPT/HCPCS code updates. The following CPT/HCPCS codes have been added to G Q4161, Q4163, Q4164, and Q4165. For the following CPT/HCPCS code, either the short descrip and/or the long description was changed. Depending on which description is used in this LCD, th not be any change in how the code displays in the document: Q4153. |
| R5 (10/01/2015) | LCD revised and published on 8/13/2015 to add sources that were submitted with a reconsiderat request. No other changes have been made to the content of the policy in response to the reque |
| R4 (10/01/2015) | The following CPT/HCPCS code descriptor was changed.<br>C9349 descriptor was changed in Group 2 |
| R3 (10/01/2015) | LCD revised and published on 6/25/2015 to add HCPCS codes Q4146 and Q4147 to the Group CPT/HCPCS codes. |
| R2 (10/01/2015) | LCD revised and published to provide clarification regarding tobacco use and the use of different within the same episode of care. Sources updated to include an Article that was submitted with a reconsideration request. No other changes made to the policy in response to the reconsideratior |
| R1 (10/01/2015) | LCD revised and published on 04/09/2015 to create uniform LCD with other MAC jurisdiction. |

Associated Documents

| | |
|---|---|
| Related Documents: Articles | • A54117 (version 104) - Billing and Coding: Skin Substitute Grafts/Cellular and/or Tissue-Ba Products for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers<br>• A59517 (version 4) - Response to Comments: Skin Substitute Grafts/Cellular and/or Tissue Products for the Treatment of Diabetic Foot Ulcers and Venous Leg Ulcers |
| Related Documents: LCDs | • L39448 (version 6) - Skin Substitutes for the Treatment of Diabetic Foot Ulcers and Venous Ulcers |
| Related Documents: NCDs | N/A |
| Keywords | N/A |

Source: https://www.cms.gov/medicare-coverage-database/details/lcd-details.aspx?LCDId=35041&ver=120

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.

Wolters Kluwer

(accessed 09/02/2023)

© 2026 CCH Incorporated and its affiliates and licensors. All rights reserved.