# Complaint Exhibit 27

WPS GOVERNMENT HEALTH ADMINISTRATORS

Wisconsin Physicians Service Insurance Corporation
A CMS Medicare Contractor
1717 W. Broadway | P.O. Box 1787 | Madison, WI 53701-1787

INDY WOUND CENTER FOR LIMB P
PO BOX 27
FISHERS, IN 46038-0027

June 2, 2025
In Any Inquiry Refer To
4425099255220
Health Insurance Claim Number
[redacted]
Internal Control Number
1325065900165
Service Date
July 2, 2024
Service Provided By
INDY WOUND CENTER FOR LIMB P
Service Provided To
[redacted]

Dear Indy Wound Center For Limb P,

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for the skin substitute graft to wound 100.0 sq cm or more of trunk, arms, or legs, 100.0 sq cm or 1% body area for infants and children, or less (procedure code 15273), skin substitute graft to wound 100.0 sq cm or more of trunk, arms, or legs, each additional 100.0 sq cm or 1% body area for infants and children, or less (procedure code 15274), and membrane graft or membrane wrap, per square centimeter - zero drug wasted - skin substitute - specific required documentation on file (procedure code Q4205-JZJCKX for 60 units).

The appeal decision is unfavorable. Medicare cannot make payment for the service(s) at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC). Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled, "Important Information about Your Appeal Rights".

A copy of this letter was also sent to [redacted] Wisconsin Physicians Service was contracted by Medicare to review your appeal.

SUMMARY OF THE FACTS

Provider: Neal Patel Dpm
Date(s) of Service: July 02, 2024

Type of Service: Skin substitute graft to wound 100.0 sq cm or more of trunk, arms, or legs, 100.0 sq cm or 1% body area for infants and children, or less (procedure code 15273), skin substitute graft to wound 100.0 sq cm or more of trunk, arms, or legs, each additional 100.0 sq cm or 1% body area for infants and children, or less (procedure code 15274), and membrane graft or membrane wrap, per square centimeter - zero drug wasted - skin substitute - specific required documentation on file (procedure code Q4205-JZJCKX for 60 units)

A claim was submitted for procedure code(s) 15273, 15274 and Q4205-JZJCKX for 60 units for a total of $90,712.00. An initial determination on this claim was made on July 31, 2024. The procedure code(s) 15273, 15274 and Q4205-JZJCKX for 60 units were paid. An overpayment letter dated March 11, 2025, was issued because this is not deemed a medical necessity by Medicare. On April 09, 2025, we received a request for a redetermination. A Copy of the Overpayment Letter, Progress Notes, History and Physical Notes, Visit Notes, Procedure Notes, Physical and Occupational Therapy Notes, Wound Care Notes, Pathology Reports, Invoices, and Imaging Reports were submitted with the redetermination request.

DECISION

We have determined that the procedure code(s) 15273, 15274 and Q4205-JZJCKX for 60 units are not covered by Medicare. We have also determined that the provider is responsible for the cost of the service(s).

EXPLANATION OF THE DECISION

This redetermination decision has been rendered based upon the review of the documentation by our medical staff.

Title XVIII of the Social Security Act section 1862(a)(1)(A) states that Medicare coverage and payment are only allowed for those services that are considered medically reasonable and necessary.

A claim was submitted for Current Procedural Terminology (CPT) code 15273, application of skin substitute graft to trunk, arms, legs, total wound surface area greater than or equal to 100 square (sq) centimeters (cm); first 100 sq cm wound surface area, or one percent of body area of infants and children, CPT code 15274, each additional 100 sq cm wound surface area, or part thereof, or each additional one percent of body area of infants and children, or part thereof, and Health Care Procedure Coding System (HCPCS) code Q4205-JZJCKX, membrane graft or membrane wrap, per square centimeter, zero drug wasted, skin substitute used as graft, specific required documentation on file, for date of service, July 02, 2024, by billing provider Neal Patel, DPM. The Code of Federal Regulations, Title 42 - Public Health, Chapter IV, Part 424, Section 424.5(6) Basic Conditions – Sufficient Information, requires that the documentation must be sufficient to support the service(s) billed. Upon medical review, the records are insufficient to support medical necessity for these services. The submitted documentation fails to adequately demonstrate failed wound care treatments leading to the decision for use of the membrane graft. The use of the membrane graft exceeds medical necessity for use because the documentation is insufficient in supporting why this product was chosen for treatment of these wounds over other conservative wound care options. The application of skin substitute grafts related to the non-covered membrane graft are also considered not medically reasonable and necessary. Therefore, payment for CPT codes 15273 and 15274, and HCPCS cod Q4205-JZJCKX cannot be made.

This redetermination decision is based on the noted Social Security Act, which is available on the Internet at www.socialsecurity.gov, and the Code of Federal Regulations, Title 42 - Public Health, Chapter IV, Part 424, Section 424.5(6) Basic Conditions – Sufficient Information, which is available at www.cms.gov. If you do not have access to the Internet, you may request a copy of these regulations by calling us toll free at 1-866-234-7331.

WHO IS RESPONSIBLE FOR THIS BILL?

After determining that the item(s) or service(s) will not be covered by Medicare, we must determine who is financially liable for the denied item(s) or service(s). When an item or service is denied under 1862(a)(1), 1862(a)(9), or 1879(g) of the Social Security Act (the Act), we must determine if the beneficiary and the provider either knew or could reasonably be expected to know that the item(s) or service(s) would not be covered. This is known as the limitation on liability provision of 1879 of the Act.

If the beneficiary was informed by their provider in writing in advance of receiving the service(s) that Medicare may not make payment (through receipt of an Advanced Beneficiary Notice (ABN), the beneficiary may be responsible for the cost of the denied item(s) or service(s). If the provider knew or could reasonably be expected to know the item(s) or service(s) would not be covered, but the beneficiary did not have such knowledge, then the provider may be responsible for the cost of the denied item(s) or service(s).

There is no evidence to indicate that the provider notified the beneficiary in advance that the service(s) would not be covered by Medicare. Therefore, we have determined that the beneficiary did not know and could not reasonably have been expected to know that the service(s) would not be covered.

In addition, we have determined that the provider either knew or could reasonably be expected to know that the service(s) would not be covered by Medicare. Based on the coverage limitations explained in the Social Security Act, the provider knew or should have known the item(s) provided would not be covered.

Since the provider has been determined to have had knowledge of the non-covered service(s), the provider is liable for the cost of the denied service(s). The provider may not bill the beneficiary for the cost of the denied service(s), and must refund any monies collected from the beneficiary.

The overpayment for these service(s) stands and the refund is due to Medicare. The overpayment letter dated March 11, 2025, instructs the provider on the process for refund. If the provider has not already sent the refund and the money owed is not refunded timely, interest will be applied.

We have also determined under Section 1870 of the Social Security Act that you are not without fault in regards to this overpayment. We have determined that you are liable because you were informed about Medicare coverage and billing guidelines in the references noted in the "Explanation of Decision" section of this letter. Therefore, you were aware of correct billing and coverage criteria for the service(s) billed.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL

Please submit the following documents with your request for an appeal: Additional documentation to support the service(s) billed as described above. You may submit any documentation pertinent to the service(s) and/or any information not provided thus far that you believe Medicare needs to make another decision about this claim.

NOTE: (Medicare physicians, providers, and suppliers ONLY) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all additional evidence as indicated above and/or otherwise is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the qualified independent contractor.

NOTE: You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

WPS Government Health Administrators
Jurisdiction 8
A Medicare Contractor

cc: [redacted]

**IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS**

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Wisconsin Physicians Service.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal by using the form enclosed with this letter.

If you do not use this form, you can write a letter. You must include: your name, the name of the beneficiary, the Medicare number, a list of the service(s) or item(s) that you are appealing and the date(s) of service, and any evidence you wish to attach. You must also indicate that Wisconsin Physicians Service made the redetermination. You may also attach supporting materials, such as those listed in item 10 of the enclosed Reconsideration Request Form, or other information that explains why this service should be paid. Your doctor may be able to provide supporting materials.

If you want to file an appeal, send your request to:

C2C Innovative Solutions - QIC Part B North
P O Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, doctor, or someone else to act for you.

If you want someone to act for you, you may visit http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

IA
WPS Medicare Part B
General Correspondence
P.O. Box 8850
Madison, WI 53708-8550

KS
WPS Medicare Part B
General Correspondence
P.O. Box 7238
Madison, WI 53707-7238

MO
WPS Medicare Part B
General Correspondence
P.O. Box 14260
Madison, WI 53708-0260

NE
WPS Medicare Part B
General Correspondence
P.O. Box 8667
Madison, WI 53708-8667

IN
WPS Medicare Part B
General Correspondence
P.O. Box 8580
Madison, WI 53708-8580

MI
WPS Medicare Part B
General Correspondence
P.O. Box 8939
Madison, WI 53708-8939

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare & You" handbook, under the "Helpful Contacts" section of www.medicare.gov website, or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals.

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal.

## Reconsideration Request Form

**Directions**: If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete/include information for items 1, 2a, 6, 7, 11, & 12, but to help us serve you better, please include a copy of the redetermination notice with your request.

C2C Solutions - QIC Part B North
P O Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: ______________________________

2a. Medicare Number: ______________________________

2b. Claim Number (ICN / DCN, if available): ______________________________

3. Provider Name: ______________________________

4. Person Appealing: ☐Beneficiary ☐Provider of Service ☐Representative

5. Address of the Person Appealing: ______________________________

5a. Telephone Number of the Person Appealing: ______________________________

5b. Email Address of the Person Appealing: ______________________________

6. Item or service you wish to appeal: ______________________________

7. Date of the service: From ________________ To ________________

8. Does this appeal involve an overpayment? ☐Yes ☐No
*Please include a copy of the demand letter (*if applicable*) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary.) ______________________________

______________________________

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
☐ Medical Records ☐ Office Records/Progress Notes
☐ Copy of the Claim ☐Treatment Plan ☐ Certificate of Medical Necessity

11. Name of Person Appealing: ______________________________

12. Date:________________

MAC J5 Contractors: Iowa = 05102, Missouri = 05302,
Kansas = 05202 and Nebraska = 05402.
MAC J8 Contractors: Indiana = 08102, Michigan = 08202

WPS GOVERNMENT HEALTH ADMINISTRATORS

Wisconsin Physicians Service Insurance Corporation
A CMS Medicare Contractor
1717 W. Broadway | P.O. Box 1787 | Madison, WI 53701-1787

INDY WOUND CENTER FOR LIMB P
PO BOX 27
FISHERS, IN 46038-0027

June 2, 2025
In Any Inquiry Refer To
4425099255150
Health Insurance Claim Number
[redacted]
Internal Control Number
1325065900172
Service Date
August 13, 2024
Service Provided By
INDY WOUND CENTER FOR LIMB P
Service Provided To
[redacted]

Dear Indy Wound Center For Limb P,

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for the membrane graft or membrane wrap, per square centimeter - zero drug wasted - skin substitute - specific required documentation on file - distinct procedural service: (procedure code Q4205-JZJCKX59 for 18 units).

The appeal decision is unfavorable. Medicare cannot make payment for the service(s) at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC). Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled, "Important Information about Your Appeal Rights".

A copy of this letter was also sent to [redacted] Wisconsin Physicians Service was contracted by Medicare to review your appeal.

SUMMARY OF THE FACTS

Provider: Neal Patel Dpm
Date(s) of Service: August 13, 2024
Type of Service: Membrane graft or membrane wrap, per square centimeter - zero drug wasted - skin substitute - specific required documentation on file - distinct procedural service: (procedure code Q4205-JZJCKX59 for 18 units)

CMS CENTERS FOR MEDICARE & MEDICAID SERVICES

A claim was submitted for procedure code(s) Q4205-JZJCKX59 for 18 units for $27,000.00. An initial determination on this claim was made on September 03, 2024. The procedure code(s) Q4205-JZJCKX59 for 18 units was paid. An overpayment letter dated March 11, 2025, was issued because this is not deemed a medical necessity by Medicare. On April 09, 2025, we received a request for a redetermination. A Copy of the Overpayment Letter, Progress Notes, History and Physical Notes, Visit Notes, Procedure Notes, Physical and Occupational Therapy Notes, Wound Care Notes, Pathology Reports, Invoices, and Imaging Reports were submitted with the redetermination request.

DECISION

We have determined that the procedure code(s) Q4205-JZJCKX59 for 18 units is not covered by Medicare. We have also determined that the provider is responsible for the cost of the service(s).

EXPLANATION OF THE DECISION

This redetermination decision has been rendered based upon the review of the documentation by our medical staff.

Title XVIII of the Social Security Act section 1862(a)(1)(A) states that Medicare coverage and payment are only allowed for those services that are considered medically reasonable and necessary.

A claim was submitted for Health Care Procedure Coding System (HCPCS) code Q4205-JZJCKX59, membrane graft or membrane wrap, per square centimeter, zero drug wasted, skin substitute used as graft, specific required documentation on file, distinct procedural service, for date of service, August 13, 2024, by billing provider Neal Patel, DPM. The Code of Federal Regulations, Title 42 - Public Health, Chapter IV, Part 424, Section 424.5(6) Basic Conditions – Sufficient Information, requires that the documentation must be sufficient to support the service(s) billed. Upon medical review, the records are insufficient to support medical necessity for this service. The submitted documentation fails to adequately demonstrate failed wound care treatments leading to the decision for use of the membrane graft. The use of the membrane graft exceeds medical necessity for use because the documentation is insufficient in supporting why this product was chosen for treatment of these wounds over other conservative wound care options. Therefore, payment for HCPCS cod Q4205-JZJCKX59 cannot be made.

This redetermination decision is based on the noted Social Security Act, which is available on the Internet at www.socialsecurity.gov, and the Code of Federal Regulations, Title 42 - Public Health, Chapter IV, Part 424, Section 424.5(6) Basic Conditions – Sufficient Information, which is available at www.cms.gov. If you do not have access to the Internet, you may request a copy of these regulations by calling us toll free at 1-866-234-7331.

WHO IS RESPONSIBLE FOR THIS BILL?

After determining that the item(s) or service(s) will not be covered by Medicare, we must determine who is financially liable for the denied item(s) or service(s). When an item or service is denied under 1862(a)(1), 1862(a)(9), or 1879(g) of the Social Security Act (the Act), we must determine if the beneficiary and the provider either knew or could reasonably be expected to know that the item(s) or service(s) would not be covered. This is known as the limitation on liability provision of 1879 of the Act.

If the beneficiary was informed by their provider in writing in advance of receiving the service(s) that Medicare may not make payment (through receipt of an Advanced Beneficiary Notice (ABN), the beneficiary may be responsible for the cost of the denied item(s) or service(s). If the provider knew or could reasonably be expected to know the item(s) or service(s) would not be covered, but the beneficiary did not have such knowledge, then the provider may be responsible for the cost of the denied item(s) or service(s).

There is no evidence to indicate that the provider notified the beneficiary in advance that the service(s) would not be covered by Medicare. Therefore, we have determined that the beneficiary did not know and could not reasonably have been expected to know that the service(s) would not be covered.

In addition, we have determined that the provider either knew or could reasonably be expected to know that the service(s) would not be covered by Medicare. Based on the coverage limitations explained in the Social Security Act, the provider knew or should have known the item(s) provided would not be covered.

Since the provider has been determined to have had knowledge of the non-covered service(s), the provider is liable for the cost of the denied service(s). The provider may not bill the beneficiary for the cost of the denied service(s), and must refund any monies collected from the beneficiary.

The overpayment for this service(s) stands and the refund is due to Medicare. The overpayment letter dated March 11, 2025, instructs the provider on the process for refund. If the provider has not already sent the refund and the money owed is not refunded timely, interest will be applied.

We have also determined under Section 1870 of the Social Security Act that you are not without fault in regards to this overpayment. We have determined that you are liable because you were informed about Medicare coverage and billing guidelines in the references noted in the "Explanation of Decision" section of this letter. Therefore, you were aware of correct billing and coverage criteria for the service(s) billed.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL

Please submit the following documents with your request for an appeal: Additional documentation to support the service(s) billed as described above. You may submit any documentation pertinent to the service(s) and/or any information not provided thus far that you believe Medicare needs to make another decision about this claim.

NOTE: (Medicare physicians, providers, and suppliers ONLY) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all additional evidence as indicated above and/or otherwise is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the qualified independent contractor.

NOTE: You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

WPS Government Health Administrators
Jurisdiction 8
A Medicare Contractor

cc: [redacted]

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Wisconsin Physicians Service.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal by using the form enclosed with this letter.

If you do not use this form, you can write a letter. You must include: your name, the name of the beneficiary, the Medicare number, a list of the service(s) or item(s) that you are appealing and the date(s) of service, and any evidence you wish to attach. You must also indicate that Wisconsin Physicians Service made the redetermination. You may also attach supporting materials, such as those listed in item 10 of the enclosed Reconsideration Request Form, or other information that explains why this service should be paid. Your doctor may be able to provide supporting materials.

If you want to file an appeal, send your request to:

C2C Innovative Solutions - QIC Part B North
P O Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, doctor, or someone else to act for you.

If you want someone to act for you, you may visit http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

IA
WPS Medicare Part B
General Correspondence
P.O. Box 8850
Madison, WI 53708-8550

KS
WPS Medicare Part B
General Correspondence
P.O. Box 7238
Madison, WI 53707-7238

MO
WPS Medicare Part B
General Correspondence
P.O. Box 14260
Madison, WI 53708-0260

NE
WPS Medicare Part B
General Correspondence
P.O. Box 8667
Madison, WI 53708-8667

IN
WPS Medicare Part B
General Correspondence
P.O. Box 8580
Madison, WI 53708-8580

MI
WPS Medicare Part B
General Correspondence
P.O. Box 8939
Madison, WI 53708-8939

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare & You" handbook, under the "Helpful Contacts" section of www.medicare.gov website, or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals.

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal.

## Reconsideration Request Form

**Directions**: If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete/include information for items 1, 2a, 6, 7, 11, & 12, but to help us serve you better, please include a copy of the redetermination notice with your request.

C2C Solutions - QIC Part B North
P O Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: ____________________

2a. Medicare Number: ____________________

2b. Claim Number (ICN / DCN, if available): ____________________

3. Provider Name: ____________________

4. Person Appealing: ☐Beneficiary ☐Provider of Service ☐Representative

5. Address of the Person Appealing: ____________________

5a. Telephone Number of the Person Appealing: ____________________

5b. Email Address of the Person Appealing: ____________________

6. Item or service you wish to appeal: ____________________

7. Date of the service: From ____________ To ____________

8. Does this appeal involve an overpayment? ☐Yes ☐No
*Please include a copy of the demand letter (*if applicable*) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary.) ____________________
____________________

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
☐ Medical Records ☐ Office Records/Progress Notes
☐ Copy of the Claim ☐Treatment Plan ☐ Certificate of Medical Necessity

11. Name of Person Appealing: ____________________

12. Date:____________

MAC J5 Contractors: Iowa = 05102, Missouri = 05302,
Kansas = 05202 and Nebraska = 05402.
MAC J8 Contractors: Indiana = 08102, Michigan = 08202

WPS GOVERNMENT HEALTH ADMINISTRATORS
Wisconsin Physicians Service Insurance Corporation
A CMS Medicare Contractor
1717 W. Broadway | P.O. Box 1787 | Madison, WI 53701-1787

INDY WOUND CENTER FOR LIMB P
PO BOX 27
FISHERS, IN 46038-0027

June 2, 2025
In Any Inquiry Refer To
4425099255020
Health Insurance Claim Number
[redacted]
Internal Control Number
1325065900176
Service Date
September 24, 2024
Service Provided By
INDY WOUND CENTER FOR LIMB P
Service Provided To
[redacted]

Dear Indy Wound Center For Limb P,

This letter is to inform you of the decision on your Medicare appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for the membrane graft or membrane wrap, per square centimeter - zero drug wasted - skin substitute - specific required documentation on file - distinct procedural service: (procedure code Q4205-JZJCKX59 for 64 units).

The appeal decision is unfavorable. Medicare cannot make payment for the service(s) at issue in your appeal.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC). Your appeal of this decision must be made in writing and received by the QIC within 180 days of receipt of this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled, "Important Information about Your Appeal Rights".

A copy of this letter was also sent to [redacted] Wisconsin Physicians Service was contracted by Medicare to review your appeal.

SUMMARY OF THE FACTS

Provider: Neal Patel Dpm
Date(s) of Service: September 24, 2024
Type of Service: Membrane graft or membrane wrap, per square centimeter - zero drug wasted - skin substitute - specific required documentation on file - distinct procedural service: (procedure code Q4205-JZJCKX59 for 64 units)

CMS CENTERS FOR MEDICARE & MEDICAID SERVICES

A claim was submitted for procedure code(s) Q4205-JZJCKX59 for 64 units for $96,000.00. An initial determination on this claim was made on October 16, 2024. The procedure code(s) Q4205-JZJCKX59 for 64 units was paid. An overpayment letter dated March 11, 2025, was issued because this is not deemed a medical necessity by Medicare. On April 09, 2025, we received a request for a redetermination. A Copy of the Overpayment Letter, Progress Notes, History and Physical Notes, Visit Notes, Procedure Notes, Physical and Occupational Therapy Notes, Wound Care Notes, Pathology Reports, Invoices, and Imaging Reports were submitted with the redetermination request.

DECISION

We have determined that the procedure code(s) Q4205-JZJCKX59 for 64 units is not covered by Medicare. We have also determined that the provider is responsible for the cost of the service(s).

EXPLANATION OF THE DECISION

This redetermination decision has been rendered based upon the review of the documentation by our medical staff.

Title XVIII of the Social Security Act section 1862(a)(1)(A) states that Medicare coverage and payment are only allowed for those services that are considered medically reasonable and necessary.

A claim was submitted for Health Care Procedure Coding System (HCPCS) code Q4205-JZJCKX59, membrane graft or membrane wrap, per square centimeter, zero drug wasted, skin substitute used as graft, specific required documentation on file, distinct procedural service, for date of service, September 24, 2024, by billing provider Neal Patel, DPM. The Code of Federal Regulations, Title 42 - Public Health, Chapter IV, Part 424, Section 424.5(6) Basic Conditions – Sufficient Information, requires that the documentation must be sufficient to support the service(s) billed. Upon medical review, the records are insufficient to support medical necessity for this service. The submitted documentation fails to demonstrate failed wound care treatments leading to the decision for use of the membrane graft. This service exceeds the medical necessity for use because the documentation is insufficient in supporting why this product was chosen for treatment of these wounds. Therefore, payment for HCPCS cod Q4205-JZJCKX59 cannot be made.

This redetermination decision is based on the noted Social Security Act, which is available on the Internet at www.socialsecurity.gov, and the Code of Federal Regulations, Title 42 - Public Health, Chapter IV, Part 424, Section 424.5(6) Basic Conditions – Sufficient Information, which is available at www.cms.gov. If you do not have access to the Internet, you may request a copy of these regulations by calling us toll free at 1-866-234-7331.

WHO IS RESPONSIBLE FOR THIS BILL?

After determining that the item(s) or service(s) will not be covered by Medicare, we must determine who is financially liable for the denied item(s) or service(s). When an item or service is denied under 1862(a)(1), 1862(a)(9), or 1879(g) of the Social Security Act (the Act), we must determine if the beneficiary and the provider either knew or could reasonably be expected to know that the item(s) or service(s) would not be covered. This is known as the limitation on liability provision of 1879 of the Act.

If the beneficiary was informed by their provider in writing in advance of receiving the service(s) that Medicare may not make payment (through receipt of an Advanced Beneficiary Notice (ABN), the beneficiary may be responsible for the cost of the denied item(s) or service(s). If the provider knew or could reasonably be expected to know the item(s) or service(s) would not be covered, but the beneficiary did not have such knowledge, then the provider may be responsible for the cost of the denied item(s) or service(s).

There is no evidence to indicate that the provider notified the beneficiary in advance that the service(s) would not be covered by Medicare. Therefore, we have determined that the beneficiary did not know and could not reasonably have been expected to know that the service(s) would not be covered.

In addition, we have determined that the provider either knew or could reasonably be expected to know that the service(s) would not be covered by Medicare. Based on the coverage limitations explained in the Social Security Act, the provider knew or should have known the item(s) provided would not be covered.

Since the provider has been determined to have had knowledge of the non-covered service(s), the provider is liable for the cost of the denied service(s). The provider may not bill the beneficiary for the cost of the denied service(s), and must refund any monies collected from the beneficiary.

The overpayment for this service(s) stands and the refund is due to Medicare. The overpayment letter dated March 11, 2025, instructs the provider on the process for refund. If the provider has not already sent the refund and the money owed is not refunded timely, interest will be applied.

We have also determined under Section 1870 of the Social Security Act that you are not without fault in regards to this overpayment. We have determined that you are liable because you were informed about Medicare coverage and billing guidelines in the references noted in the "Explanation of Decision" section of this letter. Therefore, you were aware of correct billing and coverage criteria for the service(s) billed.

WHAT TO INCLUDE IN YOUR REQUEST FOR AN INDEPENDENT APPEAL

Please submit the following documents with your request for an appeal: Additional documentation to support the service(s) billed as described above. You may submit any documentation pertinent to the service(s) and/or any information not provided thus far that you believe Medicare needs to make another decision about this claim.

NOTE: (Medicare physicians, providers, and suppliers ONLY) Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all additional evidence as indicated above and/or otherwise is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the administrative law judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the qualified independent contractor.

NOTE: You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

WPS Government Health Administrators
Jurisdiction 8
A Medicare Contractor

cc: [redacted]

## IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision:** If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of Wisconsin Physicians Service.

**How to Appeal:** To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal by using the form enclosed with this letter.

If you do not use this form, you can write a letter. You must include: your name, the name of the beneficiary, the Medicare number, a list of the service(s) or item(s) that you are appealing and the date(s) of service, and any evidence you wish to attach. You must also indicate that Wisconsin Physicians Service made the redetermination. You may also attach supporting materials, such as those listed in item 10 of the enclosed Reconsideration Request Form, or other information that explains why this service should be paid. Your doctor may be able to provide supporting materials.

If you want to file an appeal, send your request to:

C2C Innovative Solutions - QIC Part B North
P O Box 45208
Jacksonville, FL 32232-5208

**Who May File an Appeal:** You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, doctor, or someone else to act for you.

If you want someone to act for you, you may visit http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form, which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information:** If you want copies of statutes, regulations, policies, and/or manual instructions CMS used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

IA
WPS Medicare Part B
General Correspondence
P.O. Box 8850
Madison, WI 53708-8550

KS
WPS Medicare Part B
General Correspondence
P.O. Box 7238
Madison, WI 53707-7238

MO
WPS Medicare Part B
General Correspondence
P.O. Box 14260
Madison, WI 53708-0260

NE
WPS Medicare Part B
General Correspondence
P.O. Box 8667
Madison, WI 53708-8667

IN
WPS Medicare Part B
General Correspondence
P.O. Box 8580
Madison, WI 53708-8580

MI
WPS Medicare Part B
General Correspondence
P.O. Box 8939
Madison, WI 53708-8939

**Resources for Medicare Beneficiaries:** If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare & You" handbook, under the "Helpful Contacts" section of www.medicare.gov website, or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals.

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor that is processing your appeal.

**Reconsideration Request Form**

**Directions**: If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete/include information for items 1, 2a, 6, 7, 11, & 12, but to help us serve you better, please include a copy of the redetermination notice with your request.

C2C Solutions - QIC Part B North
P O Box 45208
Jacksonville, FL 32232-5208

1. Name of Beneficiary: ______________________________

2a. Medicare Number: ______________________________

2b. Claim Number (ICN / DCN, if available): ______________________________

3. Provider Name: ______________________________

4. Person Appealing: ☐Beneficiary ☐Provider of Service ☐Representative

5. Address of the Person Appealing: ______________________________

5a. Telephone Number of the Person Appealing: ______________________________

5b. Email Address of the Person Appealing: ______________________________

6. Item or service you wish to appeal: ______________________________

7. Date of the service: From ______________ To ______________

8. Does this appeal involve an overpayment? ☐Yes ☐No
*Please include a copy of the demand letter (*if applicable*) with your request.

9. Why do you disagree? Or what are your reasons for your appeal? (Attach additional pages, if necessary.) ______________________________
______________________________

10. You may also include any supporting material to assist your appeal. Examples of supporting materials include:
☐ Medical Records ☐ Office Records/Progress Notes
☐ Copy of the Claim ☐Treatment Plan ☐ Certificate of Medical Necessity

11. Name of Person Appealing: ______________________________

12. Date:______________

MAC J5 Contractors: Iowa = 05102, Missouri = 05302,
Kansas = 05202 and Nebraska = 05402.
MAC J8 Contractors: Indiana = 08102, Michigan = 08202