IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHRIS MCGEE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br><br>Defendants. | Civil Action No. 4:26-CV-243-O |

**UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE IN EXCESS OF PAGE LIMITS**

Defendants are today submitting their response to Plaintiffs' motion for preliminary relief and respectfully request the Court's leave to submit a 30-page brief rather than a no-more-than-25-page brief as would be required by the local rules. Plaintiffs' motion is 25 pages but is also supported by numerous exhibits and relates to a 96-page complaint, and Defendants have attempted to address the relevant issues in the most efficient way possible but would request leave for 5 additional pages so as to be able to adequately present their arguments. Plaintiffs' counsel has stated that this request is unopposed, and Defendants also do not oppose any proportionate increase in the length of Plaintiffs' reply to account for the additional pages of argument in Defendants' response, should Plaintiffs desire that. The proposed 30-page response is being tendered as an attachment to this motion.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8626
Facsimile: 214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Defendants

## Certificate of Conference

This is to certify that I have conferred with Plaintiffs' counsel about the relief requested herein and it is unopposed.

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney

## Certificate of Service

On June 30, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney