**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **CHRIS MCGEE et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-00243-O** |
| | § | |
| **ROBERT F. KENNEDY, JR., et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

## FINAL JUDGMENT

The Court has issued its order granting Defendants' motion to dismiss against Plaintiffs and dismissing Plaintiffs claims against Defendant without prejudice. It is therefore **ORDERED, ADJUDGED, and DECREED** that this **CASE IS DISMISSED** without prejudice.

**SO ORDERED** on this **26th day** of **August 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE